**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| JASMINE WEBER,<br>Plaintiff | No. 3:24-cv-1412 |
| V. | |
| SVITLANA MANCHESTER,<br>Defendant | 2024-09-04 |

**COMPLAINT**

Now comes the Plaintiff, Jasmine Weber of Crozet, Virginia, by and through her undersigned counsel, and complains of infringement on the Plaintiff's copyrights by the Defendant, Svitlana Manchester of Manchester, Connecticut, as follows. All statements herein are made on information and/or belief.

# Jurisdiction, Standing, and Venue

1. This Court has subject matter jurisdiction under the Copyright Act, 17 U.S.C. § 101 *et seq.*

2. Jasmine Weber has standing as the owner of copyright registrations VA0002339034, VAu001512221, VAu001523596, and VAu001520382.

3. Venue is proper in this Court because the Defendant is a resident of Connecticut.

## The Plaintiff, Her Business, and Her Art

4.   Jasmine Weber ("Jasmine") is a stay-at-home mother and artist who lives in
     Crozet, Virginia.

5.   Jasmine has a home-based business by which she sells artwork.

6.   Jasmine's artworks are in the form of crocheted "mug hats". These are a popular
     form of collectible art.

7.   Jasmine creates original artworks, rather than using patterns produced by others.
     She designs the crochet patterns for her mug hats.

8.   Jasmine currently sells artwork through the Etsy online platform. Her Etsy store
     account is "HandmadeJoyByJ". Jasmine has been selling through Etsy since
     2020.

9.   Jasmine previously also sold art through the Mercari online platform from 2020
     until 2022.

Alan Harrison – SANDOLLAR Law – Milford, Connecticut

10. Following is the photograph that Jasmine submitted to the Copyright Office in her application for copyright registration VA0002339034 ("Spring Chick Marshmallow Mug Hat"). The date of registration is 2023-01-29. Jasmine first made and sold this mug hat in 2021.



11. Following is the photograph that Jasmine submitted to the Copyright Office in her application for copyright registration VAU001512221 ("Campfire Marshmallow Mug Hat"). The date of registration is 2023-09-05. Jasmine first made and sold this mug hat in 2021.



12. Following is the photograph that Jasmine submitted to the Copyright Office in her application for copyright registration VAU001512221 ("S'more Marshmallow Mug Hat"). The date of registration is 2023-09-05. Jasmine first made and sold this mug hat in 2021.



13. Following is the photograph that Jasmine submitted to the Copyright Office in her application for copyright registration VAU001523596 ("Cow Marshmallow Mug Hat"), The date of registration is 2023-09-05. Jasmine first made and sold this mug hat in 2021.



14. Following is the photograph that Jasmine submitted to the Copyright Office in her application for copyright registration VAU001523596 ("Pig Marshmallow Mug Hat"). The date of registration is 2023-09-05. Jasmine first made and sold this mug hat in 2021.



15. Following is the photograph that Jasmine submitted to the Copyright Office in her application for copyright registration VAu001520382 ("Black Cat Marshmallow Mug Hat"). The date of registration is 2023-09-05. Jasmine first made and sold this mug hat in 2021.



16. Through sales of her artwork, Jasmine earns substantial income.

## The Defendant, Her Business, and Her Copying

17. Svitlana Manchester ("Svitlana") is a resident of Connecticut who sells artwork on Etsy, Mercari, Pinterest, and eBay.

18. Svitlana began her business of selling artwork after she saw one of Jasmine's mug hats ("Spring Chick Marshmallow Mug Hat") on Mercari in February 2021.

19. Soon after seeing "Spring Chick Marshmallow Mug Hat", Svitlana asked Jasmine for the pattern to make copies of the artwork. Jasmine refused, telling Svitlana by direct message in the Mercari platform "I create all of my patterns and don't sell them."

20. Undeterred, Svitlana began to copy Jasmine's mug hats.

21. Following is a screenshot of the Etsy sales page for Svitlana's "Hatching Chick Marshmallow Mug Hat".



22. Svitlana began making and selling the "Hatching Chick" after she saw Jasmine's "Spring Chick".

23. Jasmine asked Svitlana not to copy the "Spring Chick". Jasmine also filed DMCA takedowns on Etsy three times for the spring chick (February 16,18, and 22, 2024). But Svitlana continued to sell derivative works as the "Hatching Chick".

