**UNITED STATES DISTRICT COURT**
**District of Connecticut**

**AFFIDAVIT OF SERVICE**



Index no : **3:24-CV-01412-KAD**

Jasmine Weber

        Plaintiff(s),

vs.

Svitlana Manchester

        Defendant(s).

**STATE OF CONNECTICUT**
                          **ss: East Hartford**
**HARTFORD COUNTY**

**Theresa Barnes**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of connecticut.

On **10/10/2024** at **3:42 PM**, I served the within **Summons in a Civil Action and Complaint** on **Svitlana Manchester** at **106A Grove Street, New Milford, CT 06776** in the manner indicated below:

AFFIXING: By affixing a true copy of each to the door of said premises, which is recipient's usual place of abode within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat:

Comments: **10/2/24 @ 6:40PM - Multi-family house. Shared parking lot. No answer. No answer at neighbor to verify. Lights on inside. Left notice. 10/5/24 @ 4:25PM - Notice gone. Heard voices inside but no answer. Left notice. 10/9/24 @ 7:34AM - Spoke to neighbor who verified subject lives in 106A. No answer at door. Notice gone. Left notice. 10/10/24 @ 3:42PM - No answer. Left documents abode as recipient's usual place of residence.**

Sworn to and subscribed before me on
October 11, 2024
by an affiant who is personally known to
me or produced identification.

X _____
Theresa Barnes
EcoScribe LLC
34 Shunpike Road, Ste 3-255
Cromwell, CT 06416

NOTARY PUBLIC
My Commission Expires: _____

Atty File#:

**KEITH D. NIZIANKIEWICZ**
*NOTARY PUBLIC*
**MY COMMISSION EXPIRES**
8/31/2029

