OCT 17 2024 AM 9:51
FILED - USDC - BPT - CT

# UNITED STATES DISTRICT COURT
## District of Connecticut

Jasmine Weber
_Plaintiff_

v.

Svitlana Manchester
_Defendant_

Case No. 3 24 CV -1412 (KAD)

## NOTICE OF PRO SE APPEARANCE

To: The clerk of court and all parties of record, I am representing myself in the matter above.

10-17-24
_Date_

_Svitlana Manchester_
_Filer's signature_

Svitlana Manchester
_Printed name_

106 Grove ST Apt. A
_Address_

New Milford CT 06776
_City, State, Zip Code_

860-997-9282
_Telephone number_

## CERTIFICATE OF SERVICE

I hereby certify that on  10-17-24 , a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_List here:_

_Svitlana Manchester_
_Filer's signature_

Rev. 8/11/15