# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

OCT 17 2024 AM 9:52
FILED - USDC - BPT - CT

| | |
|---|---|
| JASMINE WEBER, | No. 3:24-cv-01412 (KAD) |
| Plaintiff | |
| V. | |
| SVITLANA MANCHESTER, | |
| Defendant | 2024-10-16 |

# Motion by Defendant to Dismiss 12(b) with Prejudice for

# No Cause of Action

Now comes the Defendant, Svitlana Manchester of New Milford, Connecticut, by and through self-representation. Today Svitlana Manchester is present to file a Motion to Dismiss 12(b) with prejudice for no cause of action. The Plaintiff Jasmine Weber of Crozet, Virginia, has come forward with Frivolous claims of Copyright Infringement. The Plaintiff's evidence does not support the claims being made and is a clear attempt to abuse the United States court system. In the following pages it will be documented that the Plaintiff, Jasmine Weber, Copyright claims are invalid under Copyright Act 17 U.S.C 101, due to her artworks not being of her own original design.

## Jurisdiction, Standing, and Venue

1. This court has subject matter jurisdiction under the Copyright Act, 17 U.S.C. 101 et seq.
2. Svitlana Manchester was served with a summons in a civil case under case number: **3:24-CV-01412-KAD** on the day of 2024-10-10 left at her front door of her home in New Milford, Connecticut.
3. Venue is proper in this court because the Defendant is a resident of Connecticut.

## The Defendant, Her Hobby, and Her Crafts

4. Svitlana ("Svitlana") Manchester is a stay at home mother of 2 boys ages three and five who lives in New Milford, Connecticut.

5. Svitlana makes various crafts in her spare time which she buys and sells on online platforms, her crafts are her own original design.

6. Svitlana's crafts contain Marshmallow Mug Hats purchased and sold in online crafting communities.

7. Svitlana's crafting is a hobby and not a registered Business, her hobbies income generates less than a minimum wage rate, and provides nearly several thousand dollars annually, which is generally used to recuperate the costs of crafting materials.

8.  Svitlana does not craft to earn revenue, it is simply a hobby she enjoys in her spare time.

9. Svitlana often makes custom orders at customer's requests. The majority of these orders are seasonally based.

10. Svitlana sells crafts on 4 platforms. Svitlana's shop goes by the name "Svitlana's Creations" on the Mercari, Etsy, and Poshmark platforms. On Ebay Svitlana's user name is svitmanch0.

11. Svitlana began her crafting hobby as a child in Ukraine. Svitlana began buying and selling crafts on the Mercari and Etsy platforms in 2020 and expanded to other platforms thereafter.

12. Svitlana's main platforms of use for her crafting are Mercari and Etsy.

13. The following is an online printout for the design that Jasmine

Weber used for ("Campfire Marshmallow Mug Hat"). The date for

the Design is 2016 and is under Copyright by "Sharon Ojala".

Jasmine Weber first made and sold this mug hat "sometime" in

2021. The date of her copyright registration (VAU001512221) is

2023-09-05.

14. This design demonstrates that Jasmine Weber's "Campfire

Marshmallow Mug Hat" is not of her own original design.

Svitlana Manchester - New Milford, Connecticut

10/11/24, 8:44 PM                                    Roasting Marshmallow and Fire Pit

Amigurumi To Go

## Download Now and Print

Print Now

## Print

Print

Print

SmartPI

## Roasting Marshmallow and Fire Pit



www.AmigurumiToGo.com

I first made a marshmallow for my fire breathing dragons to have as a treat. Soon after posting the photo of them enjoying a marshmallow I knew I had to write up the pattern for it so your dragon can have one too!

## Print

https://www.amigurumitogo.com/2016/07/crochet-marshmallow-and-fire-free-pattern.html

Svitlana Manchester - New Milford, Connecticut

10/11/24, 8:44 PM                                                  Roasting Marshmallow and Fire Pit

Amigurumi To Go

repeat that sequence 1sc then 2sc in next st followed by 1sc then 2sc in next st over and over to the end of that particular row. The number inside the parentheses ( ~ ) is the number of stitches you should have at the end of that particular row. Add in a marker at the end of row 2 and move that marker at the end of every row.

Magic ring:

Parts of this amigurumi begin with a magic ring. I have 2 short video tutorials that will show you 2 different methods of making a magic ring. Use the one that is easiest for you. View 1st method here and 2nd method here.

Supplies:

Worsted weight yarn in red, yellow, orange, brown, light grey and dark grey

I used red heart comfort yarn.

4.25mm hook you can use a smaller hook

blunt end yarn needle for sewing

scissors

steel pet brush or hard bristle brush

optional ~ hot glue to glue rocks in place

optional ~ brown paint for marshmallow, black paint for rocks

optional ~ a stick for roasting the marshmallow (for older kids only)

Abbreviations:                                                          ^

st = stitch

sc = single crochet

hdc = half double crochet

FLO = front loops only

BLO= back loops only

sc2tog = single crochet 2 stitches together

f/o = finish off



Svitlana Manchester - New Milford, Connecticut

10/11/24  8:44 PM                                    Roasting Marshmallow and Fire Pit

**Amigurumi To Go**

5 - 10) 1sc in each st for 6 rows

11) 1sc then 2tog in the BLO (12)

f/o leaving a tail for sewing. Weave in and out of the FLO then stuff and shape. Pull yarn tail to close the gap. Carry the yarn tail through the center and out the other end then go back into the marshmallow, (go over a bit, don't go back through where you came out), through the center and out the other end. Tug on the yarn tail to pull the ends of the marshmallow together just slightly, this will help hold the shape. Once you're happy with how it looks, knot off and hide the yarn tail inside the marshmallow.

