# IN THE UNITED STATES DISTRICT COURT FOR THE

# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JASMINE WEBER | : | 3:24-cv-1412-KAD |
| | : | |
| v. | : | Ms. Weber's Motion for Judgment on the |
| | : | Pleadings |
| SVITLANA MANCHESTER | : | |
| | : | 2024-10-29 |

Plaintiff Jasmine Weber respectfully moves the Court to enter judgment in her favor on the pleadings as presented now, and submits a memorandum, a verification, and an affidavit in support of this motion.

Respectfully submitted,
s/Alan Harrison
Alan Harrison ct29464
SANDOLLAR Law
6 West River Street #112
Milford, CT 06460
alan@sandollar-law.net
203.212.9996