IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JASMINE WEBER | : 3:24-cv-1412-KAD |
| v. | : Ms. Weber's Verification of the Complaint |
| SVITLANA MANCHESTER | : 2024-10-29 |

VERIFICATION

I, Jasmine Weber, being first duly cautioned and sworn, hereby depose and state upon personal knowledge that the factual allegations contained in the Complaint (ECF 1) are true and correct to the best of my knowledge, information and belief. Any documents attached to the Complaint (ECF 1) are true and correct copies of those documents as described in the Complaint (ECF 1).

signed: _____

Here appeared before me, via Google Meet, those persons named above, whose identity is personally known to me or proven on the basis of satisfactory evidence, and they made, in my presence, voluntary signatures and an oath or affirmation vouching for the truthfulness and completeness of the foregoing.

_____
Alan Harrison
Commissioner Conn. Superior Court
431816

Date  2024-10-29

Place  Milford, Connecticut