# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JASMINE WEBER | : | 3:24-cv-1412-KAD |
| | : | |
| v. | : | Ms. Weber's Affidavit as to Originality of the |
| | : | Works Copied by Ms. Manchester |
| SVITLANA MANCHESTER | : | |
| | : | 2024-10-29 |

I, Jasmine Weber, am a competent adult with personal knowledge of the facts here stated.

In the motion to dismiss (ECF 13), Svitlana Manchester alleges that I copied my Campfire, S'more, Black Cat, Spring Chick, Cow, and Pig mug hats from other artists on various online platforms. As evidence, the motion to dismiss incorporates screenshots of various web pages.

   1) Campfire:

https://www.amigurumitogo.com/2016/07/crochet-marshmallow-and-fire-free-pattern.html



• I have never seen this image until having to complete a Google search regarding Svitlana's claims.

• Purpose: Amigurumi toys.

• The design of this campfire is flat and contains 3-dimensional rocks and 3-dimensional marshmallows that are stuffed.

• The fire sits on a flat dark gray surface that sits on a brown surface along with the rocks.

My Design:



• Many sellers have a campfire in their shop that I do not have issues with.

• My original mug hat design contains brown logs, gray rocks that are affixed to the hat on a black base.

• Purpose: Decorative mug hat.

• None of my elements are stuffed.

• My design does not contain stuffed marshmallows.

• My design was created from my own pattern and not from the pattern listed in Svitlana's false claim.

• The designs and purposes are not alike.

2) Smore:

https://www.etsy.com/listing/886045881/2pcs-set-crochet-stuffed-smores?msockid=14df459515bf682e0f514a4d14dd6905



• I have never seen this image until having to complete a Google search regarding Svitlana's false claims.

• I did not sell on Etsy or check on Etsy sellers. I sold exclusively on Mercari during the time of my original design in 2021. This item is sold on Etsy.

• Purpose: Amigurumi stuffed toys/decorations.

My Design:



• S'mores are not a novel idea with most containing 2 graham crackers, a marshmallow, and chocolate. Many sellers have a s'more in their shop that I do not have issues with.

• I did not make her stuffed s'more; I made my own s'more. The designs and purposes are not alike.

• My original mug hat design does not contain any stuffing.

• Purpose: Decorative mug hat.

• My design displays many chocolate drippings to portray a real s'more.


3) Black Cat:

https://www.etsy.com/listing/822698919/marshmallow-mugs-hat-black-cat-halloween



• I have never seen this image until having to complete a Google search regarding Svitlana's false claims.

• I did not sell on Etsy or check on Etsy sellers. I sold exclusively on Mercari during the time of my original design in 2021. This item is sold on Etsy. This seller actually copies mug hats from me and we spoke about it on December 12, 2023. Unlike Svitlana, she agreed to remove the content and stop copying. I ended up giving her advice to file for copyright on her own original designs if she would like to protect her work.

• Bow is 3-dimensional on right ear.

• Black cat has no face, a white embroidered nose, and 3 white whiskers.

My Design:



• Black cats are not a novel idea. Many sellers have a black cat in their shop that I have no issues with. I chose to make a black cat BUT my own black cat as part of the shop's Halloween section. The designs are not alike.

• Bow is 2-dimensional on left ear.

• Black cat displays eyes, eyelashes, a pink felt nose, tail and 2 white horizontal whiskers.


4) Spring Chick:

https://www.repeatcrafterme.com/2015/02/crochet-chunky-baby-chick-ha.html



• I have never seen this image until having to complete a Google search regarding Svitlana's false claims.

• Purpose: Baby hat.

• The pattern is written for a baby hat.

• This design features large white round circles that black buttons are placed on.

• The large wings are pointed downward and the beak is crocheted out of orange yarn.

My Design:



• Many sellers have a spring chick n their shop that I do not have issues with.

• Purpose: Decorative mug hat

• My design was created from my own pattern and not from the pattern listed in Svitlana's false claim.

• I did not make her baby chick; I made my own spring chick. The designs and purposes are not alike.

• Spring chick displays3  hair whisps that stand up on top of the head, small black eyes, an orange felt beak, small yellow arms pointed in an upward position, and orange heart feet.

• My design does not contain large white crocheted circles for eyes.


5) Cow and Pig:

https://www.etsy.com/listing/803369201/cow-marshmallow-mug-hat-farmhouse-decor?msockid=14df459515bf682e0f514a4d14dd6905

https://www.etsy.com/listing/765220334/pig-marshmallow-mug-hat-farmhouse-decor





　　• I have never paid attention to these images until having to complete a Google search regarding Svitlana's false claims.

　　• I did not sell on Etsy or check on Etsy sellers. I sold exclusively on Mercari during the time of my original design in 2021. These items were sold on Etsy.

• Natalie's cow displays 1 black button used for the left eye, 1 white button used for the right eye (black patch under right eye), 2 black ears with pink interior, 2 dark brown horns, and a brown snout with black lines for nostrils.

• Fuzzy yarn is used for the base.

• Natalie's pig displays a flat nose with a pink button in the middle.

• Fuzzy yarn is used for the base.

My Designs:



• Cows and pigs are not novel ideas. Many sellers have cows and pigs in their shop that I have no issues with. I chose to make a cow and pig BUT my own cow and pig. The designs are not alike.

• My cow design displays 1 brown left ear, and 1 cream right ear, small beige horns, felt eyes, eyelashes, blush cheeks, a pink snout with pink felt nostrils, and a black checkered ribbon.

• My pig design displays pointed ears, felt eyes, eyelashes, blush cheeks, a 3-dimensional snout with pink felt nostrils, and black checkered ribbon.

   • I actually spoke to Natalie when I first started selling on Etsy in 2022 about 2 sellers (Linesloop and CrochetALaDia) copying her. We are now friends and following one another on Instagram. If I copied her, we would not be friends.


CONCLUSION:

   • Svitlana does not create her own designs. She continues to stalk my shop to rip off my original designs to sell.

   • She ignored all of my friendly requests for these illegal activities to cease and continued to copy my designs without permission.

   • She ignored all legal documents (from lawyers) until the summons at her home was delivered. Her intention was to ignore everything and continue to copy without consequence.

   • Because of the summons delivered to her home, Svitlana is grabbing at straws by Google searching anything that she could to try to invalidate my legal copyrights.

   • Svitlana also lists my original designs and undercuts my pricing. Her shops are always 15-25% less than mine to drive my customers to her.

As stated in my complaint, my works are original to me.

(verification next page)

VERIFICATION

I, Jasmine Weber, being first duly cautioned and sworn, hereby depose and state upon personal knowledge that the factual allegations contained in the foregoing Affidavit are true and correct to the best of my knowledge, information and belief.

signed: *[signature]*

Here appeared before me, via Google Meet, those persons named above, whose identity is personally known to me or proven on the basis of satisfactory evidence, and they made, in my presence, voluntary signatures and an oath or affirmation vouching for the truthfulness and completeness of the foregoing.

*[signature]*
Alan Harrison
Commissioner of Conn. Superior Court
431816

Date: 2024-10-29

Place: Milford, Connecticut