**IN THE UNITED STATES DISTRICT COURT FOR THE**

**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| JASMINE WEBER | : | 3:24-cv-1412-KAD |
| | : | |
| v. | : | Certificate of Service on Svitlana |
| | : | Manchester |
| SVITLANA MANCHESTER | : | |
| | : | 2024-10-30 |

On 2024-10-30 I served or caused to be served, upon Ms. Svitlana Manchester, the following:

Motion for Judgment on the Pleadings, ECF 14 and attachments 14-1, 14-2, 14-3.

at the following address:

106A Grove St

New Milford, CT 06776

by certified mail.

Respectfully submitted,
s/Alan Harrison
Alan Harrison ct29464
SANDOLLAR Law
6 West River Street #112
Milford, CT 06460
alan@sandollar-law.net
203.212.9996