NOV 1 2024 AM 11:20
FILED - USDC - BPT - CT

# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| JASMINE WEBER, | No. 3:24-cv-01412  KAD |
| --- | --- |
| Plaintiff | |
| V. | |
| SVITLANA MANCHESTER, | |
| Defendant | 2024-11-01 |

## Motion by Defendant to Seal Documents

Now comes the Defendant, Svitlana Manchester of New Milford, Connecticut, by and through self-representation. Today Svitlana Manchester is present to file a Motion to seal document, "Motion for Appointment of Counsel" under rule 13.05 (FRCP 83).

## Compelling Reasons

1. Svitlana has two minor children in which their private information will be displayed in the Motion for Appointment of Counsel. Under FRCP 5.2, the private interest outweighs the public interest in regards to this Document.

2. Social Security Numbers of parties involved in this case and those of non-parties may be displayed in the Motion for Appointment of Counsel. Under FRCP 5.2, the private interest outweighs the public interest in regards to this Document.

3. Taxpayer-identification numbers of parties involved in this case and those of non-parties may be displayed in the Motion for Appointment of Counsel. Under FRCP 5.2, the private interest outweighs the public interest in regards to this Document.

## Prayer for Motion to Seal Documents

THEREFORE, Svitlana asks upon the court to grant:

- All Documentation in relation to the Motion for Appointment of Counsel to be sealed from public view.

Your Honorable Judge,

Thank you for taking the time to review this request.

Respectfully Submitted,

Svitlana Manchester

106 Grove Street

Apt A

New Milford, Connecticut

06776

Svitlanamanchester@gmail.com

(860) 997-9282

*Svitlana Manchester*

United States District Court
District of Connecticut

Plaintiff
Jasmine Weber

Case No. 3:24-cv-01412 KAD

v.

Defendant
Svitlana Manchester

11-01-2024

## Certificate of Service

I hereby certify that a copy of the Motion by Defendant to Seal Documents "Motion for Appointment of Counsel" was sent by certified Mail to counsel for the plaintiff Alan Harrison at:

Sand Dollar Law
6 West River Street #112
Milford CT, 06460

on 11/01/2024

*Svitlana Manchester*