United States District Court
District of Connecticut

Plaintiff
Jasmine Weber

Case No. 3:24-CV-01412 KAD

v.

Defendant
Svitlana Manchester

11-01-2024

## Certificate of Service

I hereby certify that a copy of Motion #13 to Dismiss was sent by Certified Mail to the counsel for the Plaintiff Alan Harrison at:

Sand Dollar Law
6 West River Street #112
Milford CT, 06460

on the of 10-17-2024

*Svitlana Manchester*