UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JASMINE WEBER,<br>Plaintiff | : No. 3:24-cv-01412-KAD<br>:<br>: Motion to Strike |
| V. | : ECF 14-2 and<br>: ECF 14-3 |
| SVITLANA MANCHESTER,<br>Defendant | :<br>: 2024-11-07 |

## Facts

On September 4, 2024, Jasmine Weber ("Jasmine") filed a complaint alleging copyright infringement by Svitlana Manchester ("Svitlana") ECF 1.

On October 17, 2024, Svitlana filed a Motion to Dismiss ECF 13.

On October 29, 2024, Jasmine filed a sworn and signed Affidavit ECF 14-2 in verification of the original complaint ECF 1, and a new sworn and signed Affidavit ECF 14-3, as to Originality of the Works Copied by Ms. Manchester.

Svitlana now submits a Motion to Strike, as the sworn Affidavits ECF 14-2 and ECF 14-3 have committed numerous acts of perjury.

## Legal standards

Perjury is when someone intentionally provides false information in a written statement or testimony that is material to the matter at hand, and they know the information is false. The punishment for perjury is a fine up to 250,000 dollars, up to five years in prison, or both. Common statues for perjury in the United States Code are 18 U.S.C. 1621 and 1623.

## Analysis

In Jasmine's sworn Affidavit, ECF 14-3, page 4, Jasmine states, "I did not sell on Etsy or check on Etsy sellers. I sold exclusively on Mercari during the time of my original design in 2021." In the sworn Affidavit, complaint ECF 1, paragraph 8, Jasmine states, "Jasmine currently sells artwork through the Etsy online platform. Her Etsy store account is "HandmadeJoyByJ". Jasmine has been selling through Etsy since 2020." Here we have Jasmine stating in one sworn Affidavit that she did not sell on Etsy in 2021. In a separate sworn Affidavit Jasmine states she sold on Etsy since 2020.

In Jasmine's sworn Affidavit, ECF 14-3, page 6, Jasmine states, "I did not sell on Etsy or check on Etsy sellers. I sold exclusively on Mercari during the time of my original design in 2021."  In the sworn Affidavit, complaint ECF 1, paragraph 8, Jasmine states, "Jasmine currently sells artwork through the Etsy online platform. Her Etsy store account is "HandmadeJoyByJ". Jasmine has been selling through Etsy since 2020." Here we have Jasmine stating in one sworn Affidavit that she did not sell on Etsy in 2021. In a separate sworn Affidavit Jasmine states she sold on Etsy since 2020.

In Jasmine's sworn Affidavit, ECF 14-3, page 6, Jasmine states, "This seller actually copies mug hats from me and we spoke about it on December 12, 2023. Unlike Svitlana, she agreed to remove the content and stop copying." In the Motion to Dismiss, ECF 13, page 20, it is shown this item was listed for sale as of October 11, 2024. The date is found in the top left corner, and this page demonstrates a purchasable item. Here we have Jasmine stating in a sworn Affidavit that a seller

removed an item at her request. With proof the item was still for sale well after Jasmine's stated date.

In Jasmine's sworn Affidavit, ECF 14-3, page 10, Jasmine states, "I did not sell on Etsy or check on Etsy sellers. I sold exclusively on Mercari during the time of my original design in 2021." In the sworn Affidavit, complaint ECF 1, paragraph 8, Jasmine states, "Jasmine currently sells artwork through the Etsy online platform. Her Etsy store account is "HandmadeJoyByJ". Jasmine has been selling through Etsy since 2020." Here we have Jasmine stating in one sworn Affidavit that she did not sell on Etsy in 2021. In a separate sworn Affidavit Jasmine states she sold on Etsy since 2020.

In Jasmine's sworn Affidavit, ECF 14-3, page 12, Jasmine states, "I actually spoke to Natalie when I first started selling on Etsy in 2022." In the sworn Affidavit, complaint ECF 1, paragraph 8, Jasmine states, "Jasmine currently sells artwork through the Etsy online platform. Her Etsy store account is "HandmadeJoyByJ". Jasmine has been selling through Etsy since 2020." Here we have Jasmine stating in one sworn Affidavit that she first started selling on Etsy in 2022. In a separate sworn Affidavit Jasmine states she has been selling on Etsy since 2020.

In Jasmin's sworn Affidavit, ECF 14-3, page 12, Jasmine states, "She continues to stalk my shop to rip off my original designs to sell." In the Motion to Dismiss, ECF 13, paragraph 42, Svitlana states, "The last communication Svitlana ever had with Jasmine was 2023-12-24 and since, Svitlana has blocked Jasmine on all platforms of communication." Here we have Svitlana notifying the court she had removed all forms of communication with Jasmine, including blocking her on all platforms, and Jasmine stating in a sworn Affidavit that Svitlana is stalking her on these platforms daily.

