UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Jasmine Weber
Name of Plaintiff/Petitioner

v.

Svitlana Manchester
Name of Defendant/Respondent

Case No. 3:24-CV-01412 KAD

**REDACTED VERSION
FILED UNDER SEAL**

## MOTION FOR APPOINTMENT OF COUNSEL

PERSONAL/FINANCIAL DATA

1. Your full name: Svitlana Manchester

   Your present mailing address: 106 Grove St. Apt. A
   New Milford, CT 06776

   Telephone number: (860) 997-9282

2. Are you presently employed? YES ____ NO ✓

3. If your answer to #2 is YES, please provide the name and address of your employer and the amount of your usual weekly earnings.

   Weekly earnings: _____

4. If you are not presently employed, please provide the name and address of your last employer, the date (approximate) that you last worked, and the amount of weekly earnings you were receiving [REDACTED]

   Date last worked: 04-05-18

   Weekly earnings: 500

5. Approximately how much money have you received in the past twelve months in the form of:
   a) salary, wages, commissions, or earned income of any kind? __0__

   b) interest, dividends, rents or investments of any kind? __0__

   c) gifts or inheritances of any kind? __0__

6. How much money do you have in any checking or savings account(s)?

   Checking: __94.03__

   Savings: __2,000__

   Prison account: _____

7. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding household items and clothing)? YES ___ NO ___

   If YES, describe the property and state the approximate value:

   __automobile 2014 Honda Accord valued at $6,000__

8. How much money do you owe others? __None__
   For each debt, state the name of the creditor and the amount owed:

   | CREDITOR | AMOUNT OWED |
   | --- | --- |
   |  |  |
   |  |  |
   |  |  |
   |  |  |

9. List the persons who depend upon you for support, and state your relationship to them. If any person is a minor child, identify that person by initials only.

10. Are there any persons regularly residing in your household who are over the age of 18 and who are presently employed? YES ✓  NO ____

    If the answer is YES, please provide the following information for each such person:

    Name: ███████████████

    Relationship: ███████████

    Employer: ███████████████

    Weekly Earnings: ███████

11. Include any other information which supports your claim that you cannot financially afford to employ an attorney.

    Our household lives paycheck to paycheck on my husband's salary. We rent an apartment with the drastic increase in inflation recently times have fallen harder onto us. Paying our monthly bills has become a struggle, our household has less than zero excess income.

NATURE OF YOUR CLAIM

12. Describe in your own words the nature of the claim which you are presenting to the court in your complaint/petition.

    I am the defendent in a textbook frivolous lawsuit claim.

## EFFORTS TO OBTAIN AN ATTORNEY

**The Court strongly suggests that you contact a minimum of three attorneys.**

13. Have you spoken with any attorney about handling your case? YES ✓ NO ___

14. If your answer to #13 is YES, please provide the following information about each attorney with whom you spoke:

    a) Attorney's name ██████████████████

    Date you contacted this attorney  10-23-24

    Method of contact (in person, by telephone, etc.)  telephone

    Reason why attorney was not employed to handle your case
    I am unable to afford the attorney fees of 4,000 retainer fee and 215 per hour fee.

    b) Attorney's name ██████████████████

    Date you contacted this attorney  11-06-24

    Method of contact (in person, by telephone, etc.)  telephone

    Reason why attorney was not employed to handle your case
    I am unable to afford attorney fees of advance required 1,500 and 1,500 per written motion. Unavailable to appear in court in person.

    c) Attorney's name ██████████████████

    Date you contacted this attorney  11-06-24

    Method of contact (in person, by telephone, etc.)  telephone

Reason why attorney was not employed to handle your case

I am unable to afford attorney fees of 2,000 - 5,000 retainer fee and 200-500 per hour fee.

15. Explain any other efforts you have made to obtain an attorney to handle your case.

Searched for Pro Bono Attornies: CT Bar Assoc, Hartford County Bar Assoc, CT volunteer lawyers for the arts, Uconn school of law legal clinic, Volunteer lawyers for the arts (NY)

16. Please provide any other information which supports your application for the court to appoint counsel.

I am being sued frivolously for 150,000 per item (6 items) and do not have anything of value. I have made every effort to obtain counsel unsuccessfully. I truly need help.

17. Do you need a lawyer who speaks a language other than English?
YES ____ NO √

If you answered YES, what language do you speak? _____

I declare under the penalties of perjury that my answers to the foregoing questions are true to the best of my knowledge.

I understand that if I am assigned a lawyer and my lawyer learns, either from myself, or elsewhere, that I can afford a lawyer, the lawyer may give this in formation to the court. See Local Rule 83.10(b)(4) and (g).

I understand that if my answers on my application to proceed in forma pauperis and/or on this application for appointment of counsel are false, my case may be dismissed. See 28 U.S.C. §1915(e).

I hereby waive my privilege of attorney-client confidentiality to the extent necessary for my appointed attorney to make an application to be relieved from appointment as provided in Local Rules 83.10(c) and (d).

I understand that filing this motion does not excuse me from litigating my case, and that it is still my responsibility to have the defendants served with process in accordance with Rule 4 of the Federal Rules of Civil Procedure, if I have not already done so. I also understand that filing this motion does not stay this case and does not excuse me from responding to any motion filed by the defendants.

____11-08-24____  
Date

____Svitlana Manchester____  
Original Signature of Movant

____Svitlana Manchester____  
Printed Name of Movant

____106 Grove St. Apt. A____  
(Address)  
____New Milford, CT 06776____  
(City, State, Zip Code)

If this motion is being filed AFTER the complaint has been served, please complete the certificate of service below.

## CERTIFICATE OF SERVICE

I hereby certify that on __11-08-24__ a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System. **List here:**

____Svitlana Manchester____  
Original Signature of Movant

(Rev. 4/9/24)