**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| JASMINE WEBER | : | 3:24-cv-1412-KAD |
| | : | |
| v. | : | Plaintiff's Motion to Amend Complaint |
| | : | |
| SVITLANA MANCHESTER | : | 2024-11-13 |

Plaintiff Jasmine Weber respectfully submits that in reviewing the Complaint that counsel drafted, at paragraph 8 she misread "2020" as "2022". While Jasmine has been selling on Mercari since 2020, she started selling through Etsy only in February 2022. She regrets her error and apologizes that under the stress of litigation she did not read the Complaint as closely as she might have. Accordingly, she requests leave to amend paragraph 8 of the Complaint so as to render it accurate.

Additionally, Jasmine requests leave to further amend the Complaint so as to present additional allegations related to Defendant Svitlana Manchester's pattern of disrespect for intellectual property rights, which extends beyond Svitlana copying Jasmine's work to encompass Svitlana copying others' works and also misusing at least one well-known trademark to drive sales of Svitlana's unauthorized copies.

Rule 15(a)(2) guides the Court to freely give leave to amend a pleading when justice so requires. Justice requires information as to the facts and context of a dispute. Plaintiff Jasmine Weber respectfully submits that her proposed amended Complaint adds or modifies factual allegations to better inform the Court regarding: (a) Jasmine's own sales of original works; and (b) Defendant Svitlana Manchester's attempts to sell works that infringe on others' copyrights and trademarks.

Accordingly, Jasmine prays the Court to grant her leave to file the First Amended Complaint that is attached hereto.

>
> Respectfully submitted,
>
> *s/Alan Harrison*
>
> Alan Harrison (ct29464)
> SANDOLLAR Law
> 6 West River St #112
> Milford, CT 06460
> alan@sandollar-law.net
> 203.212.9996
>
> *Counsel for Jasmine Weber*