**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| JASMINE WEBER | : | 3:24-cv-1412-KAD |
| | : | |
| v. | : | First Amended Complaint |
| | : | |
| SVITLANA MANCHESTER | : | 2024-11-14 |

Now comes the Plaintiff, Jasmine Weber of Crozet, Virginia, by and through her undersigned counsel, and complains in this First Amended Complaint of infringement on the Plaintiff's copyrights by the Defendant, Svitlana Manchester of Manchester, Connecticut, as follows. All statements herein are made on information and/or belief.

# Jurisdiction, Standing, and Venue

1. This Court has subject matter jurisdiction under the Copyright Act, 17 U.S.C. § 101 *et seq.*

2. Jasmine Weber has standing as the owner of copyright registrations VA0002339034, VAu001512221, VAu001523596, and VAu001520382.

3. Venue is proper in this Court because the Defendant is a resident of Connecticut.

# The Plaintiff, Her Business, and Her Art

4. Jasmine Weber ("Jasmine") is a stay-at-home mother and artist who lives in Crozet, Virginia.

5.  Jasmine has a home-based business by which she sells artwork.

6.  Jasmine's artworks are in the form of crocheted "mug hats". These are a popular form of collectible art.

7.  Jasmine creates original artworks, rather than using patterns produced by others. She designs the crochet patterns for her mug hats.

8.  Jasmine currently sells artwork through the Etsy online platform. Her Etsy store account is "HandmadeJoyByJ". Jasmine has been selling through Etsy since 2022.

9.  Jasmine previously also sold art through the Mercari online platform from 2020 until 2022.

10. Jasmine recently began selling on Mercari again (October 18, 2024) to generate sales to cover attorney fees as undercutting by Svitlana on Etsy has caused damages to sales.

Alan Harrison – SANDOLLAR Law – Milford, Connecticut

11. Following is the photograph that Jasmine submitted to the Copyright Office in her application for copyright registration VA0002339034 ("Spring Chick Marshmallow Mug Hat"). The date of registration is 2023-01-29. Jasmine first made and sold this mug hat in 2021.



12. Following is the photograph that Jasmine submitted to the Copyright Office in her application for copyright registration VAU001512221 ("Campfire Marshmallow Mug Hat"). The date of registration is 2023-09-05. Jasmine first made and sold this mug hat in 2021.



Alan Harrison – SANDOLLAR Law – Milford, Connecticut

13. Following is the photograph that Jasmine submitted to the Copyright Office in her application for copyright registration VAU001512221 ("S'more Marshmallow Mug Hat"). The date of registration is 2023-09-05. Jasmine first made and sold this mug hat in 2021.



14. Following is the photograph that Jasmine submitted to the Copyright Office in her application for copyright registration VAU001523596 ("Cow Marshmallow Mug Hat"), The date of registration is 2023-09-05. Jasmine first made and sold this mug hat in 2021.



15. Following is the photograph that Jasmine submitted to the Copyright Office in her application for copyright registration VAU001523596 ("Pig Marshmallow Mug Hat"). The date of registration is 2023-09-05. Jasmine first made and sold this mug hat in 2021.



16. Following is the photograph that Jasmine submitted to the Copyright Office in her application for copyright registration VAu001520382 ("Black Cat Marshmallow Mug Hat"). The date of registration is 2023-09-05. Jasmine first made and sold this mug hat in 2021.



17. Through sales of her artwork, Jasmine earns substantial income.

## The Defendant, Her Business, and Her Copying

18. Svitlana Manchester ("Svitlana") is a resident of Connecticut who sells artwork on Etsy, Mercari, Poshmark, and eBay.

19. Svitlana began selling in 2020 but was not successful on her own and began infringing on Jasmine's mug hats after she saw Jasmine's success, beginning in 2021.

20. Soon after seeing "Spring Chick Marshmallow Mug Hat", Svitlana asked Jasmine for the pattern to make copies of the artwork. Jasmine refused, telling Svitlana by direct message in the Mercari platform "I create all of my patterns and don't sell them."

