NOV 14 2024 AM 10:33
FILED - USDC

# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | |
|---|---|
| JASMINE WEBER<br><br>    Plaintiff,<br><br>V.<br><br>SVITLANA MANCHESTER<br><br>    Defendant. | **Case No. 3:24-cv-01412-KAD**<br><br>**Hon. Judge Kari Anne Dooley**<br><br>**DEFENDANT'S ANSWER AND AFFIRMATIVE**<br><br>**DEFENSES WITH FIRST AMMENDED**<br><br>**COUNTERCLAIMS OF SVITLANA MANCHESTER**<br><br>**AGAINST JASMINE WEBER FOR:** |
| SVITLANA MANCHESTER<br><br>    Counterclaimant,<br><br>V.<br><br>JASMINE WEBER<br><br>    Counterclaim-Defendant. | **1.  WRONGFUL LITIGATION**<br><br>**2.  DEFAMATION**<br><br>**3.  ABUSE OF PROCESS**<br><br>**4.  VEXACIOUS LITIGATION**<br><br>**JURY TRIAL REQUESTED**<br><br>**2024-11-14** |

## TO THE CLERK, ALL PARTIES AND THEIR ATTORNEYS OF RECORD,

Svitlana Manchester hereby Answers Plaintiff's complaint as follows:

## **GENERAL DENIAL**

Pursuant to rule 8(b), Fed. R. Civ. P., Defendant denies generally all claims not specifically admitted herein.

## A.  THE DEFENDANT'S ANSWER TO THE CLAIM

**RESPONSE TO ALLEGATION NUMBER ONE**

Admit.

**RESPONSE TO ALLEGATION NUMBER TWO**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER THREE**

Admit.

**RESPONSE TO ALLEGATION NUMBER FOUR**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER FIVE**

Denied. Plaintiff does not appear to have an LLC or registered business. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER SIX**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER SEVEN**

Denied. Plaintiff does not create her own original artworks, she uses patterns produced by others, and does not design the crochet patterns for her Mug Hats. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER EIGHT**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER NINE**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER TEN**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER ELEVEN**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER TWELVE**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER THIRTEEN**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER FOURTEEN**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER FIFTEEN**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER SIXTEEN**

Denied. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER SEVENTEEN**

Denied. Defendant does not sell artwork on Pinterest. Defendant admits to selling on Etsy, Mercari, and Ebay. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER EIGHTEEN**

Denied. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER NINETEEN**

Denied. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER TWENTY**

Denied. Defendant did not copy Jasmine's Mug Hats. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER TWENTY-ONE**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER TWENTY-TWO**

Denied. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER TWENTY-THREE**

Denied. When an item receives a DMCA takedown you cannot relist or sell the item. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER TWENTY-FOUR**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER TWENTY-FIVE**

Denied. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER TWENTY-SIX**

Denied. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER TWENTY-SEVEN**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER TWENTY-EIGHT**

Denied. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER TWENTY-NINE**

Denied. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER THIRTY**

Denied. Defendant did not copy Jasmine's, "Cat Marshmallow Mug Hat." Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER THIRTY-ONE**

Denied. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER THIRTY-TWO**

Denied. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER THIRTY-THREE**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER THIRTY-FOUR**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER THIRTY-FIVE**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER THIRTY-SIX**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER THIRTY-SEVEN**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER THIRTY-EIGHT**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER THIRTY-NINE**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER FORTY**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER FORTY-ONE**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER FORTY-TWO**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER FORTY-THREE**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER FORTY-FOUR**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER FORTY-FIVE**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER FORTY-SIX**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER FORTY-SEVEN**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER FORTY-EIGHT**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER FORTY-NINE**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER FIFTY**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER FIFTY-ONE**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER FIFTY-TWO**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER FIFTY-THREE**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

## RESPONSE TO ALLEGATION NUMBER FIFTY-FOUR

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

## RESPONSE TO ALLEGATION NUMBER FIFTY-FIVE

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

## RESPONSE TO ALLEGATION NUMBER FIFTY-SIX

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

## RESPONSE TO ALLEGATION NUMBER FIFTY-SEVEN

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

## RESPONSE TO ALLEGATION NUMBER FIFTY-EIGHT

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

## RESPONSE TO ALLEGATION NUMBER FIFTY-NINE

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

## RESPONSE TO ALLEGATION NUMBER SIXTY

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

## RESPONSE TO ALLEGATION NUMBER SIXTY-ONE

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER SIXTY-TWO**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER SIXTY-THREE**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER SIXTY-FOUR**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER SIXTY-FIVE**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER SIXTY-SIX**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER SIXTY-SEVEN**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER SIXTY-EIGHT**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER SIXTY-NINE**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER SEVENTY**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER SEVENTY-ONE**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER SEVENTY-TWO**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER SEVENTY-THREE**

Defendant admits to Jasmine stalking her on online platforms daily. Defendant denies each and every other allegation including all other subparts.

