### IN THE UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JASMINE WEBER | : | 3:24-cv-1412-KAD |
| | : | |
| v. | : | Application for Prejudgment Remedy |
| | : | |
| SVITLANA MANCHESTER | : | 2024-11-14 |

The undersigned represents:

1. That applicant Jasmine Weber has commenced an action against Svitlana Manchester of 106A Grove Street, New Milford CT 06776, pursuant to the Verified Complaint already filed in this matter.

2. That there is probable cause that a judgment in the amount of the prejudgment remedy sought, or in an amount greater than the amount of the prejudgment remedy sought, taking into account any known defenses, counterclaims or set-offs, will be rendered in the matter in favor of the applicant.

To secure the judgment the applicant seeks an order from this court directing that the following prejudgment remedy be granted to secure the sum of $30,000:

a. To discover all assets of the defendant that could satisfy a judgment; and

b. To attach sufficient property of the defendant to secure such sum.

Jasmine Weber … By
s/Alan Harrison
Alan Harrison ct29464
SANDOLLAR Law
6 West River Street #112
Milford, CT 06460
alan@sandollar-law.net
203.212.9996

*Her Attorney*

# ORDER FOR PREJUDGMENT REMEDY

The above application having been presented to the court on a signed Complaint, and the Defendant having already made a general appearance in this matter, it is hereby ordered, that a hearing be held on the application on ............................................ at ..……. __.m. and that the plaintiff give notice to the defendant in accordance with Conn. Gen. Stat. 52-278c of the pendency of the application and of the time when it will be heard by causing and certifying to this Court the service of a true and attested copy of the application and order upon the defendant in the same manner as any motion in this matter per Conn. Gen. Stat. 52-278m.

To the defendant:

YOU HAVE RIGHTS SPECIFIED IN THE CONNECTICUT GENERAL STATUTES, INCLUDING CHAPTER 903a, THAT YOU MAY WISH TO EXERCISE CONCERNING THIS APPLICATION FOR A PREJUDGMENT REMEDY. THESE RIGHTS INCLUDE THE RIGHT TO A HEARING:

(1) TO OBJECT TO THE PROPOSED PREJUDGMENT REMEDY BECAUSE YOU HAVE A DEFENSE TO OR SET-OFF AGAINST THE ACTION OR A COUNTERCLAIM AGAINST THE PLAINTIFF OR BECAUSE THE AMOUNT SOUGHT IN THE APPLICATION FOR THE PREJUDGMENT REMEDY IS UNREASONABLY HIGH OR BECAUSE PAYMENT OF ANY JUDGMENT THAT MAY BE RENDERED AGAINST YOU IS COVERED BY ANY INSURANCE THAT MAY BE AVAILABLE TO YOU;

(2) TO REQUEST THAT THE PLAINTIFF POST A BOND IN ACCORDANCE WITH SECTION 52-278d OF THE GENERAL STATUTES TO SECURE YOU AGAINST ANY DAMAGES THAT MAY RESULT FROM THE PREJUDGMENT REMEDY;

(3) TO REQUEST THAT YOU BE ALLOWED TO SUBSTITUTE A BOND FOR THE PREJUDGMENT REMEDY SOUGHT; AND

(4) TO SHOW THAT THE PROPERTY SOUGHT TO BE SUBJECTED TO THE PREJUDGMENT REMEDY IS EXEMPT FROM SUCH A PREJUDGMENT REMEDY.

Dated at Bridgeport this ......... day of ............................, 2024

Clerk of the Court