## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JASMINE WEBER | : | 3:24-cv-1412-KAD |
| | : | |
| v. | : | Joint Status Report on Settlement |
| | : | |
| SVITLANA MANCHESTER | : | 2024-11-19 |

The parties do not agree on mediation of this matter.

Respectfully submitted,

s/Alan Harrison

Alan Harrison ct29464
SANDOLLAR Law
6 West River Street #112
Milford, CT 06460
alan@sandollar-law.net
203.212.9996

*Attorney for Jasmine Weber*

*Svitlana Manchester*

Svitlana Manchester
svitlanamanchester@gmail.com
106A Grove St
New Milford, CT 06776

*pro se*