IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JASMINE WEBER | : | 3:24-cv-1412-KAD |
| | : | |
| v. | : | Certificate of Service for PJR |
| | : | |
| SVITLANA MANCHESTER | : | 2024-11-25 |

On 2024-11-23 I served or caused to be served, upon Svitlana Manchester, the following:

- PJR application (Docket 28)
- PJR Notice and Claim Form (CV053)

by certified mail to the following address:

106A Grove St

New Milford, CT 06776

The certified mail receipt (9589.0710.5270.2009.6666.11) is attached to this filing.

Respectfully submitted,
s/Alan Harrison
Alan Harrison ct29464
SANDOLLAR Law
6 West River Street #112
Milford, CT 06460
alan@sandollar-law.net
203.212.9996



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

1589 0710 5270 2009 6666 11

Certified Mail Fee $4.85
$ 0460

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $

Postage $1.77

Total Postage and Fees
$ $6.62

Postmark Here
NOV 23 2024
MILFORD MAIN OFFICE - USPS
11/23/2024

Sent To
Street and Apt. No., or PO Box No.