# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| JASMINE WEBER, | : No. 3:24-cv-01412-KAD |
| Plaintiff/Counterclaim-Defendant | : |
| | : Motion to Consider |
| V. | : |
| | : Hon. Judge Kari Anne Dooley |
| SVITLANA MANCHESTER, | : |
| Defendant/Counterclaimant | : 2024-11-25 |

Your Honor, Svitlana Manchester writes to the court today asking that Judicial Notice be taken of the following:

On October 17, 2024, Svitlana Manchester, filed with the court a Motion to Dismiss, ECF 13. This Motion was given a response due date of November 7, 2024. In ECF 8, NOTICE TO COUNSEL AND SELF REPRESENTED PARTIES, the following is stated;

Counsel and Self-Represented Parties are hereby notified that failure to file and serve a memorandum in opposition to a motion, within 21 days after the motion is filed, may be deemed sufficient cause to grant the motion. Failure to file and serve a memorandum in opposition to a motion to dismiss within 21 days after the motion is filed may be deemed sufficient cause to grant the motion, except where the pleadings provide sufficient grounds to deny the motion. See D. Conn. L. Civ. R. 7(a)2.

Svitlana asks upon the court today to grant the Motion to Dismiss based on the Plaintiff's failure to file a memorandum in opposition as outlined by the court's notice to counsel and self-represented parties.

**WHEREFORE, DEFENDANT/COUNTERCLAIMANT REQUESTS THAT:**

a) The Motion to Dismiss is granted.

RESPECTFULLY SUBMITTED,

DATED this 25th day of November, 2024

Svitlana Manchester
106 Grove Street Apt. A
New Milford, Connecticut 06776
Svitlanamanchester@gmail.com
(860) 997-9282

Certificate of Service

I, Svitlana Manchester, hereby certify that a copy of the foregoing, Motion to Consider, was sent by certified mail to:
Alan Harrison Counsel for the Plaintiff at:
SANDOLLAR Law
6 West River Street #112
Milford CT, 06460

On the day of: 2024-11-25

Signed: *Svitlana Manchester*