# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| JASMINE WEBER, | : No. 3:24-cv-01412-KAD |
| Plaintiff/Counterclaim-Defendant | : |
| | : |
| V. | : Motion to Quash |
| | : |
| SVITLANA MANCHESTER, | : |
| Defendant/Counterclaimant | : 2024-11-26 |

## DEFENDANT'S MOTION TO QUASH SUBPOENA DUCES TECUM ISSUED BY DEFENDANT TO PRODUCE DOCUMENTS FROM ETSY, INC., AND MERCARI, INC.

Svitlana Manchester is present today to request the Honorable Court to quash the Subpoena Duces Tecum issued on Etsy, Inc., and Mercari Inc. by the Defendant. Under Rule FRCP 26(f), a pretrial discovery conference is required to issue a subpoena. Svitlana misunderstood the rule and apologizes to the court. The Subpoenas have not yet been received by the parties, and Svitlana is making an immediate effort to quash before any issues as a result may arise. Etsy Inc. and Mercari Inc. were notified of this error as soon as it was discovered.

Svitlana asks upon the court to withdraw the Subpoena Duces Tecum issued by the Defendant against Mercari Inc. on November 25, 2024.

Svitlana asks upon the court to withdraw the Subpoena Duces Tecum issued by the Defendant against Etsy, Inc. on November 25, 2024.

While the documents requested are vital to the defense and counterclaim of the Defendant, she realizes they were issued in haste. Under FRCP Rule 26(f), upon completion of a pretrial discovery conference, the above mentioned subpoenas may be issued when the time is appropriate. Svitlana apologizes and asks upon the court for forgiveness on this matter.

**WHEREFORE, DEFENDANT/COUNTERCLAIMANT REQUESTS THAT:**

a) The Motion to Quash the above stated Subpoena Duces Tecum is granted.

RESPECTFULLY SUBMITTED,

DATED this 26th day of November, 2024

*Svitlana Manchester*
Svitlana Manchester
106 Grove Street Apt. A
New Milford, Connecticut 06776
Svitlanamanchester@gmail.com
(860) 997-9282

## Certificate of Service

I, Svitlana Manchester, hereby certify that a copy of the foregoing, Motion to Quash, was sent by certified mail to:

Alan Harrison Counsel for the Plaintiff at:
SANDOLLAR Law
6 West River Street #112
Milford CT, 06460

On the day of: 2024-11-26

Signed: *Svitlana Manchester*