## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JASMINE WEBER | : | 3:24-cv-1412-KAD |
| | : | |
| v. | : | Motion for Accommodation of Prejudgment |
| | : | Remedy Hearing |
| SVITLANA MANCHESTER | : | |
| | : | 2024-11-26 |

Plaintiff Jasmine Weber cannot attend in-person at the prejudgment remedy hearing to be held December 19. She is not able to obtain child care and cannot bring two young children driving 8 hours each way on a school day. She can obtain child care or bring her children December 30, January 3, or January 17.

Defendant Svitlana Manchester has arranged child care for December 19. She cannot attend December 30, January 3, or January 17.

Jasmine respectfully moves the Court to accommodate the prejudgment remedy hearing to a **remote** hearing that she and Svitlana could attend by video conference at any day convenient to the Court.

Svitlana opposes the hearing being held remotely.

Respectfully submitted,
s/Alan Harrison
Alan Harrison ct29464
SANDOLLAR Law
6 West River Street #112
Milford, CT 06460
alan@sandollar-law.net
203.212.9996