**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| JASMINE WEBER | : | 3:24-cv-1412-KAD |
| | : | |
| v. | : | Answer to Counterclaims |
| | : | |
| SVITLANA MANCHESTER | : | 2024-12-03 |

Jasmine Weber, by and through undersigned counsel, answers Svitlana Manchester's Counterclaims as follows.

**1.** Denied.

**2.** Denied.

**3.** Denied.

**4.** Denied.

**5.** Denied.

**6.** Denied.

**7.** Denied.

**8.** Denied.

**9.** Denied.

**10.** Denied.

**11.** Denied.

**12.** Denied.

**13.** Denied.

**14.** Denied.

**15.** Denied.

**16.** Jasmine lacks sufficient information to form a belief as to the truth or falsity of this claim.

VERIFICATION

I, Jasmine Weber, being first duly cautioned and sworn, hereby depose and state upon personal knowledge that the factual allegations contained in the foregoing are true and correct to the best of my knowledge, information and belief.

Signed: ..........................................................

Here appeared before me, via Google Meet, those persons named above, whose identity is personally known to me or proven on the basis of satisfactory evidence, and they made, in my presence, voluntary signatures and an oath or affirmation vouching for the truthfulness and completeness of the foregoing.

Commissioner, Conn. Super. Ct.
431816

2024-12-03

Milford, Connecticut