DEC 3 2024 am 9:45
FILED - USDC - BPT - CT

# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | |
|---|---|
| JASMINE WEBER, | : No. 3:24-cv-01412-KAD |
| | : |
| Plaintiff/Counterclaim-Defendant | : Opposition to |
| | : |
| | : Plaintiff/Counterclaim-Defendant's |
| | : |
| V. | : Motion to Amend/Correct Complaint |
| | : |
| | : ECF 26 and ECF 26-1 |
| | : |
| SVITLANA MANCHESTER, | : |
| | : |
| Defendant/Counterclaimant | : 2024-12-03 |

## FACTS

On September 4, 2024, Jasmine Weber ("Jasmine") filed a complaint alleging copyright infringement by Svitlana Manchester ("Svitlana") ECF 1.

On October 17, 2O24, Svitlana filed a Motion to Dismiss, ECF 13.

On October 29, 2024, Jasmine filed a signed and sworn Affidavit ECF 14-2, in verification of the original complaint ECF 1, and a new sworn and signed Affidavit ECF 14-3, as to Originality of the Works Copied by Ms. Manchester.

On November 7, 2024 Svitlana submitted a Motion for Terminating Sanctions as the sworn Affidavits, ECF 14-2, and ECF 14-3, have committed numerous acts of perjury.

On November 13, 2024, Jasmine filed a Motion, ECF 26, to Amend/Correct the Complaint, and an Amended Complaint ECF 26-1, correcting dates in a sworn Affidavit and adding additional information not found in the original complaint.

On December 3, 2024, Svitlana Manchester is present to file an opposition to ECF 26 and ECF 26-1, explaining how Jasmine Weber is attempting to circumvent the perjury committed in sworn Affidavits ECF 14-2 and ECF 14-3, committing more acts of perjury in ECF 26 and ECF 26-1, while being utterly dishonest in the process.

## **LEGAL STANDARDS**

Perjury is when someone intentionally provides false information in a written statement or testimony that is material to the matter at hand, and they know the information is false, "fabricating evidence has been referred to as the most **egregious misconduct** which justifies a finding of fraud upon the court."

*Kenno v. Colorado's Governor's off. of Info. Tech., 2021 WL 2682619, at\* 19 (D. Colo. June 30, 2021)*

The punishment for perjury is a fine up to 250,000 dollars, up to five years in prison, or both. *United States Code 18 U.S.C. 1621 and 1623.*

A court has the "inherent authority" to issue "sanctions in response to abusive litigation practices."

*Leon v. IDX Sys. Corp., 464 F.3d 951, 958 (9th Cir.2006).*

One sanction implied is the authority to dismiss a case when "a party has engaged deliberately in deceptive practices that undermine the integrity of judicial proceedings" because "courts have inherent power to dismiss an action when a party has willfully deceived the court and engaged in conduct utterly inconsistent with the orderly administration of justice."

*Id. (quoting Anheuser-Busch, Inc. v. Natural Beverage Distribs., 69 F.3d 337, 348  (9th Cir. 1995))*

"It is firmly established that the courts have inherent power to dismiss an action or enter a default judgement to ensure the orderly administration of justice and the integrity of their orders."

*Phoceene Sous-Marine, S.A. v. U.S. Phosmarine, Inc., 682 F.2d 8O2, 8O6 (9th Cir. 1982) (citations omitted).*

"To prove a false statement in violation of 18 U.S.C. § 1001, the government must show that the defendant: (1) knowingly and willfully, (2) made a statement, (3) in relation to a matter within the jurisdiction of a department or agency of the United States, (4) with knowledge of its falsity."

**United States v. Duclos, 214 F.3d 27, 33 (1st Cir. 2000).**

In federal civil cases, cases can be dismissed if a party is found to have made "misleading statements," often falling under the category of "false claims" under the False Claims Act (FCA), which allows for legal action against individuals or companies who knowingly submit fraudulent claims to the government; if the court determines the statements were material and intentionally deceptive, the case can be dismissed, sometimes with the government also pursuing penalties against the offending party.

