**IN THE UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| JASMINE WEBER | : | 3:24-cv-1412-KAD |
| | : | |
| v. | : | Notice of Available Dates for PJR Hearing |
| | : | |
| SVITLANA MANCHESTER | : | 2024-12-03 |

The parties respectfully submit that they both can attend in-person at a

prejudgment remedy hearing on January 2, 10, or 24, 2025.

Respectfully submitted,
s/Alan Harrison
Alan Harrison ct29464
SANDOLLAR Law
6 West River Street #112
Milford, CT 06460
alan@sandollar-law.net
203.212.9996

*for Jasmine Weber*
*for Svitlana Manchester*