# NOTICE OF APPLICATION FOR PREJUDGMENT REMEDY/ CLAIM FOR HEARING TO CONTEST APPLICATION OR CLAIM EXEMPTION

JD-CV-53   Rev. 11-24
C.G.S. § 52-278c

**STATE OF CONNECTICUT
JUDICIAL BRANCH
SUPERIOR COURT**
www.jud.ct.gov

For information on ADA accommodations, contact the Centralized ADA Office at 860-706-5310 or go to: www.jud.ct.gov/ADA/

**Instructions to plaintiff/applicant**
1. Complete section I in connection with all prejudgment remedies EXCEPT ex parte prejudgment remedies and submit to the Clerk along with your application and other required documents.
2. Upon receipt of signed order for hearing from clerk, serve this form on defendant(s) with other required documents.

## Section I — Case information  (To be completed by plaintiff/applicant)

- [ ] Judicial District
- [ ] Housing Session

**Court address:** 915 Lafayette Blvd Bridgeport CT

**COURT USE ONLY:** CLPJRA

Has a temporary restraining order been requested?
- [ ] Yes
- [x] No

Amount, legal interest, or property in demand, exclusive of interest and costs is (Select one of the following)
- [ ] Less than $2,500
- [ ] $2,500 THROUGH $14,999.99
- [x] $15,000 or more

**Name of case** (First-named plaintiff v. First-named defendant)
Weber v. Manchester

(Select if applicable)
- [x] Claiming other relief in addition to or in lieu of money damages

- [ ] See attached form JD-CV-67 for Continuation of Parties

**Case type** (From Judicial Branch code list)   **Number counts**
Major:        Minor:

**Name and address of plaintiff/applicant** (Person making application for prejudgment remedy) (Number, street, town and zip code)
Jasmine Weber, 773 Arboleda Dr, Crozet VA 23932

**Name(s), address(es) and telephone number(s) of defendant(s) against whom prejudgment remedy is sought** (Number, street, town and zip code) (Attach additional sheets if necessary)
Svitlana Manchester, 160A Grove St, New Milford CT 06776

Name and address of any third person holding property of defendant who is to be made a garnishee by process preventing dissipation of such property

**For the plaintiff(s) enter the appearance of:**

Name and address of attorney, law firm or plaintiff if pro se (Number, street, town and zip code)
Alan Harrison

E-mail address: alan@sandollar-law.net
Telephone number: 203.212.9996
Juris number (If attorney or law firm): ct431816

Signed: [signature]
Date signed: 2024-11-22

## Section II — Notice to defendant

You have rights specified in the Connecticut General Statutes, including Chapter 903a, that you may wish to exercise concerning this application for a prejudgment remedy. These rights include the right to a hearing:

(1) to object to the proposed prejudgment remedy because you have a defense to or set-off against the action or a counterclaim against the plaintiff or because the amount sought in the application for the prejudgment remedy is unreasonably high or because payment of any judgment that may be rendered against you is covered by any insurance that may be available to you;

(2) to request that the plaintiff post a bond in accordance with section 52-278d of the General Statutes to secure you against any damages that may result from the prejudgment remedy;

(3) to request that you be allowed to substitute a bond for the prejudgment remedy sought; and

(4) to show that the property sought to be subjected to the prejudgment remedy is exempt from such a prejudgment remedy.

You may request a hearing to contest the application for a prejudgment remedy, assert any exemption or make a request concerning the posting or substitution of a bond in connection with the prejudgment remedy. **The hearing may be requested by any proper motion or by completing section III below and returning this form to the superior court at the Court Address listed above.**

You have a right to appear and be heard at the hearing on the application to be held at the above court location on:

| Date | Time |
|---|---|
| 2024-12-19 | 10am |

**Courtroom:** Courtroom 2, 915 Lafayette Blvd Bridgeport CT

**Docket number:** PJR CV

FOR COURT USE ONLY

**Instructions to defendant**
1. Complete section III and submit to the Clerk
2. If you have not already filed an Appearance (form JD-CL-12), file an Appearance along with this form.

## Section III — Defendant's claim and request for hearing *(To be completed by defendant)*

I, the defendant named below, request a hearing to contest the application for prejudgment remedy, claim an exemption or request the posting or substitution of a bond. I claim: *(Select the appropriate boxes)*

☑ that the amount sought in the application for prejudgment remedy is unreasonably high.

☐ that any judgment that may be rendered is adequately secured by insurance.

☑ a defense, counterclaim, set-off, or exemption.

☐ that I be allowed to substitute a bond for the prejudgment remedy.

☑ that the plaintiff be required to post a bond to secure me against any damages that may result from the prejudgment remedy.

COURT USE ONLY
CLPJRHG

| Signed (Defendant) | E-mail address of defendant | Date signed |
|---|---|---|
| Svitlana Manchester | Svitlanamanchester@gmail.com | 2024-12-03 |

## Certification

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on (date) **2024-11-23** to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who received or will immediately be receiving electronic delivery.

Name and address of each party and attorney that copy was or will be mailed or delivered to*

Svitlana Manchester
106A Grove St
New Milford, CT 06776

*If necessary, attach additional sheet or sheets with name and address which the copy was or will be mailed or delivered to.

| Signed (Signature of filer) | Print or type name of person signing | Date signed |
|---|---|---|
| ▶ [signature] | Alan Harrison | 2024-11-22 |