# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | |
|---|---|
| JASMINE WEBER | Case No. 3:24-cv-01412-KAD |
|     Plaintiff, | DEFENDANT'S ANSWER AND |
| V. | AFFIRMATIVE DEFENSES TO PLAINTIFF'S FIRST |
| SVITLANA MANCHESTER | AMMENDED COMPLAINT, WITH SECOND |
|     Defendant. | AMMENDED COUNTERCLAIMS OF SVITLANA |
| | MANCHESTER AGAINST JASMINE WEBER FOR: |
| | 1.  WRONGFUL LITIGATION |
| SVITLANA MANCHESTER | 2.  DEFAMATION |
|     Counterclaimant, | 3.  ABUSE OF PROCESS |
| V. | 4.  VEXACIOUS LITIGATION |
| JASMINE WEBER | JURY TRIAL REQUESTED |
|     Counterclaim-Defendant. | 2024-12-12 |

### TO THE CLERK, ALL PARTIES AND THEIR ATTORNEYS OF RECORD,

Svitlana Manchester hereby Answers Plaintiff's complaint as follows:

### GENERAL DENIAL

Pursuant to rule 8(b), Fed. R. Civ. P., Defendant denies generally all claims not specifically admitted herein.

# A.  THE DEFENDANT'S ANSWER TO THE CLAIM

**RESPONSE TO ALLEGATION NUMBER ONE**

Admit.

**RESPONSE TO ALLEGATION NUMBER TWO**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER THREE**

Admit.

**RESPONSE TO ALLEGATION NUMBER FOUR**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER FIVE**

Denied. Plaintiff does not appear to have an LLC or registered business. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER SIX**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER SEVEN**

Denied. Plaintiff does not create her own original artworks, she uses patterns produced by others. Plaintiff has stolen others artwork and passed it off as her own, and does not design all of the crochet patterns for her Mug Hats. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER EIGHT**

Denied, Plaintiff has been active on Etsy since 2021. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER NINE**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER TEN**

Denied, Defendant has never "undercut" the Plaintiff on Etsy. The Defendant no longer sells Marshmallow Mug Hats due to attacks by the Plaintiff. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER ELEVEN**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER TWELVE**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER THIRTEEN**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER FOURTEEN**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER FIFTEEN**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER SIXTEEN**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER SEVENTEEN**

Denied. Defendant denies all other subparts.

Svitlana Manchester - New Milford, Connecticut

**RESPONSE TO ALLEGATION NUMBER EIGHTEEN**

Denied. Defendant does not sell artwork. The Defendant once sold Marshmallow Mug Hats. The Defendant does not sell Marshmallow Mug Hats on any platform. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER NINETEEN**

Denied. Defendant has never infringed upon the Plaintiff. Defendant did not sell Marshmallow Mug Hats in 2020. The Defendant has never attempted to be successful, making Marshmallow Mug Hats was a spare time hobby. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER TWENTY**

Denied. Defendant has never asked the Plaintiff for the pattern of "Spring Chick Marshmallow Mug Hat." The Plaintiff has copied her "Spring Chick Marshmallow Mug hat" from other sellers. The Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER TWENTY-ONE**

Denied. Defendant did not copy Jasmine's Mug Hats. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER TWENTY-TWO**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER TWENTY-THREE**

Denied. Defendant had never seen Jasmine's "Spring Chick" at that point in time. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER TWENTY- FOUR**

Denied. Jasmine never asked Svitlana not to copy her "Spring Chick." Etsy affords the opportunity to provide evidence of accusations when an item is reported. If evidence is not provided, Etsy allows you to relist the item. Jasmine did not provide evidence of her accusations. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER TWENTY- FIVE**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER TWENTY- SIX**

Denied. Defendant had never seen Jasmine's "S'mores Campfire" at that point in time. Jasmine copied her "S'mores Campfire" Mug Hats from other sellers. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER TWENTY- SEVEN**

