DEC 12 2024 AM9:25
FILED - USDC - DPT - CT

# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JASMINE WEBER, | : | No. 3:24-cv-01412-KAD |
| Plaintiff/Counterclaim-Defendant | : | |
| | : | Ms. Manchester's Affidavit |
| V. | : | of Explanation; in Support |
| | : | of her Defenses and Counterclaim |
| SVITLANA MANCHESTER, | : | |
| Defendant/Counterclaimant | : | 2024-12-12 |

## STATEMENT OF IDENTITY

I, Svitlana Manchester, am a 27 year old stay at home mother, and currently reside at 106

Grove Street, Apt. A, New Milford, Connecticut. I am a competent adult with personal

knowledge of the facts here stated.

## STATEMENT OF TRUTH

I, Svitlana Manchester, believe the facts I will state in this Affidavit are the truth. I, Svitlana

Manchester, understand that proceedings for contempt of court may be brought against

anyone who makes a false statement of truth without an honest belief in its truth.

## **STATEMENT OF FACTS**

- I want to start by saying that, I feel it is important to speak the truth on this matter. Whether it helps or hurts my case, in support of my Defenses and Counterclaim, the facts I am sharing are of importance and are sworn to be the truth to the best of my knowledge.

- I first came to the United States when I was 11 years old from Ukraine. While I lived in Ukraine as a little girl, I learned how to knit, crochet, sew, and hand embroider.

- I first began selling face masks on Mercari in 2020 to help with the covid pandemic, there was a nationwide shortage of face masks at the time. During this time I saw some people selling Marshmallow Mug Hats and I thought they were great.

- I began selling Marshmallow Mug Hats on Mercari in 2021. Over time I moved to Etsy as I found Etsy was easier to use.

- I only ever sold Marshmallow Mug Hats as a hobby. It was a way to relax after a long day with my children and once they were asleep, I would make a few Marshmallow Mug Hats to unwind.

- Selling Marshmallow Mug Hats was never meant to be a business or as a way to make a profitable income throughout the entire time I made them. It was only ever a hobby. The money I made selling them was most often used to purchase materials. At times, I would use left over money after purchasing material to treat my kids to ice cream or things in that nature.

- I would say what I enjoyed mostly about my crafts was the feedback I received from buyers that loved my work. It brought me joy to know that so many of my buyers loved my creations.

- In the fall of 2021, I received a message from Jasmine Weber on Mercari. Jasmine reached out to me first. In the message Jasmine told me she was leaving the platform because everyone was copying her and she was fed up with it. I had never spoken to Jasmine up to this point and wasn't very familiar with her or her work. I am not sure why she chose to message me this.

- At this point Jasmine did not accuse me of copying her, but she did accuse many other sellers. I continued to message Jasmine back and forth over time, I enjoyed our conversations, as a stay at home mother I looked forward to any chance I had to talk to another adult woman with what seemed like a similar home life.

- Eventually we shared our information with each other, we moved our conversation to text message. We shared pictures of our families with each other and personal information about ourselves.

- During the course of our conversations Jasmine would accuse other specific sellers on the platforms of copying her, I was no angel either. I did the same which I am not proud of. Jasmine and I said negative things about other seller's designs to each other in confidence, and accused them of copying us.

- I want to take a moment to say, I have never reported anyone to the online platforms for copying my designs. This market is mostly elderly woman who enjoy collecting Marshmallow Mug Hats. If someone else can use my designs, they are welcome to them.

- I have never asked Jasmine for any advice on crafting Marshmallow Mug Hats, nor have I ever asked her for any business advice, our conversations were mostly casual.

- Leading up to the end of our time speaking to one another Jasmine had accused me of copying her. Jasmine said, "You sure like to copy me don't you." I replied, "You sure like to copy me too." She then told me don't worry about it. I took this lightly and playfully and didn't think much of it.

- I did not admit or deny to that accusation from Jasmine of copying her. I felt it was not said to me seriously, I took it as a light hearted joke, I didn't believe it was possible that she could have been serious.

