# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | |
|---|---|
| JASMINE WEBER, | : No. 3:24-cv-01412-KAD |
| Plaintiff/Counterclaim-Defendant | : |
| | : |
| V. | : Affidavit of Witness |
| | : |
| SVITLANA MANCHESTER, | : |
| Defendant/Counterclaimant | : 2024-12-12 |

## STATEMENT OF IDENTITY

I, Justin Manchester, am the 43 year old husband of the Defendant/Counterclaimant, and currently reside at 106 Grove Street, Apt. A, New Milford, Connecticut. I am a competent adult with personal knowledge of the facts here stated.

## STATEMENT OF TRUTH

I, Justin Manchester, believe the facts I will state in this Affidavit are the truth. I, Justin Manchester, understand that proceedings for contempt of court may be brought against anyone who makes a false statement of truth without an honest belief in its truth.

## **STATEMENT OF FACTS**

- Svitlana Manchester is my wife, we were married on July 21, 2018.

- Svitlana and I support one another in everything that we do, and take interest in one another's interests.

- I have personally witnessed Svitlana make and create various crafts.

- I was made aware of Svitlana's history of crafting early on when Svitlana and I first met.

- I have personally witnessed firsthand, Svitlana's work in creating Marshmallow Mug Hats. Usually at night after our children have gone to sleep Svitlana would work on her crafting projects.

- Very often, I spent time with Svitlana while she would craft items and create new Marshmallow Mug Hats of her own design.

- I personally witnessed Svitlana create her Pig, Cow, Spring Chick, Campfire, S'mores, and Black Cat Marshmallow Mug Hats, that she is accused to have copied, from her own design and creation.

- I am a witness to the fact that, Svitlana did not copy Marshmallow Mug Hats from Jasmine Weber, or anyone else, and that Svitlana did not get the ideas for her Marshmallow Mug Hats from Jasmine Weber.

- Svitlana created these 6 items from her own creation, without using any patterns. I personally witnessed firsthand, Svitlana use only her own skill, ability, and creativity to create these six items.

- I personally witnessed Svitlana work extremely hard to create the six items she is accused of copying. For hours, designing them, and often taking them apart because they weren't exactly how she wanted them to be. It drove me crazy to see her take her hard work apart and recreate it so many times.

- I would consider Svitlana a perfectionist.

- While I am no expert in Copyright, the six items Svitlana is accused of copying and the items made by Jasmine Weber do not look the same.

- I had never seen anything created by Jasmine Weber until Svitlana received a notice of lawsuit from Jasmine Weber on October 10, 2024.

- After witnessing Svitlana's creation of all six items she is accused of copying, it is clear to me, that the complaint made by Jasmine Weber is not the truth. Upon reviewing the complaint, I believe it is a fictional complaint, with the intent to cause malicious harm to Svitlana.

- Svitlana no longer makes or sells Marshmallow Mug Hats, she has told me that she no longer finds joy in making them.

- I have personally witnessed the pain, suffering, mental anguish, and personal distress caused to Svitlana, by Jasmine's attacks against her.

- I have personally witnessed the harms caused to our family by Jasmine Weber.

## CLOSING STATEMENT OF TRUTH

I, Justin Manchester, believe the facts I have stated in this Affidavit are the truth. I, Justin Manchester, understand that proceedings for contempt of court may be brought against anyone who makes a false statement of truth without an honest belief in its truth.

# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | |
|---|---|
| JASMINE WEBER, | : No. 3:24-cv-01412-KAD |
| Plaintiff/Counter-Defendant | : |
| V. | : Affidavit |
| SVITLANA MANCHESTER, | : |
| Defendant/Counterclaimant | : 2024-12-11 |

VERIFICATION

PERSONALLY came and appeared before me, the undersigned Notary, the within named Justin Manchester, who is a resident of New Milford, Connecticut, and makes his statement and General Affidavit upon oath and affirmation of belief and personal knowledge that the following matter, facts, and things set forth are true and correct to the best of his knowledge:

The factual Defenses or Allegations contained in Justin Manchester's Affidavit of Witness, are true and correct to the best of my knowledge, information and belief. Any documents attached to Justin Manchester's Affidavit of Witness, are true and correct copies of those documents as described in the Justin Manchester's Affidavit of Witness.

DATED this the 11th day of December, 2024

Name of Affiant: _Justin Manchester_

Signature of Affiant: _Justin Manchester_

SWORN to subscribe before me, this 11th day of December, 2024

NOTARY PUBLIC: _Catherine Talmadge_

CATHERINE TALMADGE
NOTARY PUBLIC
State of Connecticut
My Commission Expires
September 30, 2026

My Commission Expires: _9/30/2026_

Certificate of Service

I, Svitlana Manchester, hereby certify that a copy of the foregoing, Affidavit of Witness was sent by email to:

Alan Harrison Counsel for the Plaintiff at:

alan@sandollar-law.net

On the day of: 2024-12-12

Signed: *Svitlana Manchester*