## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JASMINE WEBER | : | 3:24-cv-1412-KAD |
| | : | |
| v. | : | Emergency Motion for TRO |
| | : | |
| SVITLANA MANCHESTER | : | 2025-01-03 |

    Now comes Jasmine Weber, by and through undersigned counsel, and emergently moves the Court to issue a temporary restraining order prohibiting Svitlana Manchester from disposing of her current cell phone by sale, gift, or otherwise. The motivation for this motion is a posting on Mercari, shown at Exhibit 1 (Svitlana's Creations is Svitlana Manchester's Mercari seller account).

    Jasmine believes that Svitlana seeks to dispose of the phone in order to evade fact discovery that would possibly expose false statements made under oath.

    Accordingly, Jasmine respectfully moves the Court for an appropriate TRO to be issued on an emergency basis.

Respectfully submitted,
s/Alan Harrison
Alan Harrison ct29464
SANDOLLAR Law
6 West River Street #112
Milford, CT 06460
alan@sandollar-law.net
203.212.9996

**Exhibit 1**
**Svitlana's Creations Mercari Posting of**
**2025-01-03**



• The phone works without any issues.
• It has minor front screen scratches that aren't noticeable with a screen protector.
• The back glass is shattered.
• It is unlocked and was used with T-Mobil.
• Storage is 512GB.
• A black case is included.

