# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JASMINE WEBER | : | 3:24-cv-1412-KAD |
| | : | |
| v. | : | Motion to Expedite Decision on Emergency |
| | : | Motion for TRO |
| SVITLANA MANCHESTER | : | |
| | : | 2025-01-03 |

Jasmine Weber respectfully urges the Court to expedite decision of the pending Emergency Motion for TRO (Docket 53), due to the risk that Svitlana's posting of her phone for sale otherwise will result in her disposing of the phone before the Court can act.

Respectfully submitted,
s/Alan Harrison
Alan Harrison ct29464
SANDOLLAR Law
6 West River Street #112
Milford, CT 06460
alan@sandollar-law.net
203.212.9996