IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JASMINE WEBER | : | 3:24-cv-1412-KAD |
| | : | |
| v. | : | Motion to Dismiss Svitlana |
| | : | Manchester's Counterclaims |
| SVITLANA MANCHESTER | : | |
| | : | 2025-01-04 |

Now comes Jasmine Weber, by and through undersigned counsel, and respectfully moves the Court to dismiss Svitlana Manchester's counterclaims under Rule 12(b)(6) for failing to state any claim on which relief may be granted, for the reasons set forth in the accompanying memorandum of law.

Respectfully submitted,
s/Alan Harrison
Alan Harrison ct29464
SANDOLLAR Law
6 West River Street #112
Milford, CT 06460
alan@sandollar-law.net
203.212.9996