# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

___JASMINE WEBER___
Name of Plaintiff/Petitioner

v.

___SVITLANA MANCHESTER___
Name of Defendant/Respondent

Case No. <u>3:24-cv-01412-KAD</u>

## REDACTED VERSION
## FILED UNDER SEAL

### MOTION FOR APPOINTMENT OF COUNSEL

PERSONAL/FINANCIAL DATA

1. Your full name: <u>Svitlana Manchester</u>

   Your present mailing address: <u>106 Grove Street Apt. A</u>
   <u>New Milford, Connecticut 06776</u>

   Telephone number: <u>(860) 997-9282</u>

2. Are you presently employed? YES ____ NO ✓

3. If your answer to #2 is YES, please provide the name and address of your employer and the amount of your usual weekly earnings.

   _____
   _____
   _____

   Weekly earnings: _____

4. If you are not presently employed, please provide the name and address of your last employer, the date (approximate) that you last worked, and the amount of weekly earnings you were receiving ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

   Date last worked: <u>2018-04-05</u>

   Weekly earnings: <u>$500</u>

5. Approximately how much money have you received in the past twelve months in the form of:

   a) salary, wages, commissions, or earned income of any kind? __0__

   b) interest, dividends, rents or investments of any kind? __0__

   c) gifts or inheritances of any kind? __0__

6. How much money do you have in any checking or savings account(s)?

   Checking: $59.84

   Savings: 0

   Prison account: 0

7. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding household items and clothing)? YES ___ NO ✔

   If YES, describe the property and state the approximate value:

8. How much money do you owe others? $3213.86
   For each debt, state the name of the creditor and the amount owed:

   | CREDITOR | AMOUNT OWED |
   |---|---|
   | Capital One | $2141 |
   | Chase | $1072.86 |
   | | |
   | | |
   | | |
   | | |
   | | |
   | | |
   | | |

9. List the persons who depend upon you for support, and state your relationship to them. If any person is a minor child, identify that person by initials only.

   ███████████

   ███████████

   _____

   _____

10. Are there any persons regularly residing in your household who are over the age of 18 and who are presently employed? YES ✔ NO ____

    If the answer is YES, please provide the following information for each such person:

    Name: ████████████████

    Relationship: ██████

    Employer: ████████████

    Weekly Earnings: ████

11. Include any other information which supports your claim that you cannot financially afford to employ an attorney.

    Our house hold lives paycheck to paycheck on my husband's salary.

    We rent an apartment, with the drastic increase in inflation recently times have

    fallen harder onto us. Paying our monthly bills has become a struggle, our

    household had less than zero excess income.

### NATURE OF YOUR CLAIM

12. Describe in your own words the nature of the claim which you are presenting to the court in your complaint/petition.

    I am the Defendant/Counterclaiment in a copyright lawsuit. The claim appears to

    be frivolous, and easily defendable with appropriate counsel.

EFFORTS TO OBTAIN AN ATTORNEY

**The Court strongly suggests that you contact a minimum of three attorneys.**

13. Have you spoken with any attorney about handling your case?   YES ✔   NO ___

14. If your answer to #13 is YES, please provide the following information about each attorney with whom you spoke:

   a) Attorney's name ███████████

   Date you contacted this attorney  2024-10-23

   Method of contact (in person, by telephone, etc.) Telephone

   Reason why attorney was not employed to handle your case
   I am unable to afford the attorney fees of $4,000 retainer fee
   and $215 per hour fee.

   b) Attorney's name ███████████

   Date you contacted this attorney  2024-11-06

   Method of contact (in person, by telephone, etc.) Telephone

   Reason why attorney was not employed to handle your case
   I am unable to afford attorney fees of $1,500 advance required,
   and $1,500 per written motion. Attorney is unavailable to apper in court in person.

   c) Attorney's name ███████████

   Date you contacted this attorney  2024-06-24

   Method of contact (in person, by telephone, etc.) Telephone

Reason why attorney was not employed to handle your case

I am unable to afford attorney fees of $2,000-$5,000 retainer fee

and $200-$500 per hour fee.

15. Explain any other efforts you have made to obtain an attorney to handle your case.

Searched for Pro Bono Attornies

CT Bar Assoc. Harford County Bar Assoc.

CT Volunteer Lawyers for the Arts, Uconn School of Law

Legl Clinic, Volunteer Lawyers for the Arts (NY)

16. Please provide any other information which supports your application for the court to appoint counsel.

I am being sued for $150,000 per item (6 items) and do not have anything of value. I have made every effort to obtain counsel unsuccessfully. With proper counsel this suit should not be as time consuming for the court. At this point in the proceedings, with the defenses and evidence provided, appointment of counsel seems appropriate at this time.

17. Do you need a lawyer who speaks a language other than English?
YES ____ NO ✔

If you answered YES, what language do you speak? _____

I declare under the penalties of perjury that my answers to the foregoing questions are true to the best of my knowledge.

I understand that if I am assigned a lawyer and my lawyer learns, either from myself, or elsewhere, that I can afford a lawyer, the lawyer may give this in formation to the court. See Local Rule 83.10(b)(4) and (g).

I understand that if my answers on my application to proceed in forma pauperis and/or on this application for appointment of counsel are false, my case may be dismissed. See 28 U.S.C. §1915(e).

I hereby waive my privilege of attorney-client confidentiality to the extent necessary for my appointed attorney to make an application to be relieved from appointment as provided in Local Rules 83.10(c) and (d).

I understand that filing this motion does not excuse me from litigating my case, and that it is still my responsibility to have the defendants served with process in accordance with Rule 4 of the Federal Rules of Civil Procedure, if I have not already done so. I also understand that filing this motion does not stay this case and does not excuse me from responding to any motion filed by the defendants.

| 2025-01-06 | *Svitlana Manchester* |
|---|---|
| Date | Original Signature of Movant |
| | *Svitlana Manchester* |
| | Printed Name of Movant |
| | 106 Grove Street Apt. A |
| | (Address) |
| | New Milford, Connecticut 06776 |
| | (City, State, Zip Code) |

If this motion is being filed AFTER the complaint has been served, please complete the certificate of service below.

## CERTIFICATE OF SERVICE

I hereby certify that on ____2025-01-06____ a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System. **List here:**

*Svitlana Manchester*
Original Signature of Movant