# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| JASMINE WEBER, | : No. 3:24-cv-01412-KAD |
| Plaintiff/Counterclaim-Defendant | : |
| | : Svitlana's Objection to ECF 53 and ECF 54, |
| V. | : Jasmine's Motion to Expedite Decision on |
| | : Emergency Motion for TRO |
| SVITLANA MANCHESTER, | : |
| Defendant/Counterclaimant | : 2025-01-06 |

Now comes Svitlana Manchester, by and through self-representation, and moves the court to deny Jasmine Weber's request to issue a temporary restraining order prohibiting Svitlana Manchester from disposing of her current cell phone by sale, gift, or otherwise. The motivation for Svitlana's sale of an old cell phone is that she acquired a new one as a holiday gift, and seeks to sell her old and damaged cell phone to recuperate some of the recent holiday costs.

Your Honor, Svitlana received a new cellular phone as a holiday gift as her old cellular phone was damaged as it will be shown here in Exhibit 500. Upon receiving the new cellular phone, Svitlana imported all the data from her old phone to her new phone, and checked it multiple times to insure that no data was lost in transit. As the Plaintiff's counsel may not be aware, technology has advanced over the years, and importing data from old to new cell phones has become standard.

Svitlana listed the old and damaged cell phone for sale on December 28, 2024, not on January 03, 2025, as Jasmine Weber stated in her Motion for TRO. Upon listing this old and damaged cell phone for sale on the Mercari platform, to recuperate some holiday costs, it is required by the Mercari platform that a factory reset must be performed in order to list the

item for sale, which has already been done. Svitlana's old and damaged cell phone would serve as nothing more than a paper weight to Jasmine and her Counsel's interests. However, Jasmine and her Counsel can rest assured that all the data was transferred to Svitlana's new cell phone successfully without any information being lost in transit. On December 15, 2024, Jasmine and her Counsel received all the Documents in the form of true and correct copies, as part of Initial Disclosure, the data Svitlana has in her possession related to this case.

The Motion to Expedite Decision on Emergency for TRO is entirely absurd. This Motion for TRO is an attempt to cause more hardship in Svitlana's life due to there being no legal basis or evidence for this matter to exist from the start. Svitlana has been entirely honest and forthright throughout this entire process. Svitlana has not evaded any fact discovery in this matter, all fact discovery in regards to this matter only works in favor of Svitlana. Svitlana's life should not be put on hold due to baseless claims. Svitlana has no reason to be deceptive and moves that the court deny this ridiculous Motion set forth by Jasmine Weber and her Counsel.

Respectfully submitted,

Svitlana Manchester
106 Grove Street Apt. A
New Milford, Connecticut 06776
Svitlanamanchester@gmail.com
(860) 997-9282

## **EXHIBITS**

**EXHIBIT 500:**  True and Correct screenshot of Svitlana's damaged cell phone, listed for sale on the Mercari platform.

**EXHIBIT 501:**  True and Correct screenshot of Svitlana's cell phone listed for sale on the Mercari platform.

**EXHIBIT 502:**  True and Correct screenshot of a notice from the Mercari platform, stating that Svitlana must (1) Backup her data, (2) Disable find her phone, (3) Factory reset her phone, and (4) Activate her listing from the edit page. In which, Svitlana had done what was requested on December 28, 2024.

*All Exhibits included are True and Correct Copies.



**EXHIBIT 500**
4 of 7
Svitlana Manchester - New Milford, Connecticut





### iphone 12 pro max phone unlocked 512 gb

$ 293.31

Promote | Edit item

| | |
|---|---|
| Shipping | $7.34 |
| Condition | Fair |
| Brand | Apple |
| Category | Electronics  Cell phones & accessories  Cell phones & smartphones  Apple Cell Phones & Smartphones |
| Updated | 13m ago |

TRUSTED SELLER WITH 1958 ★★★★★ REVIEWS

• The phone works without any issues.
• It has minor front screen scratches that aren't noticeable with a screen protector.
• The back glass is shattered.
• It is unlocked and was used with T-Mobil.
• Storage is 512GB.
• 1 black case is included.
• 1 car charger is included.
• 1 wall charger is included.

**Buyer Protection**
Receive your item as described, or get your money back. Learn more


Svitlana's Creations
★★★★★ 1970 reviews


add your comment

**EXHIBIT 501**
5 of 7
Svitlana Manchester - New Milford, Connecticut



mercari.com

MERCARI Search for anything

Mercari > Settings > News

- Edit profile
- Edit account
- My addresses
- My payment methods
- My bank account
- Notifications
- Tax Center
- Vacation
- Account security
- Verifications
- Balance
- Credits
- Coupons
- Help Center
- Log out

## Action Needed! For "iphone 12 pro max phone unlocked 512 gb", disable Find My iPhone and factory reset your phone.

12/28/24, 04:04 PM

Hi Svitlana's Creations,

Your listing "iphone 12 pro max phone unlocked 512 gb" has been deactivated due to it being iCloud locked.

This potentially prevents a buyer from being able to use the device.

In order to activate your listing:

1. Backup your data
2. Disable Find My iPhone
3. Factory reset your phone
4. Activate your listing from the edit page

Please see this help center article for more information.
https://www.mercari.com/us/help_center/article/376

Team Mercari

Home

**EXHIBIT 502**

Svitlana Manchester - New Milford, Connecticut

Certificate of Service

I, Svitlana Manchester, hereby certify that a copy of the foregoing, Svitlana's Objection to Jasmine's Motion to Expedite Decision on Emergency Motion for TRO was sent by email to:
Alan Harrison Counsel for the Plaintiff at:
alan@sandollar-law.net

On the day of: January 6, 2025

Signed: *Svitlana Manchester*