# UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT
## CIVIL STANDARD MINUTES

Date: **1/2/2025**

**Weber** Vs. **Manchester**

Start Time: **10:02am**  End Time: **11:07am**

Recess (if more than ½ hr) _____ to _____

Total Time: **1** hour(s) **5** minute(s)

Case #: **3:24-cv-01412-KAD**
Honorable Judge: **Kari A. Dooley**
Deputy Clerk: **Kristen Gould**
Counsel for Pla(s): **Alan Harrison**
Counsel for Dft(s): **Self-represented**
Reporter/ECRO/Courtsmart: **Tracy Gow**
Interpreter: _____  Language: _____
Hearing held: ☑ in person  ☐ by video  ☐ by telephone

**HEARING AND TIME**

- ■ Motion/Oral Argument  **5mins**
- ☐ Show Cause Hearing ____
- ■ Evidentiary Hearing  **1hr**
- ☐ Judgment Debtor Exam ____
- ☐ Pretrial Conference ____
- ☐ Scheduling Conference ____
- ☐ Status Conference ____
- ☐ Settlement Conference ____
- ☐ Other: _____ ____

**MOTIONS**

- ■ Motion **for Prejudgment Remedy** filed by ■ Pla ☐ Dft ☐ granted ☐ denied ■ taken under advisement
- ☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
- ☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
- ☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
- ☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
- ☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
- ☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
- ☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
- ☐ Brief(s) due _____  ☐ Proposed Findings due _____  Response due _____
- ☐ Status report due _____
- ☐ Hearing continued until _____ at _____

**NOTES**

**Plaintiff's memo due by January 16, 2025, with time to respond to be set for the defense.**

Rev. 3/21/24