IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JASMINE WEBER, | CASE NO. 3:24-cv-01412 |
| Plaintiff | |
| v. | |
| SVITLANA MANCHESTER | |
| Defendant | JANUARY 15, 2025 |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

### I. INTRODUCTION AND FACTS

Victoria S. Mueller and Mueller Greene, LLC, the undersigned recently appointed attorney of record for Defendant Svitlana Manchester, moves the Court for an order allowing her to withdraw as pro bono counsel of record, in favor of another attorney from the pro bono list. Attorney Mueller has virtually no experience or competence practicing in federal court, and thus is an inappropriate advocate to litigants in this forum. Moreover, the undersigned has a limited litigation practice, focusing primarily on commercial transactions. Attorney Mueller has no expertise whatsoever in trademark infringement or actions of this nature.

The last interface with federal court by the undersigned was in the matter of Moskowitz v. Secor Domestics, LLC (3:20-cv-00768-SRU). Mueller Greene serves as local corporate and personal counsel for the defendant in that matter, Secor Domestics, LLC. The appearance of

Mueller Greene was filed solely to facilitate communication between the various attorneys representing our client and the client itself in that matter. Mueller Greene nor Victoria Mueller participated in or completed any part of the underlying litigation, which was handled solely by the other counsel representing the defendant.

## II. AUTHORITY

Pursuant to Local Rule 11.1(c), withdrawal of counsel requires leave of the Court, and either written consent of the client, substitution and formal appearance of new counsel, or good cause. The undersigned avers that the above constitutes good cause. No litigant should want Attorney Mueller representing them in any federal court proceeding, since she does not practice in this forum and is thus not at all familiar with the practice and procedure there. Since the appointment is relatively recent, choosing a different counsel from the pro bono list should not postpone any discovery from taking place, dispositive motion deadlines, or delay the trial date, so neither party will be materially prejudiced by the withdrawal and substitution of successor counsel by the Court. Accordingly, the Court should grant this motion and permit the withdrawal and substitution of Defendant's pro bono counsel.

DATED: January 15, 2025

Mueller Greene, LLC

By:  /s/ Victoria S. Mueller
Victoria S. Mueller
Mueller Greene, LLC
300 State Street, Suite 209
New London, CT 06320
victoria@muellergreene.com
860-442-2252