# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | |
|---|---|
| JASMINE WEBER, | : No. 3:24-cv-01412-KAD |
| Plaintiff/Counterclaim-Defendant | : |
| | : Svitlana's Motion to Amend Affidavit of |
| V. | : Explanation; in Support of her Defenses and |
| | : Counterclaim |
| SVITLANA MANCHESTER, | : |
| Defendant/Counterclaimant | : 2025-01-17 |

      Defendant/Counterclaimant Svitlana Manchester submits that in reviewing information received by Mercari Inc., during the discovery process, that she was mistaken in a minor detail. The first contact Svitlana had with Jasmine Weber was on February 24, 2021. Svitlana messaged Jasmine and asked Jasmine if she sold a pattern for a Bumblebee Cupcake Marshmallow Mug Hat. It has been found that all context of the conversations that Svitlana has stated between herself and Jasmine remains accurate. The timeline order to which the initial message was sent was found to be incorrect. Svitlana apologizes to the court for this error in the timeline of events, and requests leave to amend details to accurately reflect the timeline of events in her Affidavit of Explanation. Svitlana also requests to amend the Exhibit number sequence beginning with 500 accordingly. All Exhibits will remain the same true and correct copies.

Accordingly, Svitlana prays the Court to grant her leave to file the First Amended Affidavit of Explanation that is attached hereto.

Respectfully submitted,

*Svitlana Manchester*
Svitlana Manchester
106 Grove Street Apt. A
New Milford, Connecticut 06776
Svitlanamanchester@gmail.com
(860) 997-9282

Certificate of Service

I, Svitlana Manchester, hereby certify that a copy of the foregoing, Svitlana's Motion to Amend Affidavit of Explanation; in support of her Defenses and Counterclaim was sent by email to:
Alan Harrison Counsel for the Plaintiff at:
alan@sandollar-law.net

On the day of: January 17, 2025

Signed: *Svitlana Manchester*