UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**Order of Exemption from the Electronic Public Access Fees**
**Pro Bono Counsel Amanda Carlson Stefanatos of Stockman O'Connor**

On January 17, 2025, U.S. District Judge Kari A. Dooley entered an Order Appointing Pro Bono Counsel Amanda C. Stefanatos for the plaintiff in a civil action pending in this Court, pursuant to D. Conn. L. Civ. R. 83.10. Based on the order appointing pro bono counsel, this Court exempts counsel from the fees imposed by the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States Courts. This exemption is for the limited purpose of providing pro bono representation to the plaintiff in case number 3:24-cv-1412-KAD.

The Court finds that counsel's representation of an indigent individual falls within the class of users eligible for a fee exemption pursuant to the fee schedule. The Court also finds that an exemption is necessary to avoid unreasonable burdens and to promote public access to information. Accordingly, counsel shall be exempt from the payment of fees for access via PACER to the electronic case files maintained in this court, to the extent such use is incurred in the course of duties performed while serving as pro bono counsel for the above-named party. Counsel shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this court. Additionally, the following limitations apply:

I. this fee exemption applies only to the above-named attorney and is valid only for the purposes stated above;
II. this fee exemption applies only to the electronic case files of this court that are available through the PACER system;
III. by accepting this exemption, counsel agrees not to sell for profit any data obtained as a result of receiving this exemption;
IV. counsel is prohibited from transferring any data obtained as a result of receiving this exemption, including redistribution via internet-based databases; and
V. this exemption is valid until appointed counsel's representation concludes pursuant to the Order Appointing Pro Bono Counsel.

This exemption may be revoked at the discretion of the Court at any time. A copy of this Order shall be sent to the PACER Service Center.

Dated at New Haven, Connecticut, this 17th day of January 2025.

*Dinah Milton Kinney*

_____
**Dinah Milton Kinney, Clerk**