**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| JASMINE WEBER | : | 3:24-cv-1412-KAD |
| | : | |
| v. | : | Motion to Sanction Svitlana Manchester |
| | : | |
| SVITLANA MANCHESTER | : | 2025-01-28 |

Rule 11 requires that "Every pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name—or by a party personally if the party is unrepresented. … The court must strike an unsigned paper unless the omission is promptly corrected after being called to the attorney's or party's attention." Similarly, Rule 26 requires that "Every disclosure under Rule 26(a)(1) or (a)(3) and every discovery request, response, or objection must be signed by at least one attorney of record in the attorney's own name—or by the party personally, if unrepresented—and must state the signer's address, e-mail address, and telephone number. … Other parties have no duty to act on an unsigned disclosure, request, response, or objection until it is signed[.]"

Ms. Manchester — at her request — has been represented by pro bono counsel since January 9. Accordingly, Ms. Manchester has access at no expense to legal counsel and advocacy that is competent in all respects. Yet she persists in filing and serving unsigned pleadings, motions, and other papers that cite unreal statutes (see, e.g., Docket 81-1 page 23, citing "18 U.S. Code 506(e) of the Copyright Act of 1976", which does not exist). These improper filings consume the Court's and counsel's time and resources to no purpose and provoke consternation, frustration, and undue

expense for undersigned counsel and for Ms. Weber. Additionally, recent filings emanate paranoid hostility that makes Ms. Weber fearful for her safety (see, e.g., Docket 81-1 pages 40–41, paragraphs 170–174).

Accordingly, undersigned counsel respectfully request that Ms. Manchester be sanctioned with an order that she communicate with the Court, undersigned counsel, and Ms. Weber only by and through her appointed pro bono counsel.

Respectfully submitted,
s/Alan Harrison
Alan Harrison ct29464
SANDOLLAR Law
6 West River Street #112
Milford, CT 06460
alan@sandollar-law.net
203.212.9996