**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| JASMINE WEBER | : | 3:24-cv-1412-KAD |
| | : | |
| v. | : | Motion to Strike Docket 70 and Docket 81 |
| | : | |
| SVITLANA MANCHESTER | : | |
| | : | 2025-01-28 |

Rule 11 requires that "Every pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name—or by a party personally if the party is unrepresented. … The court must strike an unsigned paper unless the omission is promptly corrected after being called to the attorney's or party's attention."

Ms. Manchester — at her request — was represented by Victoria Mueller from January 9, 2025 through January 16, 2025. When Ms. Manchester filed Docket 70 through the Clerk on January 13, she was represented by Ms. Mueller, who did not sign Docket 70.

Ms. Manchester — at her request — has been represented by Amanda Stefanatos since January 17, 2025. While represented by Ms. Stefanatos, Ms. Manchester filed Docket 81 through the Clerk on January 24. Ms. Stefanatos did not sign Docket 81.

Undersigned counsel informed Ms. Stefanatos of the rule 11 problem by e-mail on January 24. Ms. Stefanatos indicated in a telephone conversation 2025-01-28 that she would not be signing papers that she had not filed.

  Pursuant to Rule 11, the Court must strike Docket 70 and Docket 81.

Respectfully submitted,
s/Alan Harrison
Alan Harrison ct29464
SANDOLLAR Law
6 West River Street #112
Milford, CT 06460
alan@sandollar-law.net
203.212.9996