UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JASMINE WEBER | : | CIVIL ACTION NO. 3:24-cv-01412-KAD |
| *Plaintiff* | | |
| V. | | |
| | : | |
| SVITLANA MANCHESTER | : | JANUARY 30, 2025 |
| *Defendant* | | |

## NOTICE OF APPEARANCE

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as appointed pro bono counsel in this case on behalf of defendant, Svitlana Manchester.

Dated at Shelton, Connecticut on this 30th day of January, 2025.

          Respectfully submitted,

          DEFENDANT:
          SVITLANA MANCHESTER

By:   /s/ Amanda Carlson Stefanatos
        Amanda Carlson Stefanatos, (ct30359)
        Stockman O'Connor, PLLC
        One Enterprise Drive, Suite 310
        Shelton, CT  06484
        Phone (203) 598-7585
        Fax (203) 577-5180
        Email: astefanatos@stockmanoconnor.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 30, 2025, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                           /s/ Amanda Carlson Stefanatos
                                                Amanda Carlson Stefanatos, (ct)
                                                Stockman O'Connor, PLLC
                                                One Enterprise Drive, Suite 310
                                                Shelton, CT  06484
                                                Phone (203) 598-7585
                                                Fax (203) 577-5180
                                                Email: astefanatos@stockmanoconnor.com