UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JASMINE WEBER | : | CIVIL ACTION NO. 3:24-cv-01412-KAD |
| *Plaintiff* | | |
| V. | : | |
| SVITLANA MANCHESTER | : | JANUARY 30, 2025 |
| *Defendant* | | |

### MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local Rules 7 (e) and 83.10 (g), the undersigned, Amanda Carlson Stefanatos, moves to withdraw as pro bono counsel appointed to defendant, Svitlana Manchester.

**I.    INTRODUCTION**

On January 17, 2025, the Honorable Judge Kari A. Dooley appointed Amanda Carlson Stefanatos of Stockman O'Connor PLLC, as pro bono counsel for defendant, Svitlana Manchester. The present action involves a lawsuit for copyright infringement wherein the plaintiff, Jasmine Weber, has sued Ms. Manchester asserting claims for willful copyright infringement associated with the reproduction and sale of crocheted mug hats.

**II.    LAW**

Rule 1.1 of the Connecticut Rules of Professional Conduct mandates that "[a] lawyer shall provide competent representation to a client. Competent representation requires the knowledge, skill, thoroughness and preparation reasonably necessary for the representation."

The Commentary to Rule 1.1. of the Connecticut Rules of Professional Conduct is informative in describing what constitutes "legal knowledge and skill" for the purposes of this rule and provides, in relevant part:

> In determining whether a lawyer employs the requisite knowledge and skill in a particular matter, relevant factors include the relative complexity and specialized nature of the matter, the lawyer's general experience, the lawyer's training and experience in the field in question, the preparation and study the lawyer is able to give the matter and whether it is feasible to refer the matter to, or associate or consult with, a lawyer of established competence in the field in question. *Id*.

### III.    ARGUMENT

Consistent with the requirements of Rule 1.1 of the Connecticut Rules of Professional Conduct, all attorneys have an obligation to competently represent those with whom they share an attorney-client relationship. An attorney who knowingly engages in such a relationship, knowing that he or she lacks the requisite knowledge and skill to competently represent the client, not only performs a disservice to the client, but also takes the first step down the path of what likely constitutes malpractice.

Although Attorney Stefanatos is an experienced civil litigator, she practices in the area of medical malpractice and defends individual and institutional clients solely in this context. [1] Moreover, Attorney Stefanatos has never practiced in the area of copyright infringement, nor has she ever participated in prosecuting or defending any kind of intellectual property matter. As such, she does not believe that she can offer Ms. Manchester competent representation in the present matter which involves claims for willful copyright infringement.

Copyright law is a highly nuanced and specialized area of practice. Attorney Stefanatos has no training or experience relevant to this area of law; accordingly, good cause exists for her to withdraw as counsel in favor of other pro bono counsel.

Additionally, by taking on a case which would require extensive self-education in an entirely unfamiliar area of practice, Attorney Stefanatos' ability to adequately represent both

---

[1] Prior to joining Stockman O'Connor PLLC, Attorney Stefanatos defended general, commercial, and municipal liability cases and both defended and prosecuted insurance coverage actions the vast majority of which were brought in Connecticut Superior Court.

2

existing clients and Ms. Manchester will likely be compromised. Further, as Attorney Stefanatos' firm, Stockman O'Connor PLLC, is a small firm with a high volume of complex medical malpractice cases,[2] the time commitment associated with both educating herself and actually litigating this case will result in a disproportionate burden to her colleagues[3]. This concern is of particular significance as Attorney Stefanatos' colleague, Adam Maiocco, is currently acting as appointed pro bono counsel in, *Petion v. Cheney et al*, Civil Action No. 3:20-CV-1153, and has been required to, and will continue to, expend considerable firm resources in connection with this representation.

While Attorney Stefanatos understands the importance of pro bono work, and has the upmost respect for the Court's commitment to providing access to legal services through the Civil Pro Bono Assignment Wheel, she does not believe that she possesses the requisite level of legal knowledge and skill to completely represent Ms. Manchester in connection with an action seeking damages for willful copyright infringement and that good cause exists for her withdraw as appointed pro bono counsel. As such, Attorney Stefanatos respectfully requests that this Court grant this motion for leave to withdraw as pro bono counsel.

---

[2] Stockman O'Connor PLLC currently has 11 attorneys, including Attorney Stefanatos.

Dated at Shelton, Connecticut on this 30th day of January, 2025.

        Respectfully submitted,

        DEFENDANT:
        SVITLANA MANCHESTER

        By:    /s/ Amanda Carlson Stefanatos
                  Amanda Carlson Stefanatos, (ct30359)
                  Stockman O'Connor, PLLC
                  One Enterprise Drive, Suite 310
                  Shelton, CT  06484
                  Phone (203) 598-7585
                  Fax (203) 577-5180
                  Email: astefanatos@stockmanoconnor.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2025, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Amanda Carlson Stefanatos
Amanda Carlson Stefanatos, (ct30359)
Stockman O'Connor, PLLC
One Enterprise Drive, Suite 310
Shelton, CT  06484
Phone (203) 598-7585
Fax (203) 577-5180
Email: astefanatos@stockmanoconnor.com