# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| JASMINE WEBER, | : No. 3:24-cv-01412-KAD |
| Plaintiff/Counterclaim-Defendant | : Svitlana's Motion to Amend her |
| | : Answer and Affirmative Defenses |
| V. | : to Jasmine's First Amended |
| | : Complaint and Svitlana's Third |
| SVITLANA MANCHESTER, | : Amended Counterclaims |
| Defendant/Counterclaimant | : 2025-02-03 |

    Defendant/Counterclaimant Svitlana Manchester, upon discovery of new evidence, respectfully requests leave to amend her Answer and Affirmative Defenses to Jasmine's First Amended Complaint and Svitlana's Counterclaim. Upon discovery of new evidence Svitlana moves to remove Vexatious Litigation and Wrongful Litigation from her Counterclaim; while keeping Defamation, and Abuse of Process; also adding Copyright Fraud, Harassment, Intentional Infliction of Emotional Distress, and Cyberstalking. All of which Svitlana meets the burden of proof. Svitlana also asks to modify her request of trial by jury to request a trial by Judge, due to the complex nature of Copyright Law.

    On January 24, 2025, Svitlana filed a Motion to Amend Answer to Amended Complaint, Counterclaim (ECF 81). Svitlana is now Motioning to Amend the Answer and Affirmative Defenses to Jasmine's First Amended Complaint and Svitlana's Third Amended Counterclaims. Svitlana unintentionally used Criminal Laws in her Counterclaim under the Copyright Fraud section of the Counterclaim and moves the court to allow her leave to Amend this to the accurate Civil Laws required. Svitlana apologizes to the court for this error, and for the multiple open Motions to Amend/Correct that will be pending.

    Rule 15(a)(2) guides the Court to freely give leave to amend a pleading when justice so requires. Justice requires information as to the facts and context of a dispute. Defendant/Counterclaimant Svitlana Manchester respectfully submits that her proposed amended Counterclaim adds or modifies factual allegations to better inform the Court regarding: (a) Plaintiff/Counterclaim-Defendant Jasmine's disregard of others' works, Copyrights, and Trademarks (b) Plaintiff/Counterclaim-Defendant Jasmine's lack of information that would support a claim against Svitlana (c) Plaintiff/Counterclaim-Defendant Jasmine's engagement in Defamation of Character through false reports to online selling/shopping platforms, while in the process, Defaming Svitlana to buyers and sellers in selling/shopping

platforms (d) Plaintiff/Counterclaim-Defendant Jasmine and her counsel knowingly engaging in Abuse of Process (e) Plaintiff/Counterclaim-Defendant Jasmine's acts of Copyright Fraud to formulate a claim against Svitlana (f) Plaintiff/Counterclaim-Defendant Jasmine's Harassment practices (g) Plaintiff/Counterclaim-Defendant Jasmine's Intentional Infliction of Emotional Distress upon Svitlana (h) Plaintiff/Counterclaim-Defendant Jasmine's online Cyberstalking practices.

    Accordingly, Svitlana prays the court to grant her leave to file her Answer and Affirmative Defenses to Plaintiff's First Amended Complaint and Svitlana's Fourth Amended Counterclaims that is attached hereto.

RESPECTFULLY SUBMITTED,

DATED this 3rd day of February, 2025

*Svitlana Manchester*
Svitlana Manchester
106 Grove Street Apt. A
New Milford, Connecticut 06776
Svitlanamanchester@gmail.com
(860) 997-9282

Certificate of Service

    I, Svitlana Manchester, hereby certify that a copy of the foregoing, Svitlana's Motion to Amend her Counterclaim was sent by email to:
Alan Harrison Counsel for the Plaintiff at:
alan@sandollar-law.net

On the day of: February 3, 2025

Signed: *Svitlana Manchester*