# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | |
|---|---|
| JASMINE WEBER | Case No. 3:24-cv-01412-KAD |
| Plaintiff, | |
| V. | |
| SVITLANA MANCHESTER | SVITLANA'S ANSWER AND |
| Defendant. | AFFIRMATIVE DEFENSES TO PLAINTIFF'S FIRST |
| | AMENDED COMPLAINT, WITH FOURTH |
| | AMENDED COUNTERCLAIMS OF SVITLANA |
| SVITLANA MANCHESTER | MANCHESTER AGAINST JASMINE WEBER |
| Counterclaimant, | |
| V. | |
| JASMINE WEBER | TRIAL BY JUDGE REQUESTED |
| Counterclaim-Defendant. | 2025-02-03 |

## TO THE CLERK, ALL PARTIES AND THEIR ATTORNEYS OF RECORD,

Svitlana Manchester hereby Answers Plaintiff's complaint as follows:

## <u>GENERAL DENIAL</u>

Pursuant to rule 8(b), Fed. R. Civ. P., Defendant denies generally all claims not specifically admitted herein.

# A. THE DEFENDANT'S ANSWER TO THE CLAIM

## RESPONSE TO ALLEGATION NUMBER ONE

Admit.

## RESPONSE TO ALLEGATION NUMBER TWO

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

## RESPONSE TO ALLEGATION NUMBER THREE

Admit.

## RESPONSE TO ALLEGATION NUMBER FOUR

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

## RESPONSE TO ALLEGATION NUMBER FIVE

Denied. Plaintiff does not appear to have an LLC or registered business. Defendant denies all other subparts.

## RESPONSE TO ALLEGATION NUMBER SIX

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

## RESPONSE TO ALLEGATION NUMBER SEVEN

Denied. Plaintiff does not create her own original artworks, she uses patterns produced by others. Plaintiff has stolen others artwork and passed it off as her own, and does not design all of the crochet patterns for her Mug Hats. Defendant denies all other subparts.

## RESPONSE TO ALLEGATION NUMBER EIGHT

Denied, Plaintiff has been active on Etsy since 2019. Defendant denies all other subparts.

## RESPONSE TO ALLEGATION NUMBER NINE

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER TEN**

Denied, Defendant has never "undercut" the Plaintiff on Etsy. The Defendant no longer sells Marshmallow Mug Hats due to attacks by the Plaintiff. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER ELEVEN**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER TWELVE**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER THIRTEEN**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER FOURTEEN**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER FIFTEEN**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER SIXTEEN**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER SEVENTEEN**

Denied. Defendant denies all other subparts.

Svitlana Manchester - New Milford, Connecticut

**RESPONSE TO ALLEGATION NUMBER EIGHTEEN**

Denied. Defendant does not sell artwork. The Defendant once sold Marshmallow Mug Hats. The Defendant does not sell Marshmallow Mug Hats on any platform. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER NINETEEN**

Denied. Defendant has never infringed upon the Plaintiff. Defendant did not sell Marshmallow Mug Hats in 2020. The Defendant has never attempted to be successful, making Marshmallow Mug Hats was a spare time hobby. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER TWENTY**

Denied. Defendant has never asked the Plaintiff for the pattern of "Spring Chick Marshmallow Mug Hat."  The Plaintiff has copied her "Spring Chick Marshmallow Mug hat" from other sellers. The Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER TWENTY-ONE**

Denied. Defendant did not copy Jasmine's Mug Hats. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER TWENTY-TWO**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER TWENTY-THREE**

Denied. Defendant had never seen Jasmine's "Spring Chick" at that point in time. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER TWENTY- FOUR**

Denied. Jasmine never asked Svitlana not to copy her "Spring Chick." Etsy affords the opportunity to provide evidence of accusations when an item is reported. If evidence is not provided, Etsy allows you to relist the item. Jasmine did not provide evidence of her accusations. Defendant denies all other subparts without knowledge.

**RESPONSE TO ALLEGATION NUMBER TWENTY- FIVE**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

Svitlana Manchester - New Milford, Connecticut

**RESPONSE TO ALLEGATION NUMBER TWENTY- SIX**

Denied. Defendant had never seen Jasmine's "S'mores Campfire" at that point in time. Jasmine copied her "S'mores Campfire" Mug Hats from other sellers. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER TWENTY- SEVEN**

Denied. Jasmine did not ask Svitlana not to copy her "Campfire" and "S'more." Etsy affords the opportunity to provide evidence of accusations when an item is reported. If evidence is not provided, Etsy allows you to relist the item. Jasmine did not provide evidence of her accusations. Defendant denies all other subparts without knowledge.

**RESPONSE TO ALLEGATION NUMBER TWENTY- EIGHT**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER TWENTY- NINE**

Denied. Defendant had never seen Jasmine's "Cow & Pig" at that point in time. Jasmine copied her "Cow & Pig" Mug Hats from other sellers. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER THIRTY**

Denied. Jasmine did not ask Svitlana not to copy the "Cow" or "Pig." Etsy affords the opportunity to provide evidence of accusations when an item is reported. If evidence is not provided, Etsy allows you to relist the item. Jasmine did not provide evidence of her accusations. Defendant denies all other subparts without knowledge.

**RESPONSE TO ALLEGATION NUMBER THIRTY-ONE**

Denied. The Defendant did not copy any Mug Hats of Jasmine's. Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER THIRTY-TWO**

Denied. Defendant had never seen Jasmine's "Cat" at that point in time. Jasmine copied her "Cat Marshmallow Mug Hat" from other sellers. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER THIRTY-THREE**

Denied. Jasmine has never asked Svitlana not to copy her "Black Cat." Etsy affords the opportunity to provide evidence of accusations when an item is reported. If evidence is not provided, Etsy allows you to relist the item. Jasmine did not provide evidence of her accusations. Defendant denies all other subparts without knowledge.

Svitlana Manchester - New Milford, Connecticut

**RESPONSE TO ALLEGATION NUMBER THIRTY-FOUR**

Denied. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER THIRTY-FIVE**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER THIRTY-SIX**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER THIRTY-SEVEN**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER THIRTY-EIGHT**

Denied. Svitlana did not copy mug hats. Defendant denies each and every other allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER THIRTY-NINE**

Denied. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER FORTY**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER FORTY-ONE**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER FORTY-TWO**

Denied. Defendant denies all other subparts.

Svitlana Manchester - New Milford, Connecticut

**RESPONSE TO ALLEGATION NUMBER FORTY-THREE**

Denied. Svitlana was not familiar with Threaded Soul on Etsy at this time. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER FORTY-FOUR**

Denied. Svitlana was not familiar with Stylish Fashion on Etsy at this time. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER FORTY-FIVE**

Denied. Svitlana did not purchase stolen designs from Royal Wear Shop on Etsy. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER FORTY-SIX**

Denied. Jasmine's Chick is light yellow and spherical. Defendant denies all other subparts without knowledge of its truth or falsity.

**RESPONSE TO ALLEGATION NUMBER FORTY-SEVEN**

Denied. Svitlana's Hatching Chick is not copied. Svitlana's Chick is oval and darker yellow. Defendant denies all other subparts without knowledge of its truth or falsity.

**RESPONSE TO ALLEGATION NUMBER FORTY-EIGHT**

Denied. Jasmine's Chick has thicker and loosely crocheted lobes. Defendant denies all other subparts without knowledge of its truth or falsity.

**RESPONSE TO ALLEGATION NUMBER FORTY-NINE**

Denied. Svitlana's Hatching Chick is not copied. Svitlana's Chick has thinner and tightly crocheted lobes. Defendant denies all other subparts without knowledge of its truth or falsity.

**RESPONSE TO ALLEGATION NUMBER FIFTY**

Denied. Jasmine's Chick has large fluffy oval wings facing the upward direction. Defendant denies all other subparts without knowledge of its truth or falsity.

**RESPONSE TO ALLEGATION NUMBER FIFTY-ONE**

Denied. Svitlana's Hatching Chick is not copied. Svitlana's Chick has small thin wings facing the downward direction. Defendant denies all other subparts without knowledge of its truth or falsity.

**RESPONSE TO ALLEGATION NUMBER FIFTY-TWO**

Denied. Jasmine's spring chick has feet, while Svitlana's Chick has egg shell. Defendant denies all other subparts without knowledge of its truth or falsity.

Svitlana Manchester - New Milford, Connecticut

**RESPONSE TO ALLEGATION NUMBER FIFTY-THREE**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER FIFTY-FOUR**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER FIFTY-FIVE**

Denied. Svitlana's Campfire is not copied. Svitlana's Campfire has square shaped base. Defendant denies all other subparts without knowledge of its truth or falsity.

**RESPONSE TO ALLEGATION NUMBER FIFTY-SIX**

Denied. Jasmine's Campfire has a darker shade of grey ash around the top. Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER FIFTY-SEVEN**

Denied. Svitlana's Campfire is not copied. Svitlana's Campfire has a light grey rim of rock around the top. Defendant denies all other subparts without knowledge of its truth or falsity.

**RESPONSE TO ALLEGATION NUMBER FIFTY-EIGHT**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER FIFTY-NINE**

Denied. Svitlana's Campfire is not copied. Svitlana's Campfire has a yellow and red flame atop the base made of string, not an orange poofy ball as Jasmine's does. Defendant denies all other subparts without knowledge of its truth or falsity.

**RESPONSE TO ALLEGATION NUMBER SIXTY**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER SIXTY-ONE**

Denied. Svitlana's S'more is not copied. Svitlana's S'more has one flat brown disc on top, while Jasmine's has two like a sandwich. Defendant denies all other subparts without knowledge of its truth or falsity.

**RESPONSE TO ALLEGATION NUMBER SIXTY-TWO**

Denied. Jasmine's S'more has a square shaped marshmallow. Defendant denies all other subparts without knowledge of its truth or falsity.

**RESPONSE TO ALLEGATION NUMBER SIXTY-THREE**

Denied. Svitlana's S'more is not copied. Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER SIXTY-FOUR**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER SIXTY-FIVE**

Denied. Svitlana's S'more is not copied. Svitlana's S'more has almost black chocolate oozing down the side, not as light in color as Jasmine's. Defendant denies all other subparts without knowledge of its truth or falsity.

**RESPONSE TO ALLEGATION NUMBER SIXTY-SIX**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER SIXTY-SEVEN**

Denied. Svitlana's Cow is not copied. Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER SIXTY-EIGHT**

Denied. Jasmine's cow has pink nostrils, a brown left ear, two larger brown horns that are far apart, dark eyes with eyelashes, and discoloration appearing to be makeup on its cheeks. Defendant denies all other subparts without knowledge of its truth or falsity.

Svitlana Manchester - New Milford, Connecticut

**RESPONSE TO ALLEGATION NUMBER SIXTY-NINE**

Denied. Svitlana's Cow is not copied. Svitlana's Cow has a smaller nose with black nostrils, a black left ear with pink inside, a white right ear with pink inside, two small cream colored horns that are close together, and a dark patch around the right eye. Defendant denies all other subparts without knowledge of its truth or falsity.

**RESPONSE TO ALLEGATION NUMBER SEVENTY**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER SEVENTY-ONE**

Denied. Svitlana's Cow is not copied. Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER SEVENTY-TWO**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER SEVENTY-THREE**

Denied. Svitlana's Pig is not copied. Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER SEVENTY-FOUR**

Denied. Jasmine's Pig has two pink nostrils, thin pointy ears facing the upward direction that are spaced far apart, black eyes with eye lashes, and discoloration appearing to be makeup on its cheeks. Defendant denies all other subparts without knowledge of its truth or falsity.

**RESPONSE TO ALLEGATION NUMBER SEVENTY-FIVE**

Denied. Svitlana's Pig is not copied. Svitlana's Pig has a smaller oval nose with two black nostrils, and rounded wide ears that are spaced close together. Defendant denies all other subparts without knowledge of its truth or falsity.

**RESPONSE TO ALLEGATION NUMBER SEVENTY-SIX**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

Svitlana Manchester - New Milford, Connecticut

**RESPONSE TO ALLEGATION NUMBER SEVENTY-SEVEN**

Denied. Svitlana's Pig is not copied. Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER SEVENTY-EIGHT**

Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER SEVENTY-NINE**

Denied. Svitlana's Cat is not copied. Defendant denies each and every allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER EIGHTY**

Denied. Jasmine's Black Cat has a thin long tail. Defendant denies all other subparts without knowledge of its truth or falsity.

**RESPONSE TO ALLEGATION NUMBER EIGHTY-ONE**

Denied. Svitlana's Cat is not copied. Svitlana's Black Cat has a short and wider tail. Defendant denies all other subparts without knowledge of its truth or falsity.

**RESPONSE TO ALLEGATION NUMBER EIGHTY-TWO**

Denied. Jasmine's Black Cat has a crocheted orange bow. Defendant denies all other subparts without knowledge of its truth or falsity.

**RESPONSE TO ALLEGATION NUMBER EIGHTY-THREE**

Denied. Svitlana's Cat is not copied. Svitlana's Black Cat has a ribbon bow. Defendant denies all other subparts without knowledge of its truth or falsity.

**RESPONSE TO ALLEGATION NUMBER EIGHTY-FOUR**

Denied. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER EIGHTY-FIVE**

Denied. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER EIGHTY-SIX**

Defendant admits to Jasmine stalking her on online platforms daily. Defendant denies each and every other allegation including all other subparts.

Svitlana Manchester - New Milford, Connecticut

**RESPONSE TO ALLEGATION NUMBER EIGHTY-SEVEN**

Denied. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER EIGHTY-EIGHT**

Denied. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER EIGHTY-NINE**

Denied. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER NINETY**

Denied. Defendant denies each and every allegation including all other subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER NINETY-ONE**

Denied. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER NINETY-TWO**

Denied. Defendant did not have access to Jasmine's, "Spring Chick Marshmallow Mug Hat." Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER NINETY-THREE**

Denied. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER NINETY-FOUR**

Denied. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER NINETY-FIVE**

Denied. Defendant does not make and sell derivative works of Jasmine's, "Spring Chick Marshmallow Mug Hat." Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER NINETY-SIX**

Denied. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER NINETY-SEVEN**

Denied. Defendant did not have access to Jasmine's, "Campfire Marshmallow Mug Hat." Defendant denies all other subparts.

Svitlana Manchester - New Milford, Connecticut

### RESPONSE TO ALLEGATION NUMBER NINETY-EIGHT

Denied. Defendant did not purchase a copy of Jasmine's, "Campfire Marshmallow Mug Hat" from (Royal Wear Shop), or from anyone. Defendant denies all other subparts.

### RESPONSE TO ALLEGATION NUMBER NINETY-NINE

**Statute of Limitations:** In paragraphs 84-86, of the amended Complaint ECF 50, Jasmine admits to being aware of Defendant's Campfire Mug Hat in the spring and summer of 2021. The listing date of Defendant's Campfire Mug Hat is August 7, 2021. The Complaint ECF 1, was filed on September 04, 2024, and places this item beyond the 3 year Statute of Limitations. Defendant denies each and every other allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

### RESPONSE TO ALLEGATION NUMBER ONE-HUNDRED

Denied. Defendant denies all other subparts.

### RESPONSE TO ALLEGATION NUMBER ONE-HUNDRED-ONE

Denied. Defendant does not make and sell derivative works of Jasmine's, "Campfire Marshmallow Mug Hat." Defendant denies all other subparts.

### RESPONSE TO ALLEGATION NUMBER ONE-HUNDRED-TWO

Denied. Defendant denies all other subparts.

### RESPONSE TO ALLEGATION NUMBER ONE-HUNDRED-THREE

Denied. Defendant did not have access to Jasmine's, "S'more Marshmallow Mug Hat." Defendant denies all other subparts.

### RESPONSE TO ALLEGATION NUMBER ONE-HUNDRED-FOUR

Denied. Defendant did not purchase a copy of Jasmine's, "S'more Marshmallow Mug Hat" from (Royal Wear Shop), or from anyone. Defendant denies all other subparts.

### RESPONSE TO ALLEGATION ONE-HUNDRED-FIVE

**Statute of Limitations:** In paragraphs 84-86, of the amended Complaint ECF 50, Jasmine admits to being aware of Defendant's S'more Mug Hat in the spring and summer of 2021. The creation date of Defendant's S'more Mug Hat is April 27, 2021. The Complaint ECF 1, was filed on September 04, 2024, and places this item beyond the 3 year Statute of Limitations. Defendant denies each and every other allegation including all subparts, and denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegation(s) and therefore denies on such basis.

**RESPONSE TO ALLEGATION NUMBER ONE-HUNDRED-SIX**

Denied. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER ONE-HUNDRED-SEVEN**

Denied. Defendant does not make or sell derivative works of Jasmine's, "S'more Marshmallow Mug Hat." Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER ONE-HUNDRED-EIGHT**

Denied. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER ONE-HUNDRED-NINE**

Denied. Defendant did not have access to Jasmine's, "Cow Marshmallow Mug Hat." Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER ONE-HUNDRED-TEN**

Denied. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER ONE-HUNDRED-ELEVEN**

Denied. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER ONE-HUNDRED-TWELVE**

Denied. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER ONE-HUNDRED-THIRTEEN**

Denied. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER ONE-HUNDRED-FOURTEEN**

Denied. Defendant did not have access to Jasmine's "Pig Marshmallow Hat." Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER ONE-HUNDRED-FIFTEEN**

Denied. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER ONE-HUNDRED-SIXTEEN**

Denied. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER ONE-HUNDRED-SEVENTEEN**

Denied. Defendant denies all other subparts.

Svitlana Manchester - New Milford, Connecticut

**RESPONSE TO ALLEGATION NUMBER ONE-HUNDRED-EIGHTEEN**

Denied. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER ONE-HUNDRED-NINETEEN**

Denied. Defendant did not have access to Jasmine's, "Black Cat Marshmallow Mug Hat." Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER ONE-HUNDRED-TWENTY**

Denied. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER ONE-HUNDRED-TWENTY-ONE**

Denied. Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER ONE-HUNDRED-TWENTY-TWO**

Denied. Defendant does not make and sell derivative works of Jasmine's, "Black Cat Marshmallow Mug Hat."  Defendant denies all other subparts.

**RESPONSE TO ALLEGATION NUMBER ONE-HUNDRED-TWENTY-THREE**

Denied. Defendant denies all other subparts.

Svitlana Manchester - New Milford, Connecticut

## B.  AFFIRMATIVE DEFENSES

Defendant raises the following Affirmative defenses:

### FIRST AFFIRMATIVE DEFENSE

(Statute of Limitations)

The statute of limitations for copyright infringement in the United States is three years.

### SECOND AFFIRMATIVE DEFENSE

(Independent Creation)

Any similarities are irrelevant, works were created independently without exposure to copyrighted material.

### THIRD AFFIRMATIVE DEFENSE

(Unclean Hands)

Wrongful behavior by the Plaintiff, such as selling items protected by trademark and copyright.

### FOURTH AFFIRMATIVE DEFENSE

(Laches)

Plaintiff unreasonably waited to file a claim after learning of the alleged infringement. The action is barred by the doctrine of Laches.

Svitlana Manchester - New Milford, Connecticut

## FIFTH AFFIRMATIVE DEFENSE

### (Estoppel)

Plaintiff is taking a legal position inconsistent with an earlier statement that places the Defendant at a disadvantage.

## SIXTH AFFIRMATIVE DEFENSE

### (No Infringement)

No claim exists where no infringement occurs, whether because an element of the claim was not met or the use was not infringing.

## SEVENTH AFFIRMATIVE DEFENSE

### (Copying of Original Elements)

A work qualifies for Copyright protection if it is:
- Original, meaning the work was independently created by the author and has some minimal level of creativity.
- Fixed, meaning the work has been preserved in any tangible medium of expression.

## EIGHTH AFFIRMATIVE DEFENSE

### (Non-exclusive vs. exclusive licenses)

A person holding a non-exclusive license is not entitled to sue for copyright infringement of the copyright.

Svitlana Manchester - New Milford, Connecticut

## NINTH AFFIRMATIVE DEFENSE

(Substantial Similarity)

The works are not substantially similar. Courts in the Tenth Circuit begin by separating the infringement analysis into two distinct inquiries:
(1) Whether there is sufficient evidence of access and probative similarity to prove that the Defendant copied.
(2) Whether the alleged infringer took enough of the copyright owner's protected material to be guilty of infringement.
The Tenth Circuit tests probative similarity by comparing all elements of the works (not just the protected elements) to determine whether there are similarities that would imply copying.

## TENTH AFFIRMATIVE DEFENSE

(Copying alone is not infringement)

"Copying alone is not infringement. The infringement determination depends on what is copied." Blehm v. Jacobs, (D. Colo. Sep. 19, 2011)

## ELEVENTH AFFIRMATIVE DEFENSE

(Fair Use)

Plaintiff's claims for relief are barred by the "Fair Use Doctrine" pursuant to Section 107 of the Copyright Act, 17 U.S.C. 107.

## TWELFTH AFFIRMATIVE DEFENSE

(Failure to State a Claim)

Plaintiff fails to state a claim against Defendant on which relief can be granted.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Joinder)

One or more third parties (Online Platforms), are liable for the conduct alleged and will be required to answer and indemnify.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (Innocent Infringement)

To the extent any infringement is determined to have occurred, such infringement is innocent in nature and any award should so reflect.

## FIFTEENTH AFFIRMITIVE DEFENSE

### (Copyright Misuse)

Plaintiff has engaged in one or more acts that have misused their copyrights including but not limited to having wrongfully attempted to extend the scope of the limited monopoly granted by the Copyright Act.

