IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JASMINE WEBER | : | 3:24-cv-1412-KAD |
| | : | |
| v. | : | Consented-to Motion to Dismiss with |
| | : | Prejudice |
| SVITLANA MANCHESTER | : | |
| | | 2025-02-12 |

Now comes Jasmine Weber, by and through undersigned counsel and with consent of the defendant and counterclaimant Svitlana Manchester, and respectfully moves the Court to dismiss this matter with prejudice due to the parties having resolved their dispute.

Respectfully submitted,
s/Alan Harrison
Alan Harrison ct29464
alan@sandollar-law.net
203.212.9996
SANDOLLAR Law
6 West River Street #112
Milford, CT 06460