24. Following is a screenshot of the Etsy sales page for Svitlana's "S'mores Campfire Marshmallow Mug Hat".



25. Svitlana began making and selling the "S'mores Campfire" after she saw Jasmine's copyright "Campfire" and "S'more" mug hats.

26. Jasmine asked Svitlana not to copy "Campfire" and "S'more" but Svitlana continued to sell derivative works as the "S'mores Campfire" mug hats.

27. Following is a screenshot of the Etsy sales page for Svitlana's "Cow & Pig Marshmallow Mug Hat".



28. Svitlana began making the "Cow & Pig" after she saw Jasmine's copyright "Cow" and "Pig" mug hats.

29. Jasmine asked Svitlana not to copy the "Cow" or "Pig" but Svitlana continued to sell derivative works as the "Cow & Pig".

30. Following is a screenshot of the Etsy sales image for Svitlana's copied "Cat Marshmallow Mug Hat".



31. Svitlana began making the "Cat" after she saw Jasmine's copyright "Black Cat" mug hat.

32. Jasmine asked Svitlana via text messages not to copy the "Black Cat" but Svitlana continued to sell derivative works as the "Cat".

## Comparing Jasmine's and Svitlana's Chicks

33. Jasmine's copyright Spring Chick is a somewhat spherical and generally yellow crocheted ornament sized to fit on top of a mug as a hat.

34. Svitlana's copied Hatching Chick is a somewhat spherical and generally yellow crocheted ornament sized to fit on top of a mug as a hat.

35. Jasmine's copyright Spring Chick has a three-lobed yellow crest atop its head.

36. Svitlana's copied Hatching Chick has a three-lobed yellow crest atop its head.

37. Jasmine's copyright Spring Chick has two small yellow wings.

38. Svitlana's copied Hatching Chick has two small yellow wings.

39. Jasmine's copyright Spring Chick has two orange feet.

40. Svitlana's copied Hatching Chick has a rose attached to its forehead.

## Comparing Jasmine's and Svitlana's Campfires

41. Jasmine's copyright Campfire is a crocheted ornament that has a black cylindrical base sized to fit atop a mug.

42. Svitlana's copied Campfire is a crocheted ornament that has a black cylindrical base sized to fit atop a mug.

43. Jasmine's copyright Campfire has a grey rim of ash around the top of the base.

44. Svitlana's copied Campfire has a grey rim of ash around the top of the base.

Alan Harrison – SANDOLLAR Law – Milford, Connecticut

45. Jasmine's copyright Campfire has a poofy orange ball of flame atop the base.

46. Svitlana's copied Campfire has a poofy orange ball of flame atop the base.

## Comparing Jasmine's and Svitlana's S'mores

47. Jasmine's copyright S'more is a crocheted ornament that has two flat brown discs that form the sides of a sandwich, which is sized to fit atop a mug.

48. Svitlana's copied S'more is a crocheted ornament that has two flat brown discs that form the sides of a sandwich, which is sized to fit atop a mug.

49. Jasmine's copyright S'more has a white cylindrical marshmallow sandwiched between the two flat brown discs.

50. Svitlana's copied S'more has a white cylindrical marshmallow sandwiched between the two flat brown discs.

51. Jasmine's copyright S'more has dark brown chocolate oozing down from the top of the marshmallow.

52. Svitlana's copied S'more has dark brown chocolate oozing down from the top of the marshmallow.

## Comparing Jasmine's and Svitlana's Cows

53. Jasmine's copyright Cow is a somewhat spherical and generally white crocheted ornament that is sized to fit atop a mug.

54. Svitlana's copied Cow is a somewhat spherical and generally white crocheted ornament that is sized to fit atop a mug.

55. Jasmine's copyright Cow has a pink oval nose with two darker nostrils, a dark right ear, a white left ear, two brown horns, and dark eyes.

56. Svitlana's copied Cow has a pink oval nose with two darker nostrils, a dark right ear, a white left ear, two white horns, and "googly" eyes with a black patch around the left eye.

57. Jasmine's copyright Cow has a black and white checker bow at the base of the right horn.

58. Svitlana's copied Cow has a black and white checker bow at the base of the left ear.

## Comparing Jasmine's and Svitlana's Pigs

59. Jasmine's copyright Pig is a somewhat spherical and generally pink crocheted ornament that is sized to fit atop a mug.

60. Svitlana's copied Pig is a somewhat spherical and generally pink crocheted ornament that is sized to fit atop a mug.

61. Jasmine's copyright Pig has a pink round nose with two darker nostrils, a pointy right ear that stands up and a pointy left ear that flops down, as well as dark eyes.