You can add a bit of color by dipping your finger tip into brown and black paint and very lightly dust the marshmallow in one area to make it look just like it does when it's starting to cook from the fire.

I didn't feel it necessary to add a face but did so on one for those who would like to see a face. I used black paint to dot the eyes in, dotted a tiny bit of white to those. I also painted the mouth and cheek color on.



**Ground  with brown**

1) magic circle or with 6hdc (6)

2) 2hdc in each (12) work starting yarn tail into this row

3) 2hdc in each st (24)

4) 1hdc then 2hdc in the next st (36)

5) 1hdc in the next 3st then 2hdc in the next st (45)

6) 1hdc in the next 4st then 2hdc in the next st (54)

7) 1sc in the BLO for 1 row

8) (ch2 1sc in next st, sl st next st, 1sc in next st) repeat around

f/o and weave in yarn tail. Stretch the piece out. The part where you crocheted in the BLO should easily fold upwards creating a basket type bottom.

https://www.amigurumitogo.com/2016/07/crochet-marshmallow-and-fire-free-pattern.html

Svitlana Manchester - New Milford, Connecticut

10/11/24, 8:44 PM                              Roasting Marshmallow and Fire Pit

Amigurumi To Go

5) 1sc in the BLO for 1 row.

f/o leaving a tail for sewing. Use this yarn tail to sew the ashes to the ground.

**Rocks· with light grey**

1) magic circle with 6hdc (6)

2) 2hdc in each (12)

3) 1hdc in next 2st then sc2tog (9)

4) sc2tog twice, stuff rock with yarn or stuffing, it won't take much of either. Then sl st across and then again to close up the gap. (The rocks are not meant to be perfect round balls) f/o and hide yarn tail inside rock.

You can add color to the side of the rocks that will face the fire by dipping your finger into black paint and rubbing it on the surface of the rock.



**Fire· with red, orange and yellow**

wrap orange, yellow, and red strands of yarn together around your hand about 6 times, drop the orange and red and wrap the yellow about 3 more times. Cut free, take the loop of strands off your hand and cut through the middle of the loop

Hold one end very tight and brush the other end. Once you have the strands completely brushed out, turn it around and brush the other end

https://www.amigurumitogo.com/2016/07/crochet-marshmallow-and-fire-free-pattern.html

Svitlana Manchester - New Milford, Connecticut

10/11/24, 8:44 PM                                        Roasting Marshmallow and Fire Pit

Amigurumi To Go

Tie off center and sew to the middle of the ashes. Sorry for the terrible photos of the fire. I took them from my video. If you need a better understanding of what I explained here, I do have a video for making this fire here.



**ASSEMBLY:**

1) sew the fire to the middle of the ashes. Pull the yarn tight when you knot off to help the fire stand straight up. Now sew the ashes to the center of the ground.

2) assemble the rocks. You can sew these in place. I prefer hot glue though, much quicker. You can also leave them as they are and just assemble them each time for play.



https://www.amigurumitogo.com/2016/07/crochet-marshmallow-and-fire-free-pattern.html

Svitlana Manchester - New Milford, Connecticut

10/11/24, 8:44 PM

Roasting Marshmallow and Fire Pit

Amigurumi To Go



I hope you enjoyed the pattern. Post pictures on my facebook page Amigurumi Freely. Or post them on instagram with the hashtag #sharonojala. My ig -> Sharon_Ojala

Donations of any size are greatly appreciated and help keep the patterns free.



Copyright 2016 Author: Sharon Ojala - Amigurumi To Go All rights reserved

ˆ

‹

**Terri** July 2, 2016 at 4:32 PM

Wow! I love it! I'm still working on Dreams but think I will do the marshmallow and pit before adding Nightmare. You know..... So Dreams has something to eat!

REPLY

**CMeglll** August 11, 2016 at 1:26 PM

I can't quit smiling:) This is too cute. Thank you for sharing your patterns:) ~Charis

REPLY

**Unknown** September 15, 2018 at 8:54 PM

This is amazingly creative, I love it! Can't wait to start work on some dragons of my own <3 Thank you for coming up with these patterns.

REPLY

**Unknown** April 21, 2019 at 6:31 PM

Do you have a video of how to put them all together I don't understand how to put the fire on the ashes please help. Thanks in advance

REPLY

ˇ

https://www.amigurumitogo.com/2016/07/crochet-marshmallow-and-fire-free-pattern.html

Svitlana Manchester - New Milford, Connecticut

15. The following is a screen shot of Jasmine Weber's copied "Campfire Marshmallow Mug Hat".



Svitlana Manchester - New Milford, Connecticut

16. The following is an online printout from an Etsy seller ("HandmadeZumeee") of ("S'more Marshmallow Mug Hat"). The customer reviews for this item show the Etsy Seller was selling this item as far back as 2020-10-25. Jasmine Weber first sold this product "sometime" in 2021. Jasmine Weber's date of Copyright (VAU001512221) registration is 2023-09-05.

17. The following Etsy customer reviews demonstrate that Jasmine Weber's "S'mores Marshmallow Mug Hat" is not of her own original design.