In Jasmine's sworn Affidavit, ECF 14-3, page 12, Jasmine states, "She ignored all of my friendly requests for these illegal activities to cease and continued to copy my designs without permission." In the Motion to Dismiss, ECF 13, paragraph 42, Svitlana states, "The last communication Svitlana ever had with Jasmine was 2023-12-24 and since, Svitlana has blocked Jasmine on all platforms of communication." Friendly requests cannot be received when one party has blocked another by all means of communication.

In Jasmine's sworn Affidavit, ECF 14-3, page 12, Jasmine states, "She ignored all legal documents (from lawyers) until the summons at her home was delivered." The only legal notice Svitlana ever received in her life was on February 26, 2024 from California and appeared to be a scam. The notice was immediately discarded.

In Jasmine's sworn Affidavit, ECF 14-3, page 12, Jasmine states, "Svitlana also lists my original designs and undercuts my pricing. Her shops are always 15-25% less than mine to drive my customers to her." In the sworn Affidavit, complaint ECF 1, paragraph 76, Jasmine states, "Jasmine submitted three separate DMCA takedowns on Etsy and Mercari."  In the sworn Affidavit, complaint ECF 1, paragraph 73, Jasmine states, "After Jasmine was informed of Svitlana's copying, she began checking the selling platforms daily." When an item is reported on the Etsy and Mercari platforms it cannot be sold until the claim is reversed. Generally Svitlana's Mug Hats are priced higher than Jasmine's, due to them being of a higher quality.

In Jasmine's sworn Affidavit, Complaint ECF 1, paragraph 71, Jasmine states, "Jasmine initially sent Svitlana messages on Mercari after a customer notified Jasmine of Svitlana copying design (spring and summer 2021)." In Jasmine's sworn Affidavit,

Complaint ECF 1, paragraph 73, Jasmine states, "After Jasmine was informed of Svitlana's copying, she began checking the selling platforms daily." In Jasmine's sworn Affidavit, ECF 14-3, page 4, Jasmine states, "I did not sell on Etsy or check on sellers. I sold exclusively on Mercari during the time of my original design in 2021." Here, at the same point in time, Jasmine states she did not check on sellers in online selling platforms in one sworn Affidavit, and in a separate sworn Affidavit Jasmine states she was checking online selling platforms daily.

In Jasmine's sworn Affidavit, ECF 14-2, Jasmine signed stating, " the factual allegations contained in the Complaint (ECF 1) are true and correct." In Jasmine's sworn Affidavit, ECF 14-3, Jasmine signed stating, "the factual allegations contained in the forgoing Affidavit are true and correct." The clear differences between ECF 1 and ECF 14-3 demonstrate perjury. It is of this fact that Svitlana has shown the court today, that Jasmine knowingly has submitted false statements that are material to the matter at hand in order to spin a narrative under false pretense.

Here we have two different Affidavits stating two different things, both sworn as truth by the Plaintiff, each using whichever narrative works in the best favor for Jasmine Weber. Now the question remains, which one of these sworn Affidavits is the truth? There are clearly numerous discrepancies between the two of them. Are both Affidavits a lie? Is one more true than the other? The truth lies before us. The perjury placed forward in the signed and sworn Affidavits, presented by Jasmine Weber, make it clear that she intentionally claimed falsehoods, to spin a false narrative and manipulate the United Stated Court System. As we have been made aware of

Jasmine's falsehoods, lack of credibility, and the amount of perjury that has been committed, a Motion to Strike Affidavit ECF 14-2 and Affidavit ECF 14-3 in its entirety is appropriate.

THEREFORE, Svitlana asks upon the court to grant:

- A Sustained Motion to Strike from the record of Affidavits ECF 14-2 and ECF 14-3.

Your Honorable Judge,

    Thank you for taking the time to review this request.

        Respectfully Submitted,

Svitlana Manchester

106 Grove Street Apt. A

New Milford, Connecticut 06776

Svitlanamanchester@gmail.com

(860) 997-9282

Certificate of Service
I Svitlana Manchester, hereby certify that a copy of the foregoing _Motion to Strike Affidavits ECF 14-2 /14-3_ was mailed to:
Alan Harrison Counsel for the Plaintiff at:
SANDOLLAR Law
6 West River Street #112
Milford CT, 06460
On the day of: _11/7/24_

Signed: _Svitlana Manchester_