21. Undeterred, Svitlana began to copy Jasmine's mug hats.

22. Following is a screenshot of the Etsy sales page for Svitlana's "Hatching Chick Marshmallow Mug Hat".



23. Svitlana began making and selling the "Hatching Chick" after she saw Jasmine's "Spring Chick".

24. Jasmine asked Svitlana not to copy the "Spring Chick". Jasmine also filed DMCA takedowns on Etsy four times for the spring chick (February 16,18, 22 and

September 4, 2024) but Svitlana continued to sell derivative works as the "Hatching Chick".

25. Following is a screenshot of the Etsy sales page for Svitlana's "S'mores Campfire Marshmallow Mug Hat".



26. Svitlana began making and selling the "S'mores Campfire" after she saw Jasmine's copyright "Campfire" and "S'more" mug hats.

27. Jasmine asked Svitlana not to copy "Campfire" and "S'more". Jasmine also filed a DMCA takedown on Etsy on September 4, 2024 — but Svitlana continued to sell derivative works as the "S'mores Campfire" mug hats.

28. Following is a screenshot of the Etsy sales page for Svitlana's "Cow & Pig Marshmallow Mug Hat".



29. Svitlana began making the "Cow & Pig" after she saw Jasmine's copyright "Cow" and "Pig" mug hats.

30. Jasmine asked Svitlana not to copy the "Cow" or "Pig". Jasmine also filed a DMCA takedown on Etsy on September 4, 2024 — but Svitlana continued to sell derivative works as the "Cow & Pig".

31. Following is a screenshot of the Etsy sales image for Svitlana's copied "Cat Marshmallow Mug Hat".



32. Svitlana began making the "Cat" after she saw Jasmine's copyright "Black Cat" mug hat.

33. Jasmine asked Svitlana via text messages not to copy the "Black Cat" but Svitlana continued to sell derivative works as the "Cat". Jasmine filed a DMCA takedown on Etsy on September 4, 2024.

## Svitlana's Pattern of Disregard
## for Intellectual Property Rights

34. Svitlana has a pattern of disregard for others' intellectual property rights.

35. For example, Svitlana for some time labeled at least some of her copied mug hats on Etsy and Mercari as "Brand: Rae Dunn".

36. Rae Dunn is a famous brand of hand-made pottery that is sold nationwide in TJX brand stores.

37. Rae Dunn does not make or label mug hats.

38. Svitlana's copied mug hats are not pottery and are not licensed by Rae Dunn.

39. Svitlana was trading off the Rae Dunn brand to bolster sales of her copied mug hats.

40. After Jasmine reported Svitlana to Rae Dunn, Svitlana stopped labeling her mug hats as "Brand: Rae Dunn".

41. Another example, Svitlana sells several mug hats of trademarked characters and logos such as the Grinch, Buddy the Elf, Starbucks, and Dunkin Donuts.

42. Additionally, Svitlana copied mug hats made by others than Jasmine.

43. For example, Svitlana copied mug hats sold by Threaded Soul on Etsy.

44. As another example, Svitlana copied mug hats sold by Stylish Fashion on Etsy.

45. As another example, Svitlana purchases patterns from Royal Wear Shop on Etsy even after being advised by Jasmine that the designs are stolen. The seller continues to infringe on original designs of various sellers on Etsy.

## Comparing Jasmine's and Svitlana's Chicks

46. Jasmine's copyright Spring Chick is a somewhat spherical and generally yellow crocheted ornament sized to fit on top of a mug as a hat.

47. Svitlana's copied Hatching Chick is a somewhat spherical and generally yellow crocheted ornament sized to fit on top of a mug as a hat.