**RESPONSE TO ALLEGATION NUMBER SEVENTY-FOUR**

Denied. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER SEVENTY-FIVE**

Denied. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER SEVENTY-SIX**

Defendant denies receiving a letter from an attorney in March 2024. Defendant admits to Jasmine having Defendant's listings removed on a daily basis. Defendant denies each and every other allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER SEVENTY-SEVEN**

Denied. Defendant did not have access to Jasmine's, "Spring Chick Marshmallow Mug Hat." Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER SEVENTY-EIGHT**

Denied. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER SEVENTY-NINE**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER EIGHTY**

Denied. Defendant does not make and sell derivative works of Jasmine's, "Spring Chick Marshmallow Mug Hat." Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER EIGHTY-ONE**

Denied. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER EIGHTY-TWO**

Denied. Defendant did not have access to Jasmine's, "Campfire Marshmallow Mug Hat." Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER EIGHTY-THREE**

Denied. Defendant did not purchase a copy of Jasmine's, "Campfire Marshmallow Mug Hat." Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER EIGHTY-FOUR**

**Statute of Limitations:** In paragraphs 71-73, of the Complaint ECF 1, Jasmine admits to being aware of Defendant's Campfire Mug Hat in the spring and summer of 2021. The listing date of Defendant's Campfire Mug Hat is August 11, 2021. The Complaint ECF 1, was filed on September 27, 2024, and places this item beyond the 3 year Statute of Limitations. Defendant denies each and every other allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER EIGHTY-FIVE**

Denied. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER EIGHTY-SIX**

Denied. Defendant does not make and sell derivative works of Jasmine's, "Campfire Marshmallow Mug Hat." Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER EIGHTY-SEVEN**

Denied. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER EIGHTY-EIGHT**

Denied. Defendant did not have access to Jasmine's, "S'more Marshmallow Mug Hat." Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER EIGHTY-NINE**

Denied. Defendant did not purchase a copy of Jasmine's, "S'more Marshmallow Mug Hat." Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER NINETY**

**Statute of Limitations:** In paragraphs 71-73, of the Complaint ECF 1, Jasmine admits to being aware of Defendant's S'more Mug Hat in the spring and summer of 2021. The listing date of Defendant's S'more Mug Hat is June 19, 2021. The Complaint ECF 1, was filed on September 27, 2024, and places this item beyond the 3 year Statute of Limitations. Defendant denies each and every other allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER NINETY-ONE**

Denied. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER NINETY-TWO**

Denied. Defendant does not make or sell derivative works of Jasmine's, "S'more Marshmallow Mug Hat." Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER NINETY-THREE**

Denied. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER NINETY-FOUR**

Denied. Defendant did not have access to Jasmine's, "Cow Marshmallow Mug Hat." Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER NINETY-FIVE**

Denied. Defendant did not purchase a copy of Jasmine's, "Cow Marshmallow Mug Hat." Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER NINETY-SIX**

Denied. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER NINETY-SEVEN**

Denied. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER NINETY-EIGHT**

Denied. Defendant does not make and sell derivative works of Jasmine's, "Cow Marshmallow Mug Hat." Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER NINETY-NINE**

Denied. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER ONE-HUNDRED**

Denied. Defendant did not purchase a copy of Jasmine's, "Pig Marshmallow Mug Hat." Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER ONE-HUNDRED-ONE**

Denied. Defendant did not have access to Jasmine's, "Pig Marshmallow Mug Hat." Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER ONE-HUNDRED-TWO**

Denied. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER ONE-HUNDRED-THREE**

Denied. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER ONE-HUNDRED-FOUR**

Denied. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER ONE-HUNDRED-FIVE**

Denied. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER ONE-HUNDRED-SIX**

Denied. Defendant did not have access to Jasmine's, "Black Cat Marshmallow Mug Hat." Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER ONE-HUNDRED-SEVEN**

Denied. Defendant did not purchase a copy of Jasmine's, "Black Cat Marshmallow Mug Hat." Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER ONE-HUNDRED-EIGHT**

Denied. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER ONE-HUNDRED-NINE**

Denied. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER ONE-HUNDRED-TEN**

Denied. Defendant does not make and sell derivative works of Jasmine's, "Black Cat Marshmallow Mug Hat." Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER ONE-HUNDRED-ELEVEN**

Denied. Defendant denies all other subparts.

## B.  AFFIRMATIVE DEFENSES

Defendant raises the following Affirmative defenses:

### FIRST AFFIRMATIVE DEFENSE

#### (Statute of Limitations)

The statute of limitations for copyright infringement in the United States is three years.