**False Claims Act (FCA)**

## EXHIBITS

(A) Photo clearly displaying Jasmine Weber has been active on Etsy since 2021. This disputes Jasmine's claim found in Document ECF 14-3 that states, she was not checking on Etsy sellers in 2021. This photo also confirms Jasmine's claims in The Complaint ECF 1, that Jasmine was online checking on sellers daily on the Etsy platform. This photo demonstrates attempted manipulation of the United States Court System through ECF 26 and ECF 26-1.

(B) Photo clearly displaying Jasmine Weber labeling the brand of her Mug Hat for sale as Rae Dunn. Magenta, Inc. holds the Copyright to Rae Dunn. Rae Dunn does not make or label Mug Hats. Jasmine's Mug Hats are not licensed by Rae Dunn. Jasmine does not have permission by Magenta, Inc. to use their Copyright. Svitlana has reported Jasmine's Copyright Infringement of the Rae Dunn brand to Magenta, Inc. accordingly. Jasmine is currently still labeling her Mug Hats as Rae Dunn. This photo demonstrates attempted manipulation of the United States Court System through ECF 26 and ECF 26-1.

(C) Additional photo clearly displaying Jasmine Weber labeling the brand of her Mug Hat for sale as Rae Dunn. Magenta, Inc. holds the Copyright to Rae Dunn. Rae Dunn does not make or label Mug Hats. Jasmine's Mug Hats are not licensed by Rae Dunn. Jasmine does not have permission by Magenta, Inc. to use their Copyright. Svitlana has reported Jasmine's Copyright Infringement of the Rae Dunn brand to Magenta, Inc. accordingly. Jasmine is currently still labeling her Mug Hats as Rae Dunn. This

photo demonstrates attempted manipulation of the United States Court System through ECF 26 and ECF 26-1.

(D) Photo clearly displaying Jasmine Weber selling a Hershey Kiss replica designed as a Mug Hat. The Hershey Company owns the Trademark and Copyright for the shape of The Hershey Kiss. The Hershey Company does not make Mug Hats. Jasmine's Mug Hats are not licensed by The Hershey Company. Svitlana has reported the Copyright and Trademark Infringement by Jasmine to The Hershey Company accordingly. This photo demonstrates attempted manipulation of the United States Court System through ECF 26 and ECF 26-1.

(E) Photo clearly displaying Jasmine Weber claiming to hold the Copyright to Hershey Kiss. The Hershey Company holds the Copyright for Hershey Kiss. Jasmine does not have permission from The Hershey Company to use the Copyright for Hershey Kiss. Svitlana has reported the Copyright Infringement of Hershey Kiss by Jasmine to The Hershey Company accordingly. This photo demonstrates attempted manipulation of the United States Court System through ECF 26 and ECF 26-1.

(F) Photo clearly displaying Jasmine Weber's use of the Trademark phrase "Don't be a Grinch." "Don't be a Grinch", is under Copyright and Trademark by Dr. Seuss Enterprises. Jasmine Weber does not hold the Copyright or Trademark for the phrase, "Don't be a Grinch." Jasmine is using the phrase under Copyright and Trademark to boost her sales. Jasmine does not have permission from Dr. Seuss Enterprises to use "Don't be a Grinch." Svitlana has reported the Copyright and Trademark Infringement of "Don't be a Grinch", by Jasmine to Dr. Seuss Enterprises

accordingly. This photo demonstrates attempted manipulation of the United States Court System through ECF 26 and ECF 26-1.

(G) Photo clearly displaying Jasmine Weber's use of Elf on the Shelf to boost her sales. Jasmine does not hold the Copyright or Trademark for Elf on the Shelf. Elf on the Shelf is under Copyright and Trademark by The Lumistella Company. Jasmine does not have permission from The Lumistella Company to use Elf on the Shelf.  Svitlana has reported the Copyright and Trademark Infringement of Elf on the Shelf by Jasmine to The Lumistella Company accordingly. This photo demonstrates attempted manipulation of the United States Court System through ECF 26 and ECF 26-1.