Denied. Jasmine did not ask Svitlana not to copy her "Campfire" and "S'more." Etsy affords the opportunity to provide evidence of accusations when an item is reported. If evidence is not provided, Etsy allows you to relist the item. Jasmine did not provide evidence of her accusations. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER TWENTY- EIGHT**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER TWENTY- NINE**

Denied. Defendant had never seen Jasmine's "Cow & Pig" at that point in time. Jasmine copied her "Cow & Pig" Mug Hats from other sellers. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER THIRTY**

Denied. Jasmine did not ask Svitlana not to copy the "Cow" or "Pig." Etsy affords the opportunity to provide evidence of accusations when an item is reported. If evidence is not provided, Etsy allows you to relist the item. Jasmine did not provide evidence of her accusations. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER THIRTY-ONE**

Denied. The Defendant did not copy any Mug Hats of Jasmine's. Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER THIRTY-TWO**

Denied. Defendant had never seen Jasmine's "Cat" at that point in time. Jasmine copied her "Cat Marshmallow Mug Hat" from other sellers. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER THIRTY-THREE**

Denied. Jasmine has never asked Svitlana not to copy her "Black Cat." Etsy affords the opportunity to provide evidence of accusations when an item is reported. If evidence is not provided, Etsy allows you to relist the item. Jasmine did not provide evidence of her accusations. Defendant denies all other subparts.

Svitlana Manchester - New Milford, Connecticut

**RESPONSE TO ALLEGATION NUMBER THIRTY-FOUR**

Denied. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER THIRTY-FIVE**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER THIRTY-SIX**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER THIRTY-SEVEN**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER THIRTY-EIGHT**

Denied. Svitlana did not copy mug hats. Defendant denies each and every other allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER THIRTY-NINE**

Denied. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER FORTY**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER FORTY-ONE**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER FORTY-TWO**

Denied. Defendant denies all other subparts.

Svitlana Manchester - New Milford, Connecticut

**RESPONSE TO ALLEGATION NUMBER FORTY-THREE**

Denied. Svitlana was not familiar with Threaded Soul on Etsy at this time. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER FORTY-FOUR**

Denied. Svitlana was not familiar with Stylish Fashion on Etsy at this time. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER FORTY-FIVE**

Denied. Svitlana did not purchase stolen designs from Royal Wear Shop on Etsy. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER FORTY-SIX**

Denied. Jasmine' Chick is light yellow and spherical. Defendant denies all other subparts without knowledge of its truth or falsity.

**RESPONSE TO ALLEGATION NUMBER FORTY-SEVEN**

Denied. Svitlana's Hatching Chick is not copied. Svitlana's Chick is oval and darker yellow. Defendant denies all other subparts without knowledge of its truth or falsity.

**RESPONSE TO ALLEGATION NUMBER FORTY-EIGHT**

Denied. Jasmine's Chick has thicker and loosely crocheted lobes. Defendant denies all other subparts without knowledge of its truth or falsity.

**RESPONSE TO ALLEGATION NUMBER FORTY-NINE**

Denied. Svitlana's Hatching Chick is not copied. Svitlana's Chick has thinner and tightly crocheted lobes. Defendant denies all other subparts without knowledge of its truth or falsity.

**RESPONSE TO ALLEGATION NUMBER FIFTY**

Denied. Jasmine's Chick has large fluffy oval wings facing the upward direction. Defendant denies all other subparts without knowledge of its truth or falsity.

**RESPONSE TO ALLEGATION NUMBER FIFTY-ONE**

Denied. Svitlana's Hatching Chick is not copied. Svitlana's Chick has small thin wings facing the downward direction. Defendant denies all other subparts without knowledge of its truth or falsity.

**RESPONSE TO ALLEGATION NUMBER FIFTY-TWO**

Denied. Jasmine's spring chick has feet, while Svitlana's Chick has egg shell. Defendant denies all other subparts without knowledge of its truth or falsity.