- During the period in which Jasmine and I were talking the reports against me began to increase, and become more frequent.

- Jasmine and I stopped talking around, February 5, 2022, and I had not heard from her again until December 24, 2023. There was a period of around 22 months that we had not spoken to each other.

Svitlana Manchester - New Milford, Connecticut

- On around December 25, 2023 was the last text message I ever received from Jasmine, and it was a shock. She told me she had just won a Copyright lawsuit and that I had better remove these items immediately. She then sent me 3 photos of Marshmallow Mug Hats. One of the Marshmallow Mug Hats in the photos was of the Sanderson Sisters from the movie Hocus Pocus, along with 2 others that are neither under Copyright, or included in her lawsuit claims. I knew that Walt Disney held the Copyrights to those characters and that Jasmine did not, so I immediately blocked her phone number and blocked her on the selling platforms as well. I am so busy with my children and for a hobby I like to do when I find spare time, I just didn't want any drama in my life. See Exhibits (o), (m), and (n).
- I did not take Jasmine seriously at this time for the obvious reason of her claiming to have Copyright to Walt Disney characters.
- It is my belief that once I blocked Jasmine on all platforms and text message, she then began reporting me constantly to the platforms. I started to receive takedowns monthly, at times daily.
- There were times I would receive emails from Etsy and Mercari, showing me the reports of Jasmine claiming to have Copyrights to specific Marshmallow Mug Hats. I would then search for the Copyrights and nothing would come up. The reports from Etsy showed the Copyright registration status as unregistered. To this day there are no Copyrights for these Marshmallow Mug Hats. So I relisted them. See Exhibits (m)(1), (m)(2), (m)(3), (n)(1), (n)(2), and (n)(3).
- This activity led me to have a strong belief that anything Jasmine Weber used to report against me was a lie in order to harm my reputation, and to have my listings removed fraudulently.
- I would fight these takedowns with the platforms and as a rule, the platforms give the reporter an opportunity to provide additional proof of their claim. Due to Jasmine not complying with requests from the platforms, the platforms allowed me to relist these items.
- This activity of my listings being reported became a regular cycle, anywhere from daily at times, to monthly. This activity had not happened very often at all, until I messaged with Jasmine. It increased rapidly once I blocked her.

Svitlana Manchester - New Milford, Connecticut

- On February 26, 2024, I received a certified letter from an attorney in California. I looked up his name and law firm from the sender's address and saw that he was a real estate attorney. I thought it was either a mistake or a scam. There are a lot of different scams in the world today. I discarded the mail without reading it. I am unsure if this was related to Jasmine but it is the only letter I have ever received from an attorney in my life.

- On September 5, 2024, I received another takedown from the Etsy platform and I thought, here we go again. I put in a claim to relist the items as I have always done. This time they would not allow me to relist.

- On September 16, 2024, Etsy notified me that Jasmine Weber may have filed a court order for an action against me, and not to relist the material reported until this matter is resolved. I followed the directions of Etsy and did not relist the reported Marshmallow Mug Hats.

- On October 10, 2024, I received a summons fixed to the front door handle of my apartment by a rubber band. When I opened it I was in complete shock, it was a notice that I was being sued. This blindsided me completely.

- When I read the contents of the summons I was in even more shock, it is filled with lies against me. I do not trust Jasmine. I cannot comprehend how one person can attack another in this way.

- I do not recall having ever seen the Marshmallow Mug Hats created by Jasmine that I am accused of copying until I read her complaint.

- The lawsuit against me stated $150,000 per item, 6 items are listed for a grand total of $900,000. I am stay at home mother. I haven't worked in over 6 years. The last time I had a job was when I was 21 years old, before I became pregnant with my first child. I have no assets to my name. To be sued for such an amount, I cannot understand it.

- This lawsuit against me has caused me to feel fear, depression, anxiety, and extreme stress. From the day I received it, to this very day now.

- At no point in time did I ever seek out anything Jasmine has created to copy from her. I have never really cared about anything Jasmine has made, sold, bought, or as to the nature of her business.