## SIXTEENTH AFFIRMATIVE DEFENSE

### (Idea-Expression Dichotomy)

Plaintiff's claims are barred since critical part or portions of their alleged protected copyrights are invalid due to consisting of un-protectable idea(s) or processes.

## SEVENTEENTH AFFIRMATIVE DEFENSE

(17 U.S.C. Section 412)

Plaintiff is barred by, 17 U.S.C. section 412, from claiming statutory damages or attorney's fees under the Copyright Act in that any alleged acts of infringement occurred before first registration of the Plaintiff's alleged work.

## EIGHTEENTH AFFIRMITIVE DEFENSE

(Scenes-a-Faire)

This action is barred by the "scenes-a-faire" doctrine. Some elements of the work are not protected by Copyright because they are standard or expected in the genre.

Svitlana Manchester - New Milford, Connecticut

# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | |
|---|---|
| JASMINE WEBER, | : No. 3:24-cv-01412-KAD |
| Plaintiff/Counterclaim-Defendant | : DEFENDANT'S FOURTH AMMENDED |
| | : COUNTERCLAIM OF SVITLANA |
| | : MANCHESTER AGAINST JASMINE WEBER FOR: |
| | : 1. DEFAMATION; |
| | : 2. ABUSE OF PROCESS; |
| V. | : 3. COPYRIGHT FRAUD; |
| | : 4. HARASSMENT; |
| | : 5. INTENTIONAL INFLICTION OF EMOTIONAL |
| | : DISTRESS; |
| | : 6. CYBERSTALKING. |
| SVITLANA MANCHESTER, | : SVITLANA REQUESTS TRIAL BY JUDGE |
| Defendant/Counterclaimant | : 2025-02-03 |

Fourth Amended Counterclaim under Rule F.R.C.P. 15(a)(2), and F.R.C.P. 15(a)(1)(B). Counterclaimant reserves the right under the Federal Rules of Civil Procedure to amend this counterclaim as new evidence regarding this counterclaim is discovered.

Now having answered the Complaint for Copyright Infringement, the Defendant assumes the role of the Counter-Plaintiff (Counterclaimant).

Now comes the Defendant/Counterclaimant, Svitlana Manchester (herein referred to as Svitlana) of New Milford, Connecticut, by and through self-representation, and complains in this Fourth Amended Counterclaim of Defamation, Abuse of Process, Copyright Fraud, Harassment, Intentional Infliction of Emotional Distress, and Cyberstalking by the Plaintiff, Jasmine Weber (herein referred to as Jasmine) of Crozet, Virginia, as follows. All statements made herein are made on information and/or belief that supports probable cause.

## A. <u>LEGAL STANDARDS</u>

**Defamation of Character**, also known as defamation, is the act of communicating false information to intentionally harm someone's reputation. To prove defamation the Counterclaimant must show:

1. A false statement that claims to be fact;

2. The statement was communicated to a third party;

3. The Counterclaim-Defendant acted with at least negligence and;

4. The statement caused harm to the victim's reputation.

*See Lafferty v. Jones, Supreme Court of Connecticut, Jul 23, 2020, 336 Conn. 332 (Conn. 2020)*

**Abuse of Process** is a civil wrong that occurs when someone uses the legal system in an improper way to achieve an ulterior purpose. The Counterclaim-Defendant must have had a purpose beyond the legitimate pursuit of a legal claim, like using the lawsuit to intimidate, harass, or gain leverage in a separate matter. Examples of abuse of process include:

1. Filing a lawsuit without a genuine legal basis;

2. The use of an illegal or improper use of process;

3. An ulterior motive or improper purpose for the lawsuit or;

4. Harm to a litigant as a result.

*See Devaney v. Thriftway Mktg. Corp., 124 N.M. 512 (N.M. 1997)*

**Copyright Fraud** also known as copy-fraud, is the illegal act of making a false copyright claim or overreaching claim to content. To prove Copyright fraud the Counterclaimant must show:

1. That the applicant knowingly made a false representation of a material fact on their Copyright Application, meaning they deliberately lied about authorship or other key details to obtain a Copyright Registration they were not entitled to, or;

Svitlana Manchester - New Milford, Connecticut

2. That the Counterclaim-Defendant falsely claimed Copyright ownership over something that is not actually copyrighted, or where the Copyright belongs to someone else, done so to manipulate or control the Counterclaimant's use of the material.

*See 17 U.S.C. § 512(f), and 17 U.S.C. § 411(b)*

**Under 17 U.S.C. § 512(f) of the Digital Millennium Copyright Act (DMCA)**, copyright owners are liable for "any damages" stemming from knowingly false accusations of infringement that result in removal of the accused online material. Section 512(f) aims to deter abuse of the DMCA requirement that service providers process takedown requests from purported copyright owners, but such abuses remain rampant.

*See Automattic Inc. v. Steiner, 82 F. Supp. 3d 1011*

The court easily found that Steiner had violated section 512(f) because he "could not have reasonably believed that the Press Statement he sent to Hotham was protected under copyright." Following the precedent of *Lenz v. Universal Music Corp.*, the court then interpreted the statute's specification of "any damages" to mean that damages are available, no matter how insubstantial.

**17 U.S.C. § 411(b) states,** (1) A certificate of registration satisfies the requirements of this section and section 412, regardless of whether the certificate contains any inaccurate information, unless (A) the inaccurate information was included on the application for copyright registration with knowledge that it was inaccurate; and (B) the inaccuracy of the information, if known, would have caused the Register of Copyrights to refuse registration. (2) In any case in which inaccurate information described under paragraph (1) is alleged, the court shall request the Register of Copyrights to advise the court whether the inaccurate information, if known, would have caused the Register of Copyrights to refuse registration. (3) Nothing in this subsection shall affect any rights, obligations, or requirements of a person related to information contained in a registration certificate, except for the institution of and remedies in infringement actions under this section and section 412.

Svitlana Manchester - New Milford, Connecticut

**Harassment** is unwanted, uninvited, and unwelcome behavior or words that threatens, intimidates, or demeans a person. It can cause alarm, nuisance, or substantial emotional distress without any legitimate purpose. To prove harassment the Counterclaimant must show:

1. The behavior must be unwanted by the recipient;
2. The behavior must be repeated or serious enough to create a hostile or offensive work environment;
3. The victim must demonstrate that the harassment affected their work performance or mental well-being.

*See EEOC v. AMTCR, Inc., AMTCR Nevada, Inc., AMTCR California, LLC, No. 2:21-cv-01808 (D. Nev.)*

**Intentional Infliction of Emotional Distress** is a tort that occurs when someone acts in a way that intentionally or recklessly causes another person to suffer severe emotional distress. To prove intentional infliction of emotional distress the Counterclaimant must establish the following four elements:

1. The Counterclaim-Defendant's actions were intended to cause distress or were done with reckless disregard;
2. The Counterclaim-Defendant's actions were heinous and beyond the standards of civilized decency;
3. The Counterclaim-Defendant's actions caused the Counterclaimant to suffer severe emotional distress;
4. The Counterclaimant's emotional distress was acute and could be expected to adversely affect their mental health.

*See RUSSO v. WHITE, 400 S.E.2d 160 (1991), se2d1601558*

**Cyberstalking** is the use of electronic communication to harass or threaten someone, with the intent to cause fear or substantial emotional distress, examples of cyberstalking includes tracking someone's computer or internet use, sending repeated unwanted text

messages or emails, or creating a fake online profile to harass or stalk someone. To prove cyberstalking the Counterclaimant must prove:

1. A consistent and repeated pattern of online contact, not just an isolated incident;

2. Demonstrate that the communication was not solicited and clearly unwelcome or;

3. The online harassment caused the Counterclaimant significant emotional distress, including fear, anxiety, or sleep disturbances.

*See Steiner v. eBay Inc, U.S. District Court, District of Massachusetts, No. 21-cv-11181*

Svitlana Manchester - New Milford, Connecticut

## B.  JASMINE'S DEFAMATION OF SVITLANA

1. Jasmine committed Copyright fraud in order to create false reports against Svitlana.

2. Jasmine on multiple occasions initiated false reports against Svitlana in online selling/shopping platforms, causing damage to Svitlana's reputation with online buyers, sellers, and with the selling/shopping platforms themselves.

3. Exhibit 500 shows reports made to the Etsy platform, in which Jasmine claimed to have Copyrights that do not exist, under *17 U.S.C. § 512(f) of the Digital Millennium Copyright Act (DMCA),* this is Copyright fraud.

4. Exhibit 501 shows a report made to the Mercari platform, in which Jasmine claimed to have a Copyright that does not exist, under *17 U.S.C. § 512(f) of the Digital Millennium Copyright Act (DMCA),* this is Copyright fraud.

5. Jasmine has reported Svitlana to the Mercari and Etsy platforms for DMCA takedowns under false pretenses.

6. DMCA stands for Digital Millennium Copyright Act, all DMCA takedowns imply the reporter is claiming to have Copyrights of the reported work(s).

7. Exhibit 500 shows DMCA reports filed by Jasmine against Svitlana to the Etsy platform, for works in which Jasmine does not have copyrights.

8. Exhibit 501 shows a DMCA report filed by Jasmine against Svitlana to the Mercari platform, for a work in which Jasmine does not have a copyright.

9. The reports by Jasmine defamed Svitlana to the online shopping/selling platforms, to the online shopping/selling platform buyers, and to the online shopping/selling platform sellers.

10. Exhibit 520 shows the policy of the Etsy platform describing when someone is reported for a DMCA takedown, it may result in account termination.

11. Exhibit 521 shows the policies of the Mercari platform describing when someone is reported for a DMCA takedown, it may result in account disablement.

12. When Svitlana is falsely reported by Jasmine, it falsely shows that Svitlana violated Etsy and Mercari policies, and may result in Svitlana being banned from the platforms.

13. Jasmine used the policies of Etsy and Mercari to defame Svitlana, and attempted to have Svitlana permanently banned from these platforms.

14. When in online selling/shopping platforms, buyers and sellers see items in Svitlana's online shops being suddenly removed, this severely harms Svitlana's reputation in the online crafting communities.

15. Many of Svilana's crafts were removed from online shopping/selling platforms due to Jasmine's false reports, as a result, the reputation Svitlana built for her-self was severely damaged.

16. Upon seeing Svitlana's crafts removed from her online shops, a bad reputation was created for Svitlana amongst buyers and sellers of these crafts.

17. The fraudulent reports made by Jasmine against Svitlana shown in exhibit 500 and 501 support a claim for Defamation, Abuse of Process, Copyright Fraud, Harassment, Intentional Infliction of Emotional Distress, and Cyberstalking.

18. The Counterclaimant has clearly stated a claim for Defamation upon which relief may be granted with burden of proof. A claim for Defamation is entirely appropriate at this time.

## C.  JASMINE'S ABUSE OF PROCESS

19. An attorney cannot ethically file a lawsuit if their client has no legitimate reason to do so; this is considered filing a frivolous lawsuit, and could result in disciplinary action against the lawyer, as it violates the ethical rules regarding professional conduct and responsibility to the court system.

20. Ultimately, the decision to file a lawsuit belongs to the client, but an attorney has a duty to advise their client of the merits of the case and should not pursue a lawsuit that lacks legal basis.

21. When an attorney files a lawsuit that lacks legal basis it is what is known as a Frivolous Lawsuit.

22. Jasmine registered 42 of her works as unpublished works. (See Exhibit 511)

Svitlana Manchester - New Milford, Connecticut

23. Exhibit 516 shows with review dates, that all 42 of these works were being sold as published at the time Jasmine registered the works as unpublished. This implies 42 counts of Copyright Fraud.

24. Five of the works Jasmine has registered as unpublished, she has filed a lawsuit against Svitlana for.

25. Exhibits 512, 513, 514, and 515 show with review dates that these works that Jasmine has filed suit against Svitlana for, were published at the time they were registered as unpublished. This is Copyright Fraud under 17 U.S.C. § 411(b).

26. In Jasmine's amended complaint, ECF 50, paragraph 12, Jasmine states the date of Copyright registration for her Campfire Marshmallow Mug Hat is 2023-09-05. This Campfire Marshmallow Mug Hat was registered on 2023-09-05 as an unpublished work. Jasmine also states in the same paragraph she first made and sold her Campfire Marshmallow Mug Hat in 2021. This Campfire Marshmallow Mug Hat was sold in 2021 as a published work.

27. In Jasmine's amended complaint, ECF 50, paragraph 13, Jasmine states the date of Copyright registration for her S'more Marshmallow Mug Hat is 2023-09-05. This S'more Marshmallow Mug Hat was registered on 2023-09-05 as an unpublished work. Jasmine also states in the same paragraph she first made and sold her S'more Marshmallow Mug Hat in 2021. This S'more Marshmallow Mug Hat was sold in 2021 as a published work.

28. In Jasmine's amended complaint, ECF 50, paragraph 14, Jasmine states the date of Copyright registration for her Cow Marshmallow Mug Hat is 2023-09-05. This Cow Marshmallow Mug Hat was registered on 2023-09-05 as an unpublished work. Jasmine also states in the same paragraph she first made and sold her Cow Marshmallow Mug Hat in 2021. This Cow Marshmallow Mug Hat was sold in 2021 as a published work.

29. In Jasmine's amended complaint, ECF 50, paragraph 15, Jasmine states the date of Copyright registration for her Pig Marshmallow Mug Hat is 2023-09-05. This Pig Marshmallow Mug Hat was registered on 2023-09-05 as an unpublished work. Jasmine also states in the same paragraph she first made and sold her Pig Marshmallow Mug Hat in 2021. This Pig Marshmallow Mug Hat was sold in 2021 as a published work.

Svitlana Manchester - New Milford, Connecticut

30. In Jasmine's amended complaint, ECF 50, paragraph 16, Jasmine states the date of Copyright registration for her Black Cat Marshmallow Mug Hat is 2023-09-05. This Black Cat Marshmallow Mug Hat was registered on 2023-09-05 as an unpublished work. Jasmine also states in the same paragraph she first made and sold her Black Cat Marshmallow Mug Hat in 2021. This Black Cat Marshmallow Mug Hat was sold in 2021 as a published work.

31. The Copyright Office grants Copyright to whomever applies for it. It is the responsibility of the applicant to ensure the validity of the Copyright being applied for, and to also ensure the application process is being completed to the letter of the law.

32. Circular 1, Copyright Basics, Section "Copyright Registration" states, under United States Copyright Law, a work is under Copyright protection the moment it is created and fixed in a tangible medium of expression. Registration of a Copyright is voluntary. Copyright exists from the moment a work is created, fixed in a tangible medium of expression.

33. A basic review of Jasmine's claims, by an attorney that is specializes in Copyright Law, would have uncovered the validity of Jasmine's Copyrights, based on Circular 1, Copyright Basics, and the Copyright Fraud committed under *17 U.S.C. § 411(b)*.

34. A basic review of the claims made by Jasmine, would have uncovered by an attorney who specializes in Copyright Law, that the works Jasmine has claimed to have Copyrights for, were created by others, fixed in a tangible medium of expression, long before Jasmine made her copies, and filed for Copyrights for them. This would make Jasmine's Copyrights invalid.

35. No claim exists where no infringement has occurred, whether because an element of the claim was not met or the use was not infringing.

36. Jasmine has reported Svitlana to the Mercari and Etsy platforms for DMCA takedowns under false pretenses.

37. The claims filed by Jasmine against Svitlana are misleading to the court. The false claims are being used to gain an unfair advantage by claiming Copyright ownership.

38. It is the responsibility of Alan Harrison to Jasmine, as her counsel to ensure lawful procedures were followed by Jasmine, before filing a complaint within the United States Federal Court System.

39. Upon review of Jasmine's initial disclosure, there is no material evidence present that would substantiate probable cause for a lawsuit to be filed by Jasmine against Svitlana.

40. The legal proceedings brought forth by Jasmine against Svitlana were done so with malice, and with the intention to cause harm. Brought forth by jealousy, envy, and anger towards Svitlana, as the only basis for the lawsuit.

41. The lawsuit Jasmine filed against Svitlana is meant to bother, embarrass, and/or cause legal expenses in an attempt to cause Svitlana harm. Jasmine and her counsel are aware that no legal basis for this lawsuit exists.

42. One motive for the lawsuit filed by Jasmine against Svitlana, is to permanently remove Svitlana from selling Marshmallow Mug Hats, in which Jasmine has succeeded.

43. Jasmine is attempting to corner the Marshmallow Mug Hat marketplace by attacking online sellers through false reports, stealing others' work, and filing for Copyrights, as if they are her own original works.

44. Through Abuse of Process, Jasmine has destroyed everything Svitlana has built in her online shops.

45. Jasmine has accused, and reported sellers of copying her designs, Svitlana not being the first.

46. Jasmine has used accounts under fake aliases to make reports against sellers on the Mercari and Etsy platforms. See Exhibit 518.

47. Jasmine knowingly made false statements throughout her amended complaint against Svitlana, in order to file a lawsuit against Svitlana with no legal basis. As it is proven by the lack of evidence to support any of Jasmine's claims.

48. Jasmine's false claims against Svitlana have caused Svitlana a great deal of harm, emotional distress, and sleepless nights.

49. Svitlana has probable cause, through belief, evidence, and Jasmine's lack of evidence that it will be proven that, (a) Jasmine initiated legal proceedings with malice; (b)

Jasmine and her counsel lacked probable cause for the lawsuit and; (c) the lawsuit caused harm to the Counterclaimant as a result.

50. An Affidavit of witness states to have seen firsthand the harms caused to Svitlana due to Abuse of Process, an Affidavit of Explanation submitted by Svitlana supports this.

51. Jasmine has used the United States legal system in an improper way to achieve an ulterior purpose.

52. Jasmine filed a lawsuit against Svitlana with the purpose of harassment, intimidation, to gain leverage in online selling/shopping platforms, and for financial gain.

53. One of the purposes of Jasmine's Lawsuit is to remove Svitlana's Marshmallow Mug Hats from online selling/shopping platforms.

54. Jasmine has made multiple accusations against Svitlana, in which Jasmine is the guilty party.

55. Jasmine labeled at least some of her Mug Hats as brand "Rae Dunn."

56. Exhibit 502 shows that, Jasmine labeled at least some of her Mug Hats as brand, "Rae Dunn" to bolster her sales.

57. Jasmine does not have permission from Rae Dunn Design LLC to use their Trademark.

58. Jasmine has made and sold derivative works of the "Hershey Kiss," infringing on the Trademark of "Hershey Kiss," by designing Marshmallow Mug Hats in the shape of the "Hershey Kiss."

59. Exhibit 503, pages 1 and 3, show Jasmine infringing on the Trademark as to the shape of the "Hershey Kiss."

60. Jasmine has infringed on the Copyright and Trademark of the "Hershey Kiss" by using the name "Hershey Kiss," while displaying her own Copyright logo underneath of it.

61. Exhibit 503, page 2, shows Jasmine using her Copyright logo underneath the name "Hershey Kiss," implying she is the owner of the Copyright for the "Hershey Kiss."

62. Jasmine does not have permission from The Hershey Company to use the Trademark or Copyright for the "Hershey Kiss."

63. Exhibit 504 shows Jasmine using the phrase, "Don't be a Grinch" to bolster her sales.

64. Exhibit 504 shows Jasmine has made and sold derivative works of "The Grinch," in the form of Marshmallow Mug Hats.

65. Jasmine does not have permission from Dr. Seuss Enterprises to use their Trademark or Copyright for "The Grinch," and the phrase, "Don't be a Grinch."

66. Exhibit 505 shows Jasmine made and sold derivative works of "Rudolph the Red Nose Reindeer."

67. Exhibit 505 shows Jasmine has used the name, "Rudolph" to bolster her sales.

68. Jasmine does not have permission from The Rudolph Company to use their Trademark or Copyright for "Rudolph."

69. Exhibit 506 shows Jasmine has used the name, "Elf on the Shelf" to bolster her sales.

70. Jasmine does not have permission from The Lumistella Company to use their Trademark for "Elf on the Shelf."

71. Exhibit 507, pages 1-2, show Jasmine has sold derivative works of "Mickey Mouse" and "Minnie Mouse."

72. Jasmine does not have permission from The Walt Disney Company to use their Trademark or Copyright for "Mickey Mouse" or "Minnie Mouse."

73. Exhibit 508 shows Jasmine has sold derivative works of the "Toy Story Alien."

74. Jasmine does not have permission from The Walt Disney Company to use their Trademark or Copyright for "The Toy Story Alien."

75. Exhibit 509 shows Jasmine has used the Target brand to bolster her sales.

76. Jasmine does not have permission from The Target Corporation or Target Brands Inc. to use their brand name.

77. Exhibit 510 is the last text message Svitlana received from Jasmine before blocking Jasmine from contacting her, in which Jasmine claims to have won her Infringement case regarding "The Sanderson Sisters," from the movie Hocus Pocus and two other works.

78. Jasmine does not own the Copyright to "The Sanderson Sisters," and does not have permission from The Walt Disney Company to use their Trademark or Copyright for "The Sanderson Sisters."

79. Jasmine does not have Copyrights to the other two works shown in Exhibit 510.

80. Jasmine has a habitual disregard to others' Trademarks and Copyrights.

81. Jasmine attempted to remove the incriminating material presented in Exhibits 503, 504, 505, 506, 507, 508, and 509 from the internet in the early stages of her claim against Svitlana, in order to conceal this material from the court.

82. For Jasmine to have Infringed on such a multitude of Trademarks and Copyrights, and then to file a lawsuit against Svitlana for Copyright Infringement, demonstrates that, Jasmine has filed a lawsuit to achieve the ulterior purpose of removing Svitlana from online selling/shopping platforms, and for financial gain.