62. Svitlana's copied Pig has a pink oval nose with two darker nostrils, a rounded right ear that stands up and a rounded left ear that stands up, as well as "googly" eyes.

63. Jasmine's copyright Pig has a black and white checkered bow at the base of the left ear.

64. Svitlana's copied Pig has a black and white checkered bow at the base of the right ear.

## Comparing Jasmine's and Svitlana's Black Cats

65. Jasmine's copyright Black Cat is a somewhat spherical and generally black crocheted ornament that is sized to fit atop a mug.

66. Svitlana's copied Cat is a somewhat spherical and generally black crocheted ornament that is sized to fit atop a mug.

67. Jasmine's copyright Black Cat has two black ears and a black tail.

68. Svitlana's copied Cat has two black ears and a black tail.

69. Jasmine's copyright Black Cat has an orange bow at the base of its right ear.

70. Svitlana's copied Cat has an orange bow at the base of its right ear.

# Jasmine's Efforts to Deter Svitlana
# from Copying Jasmine's Art

71. Jasmine initially sent Svitlana messages on Mercari after a customer notified Jasmine of Svitlana copying designs (spring and summer 2021). In the Mercari messages, Jasmine stated that Svitlana likes to copy her designs and everything that she does (style of taking photos and business model of how the shop is stocked). Svitlana did not deny these statements. Jasmine also asked Svitlana to stop copying Jasmine's original designs.

72. Soon after, Svitlana began asking Jasmine about business advice (timeframe of shipping orders, packaging, etc). Svitlana asked for Jasmine's cell phone number and provided hers and began texting asking about Jasmine's business.

73. After Jasmine was informed of Svitlana's copying, she began checking the selling platforms daily. Jasmine noticed that her cow and pig designs were copied. When Jasmine asked Svitlana about the cow and pig design. Svitlana stated that she copied Jasmine's designs because a customer asked her to.

74. Jasmine once again asked Svitlana not to copy original designs and offered advice that when a customer asks to copy a design to state that she does not make other's work.

75. A similar incident occurred with the campfire and smore mug hats. Svitlana noted that she purchased the patterns for those mug hats from another Etsy shop.

Jasmine let Svitlana know that purchasing a pattern does not give Svitlana the right to copy Jasmine's copyright designs.

76. Svitlana continued to copy designs from Jasmine's Mercari and Etsy shops. Jasmine attempted to let Svitlana know that it is illegal to copy her designs in which Svitlana would respond that it is not her intent or that she purchased the pattern from the Royal Wear Shop. After Svitlana copied Jasmine's Spring Chick in February 2024, Jasmine submitted three separate DMCA takedowns on Etsy and Mercari, to which Svitlana responded by submitting false counter claims. After attempting to get Svitlana to stop copying several times, Jasmine hired an attorney to send a cease and desist letter (March 2024). The letter was also sent via e-mail with an intent to sue. Svitlana ignored these communications.

## Count 1: Willful Copyright Infringement of Spring Chick

77. Svitlana knew of and had access to Jasmine's "Spring Chick Marshmallow Mug Hat".

78. Svitlana made and sold derivative works of Jasmine's "Spring Chick Marshmallow Mug Hat", in violation of Jasmine's exclusive rights under 17 U.S.C. § 106(2).

79. Jasmine has informed Svitlana of her copyright in "Spring Chick Marshmallow Mug Hat" and has asked Svitlana to desist from selling derivative works of "Spring Chick Marshmallow Mug Hat".

80. Svitlana continues to make and sell derivative works of Jasmine's "Spring Chick Marshmallow Mug Hat".

81. Svitlana has willfully infringed and continues to willfully infringe Jasmine's copyright in "Spring Chick Marshmallow Mug Hat".

## Count 2: Willful Copyright Infringement of Campfire

82. Svitlana knew of and had access to Jasmine's "Campfire Marshmallow Mug Hat".

83. Svitlana purchased a copy of Jasmine's "Campfire Marshmallow Mug Hat".

84. Svitlana made and sold derivative works of Jasmine's "Campfire Marshmallow Mug Hat", in violation of Jasmine's exclusive rights under 17 U.S.C. § 106(2).

85. Jasmine has informed Svitlana of her copyright in "Campfire Marshmallow Mug Hat" and has asked Svitlana to desist from selling derivative works of "Campfire Marshmallow Mug Hat".