10/11/24, 9:33 PM                                    2pcs Set Crochet Stuffed Smores - Etsy

# Etsy

Search for anything

Sign in



Report this item to Etsy
**Low in stock, only 3 left**
**$26.00**
2pcs set Crochet stuffed s'mores
HandmadeZumee
★ ★ ★ ★ ★
✓
Arrives soon! Get it by Oct 19-22 if you order today

https://www.etsy.com/listing/886045881/2pcs-set-crochet-stuffed-smores

Case 3:24-cv-01412 - Document 1 - Filed 10/16/24

10/11/24, 9:33 PM                                    2pcs Set Crochet Stuffed Smores - Etsy

**Item details**

**Highlights**

- 
  Made by **HandmadeZumee**

**About this item**

Learn more about this item

**Shipping and return policies**

- 🗓
  Order today to get by Oct 19-22

- ▣
  Returns & exchanges not accepted

- 🚚
  Cost to ship: $6.55

- ◎
  Ships from: **Haleiwa, HI**

**Deliver to United States, 06776** ✏

**Did you know?**



**Etsy Purchase Protection**
Shop confidently on Etsy knowing if something goes wrong with an order, we've got your back for all eligible purchases — see program terms
Etsy offsets carbon emissions from shipping and packaging on this purchase

**FAQs**

**Meet your sellers**

https://www.etsy.com/listing/886045881/2pcs-set-crochet-stuffed-smores

Svitlana Manchester - New Milford, Connecticut

10/11/24, 9:33 PM                                    2pcs Set Crochet Stuffed Smores - Etsy

Sort by: Suggested ▾

★ ★ ★ ★ ★
PERFECT AND JUST WHAT I WANTED!!
Purchased item:
2pcs set Crochet stuffed s'mores

Lisa Brownlee Jan 29, 2021

★ ★ ★ ★ ★
I got these crochet s'mores to go with a plush campfire set we have. They are so cute. I love the melted
chocolate! And they are truly s'more-sized! Thank you very much ♡
Purchased item:
2pcs set Crochet stuffed s'mores

Alejandra Addison Jan 7, 2021

★ ★ ☆ ☆ ☆                                          ★ ★ ★ ★ ★
Loved the smores and stores hat.                   Purchased item:
Purchased item:                                    2pcs set Crochet stuffed s'mores
2pcs set Crochet stuffed s'mores
                                                   Shelia Onasch Oct 25, 2020
                                                   Item quality 5 ★
chazen8791 Apr 28, 2021
Item quality 5 ★                                   Shipping 5 ★

Shipping 5 ★                                        Customer service 5 ★

←    1    ②    →

Photos from reviews

⬛ ⬛ ⬛ ⬛ ⬛ ⬛ ⬛ ⬛ ⬛ ⬛ ⬛ ⬛ ⬛ ⬛    ＞

More from this shop

♡ Follow

https://www.etsy.com/listing/886045881/2pcs-set-crochet-stuffed-smores

18. The following is a screen shot of Jasmine Weber's copied "S'mores

Marshmallow Mug Hat".



Svitlana Manchester - New Milford, Connecticut

19. The following is a printed copy from an Etsy seller ("StylishFashionDesign") of ("Black Cat Marshmallow Mug Hat"). The customer reviews for this item show the Etsy Seller was selling this item as far back as 2020-10-09. Jasmine Weber first sold this product "sometime" in 2021. Jasmine Weber's date of Copyright (VAU001520382) registration is 2023-09-05.

20. The following Etsy customer reviews demonstrate that Jasmine Weber's "Black Cat Marshmallow Mug Hat" is not of her own original design.

10/11/24, 10:53 PM                                    Marshmallow Mugs Hat Black Cat Halloween - Etsy

# Etsy

≡  Search for anything

Sign in



⚐ Report this item to Etsy
**Low in stock, only 5 left**
**$11.24**
$12.49
10% off
**Sale ends on October 26**
Marshmallow mugs hat black cat Halloween
StylishFashionDesign ✿
★ ★ ★ ★ ★
✓
Returns & exchanges accepted
Quantity

1

https://www.etsy.com/listing/822698919/marshmallow-mugs-hat-black-cat-halloween

10/11/24, 10 53 PM                     Marshmallow Mugs Hat Black Cat Halloween - Etsy



**Star Seller.** This seller consistently earned 5 star reviews  shipped on time  and replied quickly to any messages they received

**Item details**

**Highlights**

- 👋
  
  Made by StylishFashionDesign

**About this item**

Learn more about this item

**Shipping and return policies**

- 📅
  
  Order today to get by **Oct 23-26**
- 🗓️
  
  Returns & exchanges accepted within 7 days
- 💰
  
  Cost to ship: **$4.71**
- 📍
  
  Ships from: **Dover, FL**

Deliver to United States, 06776 ✏️

**Did you know?**



**Etsy Purchase Protection**

Shop confidently on Etsy knowing if something goes wrong with an order  we've got your back for all eligible purchases — see program terms
Etsy offsets carbon emissions from shipping and packaging on this purchase

**Meet your sellers**

https://www.etsy.com/listing/822698919/marshmallow-mugs-hat-black-cat-halloween

Svitlana Manchester - New Milford, Connecticut

10/11/24, 10:53 PM                                    Marshmallow Mugs Hat Black Cat Halloween · Etsy