48. Jasmine's copyright Spring Chick has a three-lobed yellow crest atop its head.

49. Svitlana's copied Hatching Chick has a three-lobed yellow crest atop its head.

50. Jasmine's copyright Spring Chick has two small yellow wings.

51. Svitlana's copied Hatching Chick has two small yellow wings.

52. Jasmine's copyright Spring Chick has two orange feet.

53. Svitlana's copied Hatching Chick has a rose attached to its forehead.

## Comparing Jasmine's and Svitlana's Campfires

54. Jasmine's copyright Campfire is a crocheted ornament that has a black cylindrical base sized to fit atop a mug.

55. Svitlana's copied Campfire is a crocheted ornament that has a black cylindrical base sized to fit atop a mug.

56. Jasmine's copyright Campfire has a grey rim of ash around the top of the base.

57. Svitlana's copied Campfire has a grey rim of ash around the top of the base.

58. Jasmine's copyright Campfire has a poofy orange ball of flame atop the base.

59. Svitlana's copied Campfire has a poofy orange ball of flame atop the base.

## Comparing Jasmine's and Svitlana's S'mores

60. Jasmine's copyright S'more is a crocheted ornament that has two flat brown discs that form the sides of a sandwich, which is sized to fit atop a mug.

61. Svitlana's copied S'more is a crocheted ornament that has two flat brown discs that form the sides of a sandwich, which is sized to fit atop a mug.

62. Jasmine's copyright S'more has a white cylindrical marshmallow sandwiched between the two flat brown discs.

63. Svitlana's copied S'more has a white cylindrical marshmallow sandwiched between the two flat brown discs.

Alan Harrison – SANDOLLAR Law – Milford, Connecticut

64. Jasmine's copyright S'more has dark brown chocolate oozing down from the top of the marshmallow.

65. Svitlana's copied S'more has dark brown chocolate oozing down from the top of the marshmallow.

## Comparing Jasmine's and Svitlana's Cows

66. Jasmine's copyright Cow is a somewhat spherical and generally white crocheted ornament that is sized to fit atop a mug.

67. Svitlana's copied Cow is a somewhat spherical and generally white crocheted ornament that is sized to fit atop a mug.

68. Jasmine's copyright Cow has a pink oval nose with two darker nostrils, a dark right ear, a white left ear, two brown horns, and dark eyes.

69. Svitlana's copied Cow has a pink oval nose with two darker nostrils, a dark right ear, a white left ear, two white horns, and "googly" eyes with a black patch around the left eye.

70. Jasmine's copyright Cow has a black and white checker bow at the base of the right horn.

71. Svitlana's copied Cow has a black and white checker bow at the base of the left ear.

Alan Harrison – SANDOLLAR Law – Milford, Connecticut

## Comparing Jasmine's and Svitlana's Pigs

72. Jasmine's copyright Pig is a somewhat spherical and generally pink crocheted ornament that is sized to fit atop a mug.

73. Svitlana's copied Pig is a somewhat spherical and generally pink crocheted ornament that is sized to fit atop a mug.

74. Jasmine's copyright Pig has a pink round nose with two darker nostrils, a pointy right ear that stands up and a pointy left ear that flops down, as well as dark eyes.

75. Svitlana's copied Pig has a pink oval nose with two darker nostrils, a rounded right ear that stands up and a rounded left ear that stands up, as well as "googly" eyes.

76. Jasmine's copyright Pig has a black and white checkered bow at the base of the left ear.

77. Svitlana's copied Pig has a black and white checkered bow at the base of the right ear.

## Comparing Jasmine's and Svitlana's Black Cats

78. Jasmine's copyright Black Cat is a somewhat spherical and generally black crocheted ornament that is sized to fit atop a mug.

Alan Harrison – SANDOLLAR Law – Milford, Connecticut

79. Svitlana's copied Cat is a somewhat spherical and generally black crocheted ornament that is sized to fit atop a mug.

80. Jasmine's copyright Black Cat has two black ears and a black tail.

81. Svitlana's copied Cat has two black ears and a black tail.

82. Jasmine's copyright Black Cat has an orange bow at the base of its right ear.

83. Svitlana's copied Cat has an orange bow at the base of its right ear.

## Jasmine's Efforts to Deter Svitlana
## from Copying Jasmine's Art

84. Jasmine initially sent Svitlana messages on Mercari after a customer notified Jasmine of Svitlana copying designs (spring and summer 2021). In the Mercari messages, Jasmine stated that Svitlana likes to copy her designs and everything that she does (style of taking photos and business model of how the shop is stocked). Svitlana did not deny these statements. Jasmine also asked Svitlana to stop copying Jasmine's original designs.