### SECOND AFFIRMATIVE DEFENSE

#### (Independent Creation)

Any similarities are irrelevant, works were created independently without exposure to copyrighted material.

### THIRD AFFIRMATIVE DEFENSE

#### (Unclean Hands)

Wrongful behavior by the Plaintiff, such as selling items protected by trademark and copyright.

### FOURTH AFFIRMATIVE DEFENSE

#### (Laches)

Plaintiff unreasonably waited to file a claim after learning of the alleged infringement. The action is barred by the doctrine of Laches.

## FIFTH AFFIRMATIVE DEFENSE

### (Estoppel)

Plaintiff is taking a legal position inconsistent with an earlier statement that places the Defendant at a disadvantage.

## SIXTH AFFIRMATIVE DEFENSE

### (No Infringement)

No claim exists where no infringement occurs, whether because an element of the claim was not met or the use was not infringing.

## SEVENTH AFFIRMATIVE DEFENSE

### (Copying of Original Elements)

A work qualifies for Copyright protection if it is:
- Original, meaning the work was independently created by the author and has some minimal level of creativity.
- Fixed, meaning the work has been preserved in any tangible medium of expression.

## EIGHTH AFFIRMATIVE DEFENSE

### (Non-exclusive vs. exclusive licenses)

A person holding a non-exclusive license is not entitled to sue for copyright infringement of the copyright.

## NINTH AFFIRMATIVE DEFENSE

### (Substantial Similarity)

The works are not substantially similar. Courts in the Tenth Circuit begin by separating the infringement analysis into two distinct inquiries:
(1) Whether there is sufficient evidence of access and probative similarity to prove that the Defendant copied.
(2) Whether the alleged infringer took enough of the copyright owner's protected material to be guilty of infringement.
The Tenth Circuit tests probative similarity by comparing all elements of the works (not just the protected elements) to determine whether there are similarities that would imply copying.

## TENTH AFFIRMATIVE DEFENSE

### (Copying alone is not infringement)

"Copying alone is not infringement. The infringement determination depends on what is copied." Blehm v. Jacobs, (D. Colo. Sep. 19, 2011)

## ELEVENTH AFFIRMATIVE DEFENSE

### (Fair Use)

Plaintiff's claims for relief are barred by the "Fair Use Doctrine" pursuant to Section 107 of the Copyright Act, 17 U.S.C. 107.

## TWELFTH AFFIRMATIVE DEFENSE

### (Failure to State a Claim)

Plaintiff fails to state a claim against Defendant on which relief can be granted.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Joinder)

One or more third parties (Online Platforms), are liable for the conduct alleged and will be required to answer and indemnify.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (Innocent Infringement)

To the extent any infringement is determined to have occurred, such infringement is innocent in nature and any award should so reflect.

## FIFTEENTH AFFIRMITIVE DEFENSE

### (Copyright Misuse)

Plaintiff has engaged in one or more acts that have misused their copyrights including but not limited to having wrongfully attempted to extend the scope of the limited monopoly granted by the Copyright Act.

## SIXTEENTH AFFIRMATIVE DEFENSE

### (Idea-Expression Dichotomy)

Plaintiff's claims are barred since critical part or portions of their alleged protected copyrights are invalid due to consisting of un-protectable idea(s) or processes.

## SEVENTEENTH AFFIRMATIVE DEFENSE

### (17 U.S.C. Section 412)

Plaintiff is barred by, 17 U.S.C. section 412, from claiming statutory damages or attorney's fees under the Copyright Act in that any alleged acts of infringement occurred before first registration of the Plaintiff's alleged work.

## EIGHTEENTH AFFIRMITIVE DEFENSE

### (Scenes-a-Faire)

This action is barred by the "scenes-a-faire" doctrine. Some elements of the work are not protected by Copyright because they are standard or expected in the genre.

## C.  COUNTERCLAIM

Now having answered the Complaint for Copyright Infringement, the Defendant assumes the role of the Counter-Plaintiff (Counterclaimant) and would state unto the court as follows:

1.  The Counterclaim-Defendant's claims against the Counterclaimant are frivolous in nature, lack legal merit, and have been done so with malicious intent.

2.  The Counterclaim-Defendant maliciously engaged in harassment by reporting the Counterclaimant to the Etsy and Mercari platform numerous times, having various listings created by the Counterclaimant removed from the platforms.

3.  The Counterclaim-Defendant stalked the Counterclaimant's online shops on the Etsy and Mecari platforms since 2021, reporting her listings to the platforms and having them removed, at times daily.

4.  The frivolous lawsuit filed against the Counterclaimant is meant to bother, embarrass, or cause legal expenses in an attempt to cause her harm. The Counterclaim-Defendant is aware no legal basis for the lawsuit exists.