(H) Photo clearly displaying Jasmine Weber's use of Rudolph to boost her sales. Jasmine does not hold the Copyright or Trademark to Rudolph. The Rudolph Company, LP holds the Copyright and Trademark to Rudolph. Jasmine does not have permission from The Rudolph Company, LP to use their Copyright or Trademark of Rudolph. This photo demonstrates attempted manipulation of the United States Court System through ECF 26 and ECF 26-1.

(I) Photo clearly displaying Jasmine Weber's use of Rudolph replicated as a Mug Hat. Jasmine does not hold the Copyright or Trademark to Rudolph. The Rudolph Company, LP holds the Copyright and Trademark to Rudolph. Jasmine does not have permission from The Rudolph Company, LP to use their Copyright or Trademark of Rudolph. This photo demonstrates attempted manipulation of the United States Court System through ECF 26 and ECF 26-1.

**About HandmadeJoyByJ**

Sales
**4,327**

On Etsy since
**2021**

# Unique Creations with Loads of Details!

An Environmental Scientist who found relaxation and joy in crocheting. A self-taught artist with unique methods of designing and creating with the highest quality in mind. At Handmade Joy you will find original crochet designs that are created and made with love by me. My original ideas stem from the beautiful life that I am blessed with and the innate drive to stand out (not fit in). I hope that my creations bring smiles and *Joy* to you and anyone they are shared with. Follow me on Instgram @handmadejoyyy Thank you for visiting my little shop! God bless ♥!

 Instagram

**Shop members**

Handmadejoy
Owner, Designer, Maker

**Shop policies**    Last updated on Mar 8, 2022

**Shipping**    See item details for estimated arrival times.

**Customs and import taxes**

Buyers are responsible for any customs and import taxes that may apply. I'm not responsible for delays due to customs.

**Payment options**     Secure options

Accepts Etsy Gift Cards and Etsy Credits

Etsy keeps your payment information secure. Etsy shops never receive your credit card information.

**Returns & exchanges**    See item details for return and exchange eligibility.

**Cancellations**    Cancellations: not accepted

# EXHIBIT A

7 of 21

Svitlana Manchester - New Milford, Connecticut

Mercari > Rae Dunn > Home > Seasonal decor > Christmas > Bucket of Snowballs Marshmallow Mug Hat



**SOLD OUT**
Scroll down to see similar items

Updated 11/02/24

## Bucket of Snowballs Marshmallow Mug Hat

**$15.00**

+$3.99 delivery ⓘ

Item sold

### Details

| Condition ⓘ | New |
| --- | --- |
| Brand | Rae Dunn |
| Category | Home  Seasonal decor  Christmas  Rae Dunn Christmas Seasonal Decor |
| Posted | 10/19/24 |

#crochet (98K)   #marshmallowmug (1K)

#marshmallowmughat (1K)   #tieredtraydecor (4K)

#christmasdecor (78K)   #winterdecor (1K)   #raedunn (203K)

### Description

Handmade Crochet Bucket of Snowballs Marshmallow Mug Hat!

Welcome winter with this Snow theme hat for your (2.75" x 2.75") marshmallow mugs! This adorable hat is handmade using premium yarn.

DETAILS:
*Bucket of Snowballs Mug Hat includes 3 mini snowballs and 5 cents snowball sign which are movable to design your way with lots of fun!

-Mugs, Christmas trees, and mini snowflakes not included in listing.
*Smoke and pet free.

❤️I bundle! Please message me if you would like to bundle to save on shipping costs!

❤Designed and made with love by Jasmine (handmadejoy)

**Meet the seller**



**handmadejoy**
@user731229049
⭐⭐⭐⭐⭐ 1586 reviews    1644 listed    1584 sales

**Comments**

Privacy settings 🔒

We use cookies to improve site experience, advertising, and other purposes. By continuing, you agree to the use of cookies. Privacy Policy

Do not sell or share my personal info                    Customize    Got it

# EXHIBIT B

8 of 21

Svitlana Manchester - New Milford, Connecticut

Mercari › Rae Dunn › Home › Home decor › Home decor accents › Fall Leaf Marshmallow Mug Hat