**RESPONSE TO ALLEGATION NUMBER FIFTY-THREE**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER FIFTY-FOUR**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER FIFTY-FIVE**

Denied. Svitlana's Campfire is not copied. Svitlana's Campfire has square shaped base. Defendant denies all other subparts without knowledge of its truth or falsity.

**RESPONSE TO ALLEGATION NUMBER FIFTY-SIX**

Denied. Jasmine's Campfire Has a darker shade of grey ash around the top. Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER FIFTY-SEVEN**

Denied. Svitlana's Campfire is not copied. Svitlana's Campfire has a light grey rim of rock around the top. Defendant denies all other subparts without knowledge of its truth or falsity.

**RESPONSE TO ALLEGATION NUMBER FIFTY-EIGHT**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER FIFTY-NINE**

Denied. Svitlana's Campfire is not copied. Svitlana's Campfire has a yellow and red flame atop the base made of string, not an orange poofy ball as Jasmine's does. Defendant denies all other subparts without knowledge of its truth or falsity.

**RESPONSE TO ALLEGATION NUMBER SIXTY**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER SIXTY-ONE**

Denied. Svitlana's S'more is not copied. Svitlana's S'more has one flat brown disc on top, while Jasmine's has two like a sandwich. Defendant denies all other subparts without knowledge of its truth or falsity.

**RESPONSE TO ALLEGATION NUMBER SIXTY-TWO**

Denied. Jasmine's S'more has a square shaped marshmallow. Defendant denies all other subparts without knowledge of its truth or falsity.

**RESPONSE TO ALLEGATION NUMBER SIXTY-THREE**

Denied. Svitlana's S'more is not copied. Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER SIXTY-FOUR**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER SIXTY-FIVE**

Denied. Svitlana's S'more is not copied. Svitlana's S'more has almost black chocolate oozing down the side, not as light in color as Jasmine's. Defendant denies all other subparts without knowledge of its truth or falsity.

**RESPONSE TO ALLEGATION NUMBER SIXTY-SIX**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER SIXTY-SEVEN**

Denied. Svitlana's Cow is not copied. Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER SIXTY-EIGHT**

Denied. Jasmine's cow has pink nostrils, a brown left ear, two larger brown horns that are far apart, dark eyes with eyelashes, and discoloration appearing to be makeup on its cheeks. Defendant denies all other subparts without knowledge of its truth or falsity.

**RESPONSE TO ALLEGATION NUMBER SIXTY-NINE**

Denied. Svitlana's Cow is not copied. Svitlana's Cow has a smaller nose with black nostrils, a black left ear with pink inside, a white right ear with pink inside, two small cream colored horns that are close together, and a dark patch around the right eye. Defendant denies all other subparts without knowledge of its truth or falsity.

**RESPONSE TO ALLEGATION NUMBER SEVENTY**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER SEVENTY-ONE**

Denied. Svitlana's Cow is not copied. Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER SEVENTY-TWO**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER SEVENTY-THREE**

Denied. Svitlana's Pig is not copied. Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER SEVENTY-FOUR**

Denied. Jasmine's Pig has two pink nostrils, thin pointy ears facing the upward direction that are spaced far apart, black eyes with eye lashes, and discoloration appearing to be makeup on its cheeks. Defendant denies all other subparts without knowledge of its truth or falsity.

**RESPONSE TO ALLEGATION NUMBER SEVENTY-FIVE**

Denied. Svitlana's Pig is not copied. Svitlana's Pig has a smaller oval nose with two black nostrils, and rounded wide ears that are spaced close together. Defendant denies all other subparts without knowledge of its truth or falsity.

**RESPONSE TO ALLEGATION NUMBER SEVENTY-SIX**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER SEVENTY-SEVEN**

Denied. Svitlana's Pig is not copied. Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER SEVENTY-EIGHT**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER SEVENTY-NINE**

Denied. Svitlana's Cat is not copied. Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER EIGHTY**

Denied. Jasmine's Black Cat has a thin long tail. Defendant denies all other subparts without knowledge of its truth or falsity.