Svitlana Manchester - New Milford, Connecticut

- I was living my life and minding my own business and then was slammed with a lawsuit for Copyright Infringement out of nowhere, for something I do in my spare time as a hobby.

- Looking at this event in hindsight, I believe I was being set up for this lawsuit by Jasmine from the very beginning, from the very moment she initiated a friendly contact with me in 2021, stating she was leaving the platform. I believe this entire time Jasmine has been trying to find a way to drag me into court.

- I have never purchased any of the items from Jasmine that she claims I did in her complaint. The only item I have purchased from her was a Baby Grinch Marshmallow Mug Hat, and I did so as a friend.

- I did not have access to Jasmine's designs, I did not search for them. I do not care what Jasmine makes, sells, or buys.

- The ideas I got for my Marshmallow Mug Hats came from the fact that they are seasonal. During the Halloween months there could be anywhere from ten to a fifty Black Cats listed for sale. The same goes for S'mores and Campfires in the summer, Pigs, Cows and Chicks in the spring.

- I noticed during these seasonal times people selling specific items and I decided to create my own version of them. I did not copy anyone else. I have spent a great amount of time creating my own Marshmallow Mug Hat designs.

- I have had people who like my crafts ask me to make them specifically requested items. I have notified them I only make Marshmallow Mug Hats from my own designs.

- I have only ever created Mug Hats of my own design, I have never stolen or copied anyone's designs.

- No one has ever asked me to make them any of the Marshmallow Mug Hats that Jasmine is accusing me of copying.

- There have been times when I have purchased designs from other sellers. I have given my designs to others and other people have shared theirs with me. It never was an issue, this to me seemed like a normal part of the community. So I have bought designs at times from others, but I still incorporated my own design into it to make it my own.

- In 2021, I asked Jasmine to purchase one of her designs. It was for Bumble Bee Cupcake Marshmallow Mug Hat. This is the only design I ever asked Jasmine to purchase, in which she declined. I did not see any harm in asking to purchase this design.
- I have never tried to buy a design from anyone for any of the Marshmallow Mug Hats Jasmine is accusing me of copying.
- I have never been told by anyone that supporting someone else by purchasing their designs was infringing on anyone's Copyright.
- Jasmine's crochet designs and my own are not the same by any measure. As someone who has spent their entire life crafting as a hobby, I can point out the many differences between them.
- For instance, I use a much smaller crochet hook than most crafters, most people use a 4-5mm hook, I use a 3.25-3.5mm hook. This creates a tighter pattern, it creates more rows, and our crochet patterns that we use are not even the same.
- I will go through the items I am accused of copying at a glance and state some of the differences I see as follows;

- Jasmine's Spring Chick has large wide crochet rows, my Spring Chick has small, tight, seamless rows.
- Jasmine's Spring Chick appears to have 9 rows, my Spring Chick has 11 rows.
- Jasmine's Spring Chick has two orange feet and appears to be sitting, my Spring Chick has a broken egg shell at the bottom of it, giving these two Chicks an entirely different look.
- Jasmine's Spring Chick has notching atop of its head, my Spring Chick has a pink flower with green leaves atop its head.
- Jasmine's Spring Chick has large, fluffy, and oval wings facing in the upward direction, my Spring Chick has thin, flat, and pointy wings facing the downward direction.
- Jasmine's Spring Chick has a small nose between the eyes touching them, my Spring Chick has a larger nose below the eyes not touching them giving our Spring Chicks entirely different facial features.
- The crochet pattern for these two items are entirely different.

- Jasmine's Marshmallow Mug is not an authentic Mug, I am not sure who makes it but you can acquire it fairly cheap on Amazon. My Marshmallow Mug is authentic One Hundred 80 Degrees.
- Attached are Exhibits (a) and (b) for comparison.