83. On September 4, 2024, Jasmine filed her Complaint, ECF 1.

84. On October 17, 2024, Svitlana filed a Motion to Dismiss, ECF 13.

85. On October 29, 2024, Alan Harrison, filed ECF 14, a Motion for Judgement on the Pleadings.

86. In ECF 14, the argument was made that Svitlana did not deny any of the accusations in the initial complaint ECF 1, when Svitlana filed ECF 13, and that therefore the court should rule in Jasmine's favor.

87. Under F.R.C.P. 12(b)(6) it is not required in the Motion to Dismiss (ECF 13), for Svitlana to deny the allegations in the complaint (ECF 1).

88. ECF 14, was filed by Alan Harrison on behalf of Jasmine without following D. Conn L. Civ. R. 12, the Plaintiff did not file the notice required by Local Rule 12.

89. ECF 14, was filed by Alan Harrison, knowing that Svitlana is a self-represented litigant (pro se), with the intention to compel Svitlana to file an answer to the Complaint, in which Svitlana did so after feeling compelled on Novemeber 13, 2024. Which in turn rendered Svitlana's Motion to Dismiss, ECF 13 Moot.

90. Alan Harrison attempted the same practice when filing a Motion to Dismiss, ECF 55 and ECF 55-1, on January 4, 2025, fortunately the court ordered Alan Harrison to file the appropriate notice required by Local Rule 12 on January 6, 2025.

91. Alan Harrison did not deny any of the allegations in the Counterclaim, in his Motion to Dismiss (ECF 55 and ECF 55-1) under F.R.C.P. 12(b)(6), which meets the burden of proof

that Alan Harrison is fully aware that a Defendant does not need to deny allegations in a Motion to Dismiss under Federal Rules of Civil Procedure.

92. For the reasons stated above, the burden of proof has been met for a claim of Abuse of Process.

93. The Counterclaimant has clearly stated a claim for Abuse of Process upon which relief may be granted. A claim for Abuse of Process is entirely appropriate at this time.

## D. JASMINE'S COPYRIGHT FRAUD

94. Copyright Fraud is relevant to this claim, due to Jasmine using Copyright Fraud to initiate a Lawsuit against Svitlana.

95. In Exhibit 511, it is shown that Jasmine registered 42 of her works as unpublished, at the time the works were in fact published.

96. In Exhibit 516, it is shown with review dates, that Jasmine's 42 works registered as unpublished were in fact published at the time of registration.

97. Among the works registered as unpublished, are Jasmine's "Campfire," "S'more," "Pig," "Black Cat," and "Cow" Marshmallow Mug Hats, in which Jasmine has filed a Lawsuit against Svitlana.

98. In Exhibit 512 it is shown with a review date, that Jasmine's "Campfire Marshmallow Mug Hat" was listed for sale as published long before the work was registered as unpublished.

99. In Exhibit 512 it is shown with a review date, that Jasmine's "S'more Marshmallow Mug Hat" was listed for sale as published long before the work was registered as unpublished.

100. In Exhibit 513 it is shown with a review date, that Jasmine's "Pig Marshmallow Mug Hat" was listed for sale as published long before the work was registered as unpublished.

101. In Exhibit 514 it is shown with a review date, that Jasmine's "Black Cat Marshmallow Mug Hat" was listed for sale as published long before the work was registered as unpublished.

102. In Exhibit 515 it is shown with a review date, that Jasmine's "Cow Marshmallow Mug Hat" was listed for sale as published long before the work was registered as unpublished.

103. In Jasmine's amended complaint, ECF 50, paragraph 12, Jasmine states the date of Copyright registration for her Campfire Marshmallow Mug Hat is 2023-09-05. This Campfire Marshmallow Mug Hat was registered on 2023-09-05 as an unpublished work. Jasmine also states in the same paragraph she first made and sold her Campfire Marshmallow Mug Hat in 2021. This Campfire Marshmallow Mug Hat was sold in 2021 as a published work.

104. In Jasmine's amended complaint, ECF 50, paragraph 13, Jasmine states the date of Copyright registration for her S'more Marshmallow Mug Hat is 2023-09-05. This S'more Marshmallow Mug Hat was registered on 2023-09-05 as an unpublished work. Jasmine also states in the same paragraph she first made and sold her S'more Marshmallow Mug Hat in 2021. This S'more Marshmallow Mug Hat was sold in 2021 as a published work.

105. In Jasmine's amended complaint, ECF 50, paragraph 14, Jasmine states the date of Copyright registration for her Cow Marshmallow Mug Hat is 2023-09-05. This Cow Marshmallow Mug Hat was registered on 2023-09-05 as an unpublished work. Jasmine also states in the same paragraph she first made and sold her Cow Marshmallow Mug Hat in 2021. This Cow Marshmallow Mug Hat was sold in 2021 as a published work.

106. In Jasmine's amended complaint, ECF 50, paragraph 15, Jasmine states the date of Copyright registration for her Pig Marshmallow Mug Hat is 2023-09-05. This Pig Marshmallow Mug Hat was registered on 2023-09-05 as an unpublished work. Jasmine also states in the same paragraph she first made and sold her Pig Marshmallow Mug Hat in 2021. This Pig Marshmallow Mug Hat was sold in 2021 as a published work.

107. In Jasmine's amended complaint, ECF 50, paragraph 16, Jasmine states the date of Copyright registration for her Black Cat Marshmallow Mug Hat is 2023-09-05. This Black

Cat Marshmallow Mug Hat was registered on 2023-09-05 as an unpublished work. Jasmine also states in the same paragraph she first made and sold her Black Cat Marshmallow Mug Hat in 2021. This Black Cat Marshmallow Mug Hat was sold in 2021 as a published work.

108. 17 U.S.C. § 411(b) states, (1) A certificate of registration satisfies the requirements of this section and section 412, regardless of whether the certificate contains any inaccurate information, unless (A) the inaccurate information was included on the application for copyright registration with knowledge that it was inaccurate; and (B) the inaccuracy of the information, if known, would have caused the Register of Copyrights to refuse registration.

109. Jasmine has in fact committed Copyright Fraud on her Copyright applications, and has filed a Lawsuit against Svitlana under false pretenses.

110. Jasmine has reported Svitlana to the Mercari and Etsy platforms for DMCA takedowns under false pretenses.

111. DMCA stands for Digital Millennium Copyright Act, all DMCA takedowns imply the reporter is claiming to have Copyrights of the reported work(s).

112. Exhibit 500 shows reports made to the Etsy platform, in which Jasmine claimed to have Copyrights that do not exist, under *17 U.S.C. § 512(f) of the Digital Millennium Copyright Act (DMCA),* this is another example of Copyright fraud.

113. Exhibit 501 shows a report made to the Mercari platform, in which Jasmine claimed to have a Copyright that does not exist, under *17 U.S.C. § 512(f) of the Digital Millennium Copyright Act (DMCA),* this is another example of Copyright fraud.

114. This demonstrates clearly that Jasmine has committed numerous acts of Copyright Fraud in order to use The United States Legal System to attack Svitlana.

115. In ECF 50, Jasmine's Amended Complaint, paragraph 86, Jasmine claims to have been checking selling platforms daily once informed of Svitlana's alleged copying. In paragraph 84 Jasmine claims to have been informed in the spring and summer of 2021.

116. In ECF 14-3 Jasmine claims to not have been on Etsy checking on sellers in 2021.

117. Exhibit 517 is new evidence provided by Etsy Inc., Exhibit 517 shows that Jasmine has had an account on Etsy since 2019.

118. Jasmine will make claim to any falsities, so long as it fits into her required narrative at the time.

119. ECF 50, ECF 14-3, and Exhibit 517 show that there is no limit to the actions Jasmine will take in her pursuit of Svitlana. Even if it means perjury, Copyright fraud, and other types of criminal activity.

120. The fraudulent reports made by Jasmine against Svitlana shown in exhibits 500 and 501, and the fraudulent published works registered as unpublished shown in Exhibit 511, meet the burden of proof for claims of Defamation, Abuse of Process, Fraud, Harassment, Intentional Infliction of Emotional Distress, and Cyberstalking.

121. The Counterclaimant has clearly stated a claim for Copyright Fraud upon which relief may be granted with the burden of proof. A claim for Copyright Fraud is entirely appropriate at this time.

## E.  JASMINE'S HARASSMENT

122. Jasmine has engaged in unwanted behavior by Svitlana, the repeated behavior has been hostile, and the behavior has affected Svitlana's mental well-being.

123. It is of the belief with evidence to support, that Jasmine has reported Svitlana to online selling/shopping platforms numerous times without merit, and has had Svitlana's listings removed from online selling/shopping platforms without merit.

124. Jasmine has used accounts on the Mercari and Etsy platform under a false alias to report, stalk, and harass those that have blocked Jasmine on the platform. See Exhibit 518.

125. Jasmine has been aware of Svitlana's online selling shops as early as 2021.

126. Jasmine has reported Svitlana to the Mercari and Etsy platforms for DMCA takedowns under false pretenses.

Svitlana Manchester - New Milford, Connecticut

127. DMCA stands for Digital Millennium Copyright Act, all DMCA takedowns imply the reporter is claiming to have Copyrights of the reported work(s).

128. Exhibits 500 and 501 show DMCA reports filed by Jasmine against Svitlana, for works in which Jasmine does not have Copyrights.

129. Jasmine applied for Copyrights with the intention of harassing Svitlana.

130. Jasmine began this harassment even before obtaining Copyrights.

131. Jasmine has reported Svitlana for Copyright Infringement to the Etsy and Mercari platforms, for Copyrights that Jasmine did not have as shown in Exhibits 500 and 501, in order to harass Svitlana.

132. Svitlana had to go as far as blocking Jasmine from messaging her through text message, and in online selling/shopping platforms in order to avoid the harassing allegations made towards Svitlana by Jasmine.

133. Jasmine posted a harassing message on her Mercari page, shown in Exhibit 519, in the summer of 2022, when she closed her Mercari online shop. Exhibit 519 shows Jasmine claiming to have been successful in all of her Copyright Infringement cases and that she will not hesitate to pursue other violators.

134. This would also make Jasmine a vexatious litigant. At this point in time Jasmine did not have Copyrights whether valid or invalid.

135. In Exhibit 519 Jasmine refers to other sellers as leeches, Svitlana would be a person Jasmine is referring to, with Jasmine's complaint against Svitlana as proof.

136. Exhibit 510 is the last text Svitlana received from Jasmine before Svitlana blocked Jasmine from contacting her, in which Jasmine claims to have won her Infringement case regarding "The Sanderson Sisters," from the movie Hocus Pocus.

137. Jasmine does not have a Copyright to The Walt Disney Company's "Sanderson Sisters."

138. Exhibit 510 is another example of Jasmine harassing Svitlana with false claims.

139. In ECF 52-2, Affidavit of Witness, it has been personally witnessed, "the pain, suffering, mental anguish, and personal distress caused to Svitlana, by Jasmine's attacks against her."

140. Actively selling products, crafts, or services in online selling/shopping platforms may be considered a workplace.

141. This unwanted, repetitive, and damaging behavior by Jasmine, at times based on lies for the purpose of harassing Svitlana, is cause for a claim of Harassment, and causes a great deal of concern for anyone who comes across Jasmine in online selling/shopping platforms.

142. The Counterclaimant has clearly stated a claim for Harassment upon which relief may be granted with the burden of proof. A claim for Harassment is entirely appropriate at this time.

## F. <u>JASMINE'S INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS</u>

143. Jasmine's actions against Svitlana have been extreme and outrageous.

144. Jasmine's actions against Svitlana before, and as a direct cause of the complaint Jasmine filed against Svitlana, were intended to cause emotional distress, and Jasmine knew this was likely to happen.

145. Svitlana's severe emotional distress began on December 24, 2023, when Jasmine accused Svitlana of Copyright Infringement of works that Jasmine does not hold Copyrights to. See Exhibit 510.

146. In an Affidavit of Witness filed by Svitlana, therein tells in brief part, a firsthand account to the emotional distress Svitlana has suffered as a direct result of the actions of Jasmine.

147. In an Affidavit of Explanation filed by Svitlana, the Intentional Infliction of Emotional Distress done by Jasmine towards Svitlana is clearly stated.

148. Another purpose as to the complaint made by Jasmine, is to instill fear that causes Svitlana such extreme and severe emotional distress, that Svitlana would be unable to enjoy crafting and would permanently cease doing so.

149. Jasmine has reported Svitlana to the Mercari and Etsy platforms for DMCA takedowns under false pretenses.

150. DMCA stands for Digital Millennium Copyright Act, all DMCA takedowns imply the reporter is claiming to have Copyrights of the reported work(s).

151. Exhibits 500 and 501 show DMCA reports filed by Jasmine against Svitlana, for works in which Jasmine does not have copyrights.

152. The lack of legal basis for Jasmine's complaint, the perjury committed, and the fraud brought upon Svitlana demonstrates Jasmine's reckless disregard.

153. Jasmine's heinous actions, involving fraudulent reports filed against Svitlana (see Exhibit 500 and 501), combined with fraudulent claims (see Exhibits 512, 513, 514, and 515) are beyond the standards of civilized decency.

154. Svitlana has suffered many sleepless nights, extreme amounts of stress, and severe emotional distress caused by Jasmine's actions.

155. The Counterclaimant has clearly stated a claim for Intentional Infliction of Emotional Distress upon which relief may be granted with the burden of proof. A claim for Intentional Infliction of Emotional Distress is entirely appropriate at this time.

## G. JASMINE'S CYBERSTALKING

156. Jasmine has openly admitted to cyberstalking Svitlana in court filings, and has sworn to such facts.

157. In Jasmine's amended complaint, ECF 50, paragraph 86, it is stated in part, "After Jasmine was informed of Svitlana's copying, she began searching the selling platforms daily."

158. In Jasmine's amended complaint, ECF 50, paragraph 84, it is stated in part, "Jasmine initially sent Svitlana messages after a customer notified Jasmine of Svitlana copying designs (spring and summer 2021)."

159. The above stated serves as burden of proof that, Jasmine openly admits to the fact, that Jasmine began cyberstalking Svitlana daily, beginning in the spring and summer of 2021.

160. Jasmine has used accounts on the Mercari platform under a false alias to report, stalk, and harass those that have blocked Jasmine on the platform. See Exhibit 518.

161. Jasmine has used accounts on the Etsy platform under a false alias to report, stalk, and harass those that have blocked Jasmine on the platform.

162. Jasmine obtains her Marshmallow Mug Hat concepts through her admitted online stalking process of online selling/shopping platforms.

163. On December 24, 2023, Jasmine reached out to Svitlana through text message with fraudulent accusations of Copyright Infringement, see Exhibit 510. Immediately Svitlana blocked Jasmine on all platforms of communication.

164. These efforts to remove Jasmine from communicating with Svitlana did not work. Jasmine remained undeterred. Jasmine continued to cyberstalk Svitlana.

165. Jasmine used methods of reporting Svitlana to online selling/shopping platforms in repeated pattern of unwanted online contact.

166. Jasmine has gone as far as fraudulently reporting Svitlana to online selling/shopping platforms (see Exhibit 500 and 501), in order to gain the attention of Svitlana.

167. Jasmine obtained the personal information of Svitlana, such as Svitlana's home address, through means of cyberstalking.

168. In ECF 52-1, Affidavit of Explanation, Svitlana has stated that she has ceased selling and creating Marshmallow Mug Hats as a direct result of Jasmine's actions. Yet Jasmine continues to cyberstalk Svitlana at this very point in time.

169. On January 3, 2025, Jasmine filed ECF 53, and ECF 54, a motion for TRO prohibiting Svitlana from selling an old and damaged cell phone.

170. Without regard to the fact that Svitlana has ceased selling and creating Marshmallow Mug Hats since around November 15, 2024, ECF 53 and ECF 54 serve as proof that Jasmine cannot help herself but to seek out Svitlana on the internet daily.

171. Svitlana is currently in fear of her children's, and her own safety due to the actions of Jasmine's online stalking activity.

172. If Jasmine is willing to take things as far as committing fraud in order to file a federal complaint against Svitlana, and for Jasmine to openly admit to cyberstalking Svitlana

daily in Federal Court filings, it remains to be seen as to how far Jasmine may be willing to take things.

173. This repeated pattern of unwanted online contact by Jasmine, that has caused Svitlana fear, anxiety, emotional distress, and sleep disturbances, combined with the evidence provided, meets the burden of proof for a claim of cyberstalking against Jasmine.

174. The Counterclaimant has clearly stated a claim for Cyberstalking upon which relief may be granted with the burden of proof. A claim for Cyberstalking is entirely appropriate at this time.

Svitlana Manchester - New Milford, Connecticut

## EXHIBITS

**500.** True and correct screenshots of reports made by Jasmine to the Etsy platform. Exhibit 500 shows Jasmine reported Svitlana to the Etsy platform for Copyright Infringement for works in which Jasmine does not hold Copyrights. Exhibit 500 is six numbered and labeled pages accordingly.

**501.** True and correct screenshot of a report made by Jasmine to the Mercari platform. Exhibit 501 shows Jasmine reported Svitlana to the Mercari platform for Copyright Infringement for a work in which Jasmine does not hold a Copyright. Exhibit 501 is three numbered and labeled pages accordingly.

**502.** True and correct screenshots showing Jasmine has labeled at least some of her Marshmallow Mug Hats as brand "Rae Dunn." Jasmine does not have permission from Rae Dunn Design LLC to use their Trademark. Exhibit 502 is two numbered and labeled pages accordingly.

**503.** True and correct screenshots showing Jasmine's Trademark Infringement as to the shape of the "Hershey Kiss." As well as Jasmine using her Copyright logo for the "Hershey Kiss." Jasmine does not have permission from The Hershey Company to use the Trademarked shape for the "Hershey Kiss," or their Copyright for the "Hershey Kiss." Exhibit 503 is three numbered and labeled pages accordingly.

**504.** True and correct screenshot showing Jasmine using the phrase, "Don't be a Grinch," while also showing Jasmine's sale of derivative works of "The Grinch." Jasmine does not have permission from Dr. Seuss Enterprises to use the Trademarked phrase, "Don't be a Grinch." Jasmine does not have permission from Dr. Seuss Enterprises to use their Copyright for "The Grinch." Exhibit 504 is one numbered and labeled page accordingly.

**505.** True and correct screenshot showing Jasmine's sale of derivative works of "Rudolph the Red Nose Reindeer," as well as Jasmine using the name "Rudolph" to bolster her sales. Jasmine does not have permission from The Rudolph Company to use their Copyright for "Rudolph the Red Nose Reindeer," or the Trademarked name "Rudolph." Exhibit 505 is one numbered and labeled page accordingly.

**506.** True and correct screenshot of Jasmine using the name "Elf on the Shelf" to bolster her sales. Jasmine does not have permission from The Lumistella Company to use their Trademarked name "Elf on the Shelf." Exhibit 506 is one numbered and labeled page accordingly.

**507.** True and correct screenshots of Jasmine's sale of derivative works of "Mickey Mouse" and "Minnie Mouse." Jasmine does not have permission from The Walt Disney Company to use their Trademark or Copyright for "Mickey Mouse" or "Minnie Mouse."
Exhibit 507 is two numbered and labeled pages accordingly.

**508.** True and correct screenshot of Jasmine's sale of derivative works of "The Toy Story Alien." Jasmine does not have permission from The Walt Disney Company to use their Trademark or Copyright for "The Toy Story Alien." Exhibit 508 is one numbered and labeled page accordingly.

**509.** True and correct screenshot of Jasmine using the Target brand to bolster her sales. Jasmine does not have permission from The Target Corporation or Target Brands Inc. to use their brand name. Exhibit 509 is one numbered and labeled page accordingly.

**510.** True and correct screenshot of the last text message conversation between Jasmine and Svitlana. Exhibit 510 shows Jasmine implying that she has a Copyright for Walt Disney's "The Sanderson Sisters." Jasmine does not have permission from The Walt Disney Company to use their Copyright for "The Sanderson Sisters." Jasmine does not have Copyrights to any of the items she implies to have Copyrights for in the screenshot. Exhibit 510 is one numbered and labeled page accordingly.

**511.** True and correct screenshots of Jasmine's Copyrights, showing Jasmine's 42 works that are registered as unpublished. Exhibit 511 is seven numbered and labeled pages accordingly.

**512.** True and correct screenshot showing that Jasmine's "Campfire Marshmallow Mug Hat," and Jasmine's "S'more Marshmallow Mug Hat" were listed for sale as a published works (review dated April 13, 2022) before she registered these works as unpublished. This is Copyright Fraud under 17 U.S.C. § 411(b). Exhibit 512 is one numbered and labeled page accordingly.

**513.** True and correct screenshot showing that Jasmine's "Pig Marshmallow Mug Hat" was listed for sale as a published work (review dated May 10, 2022) before she registered this work

as unpublished. This is Copyright Fraud under 17 U.S.C. § 411(b). Exhibit 513 is one numbered and labeled page accordingly.

**514.** True and correct screenshot showing that Jasmine's "Black Cat Marshmallow Mug Hat" was listed for sale as a published work (review dated July 7, 2022) before she registered this work as unpublished. This is Copyright Fraud under 17 U.S.C. § 411(b). Exhibit 514 is one numbered and labeled page accordingly.

**515.** True and correct screenshot showing that Jasmine's "Cow Marshmallow Mug Hat" was listed for sale as a published work (review date May 10, 2022) before she registered this work as unpublished. This is Copyright Fraud under 17 U.S.C. § 411(b). Exhibit 515 is one numbered and labeled page accordingly.