86. Svitlana continues to make and sell derivative works of Jasmine's "Campfire Marshmallow Mug Hat".

87. Svitlana has willfully infringed and continues to willfully infringe Jasmine's copyright in "Campfire Marshmallow Mug Hat".

## Count 3: Willful Copyright Infringement of S'more

88. Svitlana knew of and had access to Jasmine's "S'more Marshmallow Mug Hat".

Alan Harrison – SANDOLLAR Law – Milford, Connecticut

89. Svitlana purchased a copy of Jasmine's "S'more Marshmallow Mug Hat".

90. Svitlana made and sold derivative works of Jasmine's "S'more Marshmallow Mug Hat", in violation of Jasmine's exclusive rights under 17 U.S.C. § 106(2).

91. Jasmine has informed Svitlana of her copyright in "S'more Marshmallow Mug Hat" and has asked Svitlana to desist from selling derivative works of "S'more Marshmallow Mug Hat".

92. Svitlana continues to make and sell derivative works of Jasmine's "S'more Marshmallow Mug Hat".

93. Svitlana has willfully infringed and continues to willfully infringe Jasmine's copyright in "S'more Marshmallow Mug Hat".

## Count 4: Willful Copyright Infringement of Cow

94. Svitlana knew of and had access to Jasmine's "Cow Marshmallow Mug Hat".

95. Svitlana purchased a copy of Jasmine's "Cow Marshmallow Mug Hat".

96. Svitlana made and sold derivative works of Jasmine's "Cow Marshmallow Mug Hat", in violation of Jasmine's exclusive rights under 17 U.S.C. § 106(2).

97. Jasmine has informed Svitlana of her copyright in "Cow Marshmallow Mug Hat" and has asked Svitlana to desist from selling derivative works of "Cow Marshmallow Mug Hat".

Alan Harrison – SANDOLLAR Law – Milford, Connecticut

98. Svitlana continues to make and sell derivative works of Jasmine's "Cow Marshmallow Mug Hat".

99. Svitlana has willfully infringed and continues to willfully infringe Jasmine's copyright in "Cow Marshmallow Mug Hat".

## Count 5: Willful Copyright Infringement of Pig

100. Svitlana purchased a copy of Jasmine's "Pig Marshmallow Mug Hat".

101. Svitlana knew of and had access to Jasmine's "Pig Marshmallow Mug Hat".

102. Svitlana made and sold derivative works of Jasmine's "Pig Marshmallow Mug Hat", in violation of Jasmine's exclusive rights under 17 U.S.C. § 106(2).

103. Jasmine has informed Svitlana of her copyright in "Pig Marshmallow Mug Hat" and has asked Svitlana to desist from selling derivative works of "Pig Marshmallow Mug Hat".

104. Svitlana continues to make and sell derivative works of Jasmine's "Pig Marshmallow Mug Hat".

105. Svitlana has willfully infringed and continues to willfully infringe Jasmine's copyright in "Pig Marshmallow Mug Hat".

## Count 6: Willful Copyright Infringement of Black Cat

106.     Svitlana knew of and had access to Jasmine's "Black Cat Marshmallow Mug Hat".

107.     Svitlana purchased a copy of Jasmine's "Black Cat Marshmallow Mug Hat".

108.     Svitlana made and sold derivative works of Jasmine's "Black Cat Marshmallow Mug Hat", in violation of Jasmine's exclusive rights under 17 U.S.C. § 106(2).

109.     Jasmine has informed Svitlana of her copyright in "Black Cat Marshmallow Mug Hat" and has asked Svitlana to desist from selling derivative works of "Black Cat Marshmallow Mug Hat".

110.     Svitlana continues to make and sell derivative works of Jasmine's "Black Cat Marshmallow Mug Hat".

111.     Svitlana has willfully infringed and continues to willfully infringe Jasmine's copyright in "Black Cat Marshmallow Mug Hat".

Alan Harrison – SANDOLLAR Law – Milford, Connecticut

# Prayer for Relief

THEREFORE, Jasmine prays the Court to grant:

- an accounting of Svitlana's infringing works;

- statutory damages for willful infringement in the amount of $150,000 per infringing work;

- an order enjoining Svitlana from further copying of Jasmine's works;

- reasonable attorney's fees; and

- such other relief as the Court may deem just.

Respectfully submitted,
*s/Alan Harrison*
Alan Harrison (ct29464)
SANDOLLAR Law
6 West River St #112
Milford, CT 06460
alan@sandollar-law.net
203.212.9996