★★★★★
Absolutely darling Marshmallow mug hat, love it, its great and thanks so berry much
Purchased item:
Marshmallow mugs hat Halloween

JUDITH DECKERBAYLESS Nov 12, 2020
★★★★★
Adorable!!! 😺 These are the cutest hats ever! Great quality and customer service!I bought 2 and would recommend
to all my friends! Buying some for each holiday
Purchased item:
Marshmallow mugs hat Halloween

C B White Oct 30, 2020
Item quality 5 ★
Shipping 5 ★
Customer service 5 ★

★★★★★                                                    ★★★★★
Great work! Quick service!! Would buy from again. Thank you!   Love the Halloween mug hat. Nicely made.
Purchased item:                                          Purchased item:
Marshmallow mugs hat Halloween                           Marshmallow mugs hat Halloween

Marie Milton Oct 22, 2020                                Reviewed by Inactive Oct 9, 2020
←    4    5    6    (7)    8    →

Photos from reviews

🔲 🔲 🔲 🔲 🔲 🔲 🔲 🔲 🔲 🔲 🔲 🔲 🔲 🔲 🔲 🔲    〉

More from this shop
♡ Follow

https://www.etsy.com/listing/822698919/marshmallow-mugs-hat-black-cat-halloween

21. The following is a screen shot of Jasmine Weber's copied "Black Cat Marshmallow Mug Hat".



22. The following is a printed copy for the design that Jasmine Weber used for ("Spring Chick Marshmallow Mug Hat"). The publishing date for this design is 2015-02-26. Jasmine Weber first sold this product "sometime" in 2021. Jasmine Weber's date of Copyright (VAU002339034) registration is 2023-01-29.

23. This design demonstrates that Jasmine Weber's "Spring Chick Marshmallow Mug Hat" is not of her own original design.

Crochet Chunky Baby Chick Hat - Repeat Crafter Me

HOME     ABOUT ME     CRAFTING     CROCHETING     CROCKPOTTING     CONTACT     BOOKS

crochet chunky baby chick hat

FEBRUARY 26 2015

https://www.repeatcrafterme.com/2015/02/crochet-chunky-baby-chick-ha.html

Svitlana Manchester - New Milford, Connecticut

10/11/24, 8:29 PM                    Crochet Chunky Baby Chick Hat - Repeat Crafter Me



Spring is around the corner and so is Easter which makes it a perfect time to make this chunky baby chick hat! The super bulky yarn and large crochet hook makes it a quick crochet project.



https://www.repeatcrafterme.com/2015/02/crochet-chunky-baby-chick-ha.html

Svitlana Manchester - New Milford, Connecticut

10/11/24, 8:29 PM                                    Crochet Chunky Baby Chick Hat - Repeat Crafter Me



**Materials:**

- Chunky or Bulky yarn. I used Loops & Threads Zoomba Super Bulky yarn in Lightening yellow.

- Size I/9. I actually used a size K hook in the one pictured because that is all I could find at the moment the inspiration for this hat hit 😊 But I recommend using an I/9 for a tighter stitch and more exact sizes.

- Worsted weight yarn in orange and white.

- Size G hook for the eyes/beak.

- 2 small black buttons

- Tapestry needle

**Abbreviations:**

Magic Ring tutorial

SC = Single Crochet

HDC = Half Double Crochet

DC = Double Crochet

TC = Triple Crochet

Note: When beginning your hat, try to leave a long strand hanging from your magic ring. You will use this to create the little looped "feathers" on the top of the hat later on in the tutorial.

**Chunky Hat Pattern:**

**Size: 0-3 Months**

Magic ring, chain 2, DC 10 in magic ring, join to first DC, ch 2

Round 2: 2 DC in each around, join, ch 2 (20 DC)

Round 3: 2 DC in first stitch, DC in next, around, join, ch 2. (30 DC)

Round 4: 2 DC in first stitch, DC in next four, join, ch 1 (36 DC)

Round 5-8: DC in each stitch around (36 DC)

optional: SC or loosely slip stitch around the bottom to create a finished edge.

https://www.repeatcrafterme.com/2015/02/crochet-chunky-baby-chick-ha.html

Svitlana Manchester - New Milford, Connecticut

10/11/24, 8:29 PM                         Crochet Chunky Baby Chick Hat - Repeat Crafter Me

### Size: 3-6 Months

Magic ring, chain 2, DC 10 in magic ring, join to first DC, ch 2

Round 2: 2 DC in each around, join, ch 2 (20 DC)

Round 3: 2 DC in first stitch, DC in next, around, join, ch 2 (30 DC)

Round 4: 2 DC in first stitch, DC in next two, join, ch 2 (40 DC)

Round 5-9: DC in each stitch around, join, ch 2 (40 DC)

optional: SC or loosely slip stitch around the bottom to create a finished edge

### Size: 6-12 Months

Magic ring, chain 2, DC 10 in magic ring, join to first DC, ch 2

Round 2: 2 DC in each around, join, ch 2 (20 DC)

Round 3: 2 DC in first stitch, DC in next, around, join, ch 2 (30 DC)

Round 4: 2 DC in first stitch, DC in next two, join, ch 2 (40 DC)

Round 5: 2 DC in first stitch, DC in next seven, join, ch 2 (45 DC)

Round 6-10: DC around, join, ch 2, 45 DC)

optional: SC or loosely slip stitch around the bottom to create a finished edge

### Size: Preschooler

Magic ring, chain 2, DC 10 in magic ring, join to first DC, ch 2

Round 2: 2 DC in each around, join, ch 2 (20 DC)