85. Soon after, Svitlana began asking Jasmine about business advice (timeframe of shipping orders, packaging, etc). Svitlana wanted to continue seeking advice from Jasmine and provided hercell phone number and began texting asking about Jasmine's business.

86. After Jasmine was informed of Svitlana's copying, she began checking the selling platforms daily. Jasmine noticed that her cow and pig designs were copied. When Jasmine asked Svitlana about the cow and pig design. Svitlana stated that she copied Jasmine's designs because a customer asked her to.

87. Jasmine once again asked Svitlana not to copy original designs and offered advice that when a customer asks to copy a design to state that she does not make other's work.

88. A similar incident occurred with the campfire and smore mug hats. Svitlana noted that she purchased the patterns for those mug hats from another Etsy shop. Jasmine let Svitlana know that purchasing a pattern does not give Svitlana the right to copy Jasmine's copyright designs.

89. Svitlana continued to copy designs from Jasmine's Mercari and Etsy shops. Jasmine attempted to let Svitlana know that it is illegal to copy her designs in which Svitlana would respond that it is not her intent or that she purchased the pattern from the Royal Wear Shop.

90. After Svitlana copied Jasmine's Spring Chick in February 2024, Jasmine submitted four separate DMCA takedowns on Etsy and Mercari, to which Svitlana responded by submitting false counter claims.

91. After attempting to get Svitlana to stop copying several times over the course of four years, Jasmine hired an attorney to send a cease and desist letter (March

2024). The letter was also sent via e-mail with an intent to sue. Svitlana ignored these communications.

## Count 1: Willful Copyright Infringement of Spring Chick

92. Svitlana knew of and had access to Jasmine's "Spring Chick Marshmallow Mug Hat".

93. Svitlana made and sold derivative works of Jasmine's "Spring Chick Marshmallow Mug Hat", in violation of Jasmine's exclusive rights under 17 U.S.C. § 106(2).

94. Jasmine has informed Svitlana of her copyright in "Spring Chick Marshmallow Mug Hat" and has asked Svitlana to desist from selling derivative works of "Spring Chick Marshmallow Mug Hat".

95. Svitlana continues to make and sell derivative works of Jasmine's "Spring Chick Marshmallow Mug Hat".

96. Svitlana has willfully infringed and continues to willfully infringe Jasmine's copyright in "Spring Chick Marshmallow Mug Hat".

## Count 2: Willful Copyright Infringement of Campfire

97. Svitlana knew of and had access to Jasmine's "Campfire Marshmallow Mug Hat".

98. Svitlana purchased a copy of Jasmine's "Campfire Marshmallow Mug Hat" from a shop that has infringed on Jasmine's Campfire design (Royal Wear Shop).

99. Svitlana made and sold derivative works of Jasmine's "Campfire Marshmallow Mug Hat", in violation of Jasmine's exclusive rights under 17 U.S.C. § 106(2).

100.    Jasmine has informed Svitlana of her copyright in "Campfire Marshmallow Mug Hat" and has asked Svitlana to desist from selling derivative works of "Campfire Marshmallow Mug Hat".

101.    Svitlana continues to make and sell derivative works of Jasmine's "Campfire Marshmallow Mug Hat".

102.    Svitlana has willfully infringed and continues to willfully infringe Jasmine's copyright in "Campfire Marshmallow Mug Hat".

## Count 3: Willful Copyright Infringement of S'more

103.    Svitlana knew of and had access to Jasmine's "S'more Marshmallow Mug Hat".

104.    Svitlana purchased a copy of Jasmine's "S'more Marshmallow Mug Hat" from an Etsy shop that infringed on Jasmine's S'more design (Royal Wear Shop)

105.    Svitlana made and sold derivative works of Jasmine's "S'more Marshmallow Mug Hat", in violation of Jasmine's exclusive rights under 17 U.S.C. § 106(2).

106.    Jasmine has informed Svitlana of her copyright in "S'more Marshmallow Mug Hat" and has asked Svitlana to desist from selling derivative works of "S'more Marshmallow Mug Hat".