5.  The Counterclaim-Defendant filed a frivolous lawsuit against the Counterclaimant in an attempt to permanently remove her from online selling platforms.

6.  The Counterclaim-Defendant filed a frivolous lawsuit against the Counterclaimant, so she would be viewed as a pariah amongst the online crafting community. Permanently damaging the Counterclaimant's reputation.

7.  The Counterclaim-Defendant has committed Copyright Infringement against multiple big name Copyright owners. Big names such as "Dr. Seuss Enterprises" and "The Walt Disney Company."

8.  The Counterclaim-Defendant is not the original creator of her own works.

9.  The Counterclaim-Defendant has bragged and boasted in online selling platforms that she has had sellers removed by attacking them through lawyers and reporting them maliciously.

10. The Counterclaim-Defendant is attempting to corner the Marshmallow Mug Hat market by attacking online sellers through her lawyers, and slandering them so badly that they give up on their passion.

11. The Counterclaim-Defendant has attempted at every corner to destroy everything the Counterclaimant has built in her online shops.

12. The Counterclaim-Defendant has accused many sellers of copying her designs, the Counterclaimant not being the first.

13. The Counterclaim-Defendant is a Vexatious Litigant. The intent of the claim against the Counterclaimant is to annoy and harass her.

14. The purpose of the Counterclaim-Defendants claims against the Counterclaimant are to intentionally cause severe emotional distress and mental trauma.

15. The Counterclaim-Defendant knowingly made false statements in the claim against the Counterclaimant.

16. The Counterclaim-Defendant's claims against the Counterclaimant have caused the Counterclaimant a great deal of harm.

**RESPONSE TO PRAYER FOR RELIEF**

Defendant/Counterclaimant denies each and every allegation and prayer for relief, including all subparts.


**WHEREFORE, DEFENDANT/COUNTERCLAIMANT REQUESTS THAT:**

a) Plaintiff/Counterclaim-Defendant claims are dismissed with Prejudice;
b) Plaintiff/Counterclaim-Defendant takes nothing by way of their complaint;
c) Defendant/Counterclaimant be awarded her costs and attorney fees if applicable and any other appropriate relief the court deems just and equitable;
d) Defendant/Counterclaimant be awarded $50,000 per item accused to be infringed for punitive damages on the basis of wrongful litigation;
e) Defendant/Counterclaimant be awarded an additional $50,000 per item accused to be infringed for punitive damages on the basis of abuse of power;
f) Defendant/Counterclaimant be awarded another additional $50,000 per item accused to be infringed for punitive damages on the basis of defamation;
g) Sanctions be imposed against the Plaintiff/Counterclaim-Defendant for Vexatious Litigation;
h) Defendant/Counterclaimant requests a jury trial.


RESPECTFULLY SUBMITTED,

DATED this 14th day of November, 2024

*Svitlana Manchester*
Svitlana Manchester
106 Grove Street Apt. A
New Milford, Connecticut 06776
Svitlanamanchester@gmail.com
(860) 997-9282

Certificate of Service

I, Svitlana Manchester, hereby certify that a copy of the foregoing, Defendant's Answer and Affirmative Defenses with first amended Counterclaims of Svitlana Manchester against Jasmine Weber was sent by certified mail to:

Alan Harrison Counsel for the Plaintiff at:
SANDOLLAR Law
6 West River Street #112
Milford CT, 06460

On the day of: _2024-11-14_____

Signed: _Svitlana Manchester_____

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| JASMINE WEBER, | No. 3:24-cv-01412-KAD |
| Plaintiff/Counter-Defendant | |
| V. | Affidavit |
| SVITLANA MANCHESTER, | |
| Defendant/Counterclaimant | 2024-11-14 |

VERIFICATION

PERSONALLY came and appeared before me, the undersigned Notary, the within named Svitlana Manchester, who is a resident of New Milford, Connecticut, and makes her statement and General Affidavit upon oath and affirmation of belief and personal knowledge that the following matter, facts, and things set forth are true and correct to the best of her knowledge:

The factual Defenses or Allegations contained in the Defendant's Answer and Affirmative Defenses with first amended Counterclaims of Svitlana Manchester against Jasmine Weber are true and correct to the best of my knowledge, information, and belief.  Any documents attached to the Defendant's Answer and Affirmative Defenses with first amended Counterclaims of Svitlana Manchester against Jasmine Weber are true and correct copies of those documents as described in the Defendant's Answer and Affirmative Defenses with first amended Counterclaims of Svitlana Manchester against Jasmine Weber.

DATED this the 14th day of November, 2024

Signature of Affiant: _Svitlana Manchester_ Svitlana Manchester

SWORN to subscribe before me, this 14th day of November, 2024

NOTARY PUBLIC: _Noreen H Prichard_

NOREEN H. PRICHARD
NOTARY PUBLIC
State of Connecticut
My Commission Expires
April 30, 2029

My Commission Expires: _____