Updated 11/06/24

## Fall Leaf Marshmallow Mug Hat

**$10.00**

+$3.99 delivery & $1.93 fees ⓘ

| Add to cart | Make offer |
| --- | --- |

| **Buy now** |
| --- |

or

| Buy with  Pay | PayPal Checkout |
| --- | --- |

* By continuing to checkout, you agree to the
Mercari Privacy Policy and Terms of Service

Get CPS 2-Year Protection Plan for ONLY $2.99
Sold separately. Purchase after checkout. Learn more

### Details

| Condition ⓘ | New |
| --- | --- |
| Brand | Rae Dunn |
| Category | Home   Home decor   Home decor accents   Rae Dunn Home Decor Accents |
| Posted | 10/18/24 |

#crochet (98K)      #marshmallowmug (1K)

#marshmallowmughat (1K)      #tieredtray (7K)

#falldecor (15K)      #seasonaldecor (4K)      #fallcolors (1K)

### Description

Handmade Crochet Fall Leaf Marshmallow Mug Hat!

Welcome warm colors with this Fall Leaf theme hat for your (2.75" x 2.75") marshmallow mugs! This pretty hat is handmade using premium yarn.

### Meet the seller



**handmadejoy**
@user731229049

★★★★★ 1586 reviews      1644 listed    1584 sales

### Comments

# EXHIBIT C

9 of 21

Svitlana Manchester - New Milford, Connecticut



**ONLY 1 AVAILABLE**

# $12.95

Hot Cocoa Kiss Marshmallow Mug Hat, Marshmallow Mug Topper, Hot Chocolate Bar, Fall, Christmas, Winter, Tiered...

by HandmadeJoyByJ ✿ Star Seller

Est. arrival      Ratings
**Dec 30-Jan 13**   ★ 5.0 (1,538)

# EXHIBIT D

10 of 21
Svitlana Manchester - New Milford, Connecticut

See all reviews (23)

## Item details ⌃

✋ Handmade item

🗏 Made to order

> Handmade Crochet Hot Chocolate & Marshmallows Hershey Kiss Marshmallow Mug Hat!

For a special winter sweet treat, share a cup and a kiss with your loved ones with this Hot Chocolate Hershey Kiss hat for your marshmallow mugs by 180° (2.75" diameter)! This adorable hat is handmade using premium yarn.

-Mug not included in listing.
*Smoke and pet free*

❤️Designed and made with love by Jasmine (handmadejoy)❤️

*All rights reserved © handmadejoy

# EXHIBIT E



PURCHASED
You bought this item.

Liked (5)    Comment (0)    Share    ··· More

 **handmadejoy**
@user731229049
★★★★★ 1586 reviews    1644 listed    1584 sales

**Comments**

Updated 03/20/23


5 Likes

# Baby Grinch Marshmallow Mug Hat

## $13.00

+$3.65 delivery & $1.98 fees ⓘ

[ View order ]

### Details

| | |
|---|---|
| Condition ⓘ | New |
| Brand | Handmade |
| Category | Home  Home decor  Home decor accents  Handmade Home Decor Accents |
| Posted | 09/26/21 |

#raedunn (203K)    #christmas (698K)    #grinch (21K)

### Description

Handmade Crochet Baby Grinch Marshmallow Mug Hat!

Don't be a Grinch! Bring home this Baby Grinch theme hat for your marshmallow mugs by 180°! This adorable hat is handmade using premium acrylic yarn.

*Pairs well with Rae Dunn collections!
-Mugs not included in listing.
*Smoke and pet free*

### Delivery

| | |
|---|---|
| From | Pennsylvania |
| Shipping ⓘ | $3.65 | 2+ days |

**Payment**

# EXHIBIT F

12 of 21

Svitlana Manchester - New Milford, Connecticut

Homepage › Home & Living › Home Decor › Decorative Storage › Decorative Trays



**Only 1 left and in 3 carts**

**$15.95**

Christmas Elf Marshmallow Mug Hat, Marshmallow Mug Topper, Christmas Mug Hat, Santa's Helper, Winter Holiday, Tiered Tray Decor

HandmadeJoyByJ ⊙ ★★★★★

✓ Arrives soon! Get it by Nov 19-29 if you order today

[ Add to cart ]

**Buy together, get free shipping**


Christmas Elf Marshmallow Mug Hat, Mars...
$15.95


Santa Marshmallow Mug Hat, Mrs. Claus ...
$14.95


Winter Holly Marshmallow Mug Hat, Mars...
$11.95

[ Add 3 items to cart ]

See more items →

⚑ Report this item to Etsy

**About this item**

✋ Made by HandmadeJoyByJ

Handmade Crochet Christmas Elf Marshmallow Mug Hat!