**RESPONSE TO ALLEGATION NUMBER EIGHTY-ONE**

Denied. Svitlana's Cat is not copied. Svitlana's Black Cat has a short and wider tail. Defendant denies all other subparts without knowledge of its truth or falsity.

**RESPONSE TO ALLEGATION NUMBER EIGHTY-TWO**

Denied. Jasmine's Black Cat has a crocheted orange bow. Defendant denies all other subparts without knowledge of its truth or falsity.

**RESPONSE TO ALLEGATION NUMBER EIGHTY-THREE**

Denied. Svitlana's Cat is not copied. Svitlana's Black Cat has a ribbon bow. Defendant denies all other subparts without knowledge of its truth or falsity.

**RESPONSE TO ALLEGATION NUMBER EIGHTY-FOUR**

Denied. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER EIGHTY-FIVE**

Denied. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER EIGHTY-SIX**

Defendant admits to Jasmine stalking her on online platforms daily. Defendant denies each and every other allegation including all other subparts.

**RESPONSE TO ALLEGATION NUMBER EIGHTY-SEVEN**

Denied. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER EIGHTY-EIGHT**

Denied. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER EIGHTY-NINE**

Denied. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER NINETY**

Denied. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER NINETY-ONE**

Denied. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER NINETY-TWO**

Denied. Defendant did not have access to Jasmine's, "Spring Chick Marshmallow Mug Hat." Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER NINETY-THREE**

Denied. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER NINETY-FOUR**

Denied. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER NINETY-FIVE**

Denied. Defendant does not make and sell derivative works of Jasmine's, "Spring Chick Marshmallow Mug Hat." Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER NINETY-SIX**

Denied. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER NINETY-SEVEN**

Denied. Defendant did not have access to Jasmine's, "Campfire Marshmallow Mug Hat." Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER NINETY-EIGHT**

Denied. Defendant did not purchase a copy of Jasmine's, "Campfire Marshmallow Mug Hat" from (Royal Wear Shop), or from anyone. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER NINETY-NINE**

**Statute of Limitations:** In paragraphs 84-86, of the amended Complaint ECF 50, Jasmine admits to being aware of Defendant's Campfire Mug Hat in the spring and summer of 2021. The listing date of Defendant's Campfire Mug Hat is August 11, 2021. The Complaint ECF 1, was filed on September 04, 2024, and places this item beyond the 3 year Statute of Limitations. Defendant denies each and every other allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER ONE-HUNDRED**

Denied. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER ONE-HUNDRED-ONE**

Denied. Defendant does not make and sell derivative works of Jasmine's, "Campfire Marshmallow Mug Hat." Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER ONE-HUNDRED-TWO**

Denied. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER ONE-HUNDRED-THREE**

Denied. Defendant did not have access to Jasmine's, "S'more Marshmallow Mug Hat." Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER ONE-HUNDRED-FOUR**

Denied. Defendant did not purchase a copy of Jasmine's, "S'more Marshmallow Mug Hat" from (Royal Wear Shop), or from anyone. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION ONE-HUNDRED-FIVE**

**Statute of Limitations:** In paragraphs 84-86, of the amended Complaint ECF 50, Jasmine admits to being aware of Defendant's S'more Mug Hat in the spring and summer of 2021. The listing date of Defendant's S'more Mug Hat is June 19, 2021. The Complaint ECF 1, was filed on September 04, 2024, and places this item beyond the 3 year Statute of Limitations. Defendant denies each and every other allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER ONE-HUNDRED-SIX**

Denied. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER ONE-HUNDRED-SEVEN**

Denied. Defendant does not make or sell derivative works of Jasmine's, "S'more Marshmallow Mug Hat." Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER ONE-HUNDRED-EIGHT**

Denied. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER ONE-HUNDRED-NINE**

Denied. Defendant did not have access to Jasmine's, "Cow Marshmallow Mug Hat." Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER ONE-HUNDRED-TEN**