- Jasmine's Black Cat has an orange crocheted bow on its left ear, my Black Cat has an orange ribbon on its left ear.
- Jasmine's Black Cat has yellow, black, and white eyes looking in the upward direction with two tiny sewn in whiskers on each side, my Black Cat has small white circles for eyes with two smaller white circles above each.
- Jasmine's Black Cat appears to have a white triangular felt nose, my Black Cat has a pink felt nose, giving these two cats an entirely different look.
- Jasmine's Black Cat has white string sewn in as whiskers, my Black Cat has many white pieces of nylon thread attached as whiskers under the nose.
- Jasmine's Marshmallow Mug is not an authentic Mug, I am not sure who makes it but you can acquire it fairly cheap on Amazon. My Marshmallow Mug is authentic One Hundred 80 Degrees.
- Attached are Exhibits (c) and (d) for comparison.

- Jasmine's Cow has two larger brown horns spaced out on top of its head, my Cow has two smaller cream colored horns placed close together on its head, giving these two cows an entirely different look.
- Jasmine's Cow has a brown rounded left ear and a white rounded right ear that are further spaced apart, my Cow has a pointy black left ear with pink inside, and a pointy white right ear with pink inside, that are placed closer together.
- Jasmine's Cow has a thin black and white bow attached to its left horn, my Cow has a thicker but smaller black and white bow attached to its right ear.

Svitlana Manchester - New Milford, Connecticut

- Jasmine's Cow has black felt circles with two eyelashes on both sides of the eyes, my Cow has white plastic "googly eyes" with a black patch under its right eye.
- Jasmine's cow has a large pink nose with two bright felt circles as nostrils, my Cow has a much smaller and different color pink nose with black gems as nostrils.
- Jasmine's Cow has some type of discoloration on its cheeks that appears to be makeup, my Cow does not have this.
- The crochet pattern for the nose as well as the entire cow and fixtures is entirely different.
- Jasmine's Marshmallow Mug is not an authentic Mug, I am not sure who makes it but you can acquire it fairly cheap on Amazon. My Marshmallow Mug is authentic One Hundred 80 Degrees.
- Attached are Exhibits (e) and (f) for comparison.


- Jasmine's Campfire fire is mostly red with some orange and made of a soft fluffy material that has been brushed out, and it covers a small diameter of the top, my Campfire fire is mostly yellow with some red and orange, and is made from unwound yarn done by hand, and covers the majority of the diameter of the top.
- Jasmine's campfire has a gray top with brown crocheted sticks for wood, my Campfire is gray across the entire top.
- Jasmine's Campfire has a gray rim around the top with balls that are spaced close together in a circular shape, my Campfire has lighter shaded gray rim around the top with balls that are spaced further apart in a square shape.
- Jasmine's Campfire has a black circular shaped base around the mug, my Campfire has a black square shaped base around the mug.
- Both of these items have an entirely different crochet pattern.
- The designs for these items are very basic.
- Jasmine's Marshmallow Mug is not an authentic Mug, I am not sure who makes it but you can acquire it fairly cheap on Amazon. My Marshmallow Mug is authentic One Hundred 80 Degrees.

- This item is barred from Lawsuit due to Statue of Limitations.
- Attached are Exhibits (g) and (h) for comparison.


- Jasmine's S'more has a darker shade of cracker that is square on one side but rounded on the corners and extends far out on the sides, my S'more has a much lighter brown shade of cracker that is symmetrically square all the way around and extends out much less around the sides.
- Jasmine's S'more has a shade of brown chocolate, lighter in color than mine, dripping from the top, Jasmine's dripping chocolate is wide shaped and has more runs of chocolate coming down than mine does, my S'more has a different shade of brown chocolate dripping from the top, my chocolate is a dark brown, almost black in color, it is thin shaped and has much less runs of chocolate coming down than Jasmine's does.
- Jasmine's S'more has a white Marshmallow in the center that is a square shape, my S'more has a white Marshmallow in the center that is a round shape.
- Jasmine's S'more has a darker shade of cracker at the bottom that is square on one side and rounded on the other, which protrudes far out on the sides, my S'more has a lighter shade of cracker at the bottom that is one row of crochet and it does not protrude from the sides at all.
- Both of these items have an entirely different crochet pattern.
- The designs for these items are very basic.
- Jasmine's Marshmallow Mug is not an authentic Mug, I am not sure who makes it but you can acquire it fairly cheap on Amazon. My Marshmallow Mug is authentic One Hundred 80 Degrees.
- This item is barred from Lawsuit due to Statue of Limitations.
- Attached are Exhibits (i) and (j) for comparison.