**516.** True and correct screenshot photos of 42 works that Jasmine was selling as published when she registered them as unpublished with dates to reflect this. Exhibit 516 is thirty-eight numbered and labeled pages accordingly.

**517.** True and correct documents provided by Etsy Inc. Exhibit 517 shows that Jasmine has had an account on the Etsy platform since 2019. Exhibit 517 is three numbered and labeled pages accordingly.

**518.** True and correct report from the Mercari platform received during discovery. In Exhibit 518, Mercari reports to have found Jasmine using alternately created accounts under a different user name to report and harass other online sellers, after having been blocked by them on her main account. Exhibit 518 is one numbered and labeled page accordingly.

**519.** True and correct screenshot of a message Jasmine posted to the front page of her Mercari shop when she closed it in the summer of 2022. In this message Jasmine claims to have been successful in all of her Copyright Infringement cases and threatens others with claims of Copyright Infringement. At this time Jasmine did not hold any Copyrights. Jasmine also refers to others as leeches. Exhibit 519 is one numbered and labeled page accordingly.

**520.** True and correct screenshot of the reporting policy of the Etsy platform. Exhibit 520 shows that the result of multiple reports against a person results in their account being terminated. Exhibit 520 is one numbered and labeled page accordingly.

Svitlana Manchester - New Milford, Connecticut

521. True and correct screenshot of the reporting policy of the Mercari platform. Exhibit 521 shows that the result of multiple reports against a person results in their account being disabled. Exhibit 521 is one numbered and labeled page accordingly.

Exhibit 500 Page 1

(DMCA) counter notice using this unique link. You can learn more about how this process works here. Keep in mind, only reports of copyright infringement can be countered.

**Review the full report from Jasmine Weber**

## Jasmine Weber Representative's Information

**Name:** Jasmine Weber
**Email:** jlp_0707@hotmail.com

## Jasmine Weber Intellectual Property

### Hello Fall Marshmallow Mug Hat copyright

**Copyright registration number:**

**Copyright jurisdiction:**

**Summary:** An item or design

**Examples:** www.etsy.com/listing/1526843646/hello-fall-marshmallow-mug-hat

**Registration status:** Unregistered

**Infringing material reported**
1612630629

Thanks,
Etsy's Trust & Safety team

Svitlana Manchester - New Milford, Connecticut



Exhibit 500 Page 2



Svitlana Manchester - New Milford, Connecticut

**Exhibit 500 Page 3**



Svitlana Manchester - New Milford, Connecticut

**Exhibit 500 Page 4**

(DMCA) counter notice using this unique link. You can learn more about how this process works here. Keep in mind, only reports of copyright infringement can be countered.

**Review the full report from Jasmine Weber**

## Jasmine Weber Representative's Information

**Name:**       Jasmine Weber
**Email:**       jlp_0707@hotmail.com

## Jasmine Weber Intellectual Property

**Love Bear Marshmallow Mug Hat copyright**

| | |
|---|---|
| **Copyright registration number:** | |
| **Copyright jurisdiction:** | |
| **Summary:** | An item or design |
| **Examples:** | www.etsy.com/listing/1601440332/love-bear-marshmallow-mug-hat |
| **Registration status:** | Unregistered |

**Infringing material reported**
1628851062

Thanks,
Etsy's Trust & Safety team

Svitlana Manchester - New Milford, Connecticut

Exhibit 500 Page 5



Svitlana Manchester - New Milford, Connecticut

Exhibit 500 Page 6



Svitlana Manchester - New Milford, Connecticut

Yahoo Mail - Your listing has been removed

1/18/25, 12:00 PM

**Exhibit 501 Page 1**

## Your listing has been removed

From:  Mercari (noreply@mercariapp.com)

To:    Lidiaaguilar23@yahoo.com

Date:  Wednesday, December 27, 2023 at 11:50 PM EST

Item name: Marshmallow Mug Hat
Item ID: m86724862780
Price: $16.00

Dear Svitlana's Creations,

In response to a Digital Millennium Copyright Act ("DMCA") Takedown Notice, Mercari has removed your infringing listing(s), as reported by the copyright owner.  Please be advised that repeated instances of intellectual property infringement may result in the closure of your Mercari account.

If you believe the item, content and images in your listing(s) do not violate the copyright of another, you may submit a written Counter Notification.  More information regarding how and what to include in a Counter Notice can be found at: www.mercari.com/dmca.  All information MUST be included for the Counter Notice to be considered complete.  Mercari will review each Notice on an individual, case-by-case basis.

If your Counter Notification is determined to be complete and valid, Mercari may restore the listing(s) in question, as long as we have not received notice that the copyright holder has filed legal action against you.

Mercari, Inc. Intellectual Property Team

This message is not intended to serve as legal advice.  Neither Mercari nor its employees are able to provide legal guidance, including whether or how to file DMCA notices, such as a Counter Notification.

Svitlana Manchester - New Milford, Connecticut



DEFENDANT'S
EXHIBIT
**501**
3:24-cv-01412-KAD

Exhibit 501 Page 2



Svitlana Manchester - New Milford, Connecticut

Exhibit 501 Page 3



Svitlana Manchester - New Milford, Connecticut

Exhibit 502 Page 1

Mercari > Rae Dunn > Home > Seasonal decor > Christmas > Bucket of Snowballs Marshmallow Mug Hat



SOLD OUT
Scroll down to see similar items

handmadejoy

3 ♡

**Meet the seller**


handmadejoy
@user731229049
★★★★★ 1586 reviews     1644 listed     1584 sales

**Comments**

---

Updated 11/02/24

### Bucket of Snowballs Marshmallow Mug Hat

**$15.00**

+$3.99 delivery ⓘ

[ Item sold ]

**Details**

| | |
|---|---|
| Condition ⓘ | New |
| Brand | Rae Dunn |
| Category | Home   Seasonal decor   Christmas |
| | Rae Dunn Christmas Seasonal Decor |
| Posted | 10/19/24 |

#crochet (98K)     #marshmallowmug (1K)

#marshmallowmughat (1K)     #tieredtraydecor (4K)

#christmasdecor (78K)     #winterdecor (1K)     #raedunn (203K)

**Description**

Handmade Crochet Bucket of Snowballs Marshmallow Mug Hat!

Welcome winter with this Snow theme hat for your (2.75" x 2.75") marshmallow mugs! This adorable hat is handmade using premium yarn.

DETAILS:
*Bucket of Snowballs Mug Hat includes 3 mini snowballs and 5 cents snowball sign which are movable to design your way with lots of fun!

-Mugs, Christmas trees, and mini snowflakes not included in listing.
*Smoke and pet free.

❤️I bundle! Please message me if you would like to bundle to save on shipping costs!

❤Designed and made with love by Jasmine (handmadejoy)

---

Privacy settings 🔒

We use cookies to improve site experience, advertising, and other purposes. By continuing, you agree to the use of cookies. Privacy Policy

Do not sell or share my personal info          Customize     Got it


Svitlana Manchester - New Milford, Connecticut


DEFENDANT'S
EXHIBIT
**502**
3:24-cv-01412-KAD

Exhibit 502 Page 2

Mercari > Rae Dunn > Home > Home decor > Home decor accents > Fall Leaf Marshmallow Mug Hat





Updated 11/06/24

## Fall Leaf Marshmallow Mug Hat

**$10.00**

+$3.99 delivery & $1.93 fees ⓘ

| Add to cart | Make offer |

**Buy now**

or



Buy with  Pay        PayPal Checkout

By continuing to checkout, you agree to the
Mercari Privacy Policy and Terms of Service

Get CPS 2-Year Protection Plan for ONLY $2.99
Sold separately. Purchase after checkout. Learn more

### Details

| | |
|---|---|
| Condition ⓘ | New |
| Brand | Rae Dunn |
| Category | Home  Home decor  Home decor accents  Rae Dunn Home Decor Accents |
| Posted | 10/18/24 |

#crochet (98K)     #marshmallowmug (1K)

#marshmallowmughat (1K)     #tieredtray (7K)

#falldecor (15K)     #seasonaldecor (4K)     #fallcolors (1K)

### Description

Handmade Crochet Fall Leaf Marshmallow Mug Hat!

Welcome warm colors with this Fall Leaf theme hat for your (2.75" x 2.75") marshmallow mugs! This pretty hat is handmade using premium yarn.

### Meet the seller

**handmadejoy**
@user731229049
★★★★★ 1586 reviews     1644 listed     1584 sales

### Comments

Svitlana Manchester - New Milford, Connecticut

**Exhibit 503 Page 1**



**ONLY 1 AVAILABLE**

# $12.95

Hot Cocoa Kiss Marshmallow Mug Hat, Marshmallow Mug Topper, Hot Chocolate Bar, Fall, Christmas, Winter, Tiered...

by HandmadeJoyByJ ✪ Star Seller

Est. arrival          Ratings
Dec 30-Jan 13     ⭐ 5.0 (1,538)

Svitlana Manchester - New Milford, Connecticut



Exhibit 503 Page 2

See all reviews (23)

## Item details ⌃

👐 Handmade item

📄 Made to order

Handmade Crochet Hot Chocolate & Marshmallows Hershey Kiss Marshmallow Mug Hat!

For a special winter sweet treat, share a cup and a kiss with your loved ones with this Hot Chocolate Hershey Kiss hat for your marshmallow mugs by 180° (2.75" diameter)! This adorable hat is handmade using premium yarn.

-Mug not included in listing.
*Smoke and pet free*

❤️Designed and made with love by Jasmine (handmadejoy)❤️

*All rights reserved © handmadejoy

Svitlana Manchester - New Milford, Connecticut

Exhibit 503 Page 3



Svitlana Manchester - New Milford, Connecticut




PURCHASED
You bought this item.

handmadejoy07

❤ Liked (5)    💬 Comment (0)    ⬆ Share    ⋯ More


handmadejoy
@user731229049
⭐⭐⭐⭐⭐ 1586 reviews    1644 listed    1584 sales

**Comments**



Updated 03/20/23

# Baby Grinch Marshmallow Mug Hat

5 Likes

## $13.00

+$3.65 delivery & $1.98 fees ⓘ

[ View order ]

## Details

| | |
|---|---|
| Condition ⓘ | New |
| Brand | Handmade |
| Category | Home  Home decor  Home decor accents  Handmade Home Decor Accents |
| Posted | 09/26/21 |

#raedunn (203K)    #christmas (698K)    #grinch (21K)

## Description

Handmade Crochet Baby Grinch Marshmallow Mug Hat!

Don't be a Grinch! Bring home this Baby Grinch theme hat for your marshmallow mugs by 180°! This adorable hat is handmade using premium acrylic yarn.

*Pairs well with Rae Dunn collections!
-Mugs not included in listing.
*Smoke and pet free*

## Delivery

| | |
|---|---|
| From | Pennsylvania |
| Shipping ⓘ | $3.65 │ 2+ days |

## Payment

Svitlana Manchester - New Milford, Connecticut


DEFENDANT'S EXHIBIT
504
3:24-cv-01412-KAD



**Only 3 left and in 3 carts**

**$12.95+**

Reindeer Marshmallow Mug Hats, Marshmallow Mug Toppers, Christmas, Festive Winter Decor, Tiered Tray Decor

HandmadeJoyByJ ⊘ ★★★★★

Style *

| Select a style ▾ |

**Add to cart**

**Buy together, get free shipping**

 This listing — Reindeer Marshmallow Mug Hats, Marshm... $12.95

 Red Nose Reindeer Marshmallow Mug Hat... $13.95

 Santa Marshmallow Mug Hat, Mrs. Claus ... $14.95

**Add 3 items to cart**

See more items →

⚐ Report this item to Etsy

## About this item

🧵 Made by HandmadeJoyByJ

Handmade Crochet Rudolph and Clarice Marshmallow Mug Hats!

Make sure that Santa can find his way to your home with the help of Rudolph's shiny red nose and Clarice's encouragement with these Christmas theme hats for your marshmallow mugs by 180°! These adorable hats are handmade using premium yarn.

Less

## Shipping and return policies ⌃

📅 Order today to get by **Nov 21-Dec 2**

💰 Cost to ship: **$4.26**
Enjoy free shipping to the US when you spend $35+

↩ Returns & exchanges not accepted

📍 Ships from: **Crozet, VA**

Svitlana Manchester - New Milford, Connecticut


DEFENDANT'S EXHIBIT 505
3:24-cv-01412-KAD

Homepage > Home & Living > Home Decor > Decorative Storage > Decorative Trays



**Only 1 left and in 3 carts**

**$15.95**

Christmas Elf Marshmallow Mug Hat, Marshmallow Mug Topper, Christmas Mug Hat, Santa's Helper, Winter Holiday, Tiered Tray Decor

HandmadeJoyByJ  ★★★★★

✓ Arrives soon! Get it by Nov 19-29 if you order today

**Add to cart**

**Buy together, get free shipping**



This listing    Christmas Elf Marshmallow Mug Hat, Mars...
$15.95



Santa Marshmallow Mug Hat, Mrs. Claus ...
$14.95



Winter Holly Marshmallow Mug Hat, Mars...
$11.95

**Add 3 items to cart**

See more items →

⚑ Report this item to Etsy

**About this item**

✋ Made by **HandmadeJoyByJ**

Handmade Crochet Christmas Elf Marshmallow Mug Hat!

Get ready for the most wonderful time of the year with Santa's favorite toy making Elf hat for your marshmallow mugs by 180° (2.75" diameter)! This adorable hat is handmade using premium yarn.

*Pairs well with Elf on the Shelf and tiered tray decor!
-Mug not included in listing.

♥Designed and made with love by Jasmine (handmadejoy)♥

Original design copyrighted by the US Copyright Office. All rights reserved © handmadejoy

Less

Svitlana Manchester - New Milford, Connecticut



DEFENDANT'S EXHIBIT 506
3:24-cv-01412-KAD

Exhibit 507 Page 1



Svitlana Manchester - New Milford, Connecticut



Exhibit 507 Page 2



Svitlana Manchester - New Milford, Connecticut





Svitlana Manchester - New Milford, Connecticut



Svitlana Manchester - New Milford, Connecticut





Jasmine

I just won my infringement case and ask that you remove the following from Etsy and Mercari. I am asking nicely as it is clear that these 2 are from my pattern and the Hocus Pocus ones are from my original design.





DEFENDANT'S
EXHIBIT
510
3:24-cv-01412-KAD

**Exhibit 511 Page 1**



**C©pyright** | Public Records System

Home    Recent Records    Recent Searches    Name Directory    Help

Home / Search / Detailed Record View

[Keyword ▾]  [jasmine weber          ⊗]  [Search]  **Advanced Search**                                    Share ➦

## Detailed Record View
Registration record VA0002339034
Copyright Catalog
Displaying 1 of 12 entries

‹ Previous    [Next ▸]

Spring Chick Marshmallow Mug Hat.                                                          [Actions ⌄]

| | |
|---|---|
| **Registration Number / Date** | VA0002339034 / 2023-01-29 |
| **Type of Work** | Visual Material |
| **Title** | Spring Chick Marshmallow Mug Hat. |
| **Application Title** | Spring Chick Marshmallow Mug Hat. |
| **Date of Creation** | 2021 |
| **Date of Publication** | 2021-01-23 |
| **Copyright Claimant** | Jasmine Weber, 1985- . Address: PO Box 773, Crozet, VA, 22932. |
| **Authorship on Application** | Jasmine Weber, 1985-; Domicile: United States; Citizenship: United States. Authorship: Crochet design visual work. |
| **Rights and Permissions** | Jasmine Weber, PO Box 773, Crozet, VA, 22932, (717) 507-6164, jlp_0707@hotmail.com |
| **Description** | Electronic file (eService) |
| **Copyright Note** | Basis for Registration: Pictorial and sculptural features identified separately from and capable of existing independently of the utilitarian aspects of a useful article. |
| **Nation of First Publication** | United States |
| **Names** | Weber, Jasmine 1985- |

‹ Previous    [Next ▸]

Svitlana Manchester - New Milford, Connecticut

**DEFENDANT'S EXHIBIT**
**511**
**3:24-cv-01412-KAD**

**Exhibit 511 Page 2**



Copyright | Public Records System

Home    Recent Records    Recent Searches    Name Directory    Help

Home / Search / Detailed Record View

[Keyword ▼]  [jasmine weber ⊗]  [Search]  **Advanced Search**    Share ➦

## Detailed Record View
Registration record VAU001523596
Copyright Catalog
Displaying 4 of 12 entries

[◀ Previous]  [Next ▶]

Pot of Gold Marshmallow Mug Hat and 7 Other Unpublished Works.    [Actions ▼]

| | |
|---|---|
| Registration Number / Date | VAU001523596 / 2023-09-05 |
| Type of Work | Visual Material |
| Title | Pot of Gold Marshmallow Mug Hat and 7 Other Unpublished Works. |
| Application Title | Pot of Gold Marshmallow Mug Hat and 7 Other Unpublished Works. |
| Contents | Pot of Gold Marshmallow Mug Hat. |
| | Cow Marshmallow Mug Hat. |
| | Pig Marshmallow Mug Hat. |
| | Bowl of Cherries Marshmallow Mug Hat. |
| | American Cupcake Marshmallow Mug Hat. |
| | Patriotic A Latte Marshmallow Mug Hat. |
| | Strawberry Marshmallow Mug Hat. |
| | Pretty Pansy Marshmallow Mug Hat. |
| Date of Creation | 2021 |
| Copyright Claimant | Jasmine Weber d.b.a. Handmade Joy. Address: PO Box 861, Crozet, VA, 22932. |
| Authorship on Application | Jasmine Weber (author of pseudonymous work); Citizenship: United States. Authorship: 3 Dimensional Artwork. d.b.a. Handmade Joy |
| Rights and Permissions | Jasmine Weber, PO Box 861, Crozet, VA, 22932, jlp_0707@hotmail.com |
| Description | Electronic file (eService) |
| Copyright Note | C.O. correspondence. |
| | Regarding group registration: A group of unpublished works may be registered in the same administrative class under 202.4(c) if the following requirements have been met: 1) All the works must be unpublished; 2) the group may include up to ten works; 3) a title must be provided for each work; 4) all the works must be created by the same author or the same joint authors; 5) the authorship claimed in each work must be the same; and 6) the author and claimant for each work must be the same person or organization. |
| Names | Weber, Jasmine |

[◀ Previous]  [Next ▶]

Svitlana Manchester - New Milford, Connecticut

**Exhibit 511 Page 3**



**Copyright** | Public Records System

Home    Recent Records    Recent Searches    Name Directory    Help

Home / Search / Detailed Record View

[Keyword ▼]  [jasmine weber       ✕]  [Search]   Advanced Search                    Share ↗

## Detailed Record View
### Registration record VAU001520382
Copyright Catalog
Displaying 5 of 12 entries

[◀ Previous]  [Next ▶]

Native American Marshmallow Mug Hat and 3 Other Unpublished Works.                    [Actions ▼]

| | |
|---|---|
| **Registration Number / Date** | VAU001520382 / 2023-09-05 |
| **Type of Work** | Visual Material |
| **Title** | Native American Marshmallow Mug Hat and 3 Other Unpublished Works. |
| **Application Title** | Native American Marshmallow Mug Hat and 3 Other Unpublished Works. |
| **Contents** | Native American Marshmallow Mug Hat. |
| | Scarecrow Marshmallow Mug Hat. |
| | Black Cat Marshmallow Mug Hat. |
| | Rustic Love Marshmallow Mug Hat. |
| **Date of Creation** | 2020 |
| **Copyright Claimant** | Jasmine Weber d.b.a. Handmade Joy. Address: PO Box 861, Crozet, VA, 22932, United States. |
| **Authorship on Application** | Jasmine Weber Citizenship: United States. Authorship: 3 Dimensional Artwork. d.b.a. Handmade Joy; |
| **Rights and Permissions** | Jasmine Weber, PO Box 861, Crozet, VA, 22932, jlp_0707@hotmail.com |
| **Description** | Electronic file (eService) |
| **Copyright Note** | C.O. correspondence. |
| | Regarding group registration: A group of unpublished works may be registered in the same administrative class under 202.4(c) if the following requirements have been met: 1) All the works must be unpublished; 2) the group may include up to ten works; 3) a title must be provided for each work; 4) all the works must be created by the same author or the same joint authors; 5) the authorship claimed in each work must be the same; and 6) the author and claimant for each work must be the same person or organization. |
| | Regarding basis for registration: Pictorial, graphic, and sculptural features identified separately from and capable of existing independently of the utilitarian aspects of a useful article. |
| **Names** | Weber, Jasmine |
| | Handmade Joy |

[◀ Previous]  [Next ▶]

Svitlana Manchester - New Milford, Connecticut

Exhibit 511 Page 4



**Copyright** | Public Records System

Home    Recent Records    Recent Searches    Name Directory    Help

Home / Search / Detailed Record View

[Keyword ▾]  [jasmine weber     ✕]  [Search]    Advanced Search                Share ↗

### Detailed Record View
Registration record VAU001512221

Copyright Catalog
Displaying 6 of 12 entries

[◀ Previous]  [Next ▶]