Round 3: 2 DC in first stitch, DC in next, around, join, ch 2 (30 DC)

Round 4: 2 DC in first stitch, DC in next two, join, ch 2 (40 DC)

Round 5: 2 DC in first stitch, DC in next three, join, ch 2 (50 DC)

Round 6-11: DC around, join, ch 2 (50 DC)

optional: SC or loosely slip stitch around the bottom to create a finished edge

### Size: Child

Magic ring, chain 2, DC 10 in magic ring, join to first DC, ch 2

Round 2: 2 DC in each around, join, ch 2 (20 DC)

Round 3: 2 DC in first stitch, DC in next, around, join, ch 2 (30 DC)

Round 4: 2 DC in first stitch, DC in next two, join, ch 2 (40 DC)

Round 5: 2 DC in first stitch, DC in next three, join, ch 2 (50 DC)

Round 6: 2 DC in first stitch, DC in next nine, join, ch 2 (55 DC)

Round 7: 11 DC around, join (55 DC)

optional: SC or loosely slip stitch around the bottom to create a finished edge

### Size: Teen/Adult

Magic ring, chain 2, DC 10 in magic ring, join to first DC, ch 2

Round 2: 2 DC in each around, join, ch 2 (20 DC)

Round 3: 2 DC in first stitch, DC in next, around, join, ch 2 (30 DC)

Round 4: 2 DC in first stitch, DC in next two, join, ch 2 (40 DC)

Round 5: 2 DC in first stitch, DC in next three, join, ch 2 (50 DC)

Svitlana Manchester - New Milford, Connecticut

Crochet Chunky Baby Chick Hat - Repeat Crafter Me

Round 6: 2 DC in first stitch, DC in next four, join, ch 2 (60 DC)

Round 7-13: DC around (60 DC)

optional: SC or loosely slip stitch around the bottom to create a finished edge.

**Eyes (make 2):**

With G hook and white worsted weight yarn...

Magic ring, make 6 SC in ring, pull tight and join, chain 1

Round 2: 2 SC in each stitch around, join, chain 1 (12 SC)

Round 3: 2 SC in first stitch, SC in next, repeat around, join (18 SC)

I actually made an extra 2 SC in the last stitch of round 3 just to give the eye a slightly more oval look. Not a

big difference but just wanted to throw out that option.

Fasten off leaving long tail to sew onto hat.

**Beak:**

With G hook and orange worsted weight yarn...

Chain 4, SC in second chain from hook, HDC in next, DC in next, continue to SC around all edges making a

SC + chain 1 + SC in the 3 corners. Fasten off leaving long tail.

**Wings (make 2):**

With K hook and super bulky yarn

Chain 8, HDC in third chain from hook, DC in next, DC in next, TC in next, skip next stitch and join to last

with a slip stitch. Continue to SC around back of wing and other side of chain except when you come to the end

of chain, make 2 slip stitches. Fasten off leaving long tail. Sew onto sides of hat.



When weaving in the end from your magic ring (beginning of the hat), loop it through the top 3 times. Just

like you would weave in an end, but leave it in a loose loop instead of pulling it tightly through. THEN after

you have made the loops, make sure the loose end is securely woven in and fastened off. This creates the

little "feathers" on the top of the baby chicks head.

10/11/24, 8:29 PM                    Crochet Chunky Baby Chick Hat - Repeat Crafter Me



Sew embellishments on hat. The eyes should be touching and the top corners of the beak should be sewn over the edge of the eyes.



The wings only need to be attached at the top. Leave the bottoms flapping out a little.



Cheep, Peep, Chirp!

https://www.repeatcrafterme.com/2015/02/crochet-chunky-baby-chick-ha.html

Svitlana Manchester - New Milford, Connecticut

10/11/24, 8:29 PM                    Crochet Chunky Baby Chick Hat - Repeat Crafter Me



**Update 2/28/2015**

This baby chick can easily be turned into a duckling by crocheting a slightly different beak! Below is the pattern for the duck beak and of course you can always make embellishments bigger by using a larger hook and/or thicker yarn.

https://www.repeatcrafterme.com/2015/02/crochet-chunky-baby-chick-ha.html

Crochet Chunky Baby Chick Hat - Repeat Crafter Me



**Crochet Duck Beak Pattern:**

With orange yarn...

Chain 11, starting in 2nd chain from hook, SC Decrease across first two, SC in next 2, 2 SC in next 2, SC in next 2, SC Decrease over last two, chain 1, turn

**Row 2:** SC in first 2, HDC in next, DC, 2 DC in next two, DC, HDC, SC, SC + chain 1 + SC in last, continue to SC along sides and bottom and join with slip stitch in to first SC.

Fasten off leaving long tail to sew onto hat.

Stitch on two nostrils with black yarn.

Small part of beak:

With orange yarn...

Chain 5, SC in second chain from hook, HDC Decrease over next two, SC in last.