107.    Svitlana continues to make and sell derivative works of Jasmine's "S'more Marshmallow Mug Hat".

108.    Svitlana has willfully infringed and continues to willfully infringe Jasmine's copyright in "S'more Marshmallow Mug Hat".

## Count 4: Willful Copyright Infringement of Cow

109.    Svitlana knew of and had access to Jasmine's "Cow Marshmallow Mug Hat".

110.    Svitlana made and sold derivative works of Jasmine's "Cow Marshmallow Mug Hat", in violation of Jasmine's exclusive rights under 17 U.S.C. § 106(2).

111.    Jasmine has informed Svitlana of her copyright in "Cow Marshmallow Mug Hat" and has asked Svitlana to desist from selling derivative works of "Cow Marshmallow Mug Hat".

112.    Svitlana continues to make and sell derivative works of Jasmine's "Cow Marshmallow Mug Hat".

113.    Svitlana has willfully infringed and continues to willfully infringe Jasmine's copyright in "Cow Marshmallow Mug Hat".

Alan Harrison – SANDOLLAR Law – Milford, Connecticut

## Count 5: Willful Copyright Infringement of Pig

114.      Svitlana knew of and had access to Jasmine's "Pig Marshmallow Mug Hat".

115.      Svitlana made and sold derivative works of Jasmine's "Pig Marshmallow Mug Hat", in violation of Jasmine's exclusive rights under 17 U.S.C. § 106(2).

116.      Jasmine has informed Svitlana of her copyright in "Pig Marshmallow Mug Hat" and has asked Svitlana to desist from selling derivative works of "Pig Marshmallow Mug Hat".

117.      Svitlana continues to make and sell derivative works of Jasmine's "Pig Marshmallow Mug Hat".

118.      Svitlana has willfully infringed and continues to willfully infringe Jasmine's copyright in "Pig Marshmallow Mug Hat".

## Count 6: Willful Copyright Infringement of Black Cat

119.      Svitlana knew of and had access to Jasmine's "Black Cat Marshmallow Mug Hat".

120.      Svitlana made and sold derivative works of Jasmine's "Black Cat Marshmallow Mug Hat", in violation of Jasmine's exclusive rights under 17 U.S.C. § 106(2).

Alan Harrison – SANDOLLAR Law – Milford, Connecticut

121.    Jasmine has informed Svitlana of her copyright in "Black Cat Marshmallow Mug Hat" and has asked Svitlana to desist from selling derivative works of "Black Cat Marshmallow Mug Hat".

122.    Svitlana continues to make and sell derivative works of Jasmine's "Black Cat Marshmallow Mug Hat".

123.    Svitlana has willfully infringed and continues to willfully infringe Jasmine's copyright in "Black Cat Marshmallow Mug Hat".

Alan Harrison – SANDOLLAR Law – Milford, Connecticut

# Prayer for Relief

THEREFORE, Jasmine prays the Court to grant:

- an accounting of Svitlana's infringing works;

- statutory damages for willful infringement in the amount of $150,000 per infringing work;

- an order enjoining Svitlana from further copying of Jasmine's works;

- reasonable attorney's fees; and

- such other relief as the Court may deem just.


Respectfully submitted,

*s/Alan Harrison*

Alan Harrison (ct29464)
SANDOLLAR Law
6 West River St #112
Milford, CT 06460
alan@sandollar-law.net
203.212.9996

VERIFICATION

I, Jasmine Weber........................................., being first duly cautioned and sworn, hereby

depose and state upon personal knowledge that the factual allegations contained in the

foregoing First Amended Complaint are true and correct to the best of my knowledge,

information and belief.

Signed: ..........................................................

Here appeared before me, via Google Meet, those persons named above, whose
identity is personally known to me or proven on the basis of satisfactory evidence, and
they made, in my presence, voluntary signatures and an oath or affirmation vouching for
the truthfulness and completeness of the foregoing.

..........................................................          Date 2024-11-13 ............................................................
Alan Harrison
Commissioner of Conn. Superior Court
431816                                                                      Place Milford, Connecticut ......................................................