Get ready for the most wonderful time of the year with Santa's favorite toy making Elf hat for your marshmallow mugs by 180° (2.75" diameter)! This adorable hat is handmade using premium yarn.

*Pairs well with Elf on the Shelf and tiered tray decor!
-Mug not included in listing.

❤Designed and made with love by Jasmine (handmadejoy)❤

Original design copyrighted by the US Copyright Office. All rights reserved © handmadejoy

Less

**EXHIBIT G**

13 of 21

Svitlana Manchester - New Milford, Connecticut





$13.95+

Red Nose Reindeer Marshmallow Mug Hats, Marshmallow Mug Toppers, Christmas Tree Sleigh, Winter Holiday, Tiered Tray Decor

HandmadeJoyByJ ⊙ ★★★★★

✓ Arrives soon! Get it by Nov 19-29 if you order today

Style ★

Select a style ▼

Add to cart

**Buy together, get free shipping**

Red Nose Reindeer Marshmallow Mug Hat...
$13.95

Christmas Tree Marshmallow Mug Hat, Ch...
$18.95

Reindeer Marshmallow Mug Hats, Marshm...
$12.95

Add 3 items to cart

See more items →

⚐ Report this item to Etsy

## About this item

 🖐 Made by HandmadeJoyByJ

Handmade Crochet Red Nose Reindeer Christmas Marshmallow Mug Hats!

Let Rudolph guide your sleigh this Christmas with these red nose reindeer hats for your marshmallow mugs by 180° (2.75" diameter). These adorable hats are handmade using premium yarn.

DETAILS:
-Brown and Red Reindeer mug hats include sleigh (attached to reindeer) and Christmas tree which are moveable to decorate your way!

-Mugs not included in listing.
*Smoke and pet free*

Original design copyrighted by the US Copyright Office. All rights reserved © handmadejoy

# EXHIBIT H

14 of 21

Svitlana Manchester - New Milford, Connecticut



**Only 3 left and in 3 carts**

**$12.95+**

Reindeer Marshmallow Mug Hats, Marshmallow Mug Toppers, Christmas, Festive Winter Decor, Tiered Tray Decor

HandmadeJoyByJ ⊘ ★★★★★

Style *

| Select a style ▼ |

| Add to cart |

**Buy together, get free shipping**


This listing — Reindeer Marshmallow Mug Hats, Marshm... $12.95


Red Nose Reindeer Marshmallow Mug Hat... $13.95


Santa Marshmallow Mug Hat, Mrs. Claus ... $14.95

| Add 3 items to cart |

See more items →

🚩 Report this item to Etsy

## About this item

👋 Made by **HandmadeJoyByJ**

Handmade Crochet Rudolph and Clarice Marshmallow Mug Hats!

Make sure that Santa can find his way to your home with the help of Rudolph's shiny red nose and Clarice's encouragement with these Christmas theme hats for your marshmallow mugs by 180°! These adorable hats are handmade using premium yarn.

Less

## Shipping and return policies ⌃

📅 Order today to get by **Nov 21-Dec 2**

💰 Cost to ship: **$4.26**

Enjoy free shipping to the US when you spend $35+

🔄 **Returns & exchanges not accepted**

📍 Ships from: **Crozet, VA**

# EXHIBIT I

15 of 21

Svitlana Manchester - New Milford, Connecticut

## **ARGUMENT**

It disheartens me to inform the court that I am writing another filing in regards to the deceitful, dishonest, and manipulative filings made by the Plaintiff/Counterclaim-Defendant submitted to the United States Court System. This is the third filing of such nature and the Defendant/Counterclaimant prays to the court for action to be taken in regards to these acts. Jasmine Weber is attempting to change a sworn and signed affidavit in order to avoid penalty of perjury by the United States Court System, and in doing so has committed additional acts of perjury, manipulative, and deceitful behavior. The following argument and included documentation will demonstrate this.