Denied. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER ONE-HUNDRED-ELEVEN**

Denied. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER ONE-HUNDRED-TWELVE**

Denied. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER ONE-HUNDRED-THIRTEEN**

Denied. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER ONE-HUNDRED-FOURTEEN**

Denied. Defendant did not have access to Jasmine's "Pig Marshmallow Hat." Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER ONE-HUNDRED-FIFTEEN**

Denied. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER ONE-HUNDRED-SIXTEEN**

Denied. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER ONE-HUNDRED-SEVENTEEN**

Denied. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER ONE-HUNDRED-EIGHTEEN**

Denied. Defendant denies all other subparts.

Svitlana Manchester - New Milford, Connecticut

**RESPONSE TO ALLEGATION NUMBER ONE-HUNDRED-NINETEEN**

Denied. Defendant did not have access to Jasmine's, "Black Cat Marshmallow Mug Hat."
Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER ONE-HUNDRED-TWENTY**

Denied. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER ONE-HUNDRED-TWENTY-ONE**

Denied. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER ONE-HUNDRED-TWENTY-TWO**

Denied. Defendant does not make and sell derivative works of Jasmine's, "Black Cat
Marshmallow Mug Hat."  Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER ONE-HUNDRED-TWENTY-THREE**

Denied. Defendant denies all other subparts.

Svitlana Manchester - New Milford, Connecticut

## B.  AFFIRMATIVE DEFENSES

Defendant raises the following Affirmative defenses:

## FIRST AFFIRMATIVE DEFENSE

(Statute of Limitations)

The statute of limitations for copyright infringement in the United States is three years.

## SECOND AFFIRMATIVE DEFENSE

(Independent Creation)

Any similarities are irrelevant, works were created independently without exposure to copyrighted material.

## THIRD AFFIRMATIVE DEFENSE

(Unclean Hands)

Wrongful behavior by the Plaintiff, such as selling items protected by trademark and copyright.

## FOURTH AFFIRMATIVE DEFENSE

(Laches)

Plaintiff unreasonably waited to file a claim after learning of the alleged infringement. The action is barred by the doctrine of Laches.

Svitlana Manchester - New Milford, Connecticut

## FIFTH AFFIRMATIVE DEFENSE

(Estoppel)

Plaintiff is taking a legal position inconsistent with an earlier statement that places the Defendant at a disadvantage.

## SIXTH AFFIRMATIVE DEFENSE

(No Infringement)

No claim exists where no infringement occurs, whether because an element of the claim was not met or the use was not infringing.

## SEVENTH AFFIRMATIVE DEFENSE

(Copying of Original Elements)

A work qualifies for Copyright protection if it is:
- Original, meaning the work was independently created by the author and has some minimal level of creativity.
- Fixed, meaning the work has been preserved in any tangible medium of expression.

## EIGHTH AFFIRMATIVE DEFENSE

(Non-exclusive vs. exclusive licenses)

A person holding a non-exclusive license is not entitled to sue for copyright infringement of the copyright.

Svitlana Manchester - New Milford, Connecticut

## NINTH AFFIRMATIVE DEFENSE

(Substantial Similarity)

The works are not substantially similar. Courts in the Tenth Circuit begin by separating the infringement analysis into two distinct inquiries:

(1) Whether there is sufficient evidence of access and probative similarity to prove that the Defendant copied.

(2) Whether the alleged infringer took enough of the copyright owner's protected material to be guilty of infringement.

The Tenth Circuit tests probative similarity by comparing all elements of the works (not just the protected elements) to determine whether there are similarities that would imply copying.

## TENTH AFFIRMATIVE DEFENSE

(Copying alone is not infringement)

"Copying alone is not infringement. The infringement determination depends on what is copied."  Blehm v. Jacobs, (D. Colo. Sep. 19, 2011)

## ELEVENTH AFFIRMATIVE DEFENSE

(Fair Use)

Plaintiff's claims for relief are barred by the "Fair Use Doctrine" pursuant to Section 107 of the Copyright Act, 17 U.S.C. 107.