- Jasmine's Pig has thin pointed ears that are one solid flat color and are attached far apart from each other, my Pig has ears that are wider and more rounded with two different colors, brighter pink in the middle and they are spaced much closer together.
- Jasmine's Pig does not have a tail, my Pig does have a tail.
- Jasmine's Pig has a black and white bow thinner bow attached to its right ear, my Pig has a thicker black and white bow attached to its left ear.
- Jasmine's Pig has two black eyes made of felt with two eyelashes on both sides, my Pig has two "googly eyes."
- Jasmine's Pig has a nose that is round and is the same color as the body of the Pig with two light pink pieces of felt as nostrils, my Pig has a much brighter pink nose that is oval with two black gems as nostrils.
- Jasmine's Pig has some type of discoloration on its cheeks that appears to be makeup, my Pig does not have this.
- The crochet patterns for these items are entirely different.
- Jasmine's Marshmallow Mug is not an authentic Mug, I am not sure who makes it but you can acquire it fairly cheap on Amazon. My Marshmallow Mug is authentic One Hundred 80 Degrees.
- Attached are Exhibits (k) and (l) for comparison.


- Within a few days of November 15, 2024, I stopped selling Marshmallow Mug Hats on all platforms, I could never have imagined that something that brought me so much joy, something I did as a hobby when I found the spare time, could cause me so much pain and trouble in my life.
- It was explained to me by the Copyright office, just because someone files for a Copyright it doesn't mean they are the true holders of the Copyright. A Copyright is not the same as a Patent or a Trademark. A Copyright is created the moment someone creates the work, even if they didn't apply for a Copyright. Other people have been making almost identical items

Svitlana Manchester - New Milford, Connecticut

to Jasmine's before she made them.  Just because Jasmine applied for a Copyright it does not place Jasmine's items above theirs. It is not a Patent or a Trademark.

- I have spent a lot of time reading Jasmine's Copyrights since receiving her complaint. Only one item has its own Copyright, the rest are registered as unpublished works, which Jasmine was already selling when she registered them as unpublished. Which in itself violates the rules of Copyright. These 5 items are considered works in progress, and by themselves do not hold their own Copyright.

- I made every attempt to take part in the early joint mediation requested by the court. I was notified by Alan Harrison that Jasmine is opposed to it.

- I would like for this attack against me to be over, this matter has taken time away from my children that I can never get back. However, I cannot accept a penalty for something that I have not done. I will continue to stand up for myself on this matter.

- The statements I have made in this Affidavit I believe with my whole heart to be true. That I did not copy anything from Jasmine Weber, that our Marshmallow Mug Hats are not the same, that this matter is nothing more than a malicious attack against me which has been designed by Jasmine Weber since 2021, and that Jasmine's creations are not of her own ideas and designs.

- The statements I have made in this Affidavit in regards to this matter are the truth, to the best of my knowledge and belief.


## CLOSING STATEMENT OF TRUTH


I, Svitlana Manchester, believe the facts I have stated in this Affidavit are the truth. I, Svitlana Manchester, understand that proceedings for contempt of court may be brought against anyone who makes a false statement of truth without an honest belief in its truth.

Svitlana Manchester - New Milford, Connecticut

## EXHIBITS

(a)  A screenshot photo of Svitlana's Spring Chick Marshmallow Mug Hat.

(b)  A screenshot photo of Jasmine's Spring Chick Marshmallow Mug Hat.

(c)  A screenshot photo of Svitlana's Black Cat Marshmallow Mug Hat.