Bowl of Lemons Marshmallow Mug Hat and 6 Other Unpublished Works.        [Actions ▾]

| | |
|---|---|
| Registration Number / Date | VAU001512221 / 2023-09-05 |
| Type of Work | Visual Material |
| Title | Bowl of Lemons Marshmallow Mug Hat and 6 Other Unpublished Works. |
| Application Title | Bowl of Lemons Marshmallow Mug Hat and 6 Other Unpublished Works. |
| Contents | Bowl of Lemons Marshmallow Mug Hat. |
| | Hen Marshmallow Mug Hat. |
| | Jack O Lantern Marshmallow Mug Hat. |
| | Campfire Marshmallow Mug Hat. |
| | S'more Marshmallow Mug Hat. |
| | Lattice Cherry Pie Marshmallow Mug Hat. |
| | Touchdown Marshmallow Mug Hat. |
| Date of Creation | 2021 |
| Copyright Claimant | Jasmine Weber d.b.a. Handmade Joy. Address: PO Box 861, Crozet, VA, 22932. |
| Authorship on Application | Jasmine Weber Citizenship: United States. Authorship: 3 Dimensional Artwork. d.b.a. Handmade Joy; |
| Rights and Permissions | Jasmine Weber, PO Box 861, Crozet, VA, 22932, jlp_0707@hotmail.com |
| Material Excluded | excludes preexisting items (e.g., goal post, ribbons, and mug, etc.), claim extends to crocheted mug hats/toppers. |
| Description | Electronic file (eService) |
| Copyright Note | C.O. correspondence. |
| | Regarding group registration: A group of unpublished works may be registered in the same administrative class under 202.4(c) if the following requirements have been met: 1) All the works must be unpublished; 2) the group may include up to ten works; 3) a title must be provided for each work; 4) all the works must be created by the same author or the same joint authors; 5) the authorship claimed in each work must be the same; and 6) the author and claimant for each work must be the same person or organization. |
| | Regarding title information: Registration extends only to works listed in the certificate. |
| | Regarding basis for registration: Pictorial, graphic, and sculptural features identified separately from and capable of existing independently of the utilitarian aspects of a useful article. |
| Names | Weber, Jasmine |
| | Handmade Joy |

[◀ Previous]  [Next ▶]

Svitlana Manchester - New Milford, Connecticut

Exhibit 511 Page 5



# Copyright | Public Records System

Home    Recent Records    Recent Searches    Name Directory    Help

Home / Search / Detailed Record View

Keyword ▼   | jasmine weber    ✕ |  Search   Advanced Search                                    Share ➦

## Detailed Record View
Registration record VAU001512226
Copyright Catalog
Displaying 7 of 12 entries

◄ Previous    Next ►

Basket of Hearts Marshmallow Mug Hat and 8 Other Unpublished Works.                    Actions ⌄

| | |
|---|---|
| Registration Number / Date | VAU001512226 / 2023-09-05 |
| Type of Work | Visual Material |
| Title | Basket of Hearts Marshmallow Mug Hat and 8 Other Unpublished Works. |
| Application Title | Basket of Hearts Marshmallow Mug Hat and 8 Other Unpublished Works. |
| Contents | Basket of Hearts Marshmallow Mug Hat. |
| | Basket of Lucky Shamrocks Marshmallow Mug Hat. |
| | Basket of Carrots Marshmallow Mug Hat. |
| | Burnin Hot Love Hot Chocolate Marshmallow Mug Hat. |
| | Mother's Day Rose Marshmallow Mug Hat. |
| | Apple Cider Mug Marshmallow Mug Hat. |
| | Apple Cider Jug Marshmallow Mug Hat. |
| | Boo Ghost Marshmallow Mug Hat. |
| | Sunflower Vase Marshmallow Mug Hat. |
| Date of Creation | 2022 |
| Copyright Claimant | Jasmine Weber d.b.a. Handmade Joy. Address: PO Box 861, Crozet, VA, 22932. |
| Authorship on Application | Jasmine Weber Citizenship: United States. Authorship: 3 Dimensional Artwork. d.b.a. Handmade Joy; |
| Rights and Permissions | Jasmine Weber, PO Box 861, Crozet, VA, 22932, jlp_0707@hotmail.com |
| Material Excluded | excludes preexisting items (e.g., marshmallows, key, ribbons, and mug, etc.), claim extends to crocheted mug hats/toppers. |
| Description | Electronic file (eService) |
| Copyright Note | C.O. correspondence. |
| | Regarding group registration: A group of unpublished works may be registered in the same administrative class under 202.4(c) if the following requirements have been met: 1) All the works must be unpublished; 2) the group may include up to ten works; 3) a title must be provided for each work; 4) all the works must be created by the same author or the same joint authors; 5) the authorship claimed in each work must be the same; and 6) the author and claimant for each work must be the same person or organization. |
| | Regarding basis for registration: Pictorial, graphic, and sculptural features identified separately from and capable of existing independently of the utilitarian aspects of a useful article. |
| Names | Weber, Jasmine |
| | Handmade Joy |

◄ Previous    Next ►

Svitlana Manchester - New Milford, Connecticut



**Copyright** | Public Records System

Home    Recent Records    Recent Searches    Name Directory    Help

Home / Search / Detailed Record View

Keyword ▼    jasmine weber    Search    Advanced Search

Share ➦

## Detailed Record View
Registration record VAU001532962
Copyright Catalog
Displaying 8 of 12 entries

◄ Previous    Next ►

Actions ⌄

**Honey Pot Marshmallow Mug Hat and 9 Other Unpublished Works.**

| | |
|---|---|
| Registration Number / Date | VAU001532962 / 2024-04-30 |
| Type of Work | Visual Material |
| Title | Honey Pot Marshmallow Mug Hat and 9 Other Unpublished Works. |
| Application Title | Honey Pot Marshmallow Mug Hat and 9 Other Unpublished Works. |
| Contents | Honey Pot Marshmallow Mug Hat . |
| | Honeycomb Marshmallow Mug Hat. |
| | Bald Eagle Marshmallow Mug Hat. |
| | Strawberry Jam Marshmallow Mug Hat. |
| | Spring Snail Marshmallow Mug Hat. |
| | God Bless USA Marshmallow Mug Hat. |
| | Lemonade Marshmallow Mug Hat. |
| | Coffee Bean Cupcake Marshmallow Mug Hat. |
| | Beach Day Marshmallow Mug Hat. |
| | Graduation Bear Marshmallow Mug Hat. |
| Date of Creation | 2024 |
| Copyright Claimant | Jasmine Weber d.b.a. Handmade Joy. Address: PO Box 861, Crozet, VA, 22932. |
| Authorship on Application | Jasmine Weber Citizenship: United States. Authorship: 3 Dimensional Artwork. d.b.a. Handmade Joy; |
| Rights and Permissions | Jasmine Weber, jlp_0707@hotmail.com |
| Material Excluded | ribbon, mini honey dipper, tea candle, wooden American flag background, mini bucket, cotton flowers, Life Happens Coffee Helps mugs, sea shells, mini Adirondack chair, mini red stool. |
| Description | Electronic file (eService) |
| Copyright Note | C.O. correspondence. |
| | Regarding group registration: A group of unpublished works may be registered in the same administrative class under 202.4(c) if the following requirements have been met: 1) All the works must be unpublished; 2) the group may include up to ten works; 3) a title must be provided for each work; 4) all the works must be created by the same author or the same joint authors; 5) the authorship claimed in each work must be the same; and 6) the author and claimant for each work must be the same person or organization. |
| | Basis for Registration: Sculptural features identified separately from and capable of existing independently of the utilitarian aspects of a useful article. |
| Names | Weber, Jasmine |
| | Handmade Joy |

◄ Previous    Next ►

Svitlana Manchester - New Milford, Connecticut

Exhibit 511 Page 7



**Copyright** | Public Records System

Home   Recent Records   Recent Searches   Name Directory   Help

Home / Search / Detailed Record View

[Keyword ▾] [jasmine weber ⊗] [Search]   Advanced Search

Share ➤

## Detailed Record View
Registration record VAU001494284
Copyright Catalog
Displaying 10 of 12 entries

[◀ Previous] [Next ▶]

**Birthday Cupcake Marshmallow Mug Hat and 9 Other Unpublished Works.**

[Actions ▾]

| | |
|---|---|
| Registration Number / Date | VAU001494284 / 2023-02-26 |
| Type of Work | Visual Material |
| Title | Birthday Cupcake Marshmallow Mug Hat and 9 Other Unpublished Works. |
| Application Title | Birthday Cupcake Marshmallow Mug Hat and 9 Other Unpublished Works. |
| Contents | Birthday Cupcake Marshmallow Mug Hat. |
| | Turkey Marshmallow Mug Hat. |
| | Romantic Rose Marshmallow Mug Hat. |
| | Bumble Bee Cupcake Marshmallow Mug Hat. |
| | Mustache Mayocado Marshmallow Mug Hat. |
| | Snowman Marshmallow Mug Hat. |
| | PS Love U A Latte Marshmallow Mug Hat. |
| | Gingerbread Cupcake Marshmallow Mug Hat. |
| | Watermelon Marshmallow Mug Hat. |
| | Watermelon Cupcake Marshmallow Mug Hat. |
| Date of Creation | 2021 |
| Copyright Claimant | handmadejoy Weber. Address: PO Box 861, Crozet, VA, 22932, United States. |
| Authorship on Application | handmadejoy Weber (author of pseudonymous work); Domicile: United States; Citizenship: United States. Authorship: 3 Dimensional Artwork. |
| Rights and Permissions | Jasmine Weber, PO Box 773, Crozet, VA, 22932, United States, (717) 507-6164, jlp_0707@hotmail.com |
| Description | Electronic file (eService) |
| Copyright Note | Regarding group registration: A group of unpublished works may be registered in the same administrative class under 202.4(c) if the following requirements have been met: 1) All the works must be unpublished; 2) the group may include up to ten works; 3) a title must be provided for each work; 4) all the works must be created by the same author or the same joint authors; 5) the authorship claimed in each work must be the same; and 6) the author and claimant for each work must be the same person or organization. |
| | Basis for Registration: Pictorial and sculptural features identified separately from and capable of existing independently of the utilitarian aspects of a useful article. |
| Names | Weber, handmadejoy |

[◀ Previous] [Next ▶]

Svitlana Manchester - New Milford, Connecticut

← Back to search results





handmadejoy07

⚑ Report this item to Etsy

**Only 3 left and in 1 cart**

**$29.50**

Campfire Marshmallow Mug Hat, S'more Marshmallow Mug Hat, Marshmallow Mug Toppers, Camping, Summer Decor, Fall Decor, Tiered Tray Decor

HandmadeJoyByJ ✪ ★★★★★

Select a pattern
Smore ($14.95)
Campfire ($14.95)
✓ Campfire & Smore

**Add to cart**

✪ **Star Seller.** This seller consistently earned 5-star reviews, shipped on time, and replied quickly to any messages they received.

**Buy together, get free shipping**

Campfire Marshmallow Mug Hat, S'more ...
$14.95

Christmas Tree Marshmallow Mug Hat, Ch...
$18.95

Polar Bear Marshmallow Mug Hat, Christ...
$13.95

**Add 3 items to cart**

See more items →

**Item details** ⌃

**Highlights**

🧶 Made by **HandmadeJoyByJ**

🧶 Materials: premium yarn

Handmade Crochet S'more Marshmallow Mug Hat!

**2,241 reviews** ★★★★★

Reviews for this item  15      Reviews for this shop  2,241

Sort by: Suggested ▾

★★★★★
Tiffany Townley  Sep 18, 2022

Item quality  5 ★
Shipping  5 ★
Customer service  5 ★

★★★★★
elenam4141  May 14, 2022

Item quality  5 ★
Shipping  5 ★

★★★★★
Angel Wright-Phillips  Apr 13, 2022

Item quality  5 ★
Shipping  5 ★
Customer service  5 ★

Svitlana Manchester - New Milford, Connecticut


DEFENDANT'S EXHIBIT 512
3:24-cv-01412-KAD



✓ Arrives soon! Get it by Dec 18-28 if you order today

**Add to cart**

⚙ **Star Seller.** This seller consistently earned 5-star reviews, shipped on time, and replied quickly to any messages they received.

**Buy together, get free shipping**


This listing  Pig Marshmallow Mug Hat, Marshmallow ...
$13.95


Cow Marshmallow Mug Hat, Marshmallow...
$14.95


Christmas Tree Marshmallow Mug Hat, Ch...
$18.95

**Add 3 items to cart**

See more items →

⚑ Report this item to Etsy

## 2,241 reviews ★★★★★

Reviews for this item  9    Reviews for this shop  2,241

Sort by: Suggested ▾

★★★★★
Well made. Perfectly put together and amazingly adorable. I've received so many compliments. Will make all my crochet purchases here.
Purchased item: Pig Marshmallow Mug Hat / Farmhouse / Country Decor


Shannon McNutt  Jun 26, 2023

Item quality  5 ★
Shipping  5 ★

★★★★★
Love
Purchased item: Pig Marshmallow Mug Hat / Farmhouse / Country Decor
Kathryn Bunk  Apr 2, 2023

Item quality  5 ★
Shipping  5 ★

★★★★★
Adorable piggy mug hat, excellent quality and detailing, the bow on the side is a nice touch! Reminds me of Miss Piggy!;D Thank you Jasmine!🐷😄💕
Purchased item: Pig Marshmallow Mug Hat / Farmhouse / Country Decor
edna6sElia  May 10, 2022

### Item details

**Highlights**

🧶 Made by HandmadeJoyByJ

Handmade Crochet Pig Marshmallow Mug Hat!

Oink along with this cute farm animal hat for your

Learn more about this item

### Shipping and return policies

📅 Order today to get by Dec 18-28

↩ Returns & exchanges not accepted

♻ Cost to ship: $4.26
Enjoy free shipping to the US when you spend $35+ at this shop.

📍 Ships from: Crozet, VA


DEFENDANT'S EXHIBIT
513
3:24-cv-01412-KAD

 edna6sElia on Jul 7, 2022



★★★★★

Adorable black cat mug hat, very nicely made, great detailing! Especially love her expressive eyes and sweet bow!=) Thank you Jasmine for your service, care and timely shipping! 🐈🖤🎃💕

 Black Cat Marshmallow Mug Hat / Fall / Halloween Decor

Svitlana Manchester - New Milford, Connecticut


DEFENDANT'S EXHIBIT 514 3:24-cv-01412-KAD



**Add to cart**

**Star Seller.** This seller consistently earned 5-star reviews, shipped on time, and replied quickly to any messages they received.

**Buy together, get free shipping**


This listing    Cow Marshmallow Mug Hat, Marshmallow...
$14.95


Fa La La Latte Marshmallow Mug Hat, Pep...
$13.95


Christmas Tree Marshmallow Mug Hat, Ch...
$18.95

**Add 3 items to cart**

See more items →

**Item details**

**Highlights**

🤚 Made by HandmadeJoyByJ

Handmade Crochet Cow Marshmallow Mug Hat!

Mooo along with this cute farm animal hat for your

**Learn more about this item**

**Shipping and return policies**

📅 Order today to get by Dec 18-23

🔄 Returns & exchanges not accepted

💲 Cost to ship: $4.26

Enjoy free shipping to the US when you spend $35+ at this shop.

📍 Ships from: Crozet, VA

⚐ Report this item to Etsy

2,236 reviews ★★★★★

Reviews for this item  12      Reviews for this shop  2,236

Sort by: Suggested ▼

★★★★★
**This is so darn cute**
Purchased item: Cow Marshmallow Mug Hat / Farmhouse / Country Decor
🟢 Barbara Kreider   Aug 19, 2023

★★★★★
**My kids love this cow hat!**
Purchased item: Cow Marshmallow Mug Hat / Farmhouse / Country Decor
🟠 Christine   Jun 15, 2023

★★★★★
Item quality  5 ★
Shipping  5 ★
**Love**
Purchased item: Cow Marshmallow Mug Hat / Farmhouse / Country Decor
🟠 Kathryn Bunk   Apr 2, 2023

★★★★★
Adorable cow mug hat, excellent quality and detailing, the bow on the side is a nice touch! Love those eyes and little horns!=D Jasmine's shop is lovely! 🥰😋💕
Purchased item: Cow Marshmallow Mug Hat / Farmhouse / Country Decor
🟣 ednaGsElia   May 10, 2022

Svitlana Manchester - New Milford, Connecticut

DEFENDANT'S EXHIBIT
515
3:24-cv-01412-KAD



**2,236 reviews** ★★★★★

Reviews for this item  12        Reviews for this shop  2,236

Sort by: Suggested ▼

★★★★★
**This is so darn cute**
Purchased item: Cow Marshmallow Mug Hat / Farmhouse / Country Decor
Barbara Kreider   Aug 19, 2023

★★★★★
**My kids love this cow hat!**
Purchased item: Cow Marshmallow Mug Hat / Farmhouse / Country Decor
Christine   Jun 15, 2023

★★★★★                                                    Item quality  5 ★
**Love**                                                  Shipping  5 ★
Purchased item: Cow Marshmallow Mug Hat / Farmhouse / Country Decor
Kathryn Bunk   Apr 2, 2023

★★★★★
Adorable cow mug hat, excellent quality and detailing, the bow on the side is a nice touch! Love those
eyes and little horns!=D Jasmine's shop is lovely! 🤩 💜 💕
Purchased item: Cow Marshmallow Mug Hat / Farmhouse / Country Decor
edna6sElia   May 10, 2022

⚑ Report this item to Etsy

---

**Add to cart**

✦ **Star Seller.** This seller consistently earned 5-star reviews,
shipped on time, and replied quickly to any messages they
received.

**Buy together, get free shipping**

 This listing   Cow Marshmallow Mug Hat, Marshmallow...
$14.95

   Fa La La Latte Marshmallow Mug Hat, Pep...
$13.95

   Christmas Tree Marshmallow Mug Hat, Ch...
$18.95

**Add 3 items to cart**

See more items  →

**Item details** ⌃

Highlights

👐 Made by **HandmadeJoyByJ**

Handmade Crochet Cow Marshmallow Mug Hat!

Mooo along with this cute farm animal hat for your

**Learn more about this item**

**Shipping and return policies** ⌃

📅 Order today to get by **Dec 18-23**

🔁 **Returns & exchanges not accepted**

💰 Cost to ship: **$4.26**
   Enjoy free shipping to the US when you spend $35+
   at this shop.

📍 Ships from: **Crozet, VA**

DEFENDANT'S
EXHIBIT
**516**
3:24-cv-01412-KAD

**Exhibit 516 Page 02**



Report this item to Etsy

2,241 reviews ★★★★★

Reviews for this item  9    Reviews for this shop  2,241

Sort by: Suggested ▾

★★★★★                                          Item quality  5 ★
Well made. Perfectly put together and amazingly adorable. I've    Shipping  5 ★
received so many compliments. Will make all my crochet
purchases here.
Purchased item: Pig Marshmallow Mug Hat / Farmhouse / Country Decor

Shannon McNutt   Jun 26, 2023

★★★★★                                          Item quality  5 ★
Love                                            Shipping  5 ★
Purchased item: Pig Marshmallow Mug Hat / Farmhouse / Country Decor
Kathryn Bunk   Apr 2, 2023

★★★★★
Adorable piggy mug hat, excellent quality and detailing, the bow on the side is a nice touch! Reminds
me of Miss Piggy!;D Thank you Jasmine!🐷😊💕
Purchased item: Pig Marshmallow Mug Hat / Farmhouse / Country Decor
ednaGsElia   May 10, 2022

✓ Arrives soon! Get it by Dec 18-28 if you order today

**Add to cart**

✦ Star Seller. This seller consistently earned 5-star reviews,
shipped on time, and replied quickly to any messages they
received.

**Buy together, get free shipping**

| | Pig Marshmallow Mug Hat, Marshmallow ... |
| This listing | $13.95 |

| | Cow Marshmallow Mug Hat, Marshmallow... |
| | $14.95 |

| | Christmas Tree Marshmallow Mug Hat, Ch... |
| | $18.95 |

**Add 3 items to cart**

See more items  →

**Item details** ⌃

Highlights

🧶 Made by HandmadeJoyByJ

Handmade Crochet Pig Marshmallow Mug Hat!

Oink along with this cute farm animal hat for your

**Learn more about this item**

**Shipping and return policies** ⌃

📅 Order today to get by Dec 18-28

↩ Returns & exchanges not accepted

🏷 Cost to ship: $4.26
Enjoy free shipping to the US when you spend $35+
at this shop.

📍 Ships from: Crozet, VA

Svitlana Manchester - New Milford, Connecticut

**Exhibit 516 Page 03**

 <u>athenodite</u> on Mar 7, 2022

★★★★★

Such a cute hat! Love that you can even rearrange the cherries if you want!

 Bowl of Cherries Marshmallow Mug Hat

 <u>athenodite</u> on Mar 7, 2022

★★★★★

Very well made and great communication!

 Bowl of Lemons Marshmallow Mug Hat

 <u>athenodite</u> on Mar 7, 2022

★★★★★

So adorable and unique! Love it!

 Basket of Lucky Shamrocks Marshmallow Mug Hat

 <u>Joan</u> on Mar 5, 2022

★★★★★

Absolutely adorable, just as pictured!

 Spring Chick Marshmallow Mug Hat/ Easter Decor

Svitlana Manchester - New Milford, Connecticut

**Exhibit 516 Page 04**

 <u>Marilyn</u> on May 2, 2022

★★★★★

I would order again

 Patriotic A Latte / American Cupcake Marshmallow Mug Hat / Independence Day / 4th of July Decor

 <u>Marilyn</u> on May 2, 2022

★★★★★

I'd order from this seller again. Item came as pictured.

 Patriotic A Latte / American Cupcake Marshmallow Mug Hat / Independence Day / 4th of July Decor

 <u>Marilyn</u> on May 2, 2022

★★★★★

Product came as pictured. Received quickly.