Fasten off leaving long tail to sew on to hat (under larger part of beak)

https://www.repeatcrafterme.com/2015/02/crochet-chunky-baby-chick-ha.html

Svitlana Manchester - New Milford, Connecticut

Crochet Chunky Baby Chick Hat - Repeat Crafter Me



*** You may make and sell products from my patterns but if you do I ask that you link back to my post. Please do not copy and post this pattern and claim it as your own. Please do not re publish photos as your own.***

Want more free patterns? Keep in touch on my **Repeat Crafter Me Facebook Page** for new pattern sneak peeks and when they will be available on my blog! And feel free to post pictures of your finished hats and/or links to your shops on my Facebook wall so all can see. Be sure to also **follow me on Instagram**! I love when you tag me (@repeatcrafterme)!



SHARE THIS!

6 COMMENTS

FILED UNDER: **CROCHETING, UNCATEGORIZED**

## Related Posts

   

STARBUCKS STITCH MARKERS AND BOTTLED BEVERAGES

CROCHET CHRISTMAS TREE PIXEL SQUARE

CROCHET SANTA PIXEL SQUARE

CROCHET DAISY RUG WITH CLOVER AMOUR LARGE HOOKS AND GIVEAWAY

## Comments

https://www.repeatcrafterme.com/2015/02/crochet-chunky-baby-chick-ha.html

Svitlana Manchester - New Milford, Connecticut

Crochet Chunky Baby Chick Hat - Repeat Crafter Me

Save my name, email, and website in this browser for the next time I comment.

LET'S CONNECT!

  



Hi and thanks for stopping by! I'm Sarah, the crafter, crocheter and occasional crockpotter behind this blog. As a wife and mom of 3 my days are busy but I always find time to pick up my crochet hook or indulge in something crafty. I have a passion for crafting and crocheting and offer my patterns and tutorials for free! I hope you enjoy everything you find here and please feel free to repeat after me!

24. The following is a screen shot of Jasmine Weber's copied "Spring Chick Marshmallow Mug Hat".

Svitlana Manchester - New Milford, Connecticut

Case 3:24-cv-01412 Document 1 Filed 10/16/24



Svitlana Manchester - New Milford, Connecticut

25.  The following is a printed copy from an Etsy seller ("ThreadedSoul") of ("Cow Marshmallow Mug Hat") and ("Pig Marshmallow Mug Hat"). The reviews for these items show the Etsy Seller was selling these items as far back as 2020-04-03. Jasmine Weber first sold these items "sometime" in 2021. Jasmine Webber's date of Copyright (VAU001523596) registration is 2023-09-05 for both items.

26.  The following Etsy customer reviews demonstrate that Jasmine Weber's "Cow Marshmallow Mug Hat" and "Pig Marshmallow Mug Hat" are not of her own original design.

10/11/24, 11:05 PM          Pig Marshmallow Mug Hat Farmhouse Decor - Etsy

# Etsy

☰   ( Search for anything )

Sign in

🎁

🛒

This shop is taking a short break. Want to know when they return? Sign up for Updates



⚐ Report this item to Etsy

https://www.etsy.com/listing/765220334/pig-marshmallow-mug-hat-farmhouse-decor?show_sold_out_detail=1&ref=nla_listing_details

10/11/24, 11:05 PM                                          Pig Marshmallow Mug Hat Farmhouse Decor - Etsy

**Low in stock, only 2 left**

## $18.50

Pig Marshmallow Mug Hat - Farmhouse Decor

**ThreadedSoul**

★ ★ ★ ★ ★

Quantity

| 1 |
|---|

## Item details

### Highlights

- 👋

  Made by **ThreadedSoul**

- 🌀

  Materials: buttons, glass beads, Soft fuzzy yarn

### About this item

Learn more about this item

### Shipping and return policies

- 📅

  Order today to get by <u>Oct 26-Nov 7</u>

- 🗄

  <u>Returns & exchanges not accepted</u>

- 🚚

  Cost to ship: **$5.00**

  Enjoy free shipping to the US when you spend $35+ at this shop.

- 📍

  Ships from: **Charlotte, NC**

Deliver to United States, 06776 ✏

### Did you know?



https://www.etsy.com/listing/765220334/pig-marshmallow-mug-hat-farmhouse-decor?show_sold_out_detail=1&ref=nla_listing_details

10/11/24, 11:05 PM                          Pig Marshmallow Mug Hat Farmhouse Decor - Etsy

**Message Natalie**

This seller usually responds within a few hours.

3,097 reviews
★★★★★

Reviews for this item  46      Reviews for this shop  3,097

Sort by: Suggested ▼

★★★★★                                    ★★★★★
Purchased item:                          Purchased item:
Cow Marshmallow Mug Hat - Farmhouse Decor   Cow Marshmallow Mug Hat - Farmhouse Decor

                                         Sage Owl Basket Apr 3, 2020

ginobaglivio Apr 4, 2020

← 8  9  10  11  ( 12 )  →

Photos from reviews

▪  ▪  ▪  ▪  ▪  ▪  ▪  ▪  ▪  ▪  ▪  ▪        ❯

Explore related searches

rochet Hats
r...

ot Cocoa
ug Hats

ıster
arshmell...

ıider
arshmall...

Explore more related searches

Rae Dunn Mug Bunny Bait      Margarita Mini Mug Hat      Taco Marshmallow Hat

https://www.etsy.com/listing/765220334/pig-marshmallow-mug-hat-farmhouse-decor?show_sold_out_detail=1&ref=nla_listing_details

Svitlana Manchester - New Milford, Connecticut

27.  The following is a screen shot of Jasmine Weber's copied "Cow Marshmallow

Mug Hat".