In the Motion to Amend the Complaint, ECF 26, it states, "Plaintiff Jasmine Weber respectfully submits that in reviewing the Complaint that counsel drafted, at paragraph 8 she misread "2020" as "2022". While Jasmine has been selling on Mercari since 2020, she started selling through Etsy only in February 2022." It would appear here that Jasmine Weber has misread her own statements made in a signed and sworn affidavit. In the Motion for Terminating Sanctions, ECF 19, and the Motion to Strike, ECF 20, it is shown multiple times that Jasmine stated in a signed and sworn affidavit that, "I did not sell on Etsy or check on sellers. I sold exclusively on Mercari during the time of my original design in 2021." It is also shown multiple times in ECF 19, that Jasmine stated in a separate signed and sworn affidavit, ECF 1, that, "After Jasmine was informed of Svitlana's copying, she began checking the online selling platforms daily." Jasmine claims she was informed of this in 2021. In one signed and sworn affidavit ECF 14-3, Jasmine would like the court to believe she was not checking the selling platforms daily, while in a separate signed and sworn affidavit ECF 1, Jasmine would like the

court to believe that she was in fact checking the online selling platforms daily at the same point in time.

In the Motion to Amend/Correct, ECF 26, Jasmine would like to amend the complaint that she misread her own signed and sworn statement, while in reality she began selling on Etsy in 2022. The deception here would nullify the fact that Jasmine stated in a signed and sworn affidavit ECF 14-3, that she was not on Etsy checking the platform daily in 2021, while exhibit A shows Jasmine was in fact on the Etsy platform in 2021. Svitlana would like the court to take **Judicial Notice** that in exhibit A of this document it is shown that Jasmine Weber was on the Etsy platform in 2021, and as she has already signed and sworn in ECF 1, that she was checking the selling platforms daily when she learned of Svitlana's alleged "Infringement."

In the Motion to Amend, ECF 26, it is stated, "Additionally, Jasmine requests leave to further amend the Complaint so as to present additional allegations related to Defendant Svitlana Manchester's pattern of disrespect for intellectual property rights, which extends beyond Svitlana copying Jasmine's work to encompass Svitlana copying others' works and also misusing at least one well-known trademark to drive sales of Svitlana's unauthorized copies." The statements shown in ECF 26-1, paragraphs 35-39, claim that Svitlana labeled at least some of her Mug Hats as brand Rae Dunn, and that Svitlana was trading off the Rae Dunn brand to bolster her sales. While Svitlana denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis. Svitlana may have labeled her Marshmallow Mug hats as brand Rae Dunn in error, and removed this label immediately upon receiving notice of this error, the same cannot be said for Jasmine Weber. Svitlana would like

the court to take **Judicial Notice** that exhibit B and exhibit C of this document, show that Jasmine Weber labeled at least some of her Mug Hats as brand Rae Dunn and that Jasmine Weber is currently trading off the Rae Dunn brand to bolster her sales.

In addition Svitlana would like the court to take **Judicial Notice** of the following facts. Jasmine Weber has also used the trademarked name, "Hershey Kiss", which has been trademarked by The Hershey Company. The Hershey Company has also trademarked the shape of "Hershey Kiss", in which Jasmine Weber sells an exact replica shown in exhibit D and exhibit E. Jasmine Weber has used the phrase, "Don't be a Grinch", which is trademarked by Dr. Seuss Enterprises shown in exhibit F. Jasmine Weber has used the name, "Elf on the Shelf" which is trademarked by The Lumistella Company shown in exhibit G. Jasmine Weber has used the name, "Rudolph", which The Rudolph Company holds the Copyright and is trademark shown in exhibit H and exhibit I. Let it be shown in exhibit E, Jasmine Weber has a Hershey Kiss item listed for sale that has her own Copyright logo attached, insinuating that Jasmine Weber owns the Copyright to Hershey Kiss.