## TWELFTH AFFIRMATIVE DEFENSE

(Failure to State a Claim)

Plaintiff fails to state a claim against Defendant on which relief can be granted.

## THIRTEENTH AFFIRMATIVE DEFENSE

(Joinder)

One or more third parties (Online Platforms), are liable for the conduct alleged and will be required to answer and indemnify.

## FOURTEENTH AFFIRMATIVE DEFENSE

(Innocent Infringement)

To the extent any infringement is determined to have occurred, such infringement is innocent in nature and any award should so reflect.

## FIFTEENTH AFFIRMITIVE DEFENSE

(Copyright Misuse)

Plaintiff has engaged in one or more acts that have misused their copyrights including but not limited to having wrongfully attempted to extend the scope of the limited monopoly granted by the Copyright Act.

## SIXTEENTH AFFIRMATIVE DEFENSE

(Idea-Expression Dichotomy)

Plaintiff's claims are barred since critical part or portions of their alleged protected copyrights are invalid due to consisting of un-protectable idea(s) or processes.

## SEVENTEENTH AFFIRMATIVE DEFENSE

### (17 U.S.C. Section 412)

Plaintiff is barred by, 17 U.S.C. section 412, from claiming statutory damages or attorney's fees under the Copyright Act in that any alleged acts of infringement occurred before first registration of the Plaintiff's alleged work.

## EIGHTEENTH AFFIRMITIVE DEFENSE

### (Scenes-a-Faire)

This action is barred by the "scenes-a-faire" doctrine. Some elements of the work are not protected by Copyright because they are standard or expected in the genre.

Svitlana Manchester - New Milford, Connecticut

## C.  COUNTERCLAIM

Second Amended Counterclaim under Rule F.R.C.P. 15(a)(1)

Now having answered the Complaint for Copyright Infringement, the Defendant assumes the role of the Counter-Plaintiff (Counterclaimant). All statements made herein are made on information and/or belief as follows:

1.   Jasmine Weber labeled at least some of her Mug Hats as brand "Rae Dunn."

2.   Jasmine Weber labeled at least some of her Mug Hats as brand "Rae Dunn" to bolster her sales.

3.   Jasmine Weber does not have permission from Rae Dunn Design LLC to use their Trademark.

4.   Jasmine Weber created her account on the Etsy platform in 2021.

5.   Jasmine Weber has been reporting Svitlana to the Etsy Platform as early as 2021.

6.   Jasmine Weber has deceived the court in at least one sworn Affidavit.

7.   Jasmine Weber has made and sold derivative works of the Hershey Kiss, infringing on the trademark of "Hershey Kiss," by designing Marshmallow Mug Hats in the shape of the "Hershey Kiss."

8.   Jasmine Weber has infringed on the Copyright and Trademark of the "Hershey Kiss" by using the name "Hershey Kiss," while displaying her own trademark logo underneath of it.

9.   Jasmine Weber does not have permission from The Hershey Company to use the Trademark or Copyright for the "Hershey Kiss."

10.  Jasmine Weber has used the phrase, "Don't be a Grinch."

11.  Jasmine Weber has made and sold derivative works of "The Grinch," in the form of Marshmallow Mug Hats.

12.  Jasmine Weber does not have permission from Dr. Seuss Enterprises to use their Trademark or Copyrights for "The Grinch," and the phrase, "Don't be a Grinch."

13. Jasmine Weber has made and sold derivative works of "Rudolph the Red Nose Reindeer," and has used the name "Rudolph" to bolster her sales.

14. Jasmine Weber does not have permission from The Rudolph Company to use their Trademark or Copyrights for "Rudolph."

15. Jasmine Weber has used the name, "Elf on the Shelf," which is under Trademark by The Lumistella Company, to bolster her sales.