(d)  A screenshot photo of Jasmine's Black Cat Marshmallow Mug Hat.

(e)  A screenshot photo of Svitlana's Cow Marshmallow Mug Hat.

(f)  A screenshot photo of Jasmine's Cow Marshmallow Mug Hat.

(g)  A screenshot photo of Svitlana's Campfire Marshmallow Mug Hat.

(h)  A screenshot photo of Jasmine's Campfire Marshmallow Mug Hat.

(i)  A screenshot photo of Svitlana's S'more Marshmallow Mug Hat.

(j)  A screenshot photo of Jasmine's S'more Marshmallow Mug Hat.

(k)  A screenshot photo of Svitlana's Pig Marshmallow Mug Hat.

(l)  A screenshot photo of Jasmine's Pig Marshmallow Mug Hat.

(m)  Screenshot photos of the first report to Etsy on December 25, 2023, for Copyright infringement, made by Jasmine. The report is three pages and will be labeled as (m)(1), (m)(2), and (m)(3) accordingly. This report demonstrates a fraudulent claim to Copyright.

(m)(1) A screenshot photo of the first report filed against Svitlana, reported by Jasmine for infringing material. This exhibit shows no Copyright number, and the status is shown as unregistered. Upon search of Copyright for this item, no such Copyright exists.

(m)(2) A screenshot photo of Svitlana's work that was reported.

(m)(3) A screenshot photo of Jasmine's work, in which she claimed to have a Copyright.

Svitlana Manchester - New Milford, Connecticut

(n) Screenshot photos of the second report to Etsy on December 25, 2023, for Copyright infringement, made by Jasmine. The report is three pages and will be labeled as (n)(1), (n)(2), and (n)(3) accordingly. This report demonstrates a fraudulent claim to Copyright.

(n)(1) A screenshot photo of the second report filed against Svitlana, reported by Jasmine for infringing material. This exhibit shows no Copyright number, and the status is shown as unregistered. Upon search of Copyright for this item, no such Copyright exists.

(n)(2) A screenshot photo of Svitlana's work that was reported

(n)(3) A screenshot photo of Jasmine's work, in which she claimed to have a Copyright.

(o) A screenshot photo of the last text message Jasmine ever sent to Svitlana. In this message Jasmine claims to have won other Copyright lawsuits, and accused Svitlana of copying the "Sanderson Sisters," which is under Copyright by Walt Disney. The two additional items Jasmine accused Svitlana of copying in the photo, did not have Copyrights. At this point Svitlana blocked Jasmine on all platforms of communication.

* Attached are true copies of screenshots labeled as exhibits.

Svitlana Manchester - New Milford, Connecticut



**EXHIBIT (a)**

15 of 35

Svitlana Manchester - New Milford, Connecticut



# EXHIBIT (b)

16 of 35

Svitlana Manchester - New Milford, Connecticut



## EXHIBIT (c)

17 of 35

Svitlana Manchester - New Milford, Connecticut



**EXHIBIT (d)**

18 of 35

Svitlana Manchester - New Milford, Connecticut



**EXHIBIT (e)**

19 of 35

Svitlana Manchester - New Milford, Connecticut



**EXHIBIT (f)**

20 of 35

Svitlana Manchester - New Milford, Connecticut



**EXHIBIT (g)**

21 of 35

Svitlana Manchester - New Milford, Connecticut



**EXHIBIT (h)**

22 of 35

Svitlana Manchester - New Milford, Connecticut



**EXHIBIT (i)**

23 of 35

Svitlana Manchester - New Milford, Connecticut



**EXHIBIT (j)**

24 of 35

Svitlana Manchester - New Milford, Connecticut



**EXHIBIT (k)**

25 of 35

Svitlana Manchester - New Milford, Connecticut



**EXHIBIT (I)**

26 of 35

Svitlana Manchester - New Milford, Connecticut

(DMCA) counter notice using this unique link. You can learn more about how this process works here. Keep in mind, only reports of copyright infringement can be countered.