 Patriotic A Latte / American Cupcake Marshmallow Mug Hat / Independence Day / 4th of July Decor

Svitlana Manchester - New Milford, Connecticut

← Back to search results






Report this item to Etsy

**Low in stock, only 2 left**
**$12.95+**

Strawberry Marshmallow Mug Hats, Marshmallow Mug Toppers, Fruit Decor, Spring Decor, Summer Decor

HandmadeJoyByJ ★★★★★

✓ Arrives soon! Get it by Dec 14-23 if you order today

Style *

| ✓ Select a style |
| Strawberry ($12.95) |
| Strawberry Cupcake ($13.95) |
| Strawberry & Cupcake [Sold out] |

⊛ **Star Seller.** This seller consistently earned 5-star reviews, shipped on time, and replied quickly to any messages they received.

**Buy together, get free shipping**


This listing    Strawberry Marshmallow Mug Hats, Mars...    $12.95


Strawberry Jam Marshmallow Mug Hat, S...    $15.95


Christmas Tree Marshmallow Mug Hat, Ch...    $18.95

Add 3 items to cart

See more items →

**Item details**                                          ⌃

**Highlights**

🤚 Made by **HandmadeJoyByJ**

Handmade Crochet Strawberry Marshmallow Mug Hats!

Learn more about this item

2,236 reviews ★★★★★

Reviews for this item  16      Reviews for this shop   2,236

Sort by: Suggested ▾

★★★★★
Juanita Reardon  Jul 25, 2023                Item quality  5 ★
                                             Shipping  5 ★

★★★★★
sabrsulam  Feb 25, 2023                      Item quality  5 ★
                                             Shipping  5 ★
                                             Customer service  5 ★

★★★★★
xstitchinglover  Apr 7, 2022                 Item quality  5 ★
                                             Shipping  5 ★

★★★★★
Jennifer Cata  Apr 5, 2022                   Item quality  5 ★
                                             Shipping  5 ★

Svitlana Manchester - New Milford, Connecticut

**Exhibit 516 Page 06**





Report this item to Etsy

**$13.95**

Pretty Pansy Marshmallow Mug Hat, Marshmallow Mug Topper, Floral, Garden, Spring, Summer, Tiered Tray Decor

HandmadeJoyByJ ⭐⭐⭐⭐⭐

✓ Arrives soon! Get it by Dec 14-26 if you order today

**Add to cart**

**Star Seller.** This seller consistently earned 5-star reviews, shipped on time, and replied quickly to any messages they received.

**Buy together, get free shipping**


This listing
Pretty Pansy Marshmallow Mug Hat, Mars...
$13.95



Basket of Hearts Marshmallow Mug Hat, ...
$16.95


Lemon Meringue & Blueberry Tart Marsh...
$13.95

**Add 3 items to cart**

See more items →

**2,236 reviews** ★★★★★

Reviews for this item  11     Reviews for this shop  2,236

Sort by: Suggested ▾

★★★★★
Adorable Hats!! I Love them!!
Purchased item: Pretty Pansy Marshmallow Mug Hat / Flower / Spring Decor
Cathy Nurkala   Apr 5, 2022

★★★★★                                                    Item quality  5 ★
Another great purchase! This bundle of hats is adorable! This       Shipping  5 ★
seller is very talented in making them! Thank you for the extra
gift:)
Purchased item: Pretty Pansy Marshmallow Mug Hat / Flower / Spring Decor
achristie4   Mar 21, 2022

★★★★★                                                    Item quality  5 ★
                                                          Shipping  5 ★
Purchased item: Pretty Pansy Marshmallow Mug Hat / Flower / Spring Decor
Jane   Apr 27, 2022

**Item details** ⌃

Highlights

✋ Made by HandmadeJoyByJ

Handmade Crochet Pretty Pansy Marshmallow Mug Hat!

Learn more about this item

**Shipping and return policies** ⌃

📅 Order today to get by Dec 14-26

Svitlana Manchester - New Milford, Connecticut

Exhibit 516 Page 07



**Low in stock, only 3 left**

**$12.95+**

Scarecrow Marshmallow Mug Hat, Crow Marshmallow Mug Hat, Marshmallow Mug Toppers, Autumn, Fall, Harvest Decor, Tiered Tray Decor

HandmadeJoyByJ ★★★★★

✓ Arrives soon! Get it by Dec 14-23 if you order today

Style *

| Select a style ▼ |
| --- |

**Add to cart**

⭐ **Star Seller.** This seller consistently earned 5-star reviews, shipped on time, and replied quickly to any messages they received.

**Buy together, get free shipping**

This listing — Scarecrow Marshmallow Mug Hat, Crow ... $12.95

Christmas Tree Marshmallow Mug Hat, Ch... $18.95

Polar Bear Marshmallow Mug Hat, Christ... $13.95

**Add 3 items to cart**

See more items →

⚑ Report this item to Etsy

2,236 reviews ★★★★★

Reviews for this item  13        Reviews for this shop  2,236

Sort by: Suggested ▼

Item quality  5 ★
Shipping  5 ★

★★★★★

mrsnrd06  Aug 23, 2022

← 1 2 3 ④ →

Svitlana Manchester - New Milford, Connecticut

**Exhibit 516 Page 08**

 edna6sElia on Jul 7, 2022



★★★★★
Adorable black cat mug hat, very nicely made, great detailing! Especially love her expressive eyes and sweet bow!=) Thank you Jasmine for your service, care and timely shipping! 🐈‍⬛⬛🎃🐾💕

Black Cat Marshmallow Mug Hat / Fall / Halloween Decor

Svitlana Manchester - New Milford, Connecticut

**Exhibit 516 Page 09**

← Back to search results





**Low in stock, only 1 left**

**$12.95**

Rustic Love Marshmallow Mug Hat, Marshmallow Mug Topper, Everyday, Valentine's Day Decor, Tiered Tray Decor

HandmadeJoyByJ  ★★★★★

✓ Arrives soon! Get it by Dec 14-26 if you order today

**Add to cart**

⚡ **Star Seller.** This seller consistently earned 5-star reviews, shipped on time, and replied quickly to any messages they received.

**Buy together, get free shipping**

 Rustic Love Marshmallow Mug Hat, Marsh...
$12.95

 Love Potion Marshmallow Mug Hat, Marsh...
$14.95

 Henrietta Chicken Hen Marshmallow Mug...
$14.95

**Add 3 items to cart**

See more items →

⚑ Report this item to Etsy

**2,236 reviews** ★★★★★

Reviews for this item   5       Reviews for this shop   2,236

Sort by: Suggested ⌄

★★★★★                                            Item quality  5 ★
                                                 Shipping      5 ★
Purchased item: Rustic Love Marshmallow Mug Hat / Everyday / Valentine's Day ...
🌎 Marilyn Opicka Litts   Jan 25, 2023

←   1   ②   →

**Item details** ⌃

**Highlights**

✋ Made by **HandmadeJoyByJ**

Handmade Crochet Classic Love Pom Pom Marshmallow Mug Hat!

Svitlana Manchester - New Milford, Connecticut

Exhibit 516 Page 10

← Back to search results






handmadejoy07

⚐ Report this item to Etsy

**Low in stock, only 1 left**

**$14.95**

Henrietta Chicken Hen Marshmallow Mug Hat, Marshmallow Mug Topper, Spring Decor, Farm Animal, Farmhouse, Tiered Tray Decor

HandmadeJoyByJ ⭐ ★★★★★

✓ Arrives soon! Get it by Dec 14-23 if you order today

[ Add to cart ]

✿ **Star Seller.** This seller consistently earned 5-star reviews, shipped on time, and replied quickly to any messages they received.

**Buy together, get free shipping**

  This listing   Henrietta Chicken Hen Marshmallow Mug...
$14.95

   Spring Chick Marshmallow Mug Hat, Mars...
$12.95

   Cow Marshmallow Mug Hat, Marshmallow...
$14.95

[ Add 3 items to cart ]

See more items →

**Item details** ⌃

**Highlights**

🧶 Made by HandmadeJoyByJ

Handmade Crochet Farmhouse Henrietta Chicken Hen Marshmallow Mug Hat!

Learn more about this item

**2,236 reviews** ★★★★★

Reviews for this item  28     Reviews for this shop  2,236

Sort by: Suggested ▼

★★★★★
Absolutely adorable!! I have already received many compliments!!
Purchased item: Henrietta Chicken Hen Marshmallow Mug Hat / Spring Decor / Farmhouse
🌎 Susan Kaiser   Apr 5, 2022

★★★★★
Adorable chicken! Looks great with my other farmhouse decor. Love Jasmine and her shop!
Purchased item: Henrietta Chicken Hen Marshmallow Mug Hat / Spring Decor /...
🌎 Diane Pierce   Mar 16, 2022

Item quality  5 ★
Shipping  5 ★
Customer service  5 ★

Svitlana Manchester - New Milford, Connecticut



Only 1 left and in 1 cart

**$12.95**

Jack O' Lantern Marshmallow Mug Hat, Marshmallow Mug Topper, Fall Decor, Halloween, Tiered Tray Decor

HandmadeJoyByJ ⭐ ★★★★★

✓ Arrives soon! Get it by Dec 14-23 if you order today

**Add to cart**

✦ **Star Seller.** This seller consistently earned 5-star reviews, shipped on time, and replied quickly to any messages they received.

**Buy together, get free shipping**


This listing  Jack O' Lantern Marshmallow Mug Hat, M...
$12.95


Christmas Tree Marshmallow Mug Hat, Ch...
$18.95


Polar Bear Marshmallow Mug Hat, Christ...
$13.95

**Add 3 items to cart**

See more items →

Report this item to Etsy

2,236 reviews ★★★★★

Reviews for this item  25    Reviews for this shop  2,236

Sort by: Suggested ▾

★★★★★
Item quality  5 ★
Shipping  5 ★

Purchased item: Jack O'Lantern Marshmallow Mug Hat / Fall Decor
● sabrsulam  Jul 8, 2022

← 3  4  5  6  (7)  →

**Item details** ▴

Highlights

🖐 Made by HandmadeJoyByJ

▣ Materials: yarn

Handmade Crochet Jack-O'-Lantern Marshmallow Mug Hat!

Learn more about this item

Photos from reviews

   

Exhibit 516 Page 12

← Back to search results



handmadejoyQ7

⚑ Report this item to Etsy

**2,241 reviews** ★★★★★

Reviews for this item  15     Reviews for this shop  2,241

Sort by: Suggested ▾

★★★★★
● Tiffany Townley  Sep 18, 2022

Item quality  5 ★
Shipping  5 ★
Customer service  5 ★

★★★★★
● elenam4141  May 14, 2022

Item quality  5 ★
Shipping  5 ★

★★★★★
● Angel Wright-Phillips  Apr 13, 2022

Item quality  5 ★
Shipping  5 ★
Customer service  5 ★

---

**Only 3 left and in 1 cart**

**$29.50**

Campfire Marshmallow Mug Hat, S'more Marshmallow Mug Hat, Marshmallow Mug Toppers, Camping, Summer Decor, Fall Decor, Tiered Tray Decor

HandmadeJoyByJ  ⊘  ★★★★★

Select a pattern
Smore ($14.95)
Campfire ($14.95)
✓ Campfire & Smore

[ Add to cart ]

✦ **Star Seller.** This seller consistently earned 5-star reviews, shipped on time, and replied quickly to any messages they received.

**Buy together, get free shipping**

This listing  Campfire Marshmallow Mug Hat, S'more ...
$14.95

Christmas Tree Marshmallow Mug Hat, Ch...
$18.95

Polar Bear Marshmallow Mug Hat, Christ...
$13.95

[ Add 3 items to cart ]

See more items →

**Item details** ∧

**Highlights**

🧶 Made by **HandmadeJoyByJ**

◎ Materials: premium yarn

Handmade Crochet S'more Marshmallow Mug Hat!

Svitlana Manchester - New Milford, Connecticut

**Exhibit 516 Page 13**

**Reviews**

Average item review ★★★★★ (2241)

Sort by: Suggested ▾



[edna6sElia](#) on Jun 20, 2022



★★★★★

Darling lattice cherry pie mug hat, excellent quality and stitching! Great detailing- especially love the cherry on top!=) Thank you Jasmine! 🍒 🍮 ❤️

Classic Lattice Cherry Pie Marshmallow Mug Hat / Fruit / Summer Decor

Exhibit 516 Page 14



**Low in stock, only 2 left**

**$13.95+**

Football Touchdown Marshmallow Mug Hats, Marshmallow Mug Toppers, Team Sports Decor, Tiered Tray Decor

HandmadeJoyByJ ⭐ ★★★★★

✓ Arrives soon! Get it by Dec 17-26 if you order today

Style ★

| ✓ Select a style |
| Football [Sold out] |
| Touchdown ($13.95) |
| Football & Touchdown ($24.50) |

**Star Seller.** This seller consistently earned 5-star reviews, shipped on time, and replied quickly to any messages they received.

**Buy together, get free shipping**

Football Touchdown Marshmallow Mug H...
$10.95

Snowman Marshmallow Mug Hat, Marshm...
$13.95

Nativity Marshmallow Mug Hat, Marshmall...
$16.95

Add 3 items to cart

See more items →

**Item details**

**Highlights**

✋ Made by HandmadeJoyByJ

⚑ Report this item to Etsy

2,241 reviews ★★★★★

Reviews for this item  38    Reviews for this shop  2,241

Sort by: Suggested ▾

★★★★★
🔵 toaddy70  Sep 6, 2022

| Item quality | 5 ★ |
| Shipping | 5 ★ |
| Customer service | 5 ★ |

★★★★★
🔵 toaddy70  Sep 1, 2022

| Item quality | 5 ★ |
| Shipping | 5 ★ |
| Customer service | 5 ★ |

Svitlana Manchester - New Milford, Connecticut

Exhibit 516 Page 15

← Back to search results





⚐ Report this item to Etsy

**2,236 reviews** ★★★★★

Reviews for this item   20     Reviews for this shop   2,236

Sort by: Suggested ▾

★★★★★
So adorable and unique! Love it!
Purchased item: Basket of Lucky Shamrocks Marshmallow Mug Hat
🍀 athenodite   Mar 7, 2022

★★★★★                                                    Item quality  5 ★
Purchased item: Basket of Lucky Shamrocks Marshmallow Mug Hat / St. Patrick'...     Shipping  5 ★
👤 Jackie Camden   Mar 11, 2023

★★★★★                                                    Item quality  5 ★
Purchased item: Basket of Lucky Shamrocks Marshmallow Mug Hat / St. Patrick'...     Shipping  5 ★
👤 swishmeyer   Mar 7, 2023                              Customer service  5 ★

**Low in stock, only 1 left**

**$15.95**

Basket of Lucky Shamrocks Marshmallow Mug Hat, Marshmallow Mug Topper, St. Patrick's Day Decor, Tiered Tray Decor

HandmadeJoyByJ ⊘ ★★★★★

✓ **Arrives soon!** Get it by Dec 14-23 if you order today

**Add to cart**

⁘ **Star Seller.** This seller consistently earned 5-star reviews, shipped on time, and replied quickly to any messages they received.

**Buy together, get free shipping**


Basket of Lucky Shamrocks Marshmallow ...
$15.95


Pot of Gold Cupcake Marshmallow Mug H...
$13.95


Christmas Tree Marshmallow Mug Hat, Ch...
$18.95

**Add 3 items to cart**

See more items  →

Item details  ▲

**Highlights**

👐 Made by HandmadeJoyByJ
🧶 Materials: premium yarn

Handmade Crochet Basket of Lucky Shamrocks Marshmallow Mug Hat!

Learn more about this item

Svitlana Manchester - New Milford, Connecticut



← Back to search results

**Only 1 left and in 1 cart**

**$16.95**

Basket of Carrots Marshmallow Mug Hat, Marshmallow Mug Topper, Crochet Hat, Spring Decor, Easter, Kitchen Decor, Tiered Tray Decor

HandmadeJoyByJ ⭐ ★★★★★

✓ Arrives soon! Get it by Dec 18-26 if you order today

**Add to cart**

⚙ **Star Seller.** This seller consistently earned 5-star reviews, shipped on time, and replied quickly to any messages they received.

**Buy together, get free shipping**

This listing — Basket of Carrots Marshmallow Mug Hat, ...
$16.95

— Christmas Tree Marshmallow Mug Hat, Ch...
$18.95

**Add both to cart**

See more items →

**Item details** ⌃

Highlights

🖐 Made by HandmadeJoyByJ

🧶 Materials: premium yarn

Handmade Crochet Basket of Carrots Marshmallow Mug Hat!

Learn more about this item

**Shipping and return policies** ⌃

📅 Order today to get by Dec 18-26

—

Report this item to Etsy

**2,236 reviews** ★★★★★

Reviews for this item  18    Reviews for this shop  2,236

Sort by: Suggested ▾

★★★★★    Item quality  5 ★
Super fast shipping. It's so adorable for Easter. Thank you.    Shipping  5 ★
Purchased item: Basket of Carrots Marshmallow Mug Hat
🦋 Marlene  Feb 27, 2022

★★★★★    Item quality  5 ★
Purchased item: Basket of Carrots Marshmallow Mug Hat / Spring Decor    Shipping  5 ★
👤 swishmeyer  Mar 7, 2023    Customer service  5 ★

‹  1  2  3  4  ⑤  ›

Svitlana Manchester - New Milford, Connecticut

Exhibit 516 Page 17

← Back to search results







Report this item to Etsy

**Only 1 left and in 2 carts**

**$14.95**

Burnin' Hot Chocolate Love Marshmallow Mug Hat, Marshmallow Mug Topper, Love, Valentine's Day Decor

HandmadeJoyByJ  ★★★★★

✓ Arrives soon! Get it by Dec 18-26 if you order today

**Add to cart**

⚙ **Star Seller.** This seller consistently earned 5-star reviews, shipped on time, and replied quickly to any messages they received.

**Buy together, get free shipping**

 This listing | Burnin' Hot Chocolate Love Marshmallow ... $14.95

 Basket of Hearts Marshmallow Mug Hat, ... $16.95

 Polar Bear Marshmallow Mug Hat, Christ... $13.95

**Add 3 items to cart**

See more items →

**Item details**  ⌄

Highlights

🧶 Made by HandmadeJoyByJ

Handmade Crochet Burnin' Hot Chocolate Love Marshmallow Mug Hat!

Learn more about this item

**Shipping and return policies**  ⌄

---

**2,236 reviews** ★★★★★

Reviews for this item  18   Reviews for this shop  2,236

Sort by: Suggested ⌄

★★★★★
Wonderful Valentine's hat, excellent quality and detailing! Unique, love the two little marshmallows on top- very sweet!=D Highly recommend this shop! 😊 💕💕
Purchased item: Burnin' Hot Chocolate Love Marshmallow Mug Hat / Love / Valentine's Day Decor
👤 edna6sElia   May 2, 2022

★★★★★                                                    ✓ Recommends this item
Purchased item: Burnin' Hot Chocolate Love Marshmallow Mug Hat, Marshmallo...
👤 Elsie Echevarria   Apr 1, 2024

← 1 2 3 4 ⑤ →

96 of 128

Svitlana Manchester - New Milford, Connecticut

Exhibit 516 Page 18

← Back to search results







⚐ Report this item to Etsy

**Low in stock, only 1 left**

**$16.95**

Happy Mother's Day Marshmallow Mug Hat, Mug Topper, Gift for Mom, Flowers for Mom, Rose, Tiered Tray Decor

HandmadeJoyByJ  ⊙  ★★★★★

✓ Arrives soon! Get it by Dec 18-26 if you order today

**Add to cart**

⚙ **Star Seller.** This seller consistently earned 5-star reviews, shipped on time, and replied quickly to any messages they received.

**Buy together, get free shipping**

  Happy Mother's Day Marshmallow Mug H...
$16.95

  Christmas Tree Marshmallow Mug Hat, Ch...
$18.95

**Add both to cart**

See more items →

**Item details** ⌃

**Highlights**

✋ Made by **HandmadeJoyByJ**

Handmade Crochet Happy Mother's Day Marshmallow Mug Hat!

2,236 reviews ★★★★★

Reviews for this item   25        Reviews for this shop   2,236

Sort by: Suggested ▾

★★★★★

Purchased item: Happy Mother's Day Marshmallow Mug Hat / Rose Decor

🟢 Vickie  Mar 31, 2022

Item quality  5 ★
Shipping      5 ★

Learn more about this item

← 3  4  5  6  ⑦  →

**Shipping and return policies** ⌃

📅 Order today to get by Dec 18-26

🔁 Returns & exchanges not accepted

**Photos from reviews**

      

Svitlana Manchester - New Milford, Connecticut

Exhibit 516 Page 19



Report this item to Etsy

**Only 3 left and in 1 cart**

**$13.95+**

Apple Cider Marshmallow Mug Hats, Marshmallow Mug Toppers, Fall Decor, Fruit, Crochet Hat, Drink Mug Hats, Tiered Tray Decor

HandmadeJoyByJ ⭐⭐⭐⭐⭐

✓ Arrives soon! Get it by Dec 14-26 if you order today

Style *

- ✓ Select a style
- Apple Cider Jug ($14.95)
- Apple Cider Mug ($13.95)
- Apple Jug & Mug ($28.50)

⭐ **Star Seller.** This seller consistently earned 5-star reviews, shipped on time, and replied quickly to any messages they received.

**Buy together, get free shipping**

 This listing — Apple Cider Marshmallow Mug Hats, Mars... $13.95

 Basket of Apples Marshmallow Mug Hat, ... $16.95

 Christmas Tree Marshmallow Mug Hat, Ch... $18.95

Add 3 items to cart

See more items →

**Item details** ⌃

**Highlights**

🧶 Made by HandmadeJoyByJ

Handmade Crochet Apple Cider Marshmallow Mug Hats!