Svitlana Manchester - New Milford, Connecticut

Case 3:24-cv-01412 Document 1 Filed 10/16/24

28. The following is a screen shot of Jasmine Weber's copied "Pig Marshmallow Mug Hat".

Svitlana Manchester - New Milford, Connecticut



Svitlana Manchester - New Milford, Connecticut

## The Plaintiff, The Defendant, and Their Relationship

29. Svitlana Manchester and Jasmine Weber first communicated on the Mercari platform.

30. Svitlana and Jasmine originally had a good working friendship with each other.

31. Svitlana purchased a Mug Hat from Jasmine, which is frequently done amongst buyers and sellers in the crafting community.

32. The Mug Hat Svitlana purchased from Jasmine is called ("Baby Grinch Marshmallow Mug Hat") and is an exact replica of The Grinch in which "Dr. Seuss Enterprises" owns the copyright and trademark.

33. The Baby Grinch Marshmallow Mug Hat is the only item Svitlana Manchester has ever purchased from Jasmine Weber.

34. Svitlana and Jasmine moved their communication with each other to text messaging.

35. Jasmine began to encourage Svitlana to attack other sellers on the Mercari and Etsy platform by means of falsely reporting them in order to have other seller's listings removed.

36. Jasmine through texting communicated to Svitlana her intent to take over the Marshmallow Mug Hat market by having sellers removed from online platforms by means of reporting sellers to the online platforms continuously.

37. Svitlana did not like this course of action by Jasmine and broke off all means of communication with her.

38. Jasmine then began to attack Svitlana by the same means stated above of false reporting and harassing messages.

39. Svitlana's listings would be removed for periods of 10 business days.

40. Etsy and Mercari would review Jasmine's claims against Svitlana and after finding the claims false, would allow Svitlana to re-list her items.

41. This course of attacking by Jasmine towards Svitlana greatly impacted Svitlana's standing in the online crafting community.

42. The last communication Svitlana ever had with Jasmine was 2023-12-24 and since, Svitlana has blocked Jasmine on all platforms of communication.

43. Jasmine Weber's Mercari store is named handmadejoy and her user number is 731229049.

44. On the day of 2021-09-30 Svitlana Manchester Purchased from Jasmine Weber a ("Baby Grinch Marshmallow Mug Hat") which is protected by Copyright and Trademark laws by "Dr. Suess Enterprises".

45. Following are screen shots of receipts for the purchase of the "Baby Grinch Marshmallow Mug Hat" made by Svitlana Manchester from Jasmine Weber.

46. This item is the one and only item that Svitlana Manchester has ever purchased from any online shop created by Jasmine Weber.

<       **Order status**       **Help**

Svitlana Manchester
51 John Olds Dr
Apt 205
Manchester, CT 06042-8793

**Carrier**

USPS Ground Advantage / 0.25 lb

**View tracking**

## Seller information     **View profile**

 **handmadejoy**
@user731229049
★★★★★ (1579)     **Message**

## Order summary

 Baby Grinch
Marshmallow Mug Hat
**$13.00**     **Details**
Purchased on 09/30/21



<      **Order status**      **Help**

Shipped      09/30/2021

Delivered      10/04/2021

Rated      10/04/2021

## Complete

Thanks for shopping on Mercari!

**Earn up to $50 for each friend you refer** 

**Share your invite**

## Shipping information

**Ship to**

Svitlana Manchester
51 John Olds Dr
Apt 205
Manchester, CT 06042-8793

**Carrier**

USPS Ground Advantage / 0.25 lb

Svitlana Manchester - New Milford, Connecticut

## Meet the seller



**handmadejoy**
@user731229049

⭐⭐⭐⭐⭐ **1579** reviews
**1578** listed      **1578** sales

## Details

Condition ⓘ      **New**

Brand              Handmade

Category           Home  Home decor
                   Home decor accents
                   Handmade Home Decor Accents

Posted             09/26/21

#raedunn (205K)         #christmas (623K)

#grinch (19K)

## Description

Handmade Crochet Baby Grinch Marshmallow Mug
Hat!

Don't be a Grinch! Bring home this Baby Grinch theme
hat for your marshmallow mugs by 180°! This adorable
hat is handmade using premium acrylic yarn.

*Pairs well with Rae Dunn collections!
-Mugs not included in listing.
*Smoke and pet free*

Svitlana Manchester - New Milford, Connecticut



mercari.com

MERCARI

Search for anything

PURCHASED
You bought this item.

5 ♥

Updated 03/20/23

**Baby Grinch Marshmallow Mug Hat**

**$13.00**

+$3.65 delivery & $1.98 fees ⓘ

View order

Svitlana Manchester - New Milford, Connecticut

## Comparing Sharon's and Jasmine's Campfires

47. Sharon's copyright campfire is a crotched ornament that has a cylindrical base and may be placed atop of a mug.

48. Jasmine's copied campfire is a crocheted ornament that has a cylindrical base and may be placed atop of a mug.

49. Sharon's copyright campfire has a grey rim of ash around the top.

50. Jasmine's copied campfire has a grey rim of ash around the top.

51. Sharon's copyright campfire has a grey center which a yarn ball of flame sits atop.

52. Jasmine's copied campfire has a grey center which a yarn ball of flame sits atop.

53. Sharon's copyright campfire has a poofy orange and red ball of flame atop the base.

54. Jasmine's copied campfire has a poofy orange and red ball of flame atop the base.

55. Sharon's copyright is from 2016.

56. Jasmine's copyright is from 2023.

Svitlana Manchester - New Milford, Connecticut

## Comparing HandmadeZumee's and Jasmine's S'mores

57. HandmadeZumee's S'more is a crotched ornament that has two flat brown discs symbolizing graham cracker that form the sides of a sandwich, which may be placed atop of a mug.