Jasmine Weber is currently trying to hide from the court the fact that she has used these registered Trademarks and Copyrights to bolster her sales. Fortunately Svitlana began to compile a vast amount of evidence early on in this process. Svitlana has pages upon pages of examples of this activity and could go on and on, the point being made is the lying deceitful nature of Jasmine Weber.

Svitlana would also like the court to take **Judicial Notice** of the fact that Svitlana has ceased selling Marshmallow Mug Hats on the Mercari platform on November 15, 2024 at

02:30pm, the Ebay platform on November 16, 2024 at 07:30pm, the Poshmark platform on November 16, 2024 at 08:00pm, and the Etsy platform on November 18, 2024 at 12:00am. Svitlana has done this due to the constant harassment and malicious attacks by Jasmine Weber on these platforms. Selling Marshmallow Mug Hats was not a source of income for Svitlana, she simply found joy in making these crafts for others. Due to the relentless attacks by Jasmine Weber, Svitlana no longer finds joy in her passion. It has become more trouble to Svitlana than it is worth.

## **CLOSING ARGUMENT**

In closing, Svitlana is hereby reporting to the court the stolen and copied violations of law shown here today. The evidence shown here today demonstrates that, Jasmine Weber, did not misread anything, but that Jasmine Weber is attempting to circumvent the Sanctions requested in ECF 19. Jasmine knowingly deceived and lied in another attempt to manipulate the United States Court System to achieve her desired outcome. Svitlana asks the court to intervene in account of the constant perjury, lies, deception, and manipulatively egregious behavior being committed by Jasmine Weber. While Jasmine Weber's Complaint is filled with lies and deception, Svitlana has yet been afforded the opportunity to show this to the court and looks forward to doing so. The physical evidence Svitlana continues to provide to the court, shows that, Jasmine Weber, has manipulated the United States Judicial System on multiple occasions and inside multiple filings, and to the egregious extent that she has done so. As the Plaintiff attempts a cover up by filing a Motion to Amend a sworn and signed Affidavit, Svitlana has shown more than enough evidence to have her claim Dismissed with Prejudice at the first available opportunity. Svitlana asks upon the court today to investigate this matter. A Denial of the Plaintiff/Counterclaim-Defendant's Motion to Amend/Correct and an immediate Dismissal with Prejudice of the Plaintiff/Counterclaim-Defendant's Complaint is entirely appropriate.


*Attached are true copies labeled as exhibits. For the courts convenience, the relevant portion of the exhibits have been encompassed within a blue box.

Svitlana Manchester - New Milford, Connecticut

**WHEREFORE, DEFENDANT/COUNTERCLAIMANT REQUESTS THAT:**

a)  Plaintiff/Counter-Defendant's lawsuit is Dismissed with Prejudice;
b)  Plaintiff take nothing by way of her Complaint;
c)  Defendant be awarded her costs and attorney fees if applicable and any other; appropriate relief the court deems just and equitable;
d)  Plaintiff/Counter-Defendant's Motion to Amend her Complaint is Denied;
e)  All Sanctions the court deems just are applied including Terminating Sanctions;
f)  Defendant/Counterclaimant requests a trial by jury.

RESPECTFULLY SUBMITTED

DATED this 3rd day of December, 2024

*Svitlana Manchester*
Svitlana Manchester
106 Grove Street Apt. A
New Milford, Connecticut 06776
Svitlanamanchester@gmail.com
(860) 997-9282

## Certificate of Service

I, Svitlana Manchester, hereby certify that a copy of the foregoing,
Opposition to Plaintiff/Counterclaim-Defendant's  was sent by
certified mail to: Motion to Amend/Correct Complaint  ECF 26 and ECF 26-1
Alan Harrison Counsel for the Plaintiff at:
SANDOLLAR Law
6 West River Street #112
Milford CT, 06460

On the day of: 2024-12-03

Signed: *Svitlana Manchester*