16. Jasmine Weber does not have permission from The Lumistella Company to use their Trademark for "Elf on the Shelf."

17. Jasmine Weber has used "The Sanderson Sisters" from the movie Hocus Pocus.

18. Jasmine Weber does not have permission from The Walt Disney Company to use their Copyright or Trademark for "The Sanderson Sisters."

19. Jasmine Weber has used many other Trademarks and Copyrights to bolster her sales.

20. Jasmine Weber has a habitual disregard to others Trademarks and Copyrights.

21. Jasmine Weber got the ideas for her designs from other sellers across multiple platforms, including Mercari, Pinterest, Etsy, Ebay, Instagram, and other personally owned websites run by crafters.

22. Jasmine Weber has made multiple accusations against Svitlana, in which Jasmine herself is the guilty party.

23. Jasmine Weber's claims against Svitlana, are frivolous in nature, lack legal merit, and have been done so with malicious intent.

24. Jasmine Weber maliciously engaged in harassment by reporting the Counterclaimant to the Etsy and Mercari platform numerous times, having various listings created by Svitlana removed from the platforms.

25. Jasmine Weber admittedly stalked Svitlana's online shops on the Etsy and Mecari platforms since 2021, reporting her listings to the platforms and having them removed monthly and at times daily.

Svitlana Manchester - New Milford, Connecticut

26. Jasmine Weber has been aware of Svitlana's Creations since 2021, and applied for Copyrights with the intention of legally harassing Svitlana, and began to do so once obtaining Copyrights.

27. The lawsuit Jasmine Weber filed against Svitlana is meant to bother, embarrass, or cause legal expenses in an attempt to cause her harm. Jasmine is aware no legal basis for the lawsuit exists.

28. Jasmine Weber filed a lawsuit against Svitlana in an attempt to permanently remove her from online selling platforms, in which Jasmine has succeeded.

29. Jasmine Weber filed a lawsuit against Svitlana, so she would be viewed as a pariah amongst the online crafting community. Permanently damaging Svitlana's reputation. In which Jasmine has succeeded.

30. Jasmine Weber is not the original creator of her own works.

31. Jasmine Weber has copied the works of craftandlaugh, and filed for Copyright as if it is Jasmine's own work.

32. Jasmine Weber has copied the works of designstylebymarci, and filed for Copyright as if it is Jasmine's own work.

33. Jasmine Weber has copied the works of CrosswaycraftsShop, and filed for Copyright as if it is Jasmine's own work.

34. Jasmine Weber has copied the works of HandmadeZumee.

35. Jasmine Weber has copied the works of Sharon Ojala, (StylishFashionDesign), and filed for Copyright as if it is Jasmine's own work.

36. Jasmine Weber has copied the works of Svitlana's Creations.

37. Jasmine Weber has copied the works of Sarah, (Repeat Crafter Me), and filed for Copyright as if it is Jasmine's own work.

38. Jasmine Weber has copied the works of ThreadedSoul, and filed for Copyright as if it is Jasmine's own work.

Svitlana Manchester - New Milford, Connecticut

39. Jasmine Weber registered at least forty two of her Copyrights as unpublished works, while knowing the works had already been published, and listed for sale on online platforms at the time of registration.

40. Jasmine Weber has bragged and boasted in online selling platforms that she has had sellers removed, specifically on the Mercari platform, by attacking them through lawyers and reporting them maliciously.

41. Jasmine Weber is attempting to corner the Marshmallow Mug Hat market by attacking online sellers through her lawyers, stealing others work, and filing for Copyright, as if it is her own.

42. Jasmine Weber has destroyed everything Svitlana has built in her online shops.

43. Jasmine Weber has accused many sellers of copying her designs, Svitlana not being the first.

44. Jasmine Weber is a Vexatious Litigant. The intent of the claim against Svitlana is to annoy, harass, and remove Svitlana from online selling platforms.

45. Jasmine Weber has earned substantial income from filing lawsuits.

46. The purpose of the Jasmine Weber's claims against Svitlana are to intentionally cause severe emotional distress and mental trauma.