**Review the full report from Jasmine Weber**

## Jasmine Weber Representative's Information

**Name:**    Jasmine Weber

**Email:**    jlp_0707@hotmail.com

## Jasmine Weber Intellectual Property

**Hello Fall Marshmallow Mug Hat copyright**

| | |
|---|---|
| **Copyright registration number:** | |
| **Copyright jurisdiction:** | |
| **Summary:** | An item or design |
| **Examples:** | www.etsy.com/listing/1526843646/hello-fall-marshmallow-mug-hat |
| **Registration status:** | Unregistered |

**Infringing material reported**
1612630629

Thanks,
Etsy's Trust & Safety team

# EXHIBIT (m)(1)

27 of 35

Svitlana Manchester - New Milford, Connecticut



**EXHIBIT (m)(2)**

28 of 35

Svitlana Manchester - New Milford, Connecticut



**EXHIBIT (m)(3)**

29 of 35

Svitlana Manchester - New Milford, Connecticut

(DMCA) counter notice using this unique link. You can learn more about how this process works here. Keep in mind, only reports of copyright infringement can be countered.

**Review the full report from Jasmine Weber**

## Jasmine Weber Representative's Information

**Name:**          Jasmine Weber
**Email:**          jlp_0707@hotmail.com

## Jasmine Weber Intellectual Property

**Love Bear Marshmallow Mug Hat copyright**

| | |
|---|---|
| **Copyright registration number:** | |
| **Copyright jurisdiction:** | |
| **Summary:** | An item or design |
| **Examples:** | www.etsy.com/listing/1601440332/love-bear-marshmallow-mug-hat |
| **Registration status:** | Unregistered |

**Infringing material reported**
1628851062

Thanks,
Etsy's Trust & Safety team

# EXHIBIT (n)(1)

30 of 35

Svitlana Manchester - New Milford, Connecticut



# EXHIBIT (n)(2)

31 of 35

Svitlana Manchester - New Milford, Connecticut



# EXHIBIT (n)(3)

32 of 35

Svitlana Manchester - New Milford, Connecticut



Jasmine ›

I just won my infringement case and ask that you remove the following from Etsy and Mercari. I am asking nicely as it is clear that these 2 are from my pattern and the Hocus Pocus ones are from my original design.



Text Message • RCS

**EXHIBIT (o)**

33 of 35

Svitlana Manchester - New Milford, Connecticut

# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JASMINE WEBER, | : | No. 3:24-cv-01412-KAD |
| Plaintiff/Counter-Defendant | : | |
| V. | : | Affidavit |
| SVITLANA MANCHESTER, | : | |
| Defendant/Counterclaimant | : | 2024-12-11 |

VERIFICATION

PERSONALLY came and appeared before me, the undersigned Notary, the within named Svitlana Manchester, who is a resident of New Milford, Connecticut, and makes her statement and Affidavit of Explanation upon oath and affirmation of belief and personal knowledge that the following matter, facts, and things set forth are true and correct to the best of her knowledge:

The factual Defenses or Allegations contained in Ms. Manchester's Affidavit of Explanation are true and correct to the best of my knowledge, information and belief.  Any documents attached to Ms. Manchester's Affidavit of Explanation are true and correct copies of those documents as described in Ms. Manchester's Affidavit of Explanation.

DATED this the 11th day of December, 2024

Name of Affiant: _Svitlana Manchester_

Signature of Affiant: _Svitlana Manchester_

SWORN to subscribe before me, this 11th day of December, 2024

NOTARY PUBLIC: _____

CATHERINE TALMADGE
NOTARY PUBLIC
State of Connecticut
My Commission Expires
September 30, 2026

My Commission Expires: _9/30/2026_

Certificate of Service

I, Svitlana Manchester, hereby certify that a copy of the foregoing, Affidavit of Explanation was sent by email to:

Alan Harrison Counsel for the Plaintiff at:

alan@sandollar-law.net

On the day of: _2024 - 12 - 12_____

Signed: _Svitlana Manchester_

Svitlana Manchester - New Milford, Connecticut