---

**2,236 reviews** ⭐⭐⭐⭐⭐

Reviews for this item  33     Reviews for this shop  2,236

Sort by: Suggested ▼

⭐⭐⭐⭐⭐                              Item quality  5 ★

🔷 Vickie  Sep 19, 2022                Shipping  5 ★

← 5  6  7  8  ⑨ →

**Photos from reviews**

       →

Svitlana Manchester - New Milford, Connecticut

**Exhibit 516 Page 20**

← Back to search results







handmadejoy

⚑ Report this item to Etsy

**2,241 reviews** ★★★★★

Reviews for this item  45    Reviews for this shop  2,241

Sort by: Suggested ▾

★★★★★

🔷 courtney gibson   Oct 8, 2022

Item quality  5 ★
Shipping  5 ★
Customer service  5 ★

**Only 2 left and in 2 carts**

**$10.95+**

Ghost Marshmallow Mug Hats, Fall Marshmallow Mug Toppers, Halloween Decor, Spooky Season, Tiered Tray Decor

HandmadeJoyByJ ⬤ ★★★★★

✓ Arrives soon! Get it by Dec 18-28 if you order today

Style *

| ✓ Select a style |
|---|
| Boo Ghost ($14.95) |
| Pom Pom Ghost ($10.95) |

Add to cart

✿ **Star Seller.** This seller consistently earned 5-star reviews, shipped on time, and replied quickly to any messages they received.

**Buy together, get free shipping**


This listing    Ghost Marshmallow Mug Hats, Fall Marsh...
$10.95


Pumpkin Pie Marshmallow Mug Hat, Mars...
$12.95


Christmas Tree Marshmallow Mug Hat, Ch...
$18.95

Add 3 items to cart

See more items →

Svitlana Manchester - New Milford, Connecticut

**Exhibit 516 Page 21**



<u>Kim</u> on Aug 22, 2022





Absolutely adorable! Love the creativity.

 Sunflower Marshmallow Mug Hat / Spring / Summer Decor



<u>hollyjp318</u> on Aug 21, 2022



So cute! I love both of them. Thank you!

 Black Cat Marshmallow Mug Hat / Fall / Halloween Decor

Svitlana Manchester - New Milford, Connecticut

Exhibit 516 Page 22



Report this item to Etsy

**$15.95+**

Honey Pot Marshmallow Mug Hat, Honeycomb
Marshmallow Mug Hat, Marshmallow Mug Toppers, Bee
Decor, Spring Decor, Summer, Tiered Tray Decor

HandmadeJoyByJ ★★★★★

✓ Arrives soon! Get it by Dec 19-26 if you order today

Style *


✓ Select a style
Honey Pot ($15.95)
Honeycomb ($15.95)
Pot & Honeycomb ($31.50)

**Star Seller.** This seller consistently earned 5-star reviews,
shipped on time, and replied quickly to any messages they
received.

**Buy together, get free shipping**


Honey Pot Marshmallow Mug Hat, Honeyc...
$15.95


Happy Easter Marshmallow Mug Hat, Mar...
$13.95

Merry Christmas Reindeer Marshmallow ...
$13.95

Add 3 items to cart

See more items →

**2,241 reviews** ★★★★★

Reviews for this item  15     Reviews for this shop  2,241

Sort by: Suggested ▾

★★★★★
Well made and absolutely beautiful!

✓ Recommends this item

Item quality  5 ★
Emily  Mar 13, 2024              Shipping  5 ★

★★★★★
Love my bee hat didn't take a pic cause i don't have my bee
collection out yet until summer but this is so freaking cute thank
you!

Item quality  5 ★
Shipping  5 ★
Customer service  5 ★


Mirella Sanchez  Mar 13, 2024

**Item details** ⌃

**Highlights**

🐝 Made by HandmadeJoyByJ

🧶 Materials: yarn, mini bee

Handmade Crochet Honey Pot and Honeycomb
Marshmallow Mug Hats!

Svitlana Manchester - New Milford, Connecticut

**Exhibit 516 Page 23**

 <u>Kristi</u> on Apr 6, 2024

★★★★★

So darn cute, I love it 😍! Even cuter in person! Creative, unique, and fun! Quality is excellent and made with perfection, always. Love this shop and very highly recommend it!

 Bald Eagle Marshmallow Mug Hat, American Flag Marshmallow Mug Topper, 4th of July Decor, Tiered Tray Decor

Svitlana Manchester - New Milford, Connecticut

Exhibit 516 Page 24



← Back to search results

**Low in stock, only 1 left**

**$15.95**

Strawberry Jam Marshmallow Mug Hat, Summer Marshmallow Mug Topper, Summer Decor, Tiered Tray Decor

HandmadeJoyByJ ⊘ ★★★★★

✔ Arrives soon! Get it by Dec 18-23 if you order today

**Add to cart**

**Star Seller.** This seller consistently earned 5-star reviews, shipped on time, and replied quickly to any messages they received.

**Buy together, get free shipping**

Strawberry Jam Marshmallow Mug Hat, S... $15.95

Strawberry Marshmallow Mug Hats, Mars... $12.95

Bunny Garden Marshmallow Mug Hat, Ma... $14.95

**Add 3 items to cart**

See more items →

Report this item to Etsy

**2,236 reviews** ★★★★★

Reviews for this item  6        Reviews for this shop  2,236

Sort by: Suggested ▾

**Item details** ⌃

★★★★★

Just love my strawberry jam mug hat. Really cute, strawberry jam is my favorite!!! It is very nicely made, and arrived very quickly. Thanx!!! 😊

Purchased item: Strawberry Jam Marshmallow Mug Hat, Summer Marshmallow...
🟢 Julie Ames   Mar 25, 2024

✓ Recommends this item
Item quality 5 ★
Shipping 5 ★
Customer service 5 ★

**Highlights**

🤲 Made by HandmadeJoyByJ

Handmade Crochet Strawberry Jam Marshmallow Mug Hats!

★★★★★

Such a sweet little strawberry jam hat! Love that you even get a little spoon!

Purchased item: Strawberry Jam Marshmallow Mug Hat, Summer Marshmallow...
🟢 athenodite   Mar 21, 2024

✓ Recommends this item
Item quality 5 ★
Shipping 5 ★
Customer service 5 ★

Learn more about this item

**Shipping and return policies** ⌃

Svitlana Manchester - New Milford, Connecticut

Exhibit 516 Page 25



← Back to search results

handmadejoy

⚐ Report this item to Etsy

**2,236 reviews** ★★★★★

Reviews for this item  6    Reviews for this shop  2,236

Sort by: Suggested ⌄

★★★★★                                          ✓ Recommends this item
Just love my spring snail mug hat. So cute, the little snail is so                   Item quality    5 ★
adorable!!! It is very nicely made, and arrived very quickly. Thanx!!!                Shipping        5 ★
😄 🐌                                                                Customer service 5 ★
Purchased item: Spring Snail Marshmallow Mug Hat, Marshmallow Mug Topper,...
🟠 Julie Ames  Mar 25, 2024

★★★★★
This little crocheted snail hat is so well crafted. It is so adorable. I               Item quality    5 ★
cannot wait to display it. I will be ordering again. Thank you.                        Shipping        5 ★
                                                                    Customer service 5 ★
Purchased item: Spring Snail Marshmallow Mug Hat, Marshmallow Mug Topper,...
🔵 Katherine Gaudet  Mar 19, 2024

**Only 1 left and in 1 cart**
## $15.95
Spring Snail Marshmallow Mug Hat, Marshmallow Mug Topper, Spring Decor, Summer Decor, Garden Decor, Tiered Tray Decor
HandmadeJoyByJ ⊘ ★★★★★

✓ Arrives soon! Get it by Dec 18-26 if you order today

[ Add to cart ]

✿ **Star Seller.** This seller consistently earned 5-star reviews, shipped on time, and replied quickly to any messages they received.

### Buy together, get free shipping

Spring Snail Marshmallow Mug Hat, Mars...
$15.95

Bunny Garden Marshmallow Mug Hat, Ma...
$14.95

Polar Bear Marshmallow Mug Hat, Christ...
$13.95

[ Add 3 items to cart ]

See more items →

Item details ⌄

**Highlights**

🧵 Made by HandmadeJoyByJ

🧶 Materials: yarn

Handmade Crochet Spring Snail Marshmallow Mug Hat!

Learn more about this item

Svitlana Manchester - New Milford, Connecticut

Exhibit 516 Page 26

← Back to search results





‹ ›

handmadejoy

⚑ Report this item to Etsy

**Low in stock, only 1 left**

**$13.95**

God Bless the USA Marshmallow Mug Hat, God Bless America, Marshmallow Mug Topper, 4th of July Decor, American Flag, Tiered Tray Decor

HandmadeJoyByJ  ✧  ★★★★★



✓ Arrives soon! Get it by Dec 14-23 if you order today

**Add to cart**

✦ **Star Seller.** This seller consistently earned 5-star reviews, shipped on time, and replied quickly to any messages they received.

**Buy together, get free shipping**

 God Bless the USA Marshmallow Mug Hat...
$13.95

 Love Potion Marshmallow Mug Hat, Marsh...
$14.95

 Patriotic Pinwheel Marshmallow Mug Hat...
$12.95

**Add 3 items to cart**

See more items →

2,236 reviews ★★★★★

Reviews for this item  6    Reviews for this shop  2,236

Sort by: Suggested ▾

★★★★★                                                    ✓ Recommends this item
Just love my God bless the USA mug hat. Super cute, love the    Item quality    5 ★
sparkly stars!!! It is very nicely made, and arrived very quickly.   Shipping      5 ★
Thanx!!! 🇺🇸❤️                                          Customer service 5 ★
Purchased item: God Bless the USA Marshmallow Mug Hat, God Bless America, ...
🌿 Julie Ames   May 24, 2024

★★★★★                                                    ✓ Recommends this item
Always adorable and well made! Thanks so much!               Item quality    5 ★
Purchased item: God Bless the USA Marshmallow Mug Hat, God Bless America, ...   Shipping      5 ★
🌿 athenodite   Apr 16, 2024                             Customer service 5 ★

← 1 ②  →

**Item details** ⌃

**Highlights**

🖐 Made by HandmadeJoyByJ

Handmade Crochet God Bless the USA Marshmallow Mug Hat!

Learn more about this item

**Shipping and return policies** ⌃

📅 Order today to get by **Dec 14-23**

Svitlana Manchester - New Milford, Connecticut

Exhibit 516 Page 27

← Back to search results







handmadejoy

< >

⚐ Report this item to Etsy

**Low in stock, only 2 left**

**$14.95**

Lemonade Marshmallow Mug Hats, Lemon Marshmallow Mug Toppers, Kitchen Decor, Spring Decor, Tiered Tray Decor

HandmadeJoyByJ ⬤ ★★★★★

✓ Arrives soon! Get it by Dec 14-23 if you order today

Style ★

| Select a style |
| Lemonade Jug |
| Pink Lemonade Jug |
| Lemonade Pair [Sold out] |

✦ **Star Seller.** This seller consistently earned 5-star reviews, shipped on time, and replied quickly to any messages they received.

**Buy together, get free shipping**


This listing    Lemonade Marshmallow Mug Hats, Lemo...
$14.95


Hello Summer Marshmallow Mug Hat, Ma...
$13.95


Christmas Tree Marshmallow Mug Hat, Ch...
$18.95

**Add 3 items to cart**

See more items →

Item details ⌃

**Highlights**

🖐 Made by HandmadeJoyByJ

🧶 Materials: yarn

↔ Width: 2.75 inches
   Height: 2.75 inches

Handmade Crochet Lemonade Marshmallow Mug Hats!

---

**2,236 reviews** ★★★★★

Reviews for this item  7    Reviews for this shop  2,236

Sort by: Suggested ▾

★★★★★

Adorable little crochet hat. It will look so cute displayed on my marshmallow mug. Will order again. Thank you.

 Katherine Gaudet   Apr 16, 2024

| Item quality | 5 ★ |
| Shipping | 5 ★ |
| Customer service | 5 ★ |

★★★★★

Always adorable and well made! Thanks so much!

⬤ athenodite   Apr 16, 2024

✓ Recommends this item
| Item quality | 5 ★ |
| Shipping | 5 ★ |
| Customer service | 5 ★ |

★★★★★

Always adorable and well made! Thanks so much!

⬤ athenodite   Apr 16, 2024

✓ Recommends this item
| Item quality | 5 ★ |
| Shipping | 5 ★ |
| Customer service | 5 ★ |

Svitlana Manchester - New Milford, Connecticut

**Exhibit 516 Page 28**



Report this item to Etsy

**Low in stock, only 3 left**

**$13.95+**

Coffee Beans Marshmallow Mug Hat, But First Coffee, Coffee Marshmallow Mug Hats, Marshmallow Mug Topper, Coffee Decor, Tiered Tray Decor

HandmadeJoyByJ ⊘ ★★★★★

But First Coffee *

✓ Select an option
Coffee Beans Bag ($14.95)
But First Coffee ($13.95)
But First Coffee Set ($28.50)

✦ **Star Seller.** This seller consistently earned 5-star reviews, shipped on time, and replied quickly to any messages they received.

**Buy together, get free shipping**

| | This listing | Coffee Beans Marshmallow Mug Hat, But ... |
| --- | --- | --- |
| | | $13.95 |
| | | Christmas Tree Marshmallow Mug Hat, Ch... |
| | | $18.95 |
| | | Nativity Marshmallow Mug Hat, Marshmall... |
| | | $16.95 |

**Add 3 items to cart**

See more items →

**Item details** ∧

**Highlights**

🌱 Made by HandmadeJoyByJ

**2,241 reviews** ★★★★★

Reviews for this item  6     Reviews for this shop  2,241

Sort by: Suggested ▾

★★★★★
Very well made and adorable mug hat! Thank you so much!

🔹 athenodite  Sep 11, 2024

✓ Recommends this item

| | |
| --- | --- |
| Item quality | 5 ★ |
| Shipping | 5 ★ |
| Customer service | 5 ★ |

★★★★★

🔸 Paula Tenaglia  Sep 12, 2024

✓ Recommends this item

Svitlana Manchester - New Milford, Connecticut

**Exhibit 516 Page 29**





⊙⊙ **Star Seller.** This seller consistently earned 5-star reviews, shipped on time, and replied quickly to any messages they received.

**Buy together, get free shipping**

| This listing | Beach Day Marshmallow Mug Hat, Marsh... $18.95 |
| Christmas Tree Marshmallow Mug Hat, Ch... $18.95 |

**Add both to cart**

See more items →

⚑ Report this item to Etsy

**2,241 reviews** ★★★★★

Reviews for this item  13    Reviews for this shop  2,241

Sort by: Suggested ▾

★★★★★
Love all of the hats made! So cute
Purchased item: Beach Day Marshmallow Mug Hat, Marshmallow Mug Toppers,...
🌸 Amber Kammeraad  May 14, 2024

★★★★★
The beach mug hat was delivered on time and is as pictured, very cute, well crafted and creatively made. I appreciate the great customer service provided by this shop.
Purchased item: Beach Day Marshmallow Mug Hat, Marshmallow Mug Toppers,...
f note4less  May 8, 2024

★★★★★
This is the cutest one yet! 😍 It's so well made and arrived quickly... even with a wait list! Thank you
Purchased item: Beach Day Marshmallow Mug Hat, Marshmallow Mug Toppers,...
🌸 Michelle  May 7, 2024

★★★★★
Just love my beach day mug hat. The little starfish is so adorable in it's little chair!!! It is very nicely made, and arrived very quickly. Thank you!!! 🏖️🍫😋
Purchased item: Beach Day Marshmallow Mug Hat, Marshmallow Mug Toppers,...
🌸 Julie Ames  May 6, 2024

✓ Recommends this item
Item quality  5 ★
Shipping  5 ★

✓ Recommends this item
Item quality  5 ★
Shipping  5 ★
Customer service  5 ★

Item quality  5 ★
Shipping  5 ★
Customer service  5 ★

✓ Recommends this item
Item quality  5 ★
Shipping  5 ★
Customer service  5 ★

**Item details** ⌃

Highlights

🕸 Made by HandmadeJoyByJ

🪑 Materials: Yarn, Mini adirondack chair

Handmade Crochet Beach Vibes Marshmallow Mug Hat!

Learn more about this item

**Shipping and return policies** ⌃

📅 Order today to get by Dec 20-30

↩ Returns & exchanges not accepted

💲 Cost to ship: $4.26
Enjoy free shipping to the US when you spend $35+ at this shop.

📍 Ships from: Crozet, VA

Deliver to United States, 06776 ✎

**Did you know?** ⌃

🤝 Etsy Purchase Protection
Shop confidently on Etsy knowing if something goes wrong with an order, we've got your back for all eligible

Svitlana Manchester - New Milford, Connecticut

**Exhibit 516 Page 30**

 athenodite on Jun 20, 2024

★★★★★

Very cute mug hat! Also very well made!

 Graduation Marshmallow Mug Hat, Marshmallow Mug Topper, Graduation Bear, Graduation Decor, Grad Gifts, Tiered Tray Decor

Svitlana Manchester - New Milford, Connecticut

Exhibit 516 Page 31





**Low in stock, only 1 left**

**$12.95**

Turkey Marshmallow Mug Hat, Marshmallow Mug Topper, Fall Decor, Harvest, Thanksgiving Mug Hat, Thanksgiving Decor, Tiered Tray Decor

HandmadeJoyByJ ⭐⭐⭐⭐⭐

✓ Arrives soon! Get it by Dec 14-23 if you order today

**Add to cart**

**Star Seller.** This seller consistently earned 5-star reviews, shipped on time, and replied quickly to any messages they received.

**Buy together, get free shipping**

 Turkey Marshmallow Mug Hat, Marshmall...   $12.95
This listing

 Christmas Tree Marshmallow Mug Hat, Ch...   $18.95

 Pumpkin Pie Marshmallow Mug Hat, Mars...   $12.95

**Add 3 items to cart**

**See more items →**

**Item details**

**Highlights**

🖐 Made by **HandmadeJoyByJ**

2,236 reviews ⭐⭐⭐⭐⭐

Reviews for this item  41        Reviews for this shop  2,236

Sort by: Suggested ▾

⭐⭐⭐⭐⭐                                    Item quality  5 ★
Purchased item: Turkey Marshmallow Mug Hat / Fall / Harvest / Thanksgiving De...   Shipping  5 ★
🌎 Beth Meyer   Sep 25, 2022

← 7  8  9  10  ⑪  →

Svitlana Manchester - New Milford, Connecticut

**Exhibit 516 Page 32**





Report this item to Etsy

**2,236 reviews** ★★★★★

Reviews for this item  50   Reviews for this shop  2,236

Sort by: Suggested ▼

★★★★★
Purchased item: Romantic Rose Marshmallow Mug Hat / Spring Decor
Leanne Moyzes   Mar 17, 2022

★★★★★
Purchased item: Romantic Rose Marshmallow Mug Hat / Spring Decor
Leanne Moyzes   Mar 17, 2022

← 9  10  11  12  (13)  →

**$13.95**

Romantic Rose Marshmallow Mug Hat, Marshmallow Mug Topper, Valentine's Day, Everyday, Spring, Summer Decor, Tiered Tray Decor

**HandmadeJoyByJ** ✓ ★★★★★

✓ Arrives soon! Get it by Dec 14-23 if you order today

[ **Add to cart** ]

⚛ **Star Seller.** This seller consistently earned 5-star reviews, shipped on time, and replied quickly to any messages they received.

**Buy together, get free shipping**


Romantic Rose Marshmallow Mug Hat, Ma...
$13.95


Basket of Hearts Marshmallow Mug Hat, ...
$16.95


Hello Summer Marshmallow Mug Hat, Ma...
$13.95

[ **Add 3 items to cart** ]

See more items →

**Item details** ⌃

**Highlights**

🖐 Made by **HandmadeJoyByJ**

Handmade Crochet Romantic Rose Marshmallow Mug Hat!

**Learn more about this item**

Svitlana Manchester - New Milford, Connecticut

**Exhibit 516 Page 33**

← Back to search results






handmadejoy07

⚐ Report this item to Etsy

**2,236 reviews** ★★★★★

Reviews for this item **33**    Reviews for this shop    **2,236**

Sort by: Suggested ▾

★★★★★
Purchased item: Bumble Bee Cupcake Marshmallow Mug Hat / Spring Decor

Item quality    5 ★
Shipping    5 ★

📘 STEPHANIE D'ONOFRIO    Jun 1, 2022

← 5  6  7  8  ⑨  →

---

**Low in stock, only 1 left**

**$13.95**

Bumble Bee Cupcake Marshmallow Mug Hat, Everyday Marshmallow Mug Topper, Spring, Summer, Tiered Tray Decor

HandmadeJoyByJ ⊘ ★★★★★

✓ Arrives soon! Get it by Dec 14-23 if you order today

[ Add to cart ]

✦ **Star Seller.** This seller consistently earned 5-star reviews, shipped on time, and replied quickly to any messages they received.

**Buy together, get free shipping**


This listing    Bumble Bee Cupcake Marshmallow Mug ...
$13.95


Honey Pot Marshmallow Mug Hat, Honeyc...
$15.95

Christmas Tree Marshmallow Mug Hat, Ch...
$18.95

[ Add 3 items to cart ]

See more items →

**Item details** ⌃

**Highlights**

🧶 Made by **HandmadeJoyByJ**

Handmade Crochet Bumble Bee Cupcake Marshmallow Mug Hat!