58. Jasmine's copied S'more is a crotched ornament that has two flat brown discs symbolizing graham cracker that form the sides of a sandwich, which may be placed atop of a mug.

59. HandmadeZumee's S'more has a white cylindrical center symbolizing marshmallow sandwiched between two flat brown discs.

60. Jasmine's copied S'more has a white cylindrical center symbolizing marshmallow sandwiched between two flat brown discs.

61. HandmadeZumee's S'more has dark brown color, symbolizing chocolate oozing down from the top of the mashmallow.

62. Jasmine's copied S'more has dark brown color, symbolizing chocolate oozing down from the top of the marshmallow.

63. HandmadeZumee has been selling this item on Etsy as far back as 2020.

64. Jasmine's copyright is from 2023.

## Comparing StylishFashionDesign's and Jasmine's Black Cats

65. StylishFashionDesign's Black Cat is a somewhat spherical and mostly black crotched ornament that may be placed atop of a mug.

66. Jasmine's copied Black Cat is a somewhat spherical and mostly black crotched ornament that may be placed atop of a mug.

67. StylishFashionDesign's Black Cat has two black ears that are pointed in the upwards direction.

68. Jasmine's copied Black Cat has two black ears that are pointed in the upwards direction.

69. StylishFashionDesign's Black Cat has an orange bow fixed to the base of an ear.

70. Jasmines copied Black Cat has an orange bow fixed to the base of an ear.

71. StylishFashionDesign's Black Cat has white sewn in thread symbolizing whiskers pointing in the upwards direction.

72. Jasmine's copied Black Cat has white sewn in thread symbolizing whiskers pointing in the upwards direction.

73. StylishFashionDesign has been selling this item on Etsy as far back as 2020.

74. Jasmine's copyright is from 2023.

## Comparing Sarah's and Jasmine's Chicks

75.  Sarah's Spring Chick is somewhat spherical and a mostly yellow crotched ornament that may be placed atop of a mug.

76.  Jasmine's copied Spring Chick is somewhat spherical and a mostly yellow crotched ornament that may be placed atop of a mug.

77.  Sarah's Spring Chick has three lobed yellow crests atop its head symbolizing hair.

78.  Jasmine's copied Spring Chick has three lobed yellow crests atop its head symbolizing hair.

79.  Sarah's Spring Chick has two small yellow wings.

80.  Jasmine's copied Spring Chick has two small yellow wings.

81.  Sarah's Spring Chick has an orange triangular downward pointing nose.

82.  Jasmine's copied Spring Chick has an orange triangular downward pointing nose.

83.  Sarah's Spring Chick was created in 2015.

84.  Jasmine's Spring Chick copyright is from 2023.

Svitlana Manchester - New Milford, Connecticut

## Comparing ThreadedSoul's and Jasmine's Pigs

85. ThreadedSoul's Pig is a somewhat spherical and a mostly pink crotched ornament that may be placed atop of a mug.

86. Jasmine's copied Pig is a somewhat spherical and a mostly pink crotched ornament that may be placed atop of a mug.

87. ThreadedSoul's Pig has a round nose with pink nostirls.

88. Jasmine's copied Pig has a round nose with pink nostirls

89. ThreadedSoul's Pig has black circular eyes.

90. Jasmine's copied Pig has black circular eyes.

91. ThreadedSouls Pig has two concaved ears that are pink and point in the upwards direction.

92. Jasmine's copied Pig has two concaved ears that are pink and point in the upwards direction.

93. ThreadedSoul's has been selling this item on Etsy as far back as 2020.

94. Jasmine's copyright is from 2023.

Svitlana Manchester - New Milford, Connecticut

## Comparing ThreadedSoul's and Jasmine's Cows

95. ThreadedSoul's Cow is a somewhat spherical and a mostly white crotched ornament that may be placed atop of a mug.

96. Jasmine's copied Cow is a somewhat spherical and a mostly white crotched ornament that may be placed atop of a mug.

97. ThreadedSoul's Cow has two upward pointed brown horns atop of its head.

98. Jasmine's copied Cow has two upward pointed brown horns atop of its head.

99. ThreadedSoul's Cow has two concave ears pointed outward to the side.

100. Jasmine's copied Cow has two concave ears pointed outward to the side.

101. ThreadedSoul's Cow has a round nose with two nostrils placed toward the center.

102. Jasmine's copied Cow has a round nose with two nostrils placed toward the center.

103. ThreadedSoul's has been selling this item on Etsy as far back as 2020.

104. Jasmine's copyright is from 2023.

Svitlana Manchester - New Milford, Connecticut

# Prayer for Dismissal

THEREFORE, Svitlana asks upon the court to grant:

- A Dismissal of suit with prejudice due to baseless and malicious claims of copyright infringement made by the plaintiff.

Your Honorable Judge,

Thank you for taking the time to review this request.

Respectfully Submitted,

Svitlana Manchester

106 Grove Street

Apt A

New Milford, Connecticut

06776

Svitlanamanchester@gmail.com

(860) 997-9282

*Svitlana Manchester*