47. Jasmine Weber knowingly made false statements in the claim against Svitlana.

48. Jasmine Weber's claims against Svitlana, have caused Svitlana a great deal of harm.

49. Jasmine Weber is fully aware of the lack of similarities between Svitlana's work and her own.

50. Before and during the early stages of Jasmine Weber's lawsuit against Svitlana, Jasmine removed incriminating material from her online shops, in order to hide this material from the court.

51. Jasmine Weber committed Copyright fraud, in an attempt to have Svitlana's listings removed from the Etsy platform.

Svitlana Manchester - New Milford, Connecticut

**RESPONSE TO PRAYER FOR RELIEF**

Defendant/Counterclaimant denies each and every allegation and prayer for relief, including all subparts.

**WHEREFORE, DEFENDANT/COUNTERCLAIMANT REQUESTS THAT:**

a) Plaintiff/Counterclaim-Defendant claims are dismissed with Prejudice;

b) Plaintiff/Counterclaim-Defendant takes nothing by way of their complaint;

c) Defendant/Counterclaimant be awarded her costs and attorney fees if applicable and any other appropriate relief the court deems just and equitable;

d) Defendant/Counterclaimant be awarded $50,000 per item accused to be infringed for punitive damages on the basis of wrongful litigation;

e) Defendant/Counterclaimant be awarded an additional $50,000 per item accused to be infringed for punitive damages on the basis of abuse of power;

f) Defendant/Counterclaimant be awarded another additional $50,000 per item accused to be infringed for punitive damages on the basis of defamation;

g) Sanctions be imposed against the Plaintiff/Counterclaim-Defendant for Vexatious Litigation;

h) Defendant/Counterclaimant requests a jury trial.

RESPECTFULLY SUBMITTED,

DATED this 12th day of December, 2024

*Svitlana Manchester*

Svitlana Manchester
106 Grove Street Apt. A
New Milford, Connecticut 06776
Svitlanamanchester@gmail.com
(860) 997-9282

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

JASMINE WEBER,                          : No. 3:24-cv-01412-KAD

Plaintiff/Counter-Defendant             :

V.                                      : Affidavit

SVITLANA MANCHESTER,                    :

Defendant/Counterclaimant               : 2024-12-11


VERIFICATION

PERSONALLY came and appeared before me, the undersigned Notary, the within named
Svitlana Manchester, who is a resident of New Milford, Connecticut, and makes her statement
and General Affidavit upon oath and affirmation of belief and personal knowledge that the
following matter, facts, and things set forth are true and correct to the best of her knowledge:

The factual Defenses or Allegations contained in the Defendant's Answer and Affirmative
Defenses with Second Amended Counterclaims of Svitlana Manchester against Jasmine Weber
are true and correct to the best of my knowledge, information, and belief.  Any documents
attached to the Defendant's Answer and Affirmative Defenses with Second Amended
Counterclaims of Svitlana Manchester against Jasmine Weber are true and correct copies of
those documents as described in the Defendant's Answer and Affirmative Defenses with
Second Amended Counterclaims of Svitlana Manchester against Jasmine Weber.


DATED this the 11th day of December, 2024

Name of Affiant: _Svitlana Manchester_

Signature of Affiant: _Svitlana Manchester_

SWORN to subscribe before me, this 11th day of December, 2024

NOTARY PUBLIC: _Catherine Talmadge_

CATHERINE TALMADGE
NOTARY PUBLIC
State of Connecticut
My Commission Expires
September 30, 2026

My Commission Expires: _9/30/2026_

Svitlana Manchester - New Milford, Connecticut

Certificate of Service

I, Svitlana Manchester, hereby certify that a copy of the foregoing, DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S FIRST AMMENDED COMPLAINT, WITH SECOND AMMENDED COUNTERCLAIMS OF SVITLANA MANCHESTER AGAINST JASMINE WEBER, was sent by email to:

Alan Harrison Counsel for the Plaintiff at:
alan@sandollar-law.net

On the day of: _2024 - 12 - 12_____

Signed: _Svitlana Manchester_____