**Exhibit 516 Page 34**

← Back to search results





Report this item to Etsy

**2,236 reviews** ★★★★★

Reviews for this item  25    Reviews for this shop  2,236

Sort by: Suggested ▼

★★★★★
This guy is so cute! Very well made! Thank you!
Purchased item: Mustache Mayocado Marshmallow Mug Hat/ Cinco de Mayo
🔲 athenodite   Mar 7, 2022



←  3  4  5  6  ⑦  →

**Only 1 left and in 1 cart**

**$14.95**

Mustache Mayocado Marshmallow Mug Hat,
Marshmallow Mug Topper, Cinco de Mayo Decor,
Avocado, Tiered Tray Decor

HandmadeJoyByJ ✔ ★★★★★

✔ Arrives soon! Get it by Dec 18-26 if you order today

[ Add to cart ]

✳ **Star Seller.** This seller consistently earned 5-star reviews,
shipped on time, and replied quickly to any messages they
received.

**Buy together, get free shipping**

  Mustache Mayocado Marshmallow Mug H...
This listing  $14.95

  Christmas Tree Marshmallow Mug Hat, Ch...
$18.95

  Merry Christmas Reindeer Marshmallow ...
$13.95

[ Add 3 items to cart ]

See more items →

**Item details**  ⌃

**Highlights**

🧵 Made by HandmadeJoyByJ

⬡ Materials: premium yarn

Handmade Crochet Mayocado Marshmallow Mug Hat!

Svitlana Manchester - New Milford, Connecticut

**Exhibit 516 Page 35**





‹  ›

handmadejoy07

⚑ Report this item to Etsy

**Low in stock, only 1 left**

**$13.95**

Snowman Marshmallow Mug Hat, Marshmallow Mug Topper, Christmas, Christmas Decor, Winter Decor, Tiered Tray Decor

HandmadeJoyByJ ⊘ ★★★★★

**Add to cart**

✦ **Star Seller.** This seller consistently earned 5-star reviews, shipped on time, and replied quickly to any messages they received.

**Buy together, get free shipping**


This listing    Snowman Marshmallow Mug Hat, Marshm...
$13.95


Nativity Marshmallow Mug Hat, Marshmall...
$16.95


Merry Christmas Reindeer Marshmallow ...
$13.95

**Add 3 items to cart**

See more items →

**Item details** ⌃

Highlights

🖐 Made by HandmadeJoyByJ

Handmade Crochet Snowman Marshmallow Mug Hat!

Celebrate the most wonderful time of the year with this

Learn more about this item

**Shipping and return policies** ⌃

📅 Order today to get by Dec 19-30

---

**2,241 reviews** ★★★★★

Reviews for this item  36     Reviews for this shop  2,241

Sort by: Suggested ▾

★★★★★
Purchased item: Snowman Marshmallow Mug Hat / Christmas / Winter Decor
🔵 Darlene Dumatrait  Sep 11, 2022

★★★★★
Purchased item: Snowman Marshmallow Mug Hat / Christmas / Winter Decor
🔵 toaldy70  Aug 31, 2022
Item quality  5 ★
Shipping  5 ★
Customer service  5 ★

★★★★★
Purchased item: Snowman Marshmallow Mug Hat / Christmas / Winter Decor
🟢 88bananas  Aug 25, 2022
Item quality  5 ★
Shipping  5 ★

★★★★★
Purchased item: Snowman Marshmallow Mug Hat / Christmas / Winter Decor
🔵 xstitchinglover  Aug 7, 2022
Item quality  5 ★
Shipping  5 ★

Svitlana Manchester - New Milford, Connecticut

Exhibit 516 Page 36

← Back to search results





handmadejoy

⚐ Report this item to Etsy

**Only 3 left and in 1 cart**

**$13.95+**

Love You Pumpkin Spice A Latte Marshmallow Mug Hat, PS Cupcake Marshmallow Mug Hat, Marshmallow Mug Toppers, Fall, Coffee Decor

HandmadeJoyByJ ✓ ★★★★★

✓ Arrives soon! Get it by Dec 14-23 if you order today

Style ★



| ✓ Select a style |
| PS Cupcake ($13.95) |
| PS Latte ($14.95) |
| Cupcake & Latte ($28.50) |

💠 **Star Seller.** This seller consistently earned 5-star reviews, shipped on time, and replied quickly to any messages they received.

**Buy together, get free shipping**



This listing | Love You Pumpkin Spice A Latte Marshma... $13.95



Christmas Tree Marshmallow Mug Hat, Ch... $18.95



Apple Cider Marshmallow Mug Hats, Mars... $13.95

---

**Add 3 items to cart**

See more items →

---

Item details ⌃

Highlights

✋ Made by HandmadeJoyByJ

---

2,236 reviews ★★★★★

Reviews for this item  28     Reviews for this shop  2,236

Sort by: Suggested ▾

★★★★★                                    Item quality  5 ★
It's so adorable!                         Shipping  5 ★
🔵 heatherv124  Aug 31, 2023

★★★★★
I have ordered from here more than once. Love your product. Shipping is Great! Thanks
🟢 Eileen Most  Aug 31, 2023

Svitlana Manchester - New Milford, Connecticut

Exhibit 516 Page 37



2,241 reviews ★★★★★

Reviews for this item   16       Reviews for this shop   2,241

Sort by: Suggested ▾

★★★★★
Absolutely adorable 🥰 fast shipping great packaging! Love it!                          Item quality   5 ★
Purchased item: Girl Bunny Basket Marshmallow Mug Hat / Easter Decor                   Shipping     5 ★
snookie1125   Mar 18, 2022

★★★★★                                                                                  Item quality   5 ★
Purchased item: Gingerbread Cupcake Marshmallow Mug Hat / Christmas Decor              Shipping     5 ★
Tonda Lee   Sep 27, 2022

★★★★★                                                                                  Item quality   5 ★
Purchased item: Gingerbread Cupcake Marshmallow Mug Hat / Christmas Decor              Shipping     5 ★
Bren Yule   Sep 20, 2022

★★★★★                                                                                  Item quality      5 ★
Purchased item: Gingerbread Cupcake Marshmallow Mug Hat / Christmas Decor              Shipping        5 ★
Peggy   Sep 9, 2022                                                                    Customer service  5 ★

🏴 Report this item to Etsy

Decor
HandmadeJoyByJ ✔ ★★★★★

✔ Arrives soon! Get it by Dec 18-27 if you order today

[ Add to cart ]

✦ Star Seller. This seller consistently earned 5-star reviews,
shipped on time, and replied quickly to any messages they
received.

Buy together, get free shipping



This listing   Gingerbread Cupcake Marshmallow Mug ...
$13.95

Fa La La Latte Marshmallow Mug Hat, Pep...
$13.95

Christmas Tree Marshmallow Mug Hat, Ch...
$18.95

[ Add 3 items to cart ]

See more items →

Item details                                                              ⌃

Highlights

🧶 Made by HandmadeJoyByJ

Handmade Crochet Gingerbread Cupcake
Marshmallow Mug Hat!

Learn more about this item

Shipping and return policies                                              ⌃

📅 Order today to get by Dec 18-27

🔁 Returns & exchanges not accepted

🚚 Cost to ship: $4.26
Enjoy free shipping to the US when you spend $35+
at this shop.

Svitlana Manchester - New Milford, Connecticut

Exhibit 516 Page 38



← Back to search results

2,236 reviews ★★★★★

Reviews for this item 105     Reviews for this shop 2,236

Sort by: Suggested ▼

★★★★★
🔶 Shay   Mar 28, 2022

← 23  24  25  26  (27)  →

**Low in stock, only 3 left**

**$12.95+**

Watermelon Marshmallow Mug Hats, Marshmallow Mug Toppers, Fruit, Summer, Tiered Tray Decor

HandmadeJoyByJ  ✦  ★★★★★

✓ Arrives soon! Get it by Dec 14-23 if you order today

Style *

✓ Select a style
   Watermelon ($12.95)
   Watermelon Cupcake ($13.95)
   Watermelon & Cupcake ($26.50)

✦ **Star Seller.** This seller consistently earned 5-star reviews, shipped on time, and replied quickly to any messages they received.

**Buy together, get free shipping**

This listing   Watermelon Marshmallow Mug Hats, Mar...
              $12.95

Love You A Latte Marshmallow Mug Hat, P...
$13.95

Christmas Snow Globe Marshmallow Mug...
$16.95

**Add 3 items to cart**

See more items →

Item details                                      ⌄

Highlights

👐 Made by **HandmadeJoyByJ**

Report this item to Etsy

Svitlana Manchester - New Milford, Connecticut



**Exhibit 517 Page 1**

**To**:     Svitlana Manchester
106 Grove Street, Apt A
New Milford, CT 06776

**From**:     Etsy, Inc.
117 Adams Street
Brooklyn, NY 11201

**Re**:     3:24-cv-01412-KAD

**Date**:     Dec 18, 2024

*Via email to svitlanamanchester@gmail.com*

To Whom It May Concern:

As custodian of records to Etsy, Inc. ("Etsy"), I make the following representations to the requests for information:

| Requested Documents to be Produced | Reply |
|---|---|
| Date Creation for Etsy account "qenbvtwa " (Shop Name:HandmadeJoyByJ ) | **EXHIBIT A** |
| All Shop Listings for Etsy account "qenbvtwa " (Shop Name:HandmadeJoyByJ ) | **EXHIBIT B** *See attached Excel Spreadsheet* |

Please note that Etsy objects to all requests to the extent they are vague, ambiguous, and/or overbroad, including any request that seeks "any" or "all" documents or records without limitation or further detail. In addition, Etsy objects to all requests for documents or records that are not reasonably accessible, or that are not in Etsy's possession, custody, or control. Etsy also objects to requests for documents and/or records that are publicly available or, if applicable, equally available from other parties. Furthermore, Etsy objects to all other requests for documents and/or records that are not otherwise provided herein.

Etsy does not waive and expressly reserves any rights and objections.

Sincerely,

Erin Reilly
Etsy, Inc.

*117 Adams Street • Brooklyn, NY • 11201 • 718.855.3764 (t) • 718.709.5377 (f)*

Svitlana Manchester - New Milford, Connecticut



**Exhibit 517 Page 2**

**EXHIBIT A**

| Date Creation for Etsy account "qenbvtwa"<br>(Shop Name: HandmadeJoyByJ ) | |
|---|---|
| Username | qenbvtwa |
| Shop Name | HandmadeJoyByJ |
| Join Date | 2019-04-29 |
| Shop Create Date | 2021-06-14 |
| Full Name(s) | Jasmine Weber |
| Account Status | active |

*117 Adams Street • Brooklyn, NY • 11201 • 718.855.3764 (t) • 718.709.5377 (f)*

Svitlana Manchester - New Milford, Connecticut

**Exhibit 517 Page 3**

## Affidavit

I,  _Erin Reilly_  hereby certify:

1. I am employed by Etsy, Inc., located in Brooklyn, New York. I have authority to submit this affidavit on behalf of Etsy. I have personal knowledge of the following facts, except if noted, and could testify competently thereto if called as a witness.

2. Attached is a true and correct copy of file(s) of data associated with Etsy user accounts "qenbvtwa"("Documents") produced in response to a subpoena submitted on December 10, 2024.

3. The attached Documents are records made and maintained by Etsy. Etsy's servers record this data automatically at or near the time it is entered or transmitted by the user, and this data is kept in the course of regularly conducted business activity, and was prepared by regularly conducted activity as a regular practice and custom of Etsy.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_____     Date:  __December 18, 2024_____

(Signature of Custodian of Records)

Erin Reilly

_____

(Name of Custodian of Records)

*117 Adams Street • Brooklyn, NY • 11201 • 718.855.3764 (t) • 718.709.5377 (f)*

120 of 128

Svitlana Manchester - New Milford, Connecticut

1. On 04-07-2022 12:27:11 user 621506660 blocked 731229049 (handmadejoy). From some chats it appears that user 731229049 thought that user 621506660 used their design in sombrero mug hat. 621506660 blocked user 731229049 (handmadejoy).
2. On 04-07-2022 13:52:24 731229049 created a new account at Mercari to bypass being blocked by 621506660 and continued messaging to 621506660 and
3. On 04-07-2022 621506660 (Moon Cottage)  reached out to Mercari and told Mercari about the second account, which was suspended and 731229049 was warned.

Svitlana Manchester - New Milford, Connecticut





7:12

← **handmadejoy** ⬆ ···

**995** **4** **1,578**
Followers Following Sold

## handmadejoy

★★★★★ <u>1579 Reviews</u>    **Details** ›

Handmade Joy is on break until further notice.

Making mug hats was a fun hobby for years until recently. All of the copycat shops have disrespected my original designs and copyrights. The leeches have been feeding on my designs and ideas and claiming as their own. The countless hours and tremendous effort that goes into each design is time away from my littles for others to use without my permission.

With that being said, Handmade Joy was successful in all copyright infringement cases and will not hesitate to pursue other violators.

Thank you wonderful customers for supporting this little shop and loving all of the ideas I've dreamt up. You are all greatly appreciated. ❤️ God Bless you all!

<u>Read less</u>

⇄ Sold 1 item to you

| Message | Following | 🔕 |

**0 items** ▬▬▬▬▬

Svitlana Manchester - New Milford, Connecticut

DEFENDANT'S EXHIBIT
519
3:24-cv-01412-KAD

### 4. Repeat Infringement

Etsy terminates selling privileges of members who are subject to repeat or multiple notices of intellectual property infringement in appropriate circumstances and at Etsy's discretion. If we believe a member has attempted to open a new shop after termination of the initial account, we reserve the right to refuse all services to that member. These actions apply to any accounts we believe are associated with or operated by the affected member. Per our Terms of Use, Etsy reserves the right to terminate account privileges at any time, for any reason, and without advance notice.

### 5. Withdrawals

Etsy only accepts withdrawals of infringement reports directly from the intellectual property owner or authorized representative who submitted the claim. The withdrawal must clearly state that it is a formal withdrawal and sufficiently identify the member and/or material (such as by providing the username, shop name, and Etsy listing URLs).

Once Etsy receives a formal withdrawal of an infringement report, Etsy will contact the withdrawing party to confirm receipt and will notify the affected member of the withdrawal. Please note that infringement matters are reviewed on a case-by-case basis, and withdrawals do not guarantee changes to a member's shop status.

### 6. Resources

If material was removed from your shop due to a report of infringement, or if you would like to learn more about intellectual property issues in general, please refer to the following information:

Support for intellectual property issues

Frequently asked questions about having material removed due to a report of infringement.

Seller Handbook articles on legal topics

Last updated on Jun 15, 2023

 Etsy is powered by 100% renewable electricity.

Svitlana Manchester - New Milford, Connecticut



DEFENDANT'S
EXHIBIT

520

3:24-cv-01412-KAD



Help Center / Listing / Intellectual Property Help Center

# Intellectual Property Help Center

## Intellectual Property Help Center

Mercari is committed to helping people and organizations protect their intellectual property rights. The Mercari Terms of Service do not allow posting content that violates someone else's intellectual property rights, including copyright and trademark. Mercari reserves the right to disable any listing or account that we believe violates our Terms of Service, including this Intellectual Property Policy or our Prohibited Items Policy. Mercari also reserves the right to take action against abusers of Mercari's Intellectual Property Policy or our Terms of Use.

### Copyright

Copyright is a legal right that protects original works of authorship, such as film, music, books and fine art. Generally, copyright protects original expression such as words or images. Copyright doesn't protect things like names, titles and slogans; however, another legal right called a trademark might protect those.

### Trademark

A trademark is a word, slogan, symbol, or design (for example: a brand name or logo) that a person or company uses to distinguish their products or services from those offered by others. Generally, trademark law seeks to prevent confusion among consumers about who provides or is affiliated with a product or service.

### Reports of Intellectual Property Infringement

Mercari strives to respond quickly when we receive a valid report of intellectual property infringement by removing or disabling access to the allegedly infringing material. When Mercari removes or disables access in response to a report, Mercari makes a reasonable attempt to contact the affected user, provide information about the report and removal, and, in cases of alleged copyright infringement, provide information about how to submit a counter notice. Mercari may also provide a copy of the notice of claimed infringement, including the name and email address of the reporting party, to the affected user.

To submit a report of alleged intellectual property infringement, use the Mercari Authorized Reporting System (MARS) here.

If you are unable to use the MARS Form, you can read more about our DMCA notice requirements and Designated Agent here.

Mercari may request additional information before processing a report, such as a letter of authorization from the rights owner, identity verification of the reporting party, or other documentation regarding the claimed right. Mercari may reject reports of infringement or counter notices that contain information we believe is false, fraudulent, incomplete, or otherwise submitted in bad faith. Mercari also reserves the right to take action against abusers of this policy.

Note: To report allegedly infringing content on the Mercari Japan marketplace (https://jp.mercari.com/) the rights owner itself, or their authorized attorney must submit a removal request in Japanese at the following link: https://about.mercari.com/contact/ipr-inquiry/

### Valid reasons to report a listing

- Items or listings that infringe on your intellectual property
- Counterfeit or replica items
- Unauthorized use of copyrighted content in a listing

Svitlana Manchester - New Milford, Connecticut


DEFENDANT'S
EXHIBIT
521
3:24-cv-01412-KAD

## CALCULATION OF DAMAGES

(a) Defamation- $150,000 per 3 DMCA reports used by Jasmine to Defame Svitlana on the Mercari and Etsy platforms (shown in Exhibit 500 and 501), for punitive damages.

(b)  Abuse of Process- $50,000 per work (6 works) accused to be infringed for punitive damages.

(c) Copyright Fraud- $30,000 per work (5 works shown in Exhibit 512, 513, 514, and 515) for Jasmine's Fraudulent registration of her "S'more," "Campfire," "Pig," "Black Cat," and "Cow" Marshmallow Mug Hats for statutory damages under 17 U.S.C. § 504(c)(1). $30,000 per fraudulent report (3 fraudulent reports shown in Exhibit 500 and 501) that Jasmine fraudulently claimed Copyright in order to perform DMCA takedowns upon Svitlana's works for statutory damages under 17 U.S.C. § 504(c)(1).

(d) Harassment- $300,000 in punitive damages for Jasmine's Harassment of Svitlana.

(e) Intentional Infliction of Emotional Distress- $150,000 in punitive damages, compensatory damages to be calculated at a later date and time.

(f) Cyberstalking- $250,000 in punitive damages for Jasmine's continuous Cyberstalking of Svitlana.

Svitlana Manchester - New Milford, Connecticut

**RESPONSE TO PRAYER FOR RELIEF**

Defendant/Counterclaimant denies each and every allegation and prayer for relief, including all subparts.


**WHEREFORE, DEFENDANT/COUNTERCLAIMANT REQUESTS THAT:**

a) Plaintiff/Counterclaim-Defendant claims are dismissed with Prejudice;

b) Plaintiff/Counterclaim-Defendant takes nothing by way of their complaint;

c) Defendant/Counterclaimant be awarded her costs and attorney fees if applicable and any other appropriate relief the court deems just and equitable;

d) Defendant/Counterclaimant be awarded $450,000 in punitive damages on the basis of Defamation;

e) Defendant/Counterclaimant be awarded an additional $300,000 in punitive damages on the basis of Abuse of Process;

f) Defendant/Counterclaimant be awarded an additional $240,000 in statutory damages on the basis of Copyright Fraud;

g) Defendant/Counterclaimant be awarded an additional $300,000 in punitive damages on the basis of Harassment;

h) Defendant/Counterclaimant be awarded an additional $150,000 in punitive damages on the basis of Intentional Infliction of Emotional Distress with compensatory damages added at a later date;

i) Defendant/Counterclaimant be awarded an additional $250,000 in punitive damages on the basis of Cyberstalking;

j) Defendant/Counterclaimant requests a trial by Judge.


RESPECTFULLY SUBMITTED,

DATED this 3rd day of February, 2025

*Svitlana Manchester*
Svitlana Manchester
106 Grove Street Apt. A
New Milford, Connecticut 06776
Svitlanamanchester@gmail.com
(860) 997-9282

Svitlana Manchester - New Milford, Connecticut

# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

JASMINE WEBER,                               : No. 3:24-cv-01412-KAD

Plaintiff                                    :

V.                                           : Affidavit

SVITLANA MANCHESTER,                         :

Defendant                                    : 2025-02-03


VERIFICATION


PERSONALLY came and appeared before me, the undersigned Notary, the within named
Svitlana Manchester, who is a resident of New Milford, Connecticut, and makes her statement
and General Affidavit upon oath and affirmation of belief and personal knowledge that the
following matter, facts, and things set forth are true and correct to the best of her knowledge:

The factual Defenses or Allegations contained in the Answer and Affirmative Defenses to
Plaintiff's First Amended Complaint and Svitlana's Fourth Amended Counterclaims are true and
correct to the best of my knowledge, information and belief.  Any documents attached to the
Answer and Affirmative Defenses to Plaintiff's First Amended Complaint and Svitlana's Fourth
Amended Counterclaims are true and correct copies of those documents as described in the
Answer and Affirmative Defenses to Plaintiff's First Amended Complaint and Svitlana's Fourth
Amended Counterclaims.


DATED this the 3rd day of February, 2025

Name of Affiant: _Svitlana  Manchester_

Signature of Affiant: _Svitlana Manchester_

SWORN to subscribe before me, this 3rd day of February, 2025

NOTARY PUBLIC: _Catlin Pattin_

CAITLIN PATTERSON
*NOTARY PUBLIC*
My Commission Expires Feb. 28, 2026

My Commission Expires: _02/28/2026_

127 of 128

Svitlana Manchester - New Milford, Connecticut

I, Svitlana Manchester, hereby certify that a copy of the foregoing, Defendant's Answer and Affirmative Defenses to Plaintiff's First Amended Complaint, with Fourth Amended Counterclaims of Svitlana Manchester against Jasmine Weber was sent by email to:

Alan Harrison Counsel for the Plaintiff at:

alan@sandollar-law.net

On the day of: February 3, 2025

Signed: _Svitlana Manchester_

Svitlana Manchester - New Milford, Connecticut